This application is subject to the following END-USER LICENSE AGREEMENT. To use this application you must read and agree with the license terms.

END-USER LICENSE AGREEMENT

IMPORTANT--READ CAREFULLY: This End-User License Agreement ("EULA") is a legal agreement between you (either an individual or a single entity) and HP Tuners LLC for the software product accompanying this EULA, which includes computer software and may include associated media, printed materials, and "online" or electronic documentation ("SOFTWARE PRODUCT"). By installing, copying, or otherwise using the SOFTWARE PRODUCT, you agree to be bound by the terms of this EULA. If you do not agree to the terms of this EULA, do not install, copy, or use the SOFTWARE PRODUCT.

SOFTWARE PRODUCT LICENSE

The SOFTWARE PRODUCT is protected by copyright laws and international copyright treaties, as well as other intellectual property laws and treaties. The SOFTWARE PRODUCT is licensed, not sold.

1. GRANT OF LICENSE. This EULA grants you the following rights:

* SOFTWARE PRODUCT. The SOFTWARE PRODUCT consists of product documentation, tools and utilities, miscellaneous technical information, and software programs. HP Tuners LLC grants you the right to install and use the SOFTWARE PRODUCT or any portion thereof on a single computer. If you wish to use the SOFTWARE PRODUCT on more than one computer, you must either erase the software from the first computer when you move the SOFTWARE PRODUCT to another computer, or else purchase two copies of the SOFTWARE PRODUCT. You may execute the SOFTWARE PRODUCT from a common disk shared by multiple computers provided that one authorized copy of the SOFTWARE PRODUCT has been licensed for each computer executing the SOFTWARE PRODUCT.
* Ownership of SOFTWARE PRODUCT. HP Tuners LLC retains the copyright, title and ownership of the SOFTWARE PRODUCT regardless of the form or media in or on which the original and other copies may exist. You may make one (1) copy of the SOFTWARE PRODUCT solely for backup purposes. You must reproduce and include the copyright notice on the backup copy.

2. DESCRIPTION OF OTHER RIGHTS AND LIMITATIONS.

* Limitations on Reverse Engineering, Decompilation, and Disassembly. You may not create a derivative work, reverse engineer, decompile, or disassemble the SOFTWARE PRODUCT, except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation.
* Rental. You may not sublicense, sell, rent, or lease the SOFTWARE PRODUCT.
* Separation of Components. The SOFTWARE PRODUCT is licensed as a single product. Its component parts may not be separated for use on more than one computer.
* Software Transfer. You may physically transfer the SOFTWARE PRODUCT from one of your computers to another provided that the SOFTWARE PRODUCT is used on only one computer at a time. You may not distribute copies of the SOFTWARE PRODUCT or accompanying written materials to others. You may not transfer the SOFTWARE PRODUCT to anyone without the prior written consent of HP Tuners LLC.
* Termination. Without prejudice to any other rights, HP Tuners LLC may terminate this EULA if you fail to comply with the terms and conditions of this EULA. In such event, you must destroy all copies of the SOFTWARE PRODUCT and all of its component parts.
* Reserved rights.  HP Tuners LLC reserves all rights not expressly granted to you in this EULA.

**EXHIBIT A - 1**

3. COPYRIGHT. All title and copyrights in and to the SOFTWARE PRODUCT (including but not limited to any images, photographs, animations, video, audio, music, text, and "applets" incorporated into the SOFTWARE PRODUCT), the accompanying printed materials, and any copies of the SOFTWARE PRODUCT are owned by HP Tuners LLC or its suppliers. The SOFTWARE PRODUCT is protected by copyright laws and international treaty provisions. Therefore, you must treat the SOFTWARE PRODUCT like any other copyrighted material. You may not copy the printed materials, if any, accompanying the SOFTWARE PRODUCT.

