UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, a Washington corporation,<br><br>　　　　Defendants. | NO. 3:17-cv-05760-JRC<br><br>**DECLARATION OF KEITH PROCIUK IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST DEFENDANTS** |

　　　　I, KEITH PROCIUK, pursuant to 28 U.S.C. § 1746, being duly sworn according to law, hereby state and declare as follows:

　　　　1.　　My name is Keith Prociuk. I am an individual over the age of 18 years. I have personal knowledge of the matters set forth in my declaration and would be willing and able to testify thereto if and when called upon to do so.

　　　　2.　　I am an owner of HP TUNERS, LLC.

　　　　3.　　On September 25, 2017, on a telephone conference with me and others, Kevin Sykes-Bonnett specifically advised me that Defendants are developing competing products and

DECLARATION OF KEITH PROCIUK - page 1

software to HPT and that Defendants are releasing the competitive products and software to the public at the SEMA Show in Las Vegas beginning on October 31, 2017.

4. Defendants posted a YouTube video at https://youtu.be/nGK4o0lxYq0?t=100 which contained a licensing screen. A screenshot of the licensing screen shows Defendants have copied HPT virtually word for word. (See Exhibit 1-A_1 and Exhibit 1-A_2 attached hereto).

5. Likewise, Exhibit H to the Complaint shows a listing of exact HPT parameter names (character per character, including abbreviations) showcased in Defendants' own software. Attached as Exhibit 1-B_1 and 1-B_2 hereto are enlarged screenshots. Every single parameter in the list to the left is copied from HPT software.

6. Attached as Exhibit 1-C hereto the Declaration of Keith Prociuk is also a sample of a few of these parameters shown in HPT software. The shown sample includes "Max Torque Timing Mult", "Max Torque Timing EGR adder", and "Max Torque Timing Alcohol Adder" – which are seen in Defendants' software.

7. Defendants' own documents and information demonstrate that Defendants have misappropriated HPT's confidential, proprietary and trade secret information and are incorporating it into their own products and software.

8. Because of the threat to HPT's business that competing products incorporating our source code will be publicly released and disseminated, our entire business is at stake.

9. Accordingly, the release of such competing products threatens the livelihood of all of HPT's employees.

10. HPT will suffer irreparable harm if Defendants are not enjoined from releasing or selling any products or software that is based on or derived from HPT's software or products.

DECLARATION OF KEITH PROCIUK - page 2

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

1    I hereby declare, under penalty of perjury, that all of the foregoing is true and accurate to
2  the best of my knowledge and belief.
3    Dated: October 12, 2017

_____
KEITH PROCIUK

DECLARATION OF KEITH PROCIUK - page 3

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

# CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>   Gregory F. Wesner
>   John E. Whitaker
>   LANE POWELL PC
>   1420 Fifth Ave Ste 4200
>   PO Box 91302
>   Seattle, WA 98111-9402
>   E-mail:  wesnerg@lanepowell.com
>   E-mail:  whitakerj@lanepowell.com
>       Attorneys for Defendants Kevin Sykes-Bonnett and
>   Syked ECU Tuning Incorporated

                                        HEURLIN, POTTER, JAHN, LEATHAM,
                                        HOLTMANN & STOKER, P.S.

                                        *s/ Stephen G. Leatham*
                                        Stephen G. Leatham, WSBA #15572
                                        211 E. McLoughlin Boulevard, Suite 100
                                        Vancouver, WA 98663
                                        Telephone:  (360) 750-7547
                                        Fax:  (360) 750-7548
                                        E-mail:  sgl@hpl-law.com

DECLARATION OF KEITH PROCIUK - page 4

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

# EXHIBIT 1-A_1



# EXHIBIT 1-A_2





# EXHIBIT 1-B_1



# EXHIBIT 1-B_2



# EXHIBIT 1-C


