UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | ) ) ) | NO. 3:17-cv-05760-JRC |
| Plaintiff, | ) ) ) | **[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER** |
| vs. | ) ) | |
| KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, a Washington corporation, | ) ) ) ) | |
| Defendants. | ) | |

THIS MATTER coming to be heard on Plaintiffs HP TUNERS, LLC's Motion for Temporary Restraining Order and Preliminary Injunction pursuant to Federal Rules of Civil Procedure 65(b) against Defendants KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED (collectively "Defendants"), due notice having been given and the Court being fully advised in the premises, IT IS HEREBY ORDERED AS FOLLOWS:

1. Plaintiff's Emergency Motion for Temporary Restraining Order is granted.

2. This Court finds that HPT has established that it is likely to succeed on the merits, HPT is likely to suffer irreparable harm in the absence of the preliminary relief, the balance of equities tips in HPT's favor, and an injunction is in the public interest.

ORDER GRANTING MOTION FOR TEMPORARY
RESTRAINING ORDER - 1

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

3. Defendants, as well as each of their agents, and all persons acting in concert with any of them, are immediately restrained from, directly or indirectly, releasing competitive products or software to HPT;

4. Defendants, as well as each of their agents, and all persons acting in concert with any of them, are immediately restrained from, directly or indirectly, selling any competitive products or software to HPT;

5. Defendants, as well as each of their agents, and all persons acting in concert with any of them, are immediately restrained from, directly or indirectly, releasing any products or services using HPT's proprietary code to any third party;

6. Defendants, as well as each of their agents, and all persons acting in concert with any of them, are immediately restrained from, directly or indirectly, selling any products or services using HPT's proprietary code to any third party;

7. Defendants, as well as each of their agents, and all persons acting in concert with any of them, are immediately restrained from, directly or indirectly, releasing any products or software that is based on or derived from HPT's software or products;

8. Defendants, as well as each of their agents, and all persons acting in concert with any of them, are immediately restrained from, directly or indirectly, selling any products or software that is based on or derived from HPT's software or products;

9. Defendants, as well as each of their agents, and all persons acting in concert with any of them, are immediately restrained from, directly or indirectly, be immediately restrained from, directly or indirectly, exhibiting at the 2017 SEMA Show in Las Vegas, Nevada from October 31, 2017 to November 3, 2017;

ORDER GRANTING MOTION FOR TEMPORARY
RESTRAINING ORDER - 2

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

10. Defendants, as well as each of their agents, and all persons acting in concert with any of them, are immediately restrained from, directly or indirectly, engaging in any activities related to the planning, design, development, coding or creation of any software or products that in any way uses, relies upon, is based on or discloses any of HPT's confidential, proprietary or trade secret information, including but not limited to source code; and

11. Hearing on Plaintiff's motion for preliminary injunction shall be held on _____, 2017 at \_\_\_\_\_:_____ \_\_.m.

DATED this \_\_\_\_ day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

Stephen G. Leatham, WSBA #15572
Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
PO Box 611
211 E. McLoughlin Boulevard
Vancouver, WA 98666-0611
Telephone: (360) 750-7547
Fax: (360) 750-7548
E-mail: sgl@hpl-law.com

Andrew P. Bleiman (admitted *pro hac vice*)
Marks & Klein
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
(312) 206-5162
E-mail: andrew@marksklein.com

ORDER GRANTING MOTION FOR TEMPORARY
RESTRAINING ORDER - 3

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA 98666-0611
(360) 750-7547