HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | NO.  3:17-cv-05760-BHS |
| Plaintiff, | **JOINT MOTION TO MODIFY THE JOINDER OF PARTIES AND AMENDED PLEADINGS DEADLINES** |
| vs. | |
| KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, a Washington corporation, | **NOTE ON MOTION CALENDAR: February 5, 2018** |
| Defendants. | |

NOW COME Plaintiff HP Tuners, LLC ("HPT") and Defendants Kevin Sykes-Bonnet and Syked ECU Tuning Incorporated ("Defendants") (collectively, the "Parties") and hereby move this Court to modify the Joinder of Parties and Amended Pleadings deadlines entered in this case.

The parties are currently engaged in exchanging and responding to written discovery. The parties are further discussing the possibility of an informal meeting to discuss issues and the possible resolution of this matter.  Moreover, both parties have discovered and are discovering information of the other party outside of the construct of ongoing discovery which is impacting the underlying issues, claims and matters involved in this case, and is necessitating the possible amendment of claims and the addition of parties at this time.  However, the parties need

JOINT MOTION TO MODIFY THE JOINDER OF
PARTIES AND AMENDED PLEADINGS DEADLINES - 1

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

additional time in order to determine whether such additional parties and amendments will be necessary herein.  Based on these factors, the parties wish to modify the schedule to provide additional time for all parties to add parties and/or to amend pleadings in this case.  At this time, the parties do not anticipate the need to modify the trial date.

Based on the foregoing, the parties wish to modify the schedule as follows:

| CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|
| **Joinder of Parties due by 1/25/2018** | **March 30, 2018** |
| **Amended Pleadings due by 2/5/2018** | **March 30, 2018** |

There is no prejudice to either party in connection with this request.  The parties agree that the modification to these deadlines is necessary and appropriate, and the motion is not being sought for improper purposes or purposes of delay.

WHEREFORE, Plaintiff and Defendants respectfully pray for an order extending the Joinder of Parties and Amended Pleading deadlines to March 30, 2018.

Dated: February 5, 2018                        Respectfully Submitted:

HEURLIN, POTTER, JAHN, LEATHAM,              LANE POWELL PC
HOLTMANN & STOKER, P.S.

By:  *s/ Stephen G. Leatham*                  By:  *s/John Whitaker*
Stephen G. Leatham, WSBA #15572              Gregory F. Wesner, WSBA No. 30241
E-mail: sgl@hpl-law.com                       wesnerg@lanepowell.com
211 E. McLoughlin Boulevard, Suite 100        John E. Whitaker, WSBA No. 28868
Vancouver, WA 98663                           whitakerj@lanepowell.com
Telephone: (360) 750-7547                     1420 Fifth Avenue, Suite 4200
Facsimile: (360) 750-7548                     PO Box 91302
                                              Seattle, WA 98111-9402
Andrew P. Bleiman (admitted *pro hac vice*)   Telephone: 206-223-7000
MARKS & KLEIN                                 Facsimile: 206-223-7107
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062                    *Attorneys for Defendants*
(312) 206-5162                                Kevin Sykes-Bonnett and
E-mail:  andrew@marksklein.com                Syked ECU Tuning Incorporated
*Attorneys for Plaintiff*
HP Tuners, LLC

JOINT MOTION TO MODIFY THE JOINDER OF          Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
PARTIES AND AMENDED PLEADINGS DEADLINES - 2                    211 E. McLoughlin Boulevard, Suite 100
                                                                                  PO Box 611
                                                                    Vancouver, WA  98666-0611
                                                                                (360) 750-7547

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 5, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all Counsel of Record.

HEURLIN, POTTER, JAHN, LEATHAM,
HOLTMANN & STOKER, P.S.

*s/ Stephen G. Leatham*
Stephen G. Leatham, WSBA #15572
211 E. McLoughlin Boulevard, Suite 100
Vancouver, WA 98663
Telephone:  (360) 750-7547
Fax:  (360) 750-7548
E-mail:  sgl@hpl-law.com

JOINT MOTION TO MODIFY THE JOINDER OF
PARTIES AND AMENDED PLEADINGS DEADLINES - 3