HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | | |
|---|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | ) ) ) | NO. 3:17-cv-05760-BHS |
| Plaintiff, | ) ) ) | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO** |
| vs. | ) ) | **FILE AMENDED COMPLAINT** |
| KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, a Washington corporation, | ) ) ) ) | |
| Defendants. | ) | |

Having considered plaintiff's Motion for Leave to File Amended Complaint, and having found good cause for the requested relief, plaintiff's motion is hereby GRANTED.

SO ORDERED this _____ day of _____, 2018.

_____
HONORABLE BENJAMIN H. SETTLE

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT - 1

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

1  Presented by:

2  HEURLIN, POTTER, JAHN, LEATHAM,
   HOLTMANN & STOKER, P.S.
3

4  *s/ Stephen G. Leatham*
   Stephen G. Leatham, WSBA #15572
5  211 E. McLoughlin Boulevard, Suite 100
   Vancouver, WA 98663
6  Telephone: (360) 750-7547
   Fax: (360) 750-7548
7  Email: sgl@hpl-law.com
   *Attorney for Plaintiff*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT - 2

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA 98666-0611
(360) 750-7547