Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HP TUNERS, LLC, a Nevada limited liability company,

Plaintiff,

vs.

KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, a Washington corporation,

Defendants.

No. 3:17-cv-05760 BHS

DEFENDANTS' NOTICE OF NON-OPPOSITION

Defendants Kevin Sykes-Bonnett and Syked ECU Tuning, Inc. (collectively "Syked Tuning") hereby respond to the Motion for Leave to Amend filed on March 29, 2018 (Dkt 26) by Plaintiff HP TUNERS, LLC ("HP Tuners").

This Court extended the deadline for filing amended pleadings and for adding parties to expire on March 30, 2018. HP Tuners filed its motion for leave to amend its Complaint to add John Martinson as a party to this matter on March 29, 2018.

The Motion filed by HP Tuners was filed before the expiration of this Court's deadline for adding parties. In addition, Fed. R. Civ. P. 15(a) provides that leave to amend should "be freely given when justice so requires."

Based on the foregoing, Syked Tuning hereby gives notice that it does not oppose entry of HP Tuners First Amended Complaint. However, Syked Tuning explicitly reserves all rights

Notice of Non-Opposition

No. 3:17-cv-05760 BHS                                    -1-

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402
206.223.7000 FAX: 206.223.7107

1 | to respond to HP Tuner's First Amended Complaint in any manner allowed under the Federal
2 | Rules, including pursuant to any one or more of Fed R. Civ. P. 12(b),(e), and (f).

WHEREFORE, Syked Tuning does not oppose entry of HP Tuners' First Amended Complaint with the express reservation of all rights to respond in any manner appropriate.

DATED: April 9, 2018     LANE POWELL PC

By  *s/John E. Whitaker*
Gregory F. Wesner, WSBA No. 30241
wesnerg@lanepowell.com
John E. Whitaker, WSBA No. 28868
whitakerj@lanepowell.com
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA  98111-9402
Telephone: 206-223-7000
Facsimile:  206-223-7107

Attorneys for Defendants Kevin Sykes-Bonnett and Syked ECU Tuning, Inc.

Notice of Non-Opposition

No. 3:17-cv-05760 BHS            -2-

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402
206.223.7000 FAX: 206.223.7107

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below I did personally serve the above document on the persons and in the manner indicated below. If the manner of service indicated below is by CM/ECF, the Clerk of the Court will send email notification to such persons.

| **Attorneys for Plaintiff HP TUNERS, LLC**<br><br>Stephen G. Leatham, WSBA No. 15572<br>Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.<br>211 E. McLoughlin Boulevard, Suite 100<br>Vancouver, WA 98663<br>Phone: (360) 750-7547<br>Facsimile: (360) 750-7548<br>Email: sgl@hpl-law.com | ☑ by **CM/ECF**<br>☐ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |
|---|---|
| **Attorneys for Plaintiff HP TUNERS, LLC**<br><br>Andrew P. Bleiman (*pro hac vice* admitted)<br>Marks & Klein<br>1363 Shermer Road, Suite 318<br>Northbrook, IL 60062<br>Phone: (312) 206-5162<br>Email: andrew@marksklein.com | ☑ by **CM/ECF**<br>☐ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |

Executed on April 9, 2018 at Seattle, Washington.

LANE POWELL PC

By  *s/Kathi Milner*
     Kathi Milner

Notice of Non-Opposition

No. 3:17-cv-05760 BHS         -3-

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107