UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability co.<br><br>Plaintiff,<br><br>v.<br><br>KEVIN SYKES-BONNETT AND SYKED ECU INC., a Washington Corporation<br><br>Defendant. | NO. 3:17-CV-05760 BHS<br><br>DECLARATION OF SERVICE OF:<br><br>SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION. |

The undersigned, being first duly sworn, on oath states:

That I am now, and at all times herein mentioned, am a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 2:10 p.m. on the 26th day for the month of April 2018, at 300 Deschutes Way SW, #304, Tumwater, Washington 98501, I duly served the above described documents in the above-entitled matter upon Google, LLC by and through its' registered agent Corporation Service Company, then and there personally delivering a true and correct copy thereof by leaving the same with Caroline Little.

DECLARATION OF SERVICE - 1 OF 2

1
2   DESCRIPTION OF RECIPIENT:
3   CAROLINE LITTLE
4       -   FEMALE
5
6       -   DARK COMPLECTION
7       -   DARK SHOULDER LENGTH HAIR
8       -   LESS THAN AVERAGE HEIGHT
9       -   ~ LATE 20'S – EARLY 30'S
10
11  Declarant hereby states under penalty of perjury under the laws of the State of Washington
12  that the statement above is true and correct.
13
14  Dated at Seattle, WA this ___27___ day of April, 2018
15
16                              By: Eustace Jacobs-Kalyan
17
18                              _____
                                Process Server
19                              LICENSE #: 1820155
20
21
22
23
24
25
26

DECLARATION OF SERVICE - 2 OF 2