HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | NO. 3:17-cv-05760-BHS |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO QUASH SUBPOENA** |
| vs. | |
| KEVIN SYKES-BONNETT, SYKED ECU TUNING INCORPORATED, a Washington corporation, and JOHN MARTINSON | |
| Defendants. | |

THIS MATTER, having come before the Court on plaintiff's Motion to Quash, the Court having considered the Motion and defendants' Opposition,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that plaintiff's Motion to Quash Third Party Subpoena Issued to Google is GRANTED.

SO ORDERED this _____ day of _____, 2018.

_____
HONORABLE BENJAMIN H. SETTLE

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

Presented by:

HEURLIN, POTTER, JAHN, LEATHAM,
HOLTMANN & STOKER, P.S.

*s/ Stephen G. Leatham*
Stephen G. Leatham, WSBA #15572
211 E. McLoughlin Boulevard, Suite 100
Vancouver, WA 98663
Telephone:  (360) 750-7547
Fax:  (360) 750-7548
Email:  sgl@hpl-law.com
*Attorney for Plaintiff*

ORDER GRANTING PLAINTIFFS' MOTION TO QUASH
SUBPOENA - 2

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547