4. U.S. GOVERNMENT RESTRICTED RIGHTS. The SOFTWARE PRODUCT and documentation are provided with RESTRICTED RIGHTS. Use, duplication, or disclosure by the Government is subject to restrictions as set forth in subparagraph (c)(1)(ii) of the Rights in Technical Data and Computer Software clause at DFARS 252.227-7013 or subparagraphs (c)(1) and (2) of the Commercial Computer Software--Restricted Rights at 48 CFR 52.227-19, as applicable. Manufacturer is HP Tuners LLC /
HP Tuners LLC
701 Dartmouth Ln
Buffalo Grove, IL 60089

5. LIMITED WARRANTY

NO WARRANTY. THE SOFTWARE PRODUCT IS PROVIDED "AS-IS," WITHOUT WARRANTY OF ANY KIND, AND ANY USE OF THE SOFTWARE PRODUCT IS AT YOUR OWN RISK. HP TUNERS LLC DISCLAIMS ALL WARRANTIES AND CONDITIONS, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES AND CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT, WITH REGARD TO THE SOFTWARE PRODUCT. THE ENTIRE RISK ARISING OUT OF USE OR PERFORMANCE OF THE SOFTWARE PRODUCT REMAINS WITH YOU.

DISCLAIMER OF LIABILITY

NO LIABILITY FOR CONSEQUENTIAL DAMAGES. IN NO EVENT SHALL HP TUNERS LLC BE LIABLE FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF BUSINESS PROFITS, BUSINESS INTERRUPTION, LOSS OF BUSINESS INFORMATION, OR ANY OTHER PECUNIARY LOSS) ARISING OUT OF THE USE OF OR INABILITY TO USE THE SOFTWARE PRODUCT, EVEN IF HP TUNERS LLC HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

IN NO EVENT WILL HP TUNERS LLC BE LIABLE FOR ANY COMPUTER DAMAGE, VEHICLE DAMAGE, PERSONAL INJURY, DEATH, FINES, LAWSUITS, PROSECUTION, LOST PROFITS, LOST DATA, INCORRECT DATA, ENVIRONMENTAL DAMAGE, GOVERNMENT, LAW AND REGULATORY VIOLATIONS OR ANY OTHER INCIDENTAL OR CONSEQUENTIAL DAMAGES THAT RESULT FROM USE OR INABILITY TO USE THE SOFTWARE PRODUCT.

THE SOFTWARE PRODUCT IS NOT INTENDED FOR USE IN OPERATION OF MOTOR VEHICLES AND/OR MACHINES WHERE THE USE, FAILURE OR MISUSE OF THE SOFTWARE COULD LEAD TO DEATH, PERSONAL INJURY OR PHYSICAL OR ENVIRONMENTAL DAMAGE AND OR VIOLATE ANY ENVIRONMENTAL, SAFETY, TRANSPORTATION OR OTHER LAWS OR REGULATIONS.

THE SOFTWARE PRODUCT IS NOT INTENDED TO BE USED AS A DEFEAT DEVICE OF ANY DIAGNOSTIC SYSTEM OR CONTROL SYSTEM. IT IS THE USER'S RESPONSIBILITY TO OBTAIN ANY CERTIFICATION, RECERTIFICATION OR NEW CLASSIFICATIONS PERTAINING TO USE.

Some jurisdictions do not allow the limitation of incidental or consequential damages, in all cases HP Tuners LLC total liability to you for all damages will be the greater of the price you paid HP Tuners LLC for the SOFTWARE PRODUCT or

$1.00 US

MISCELLANEOUS

If for any reason a court of competent jurisdiction finds any provision, or portion thereof, to be unenforceable, the remainder of this License shall continue in full force and effect.

You may not assign or sublicense any rights granted to you under this EULA without the prior written consent of HP Tuners LLC.   HP Tuners LLC may assign this Agreement without restriction.

No action, regardless of form, arising out of this EULA may be brought by you more than one year after the cause of action has arisen.

You acknowledge that you have read this agreement, understand it, and agree to be bound by its terms and conditions. Neither party shall be bound by any statement or representation not contained in this agreement. No change in this agreement is effective unless written and signed by authorized representatives of each party.

This EULA is governed by the laws of the Commonwealth of Nevada.  Both Parties agree that the state and federal courts of Nevada will have exclusive jurisdiction over all controversies regarding this EULA.   Both parties waive any right to assert any rights or defenses within any other jurisdiction or to require that litigation regarding this Agreement take place anywhere else.

Should you have any questions concerning this EULA, or if you desire to contact HP Tuners LLC for any reason, write:
HP Tuners LLC
701 Dartmouth Ln
Buffalo Grove, IL 60089

**EXHIBIT A - 3**

Kevin Sykes-Bonnett

lol whoever has that department made a mistake lol

Would you be upset if I made a utility that creates hpt files from binary?

dunno, thats not my department

Exhibit B

Kevin Sykes-Bonnett

I have a list of names of hpt gm and manufacturer names too just so you know



Bahahahaha

Your cool but fuck hpt, sct and diablo. I have one goal.

I don't care about the money.

No one gets it.

Keith started shit with me over 42 credits.

Imagine if there was a version of the editor that never checked for licensing. Imagine if it went public and was found on the open market.

nope

Diablo fucked me on shit, now sct and hpt did the same thing.\

Imagine how you would feel

I dont think Keith started this... you were up to this before Keith

Maybe its not them, but you?

I gave them what i told them and at the end i got the shaft

Diablo was just rude so i reverse engineered there shit

and started unlocking handhelds

SCT i was ok with until they cut my dongle that i used to feed my family

I've dealt with all 3 companys for years, and never been fucked

Exhibit C

Kevin Sykes-Bonnett

And Hpt was cool until they didnt give me the 42 credits they owed me. A deals a deal and Ken told me a cable and 50 credits for what i gave him.

I know and thats fine I get SCT reason but why did hpt fuck me on 42 credits when i doesnt cost them shit.

anyways I am just sick of this industry

Burned out and tired of doing this shit

I am a big kid with mental issues bahahaha

heheh, I dont plan to fuck everyone. If that was the plan I could destroy it all

If I could fuck the owners of all 3 companies i would but innocent ppl are working there and dont deserve it

You for example, you have a family

I will tell you i know I am not fit for the dishonesty in this industry

I just love tuning car tbh

anyways, I AM NOT COPYING SCT, HPT or DIABLO!!!!

Some of the same ppl that gave them shit gave it to me too

you know its a small industry

You think i am copying all there shit dont you

the 1st template I made yes. I told you I have an excel spread sheet with manf name and there description. Then all the names got changed and I parsed the a2ls and updated the address

All from the a2ls anyways

and half the shit was wrong

SCT sucks. Really I should copy what your doing. Then I know it would be right 😅

lol jk jk

You were already doing your own tuning software, which is a violation of their agreement, before they turned you off...

So your plan is to fuck everyone in it? Makes you look like a child honestly

LOL, that explains it

You obviously copied all of SCTs names.

that is all i can comment on

Yep

That would be bad, I'd get physical

Kevin Sykes-Bonnett

tf i didnt like you I would have already reverese the def files but I like you so I leave it alone

ill take your word for it

I have a few friends and we have a mutual agreement not to fuck each other. I would like to have the same agreement with you. I wont fuck you and you dont fuck me

I dont really care about ford anyways you know this

was easy to do cause of the a2ls I got. Without them it wouldnt of happended

I still cant believe you actually though I was copying your dodge

i didnt know if you were or werent. You admitted to disassembling our stuff and cracking the licensing so its not a stretch to think you stole def info too

I understand what you are saying. I only broke a few things to get what Keith and ken fucked me on. Beyond that I wouldnt do anything malicous with it or share publicly. If I was about that life then it would already be out there.

you have nothing id want to steal

So do we have a mutual agreement to not fuck each other or steal each others work?

ok so then we are on the same page

i havent had to steal anyones work to get where I am

Amazing what you get when you ask for it.

I jsut ask for the info and it shows up lol

Keith claims he didnt fuck you either

Well then it was all Kfn

Well Ken is no longer part of HPT

I was told they discussed cable and 50 credits

for the egs 52 and 53 a2l

the gpecd stuff was a cash deal

so thats seperate

so per what ken said I got fucked on 42 credits

credits"

otherwise I would have helped hpt alot more trust me"

Yeah fuck Ken then. That fucking pisses me off. HE never spoke with Keith on the deal?

Exhibit E



Kevin Sykes-Bonnett

Your day
Add something to your day

NOV 3, 2016 AT 2.29 PM



Well I wasted alot of time reversing shit then

Seen

Per Keith "I was not a part of that deal"

wow this is kinda irritating to say the least

I send my apologizes for thinking that Keith was part of screwing me

and I wont fuck with HPT shit anymore other than tuning Fords to feed my family and I will buy credits for them too



I honestly thought it was both of them based on what i was told

Good deal

yeha, Ken was a prick

I am sure you are sharing tehese pm's with him

     Aa   

Exhibit F

Kevin Sykes-Bonnett

FUCK HIM

Cause honestly I was told cable and 50 credits. I am not making it up

So 110% Keith knew nothing about it?

well that changes things alot

Well I wasted alot of time reversing shit then

wow this is kinda irritating to say the least

I send my apoliogizes for thinking that Keith was part of screwing me

and I wont fuck with HPT shit anymore other than tuning Fords to feed my family and i will buy credits for them too

I honestly thought it was both of them based on what i was told

Probably not

thats why he is out..... he was a pain in everyones ass

Yeha, that was kens deal

Per Keith "I was not a part of that deal"

Good deal

yeha, Ken was a prick

Exhibit F



Let me get it.

I was told 50 credits

Yes

That's honorable

Thank you, I will quick bitching

Kevin Sykes-Bonnett

11/15/2016 2:42PM

whats your serial number. Chris is going to send the 42 credits

what credits were you promised? Dodge?

I found it

33VB7-MVFIW-M3S32-GGMSJ-MVJ3-IYBCF-ZGBQO

stand by. i will send app key

ok, Chris is doing it now

Exhibit H

Mon

Mon

What's the deal with honeycutt?

He use to work for you guys and now at lund?

Mon

I have never talked to him but see his name around and I sent him a friend request to watch him from a distance lol

yeah he is a piece of work. be careful with him

Exhibit I

**Kevin Sykes-Bonnett**

Your day
Add something to your day

JAN 8, 2017 AT 7:27 PM

No

JAN 16, 2017 AT 1:41 PM

you see honeycutts post yeterday?

No

he posted up a dev board

Screenshot please

looks like vewhicle comm

I need a screenshoy

That crooked fucker

He has us all blocked

trying to find it

Aa

Exhibit J

Re: Rejoindre

⊕ Nouveau | ∨    ↩ Répondre | ∨    🗑 Supprimer    📥 Archiver    …

**ID**  ISIS Distribution <isisdistribution@hotmail.com>
jeu. 2017-02-09 19:29
À :  robert robidoux (tvbob53@msn.com)  ⋗

Je suis ouvert au offre !! 100% legal le cable ! je peu faire une demo a vos locaux !



Available credits: GM 716/1000, Ford 1000/1000, Dodge 1000/1000
Available License Slots: 400/409

[Vehicle Type]
2006 Chevrolet Cobalt (4 cyl), (GM: 6)
2009 Chevrolet Cobalt (4 cyl); (GM: 12)
2014 Chevrolet Corvette (8 cyl), (GM: 12)
2015 Chevrolet Corvette (8 cyl); (GM: 12)
2015 Chevrolet Silverado (8 cyl) 5.3 6.2, (GM: 12)

[Vehicle Type Group]
GM Gen3 (LS1 Based) V8 Cars, (GM: 30)
GM Gen4 (LS2 Based) V8 Cars, (GM: 130)
GM V6 Cars, (GM: 70)

Envoyé de mon iPhone

Le 9 févr. 2017 à 14:20, robert robidoux <tvbob53@msn.com> a écrit :

Exhibit K



**Kevin Sykes-Bonnett** ▸ **Guild of EFI Tuners**
1 min ·

So I sent a hptuners cable over seas to get it cloned for mass credits and got it back with a shit load. I now have no use for it so I am selling it. I paid 5k for it but used some of the credits. Yours for only 4500.00 as you can see I licensed all gen 3 and gen 4 gm and a few dosge and ford. You can tune at least 390 vehicles so plenty of money left to be made. Pm me for more info.

```
vailable Credits: GM 680/1000, Ford 974/1000, Dodge 970/1000
vailable License Slots: 391/409

Specific Controller]
odge EGS53, TS8TL012200138, (Dodge: 2)
odge GPEC2, T00EM0503XMZ92, (Dodge: 2)
odge GPEC2, T00EM0663XP3M2, (Dodge: 2)
odge GPEC2 29bit, T00EM3352XDMCE, (Dodge: 2)
odge GPEC2 29bit, T00EM2922X7WXX, (Dodge: 2)
odge GPEC2 29bit, T00EM2982X8RKT, (Dodge: 2)
odge GPEC2 29bit, T00EM0505AMNJ3, (Dodge: 2)
Dodge GPEC2 29bit, T00EM3012X973R, (Dodge: 2)
Dodge NGC3 CAN, T9CEH01368VN54, (Dodge: 2)
Ford Tricore 1797, 1FA6P8TH7G5242955 SGBP2B5, (Ford: 2)

[vehicle Type]
2005 Dodge Neon (4 cyl), (Dodge: 12)
2005 Ford Mustang (8 cyl), (Ford: 12)
2012 Ford Mustang (8 cyl), (Ford: 12)

[vehicle Type Group]
GM Gen3 (LS1 based) v8 cars, (GM: 30)
GM Gen3 (LS1 based) v8 Trucks, (GM: 30)
```

Write a comment...

Exhibit L

but what they don't realize is I know the laws behind reverse engineering. Yale law wrote a great article and explains the legality behind it.

and I DIDNT HACK THEY BS CABLE. I BOUGHT THAT SHIT

you know and they know those cables have been around for years

way longer than i have been tuning

its like the pot calling the **kettle** black. You guys steal shit and then sell it.

and I never stole it.

I just think its funny. They stole alot of shit in the beginning of HPT and closed the forum and went corp. I know the history of HPT

Selling a stolen product is not legal

I guess we will find out 😊

Exhibit M

**Kevin Sykes-Bonnett**
April 7 at 11:08pm · 

Now that Ford is out to Beta, I am gonna tear thru the E38, E67 and E92 GM
Controllers. As soon as my business partner finishes up some firmware bugs
in our cable we will be ready to release our own hardware. Exciting things to
come for the tuning community this year. #SYKEDECU #25Credits
#1CreditToTuneaCar #killingit



👍 Like          💬 Comment          ↗ Share

👍❤ 30

View 6 more comments

**Morgan Rickard** you really don't like HP tuners lmao
Like · Reply · 👍 1 · April 8 at 7:26am

> **Kevin Sykes-Bonnett** #fuckhpt Keith, and ken are 2 of the 3 owners and
> are both bitches. Want to buy shit and pay nothing for it. Fuck them all. I
> hope they go broke
> Like · Reply · 👍 4 · April 8 at 5:06pm

> Write a reply...                                                    📷 ☺

**Bryce Bjerke** Saab 🙂
Like · Reply · April 8 at 8:33am

**Eric Brooks** Looks real familiar
Like · Reply · 👍 1 · April 8 at 10:20am

**Ryne Cunningham** I wouldn't use hpt names. Though.
Like · Reply · 23 hrs

Write a comment...                                                    📷 ☺

Exhibit N

Exhibit O

**Thread: Hacked HPTuner Credits**
Post: RE: Hacked HPTuner Credits
Payment is thru paypal and you can always test it on 1 credit and see if its legit. Pm me and I will add 1 credit so you can see. I joined for this reason. Cheers
ecumaster | Automotive Tuning. | 9 | 1,292 | 06-28-2017, 09:26 PM

**Thread: Hacked HPTuner Credits**
Post: RE: Hacked HPTuner Credits
(06-23-2017 10:12 AM)Kemiserviza Wrote: Sefinjection ? No
ecumaster | Automotive Tuning. | 9 | 1,292 | 06-28-2017, 10:23 AM

**Thread: Hacked HPTuner Credits**
Post: Hacked HPTuner Credits
No Dramas or Hassles cheap credits. Only $25aud each. $ for $100aud or 20 for $200aud. nomailorforum@fox.com Cheers Edit By ToMiBoY Please Read and Follow Forum Rules Here! Rule #11 11...
ecumaster | Automotive Tuning. | 9 | 1,292 | 06-28-2017, 10:10 AM

**Thread: hp tuner crack**
Post: RE: hp tuner crack
(06-26-2017 05:09 AM)ENRKyie20 Wrote: (06-24-2017 08:55 AM)ecumaster Wrote: I can generate credits for $25aud each. An unlimited amount? Without being noticed? Up to 1000 for each OEM.
ecumaster | Automotive Tuning. | 34 | 4,960 | 06-26-2017, 08:16 AM

**Thread: Clone HpTuner**
Post: RE: Clone HpTuner
(06-24-2017 08:25 PM)Gen_ Wrote: How cheap ecumaster? $25aud each.
ecumaster | Automotive Tuning. | 8 | 700 | 06-25-2017, 08:26 AM

**Thread: hp tuner crack software**
Post: RE: hp tuner crack software
I can generate credits for $25aud each.
ecumaster | Automotive Software. | 4 | 747 | 06-24-2017, 09:28 AM

**Thread: hp tuners**
Post: RE: hp tuners
I can generate credits for $25aud each, pm me
ecumaster | Airbag, Dash, ECU, IMMO. | 5 | 378 | 06-24-2017, 09:07 AM

**Thread: hp tuner crack**
Post: RE: hp tuner crack
I can generate credits for $25aud each.
ecumaster | Automotive Tuning. | 34 | 4,960 | 06-24-2017, 08:55 AM

**Thread: Clone HpTuner**
Post: RE: Clone HpTuner
I can help you with credits for cheap.
ecumaster | Automotive Tuning. | 8 | 700 | 06-24-2017, 08:49 AM

Return to Content   Return to Top



CHAO REMAPPING
www.hawkchiptuning.com
ECU Remapping
DPF Solutions

7/24 Chip Tuning File Service
Professional Custom Special File for Each Vehicle Within 30 Minutes
Vehicle Diagnostics
Anti-Tuning Remaps
Performance Software
Economy Software

This is Google's cache of https://www.hptuners.com/forum/showthread.php?65534-Hacked-Credits&p=489170. It is a snapshot of the page as it appeared on Jun 28, 2017 19:09:46 GMT.
The current page could have changed in the meantime. Learn more

Full version     Text-only version     View source                    Tip: To quickly find your search term on this page, press Ctrl+F or ⌘-F (Mac) and use the find bar.

**HPtuners**

What's New?     Forum

FAQ   Calendar   Forum Actions ▾   Quick Links ▾

User Name
☐ Remember

➔ Forum ✦ VCM Suite ✦ VCM Suite Support ✦ VCM Editor ✦ Hacked Credits

**Thread: Hacked Credits**

■ 5 Minutes Ago

**ecumaster** ○
● Potential Tuner
Join Date:    Jun 2017
Posts:        3

**Hacked Credits**

No Dramas or Hassles cheap credits. Only $25aud each, 8 for $100aud or 20 for $200aud.

discounthptunercredits@gmail.com

Cheers

-- HPT Blue   ▾

Ð24161+8

File  Edit  View  History  Bookmarks  Tools  Help

Cracked 2.24   ×   +

https://www.hptuners.com/forum/showthread.php?65698-Cracked-2-24

Welcome, Keith@HPTuners   Notifications ▼   My Profile   Settings   Log Out

New Posts   Private Messages   FAQ   Calendar   Community ▼   Forum Actions ▼   Quick Links ▼

**What's New?**   **Forum**

Q Search

Advanced Search

🏠 Forum ◈ Tuning ◈ Dodge Tuning ◈ Dodge Tuning - Engine, Gas ◈ Cracked 2.24

Results 1 to 1 of 1

**Thread: Cracked 2.24**

Thread Tools   Administrative   Search Thread   Rate This Thread   Inane Mod

☐ 07-06-2017

**crackedyou** ○
Banned

Join Date:   Jul 2017
Posts:   0

**Cracked 2.24**

So we have successfully cracked and patched HPTuner VCM software to never ask for licenses. You can read, write and edit/save most all 1998-2014 GM cars and some early Ford to about 2010 and Dodge stuff they supported. Email discount@tunerccredits@gmail.com if you are interested in this version. The 3.4 & 3.5 has been patched already and is in testing and then we will crack the 3.6 and remove the call back to the server.

You can read, save, edit and flash any supported file without EVER being asked to license. You can use your existing cable or a brand new one and new use another credit again.

Cheers

« Previous Thread | Next Thread »

All times are GMT -5. The time now is 05:22 PM.

Quick Navigation   ▼ Dodge Tuning - Engine, Gas   Top

▼ Moderation Tools (0)

#1  ☐

HP Tuners, LLC   Admin   Mod   Top

-- HPT Blue

Exhibit Q

HP credits

Peter Brodski <cpeterbrodski@gmail.com>
to discounthpiaptune...

Saw your post on LSITech. would like to buy 20 dodge credits. How much and how to buy?

Thanks

---

Hpioneers Credits <discounthpiaptunercredits@gmail.com>
to me

Sure i would need a screen shot of your vcm info to determine what version, existing credit count, cable serial number and your application key. Cost is $400aud via verified paypal account. Please send a screen shot first and we will send the next step of instructions.

Cheers

**Sent:** Thursday, July 06, 2017 at 11:58 AM
**From:** "Peter Brodski" <cpeterbrodski@gmail.com>
**To:** discounthpiaptunercredits@gmail.com
**Subject:** HP credits

Cheers

---

Peter Brodski <cpeterbrodski@gmail.com>
to hpiuners

Here's the screenshot. How do i know im gonna get a good applkey and this isn't a scam?

---

Hpioneers Credits <discounthpiaptunercredits@gmail.com>
to me

Here is a new app key with an added dodge credit so you can test and verify. Since you are using 3.4 you are safe to be connected to the internet. If you upgrade vcm to 3.5 do NOT run the program while connected to the internet as it phones home, test it and link it you would like to proceed with the additional 19 credits for dodge.

VV332-D04D1-E2U7F-A3N22-D2AAC-E95DO-G5FVA

Cheers
Chris

**Sent:** Thursday, July 06, 2017 at 1:39 PM
**From:** "Peter Brodski" <cpeterbrodski@gmail.com>
**To:** "Hpiuners Credits" <discounthpiaptunercredits@gmail.com>
**Subject:** Re: HP credits

Exhibit K

HC

Fri 7/14/2017 1:33 PM

Hptuners Credits <discounthptunercredits@mail.com>

**Cracked version**

William Henn; Ion Soltan; Chris Piastri; Keith M.; Produk; Support; Sales

You forwarded this message on 8/22/2017 9:13 PM.

Here is a link to 3.4 that is patched to never require licensing. If you dont want this released I would reply back to this email. The 3.5 and 3.6 is already patched also.

https://mega.nz/#!BtfTn2Q[REDACTED]

Here is the decryption key

[REDACTED]

Cheers Mate

Exhibit 5

Reply   Reply All   Forward

HC

Mon 8/21/2017 1:02 PM

Hptuners Credits <discounthptunercredits@mail.com>

cracked 3.6

To: Chris Piastri; Keith M. Procuik; William Henni; Sales; Support; Ion Soltan

You forwarded this message on 8/22/2017 9:10 PM.

Still waiting for the apology for fucking everyone when you shut down the open source. Here is a fully cracked 3.6 with no licensing required EVER. Don't make me release this. You have until the end of the week.

Desk:

Decryption key: [REDACTED]

Cheers

Exhibit T

User

SUPPORT.Exton

TYPE
Issue

status
On Hold

priority
Low

## Hptuners Credits

OWNER
Keith Prociuk

◄ Previous Ticket   Next Ticket ►

Posted on 25 August 2017 07:15 PM

Keith,

Long time no talk to. Thank you for the reply. We were around back then and several of us helped with information and were never compensated for the information we provided. The group had discussed your response and has decided to accept your apology and not rebate 2.6. We will leave your software alone and hope you realize that had you not replied back then it would have gotten released. We will not be doing cables or credits and have removed all links to your software from the forums. We never wanted money. You know you took information from us and then went private and made plenty of money as a result. The group of us feel happy with the response and wish you the best.

Cheers Nate

**Sent:** Wednesday, August 23, 2017 at 4:53 pm
**From:** "HP Tuners Support" <support@hptuners.com>
**To:** discount@hptunerscreditsol@mail.com
**Subject:** [#5252]: rebated 2.6

### Keith Prociuk
Staff

Posted on 23 August 2017 01:53 PM

Keith here.

You are correct in regards to the pcm hacking originally being hosted on the dosdfware domain. However, as support said in the previous reply, all of the posts from the pcm hacking were migrated to the hptuners forum.

When we migrated from dosdfware to hptuners, the threads were separated into similar sub-forums as they were on the dosdfware site. Over time though, we've combined these into a single forum to keep things clean. All I can do is give you my word that no threads were deleted or pruned. We certainly didn't want to hide anything or give those that were participating in the forum the wrong impression. In fact, Chris and myself continued to help others where we could.

I guess you were around back then and are still holding a grudge for something we did. I'm sorry for that. 14 years is a long time.

It's unlikely we can even make this right for you without you exposing your identity. For us (and you I imagine), that's a small business that employees a bunch of like-minded people. We're here to make software for tuning enthusiasts. We enjoy what we do and we want our customers to enjoy using our products. No doubt we've stumbled along the way, sure... who doesn't?

I'm sure nothing we say or do for you will stop you from hacking and releasing our software. This is nothing new for us really... it's happened before, it will happen again. If you actually ever met us at SEMA or PRI, you'd realize we're just a bunch of engineers trying to make cool things.

Also, even more weird is a mention of a bmw guy. I have no idea who or what that could even mean. Was this someone on the forum that provided information? Did someone want us to release BMW support? As far as I know, BMW was never ever discussed on the forum, or on our initial product plan. It was just GM 3.8 V6 (the reason why I started all of this), and GM LS1.

- Keith

HP Tuners LLC
www.hptuners.com

Email: keith@hptuners.com

IP address: 10.1.25.123

Ex[h]ibit V

Keith,

Long time no talk to. Thank you for the reply. We were around back then and several of us helped with information and were never compensated for the information we provided. The group has discussed your response and has decided to accept your apology and not release 3.6. We will leave your software alone and hope you realize that had you not replied back then it would have gotten released. We will not be cloning cables or credits and have removed all links to your software from the forums. We never wanted money. You know you took information from us and then went private and made plenty of money as a result. The group of us feel happy with the response and wish you the best.

Cheers Mate

**Sent:** Wednesday, August 23, 2017 at 6:53 PM
**From:** "HP Tuners Support" <support@hptuners.com>
**To:** discounthptunercredits@mail.com
**Subject:** [#95263]: cracked 3.6

Posted on: 25 August 2017 01:15 PM

**Keith Prociuk**      Keith here.

(Staff)

You are correct in regards to the pcm hacking originally being hosted on the dxsoftware domain. However, as support said in the previous reply, all of the posts from the pcm hacking were migrated to the hptuners forum.

When we migrated from dxsoftware to hptuners, the threads were separated into similar sub-forums as they were on the dxsoftware site. Over time though, we've combined these into a single forum to keep things clean. All I can do is give you my word that no threads were deleted or pruned. We certainly didn't want to hide anything or give those that were participating in the forum the wrong impression. In fact, Chris and myself continued to help others where we could.

I guess you were around back then and are still holding a grudge for something we did. I'm sorry for that. 14 years is a long time.

It's unlikely we can even make this right for you without you exposing your identity. For us (and you I imagine), that's a shame. We're a small business that employees a bunch of like-minded people. We're here to make software for tuning enthusiasts. We enjoy what we do and we want our customers to enjoy using our products. No doubt we've stumbled along the way, sure.. who doesn't?

I'm sure nothing we say or do for you will stop you from hacking and releasing our software. This is nothing new for us really.. it's happened before, it will happen again. If you actually ever met us at SEMA or PRI, you'd realize we're just a bunch of engineers trying to make cool things.

Also, even more weird is a mention of a bmw guy. I have no idea who or what that could even mean. Was this someone on the forum that provided information? Did someone want us to release BMW support? As far as I know, BMW was never even discussed on the forum, or on our initial product plan. It was just GM 3.8 V6 (the reason why I started all of this), and GM LS1.

- Keith

HP Tuners LLC
www.hptuners.com

Posted on: 23 August 2017 01:53 PM

**Hptuners**      Keith started out as Magnus with DXSoftware and operated a commiunity hacking forum. Ask him
**Credits**       about the bmw guy and others he fucked over. All this goes back before Hptuners forum.

(User)

Cheers

**Sent:** Tuesday, August 22, 2017 at 5:22 PM
**From:** "HP Tuners Support" <support@hptuners.com>
**To:** discounthptunercredits@mail.com
**Subject:** [#95263]: cracked 3.6

Posted on: 23 August 2017 01:00 PM

**Keith Prociuk**

*Exhibit V*