Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HP TUNERS, LLC, a Nevada limited liability company,

    Plaintiff,

vs.

KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, a Washington corporation,

    Defendants.

No. 3:17-cv-05760 BHS

DECLARATION OF JOHN WHITAKER IN SUPPORT OF DEFENDANTS' S OPPOSITION TO PLAINTIFF'S MOTION TO QUASH SUBPOENA SERVED ON GOOGLE

I, John Whitaker, hereby declare as follows:

1. I am over the age of 18, of sound mind and fully capable of making this declaration.

2. I submit that this declaration is based on personal knowledge, following a reasonable investigation into the statements appearing below. If called upon as a witness, I could and would competently testify to the truth of each statement herein.

3. I am one of the attorneys representing Defendants in the above-captioned action.

4. In conversations that I have had with counsel for HP Tuners, counsel has indicated that there is no truth to allegations made by Syked Tuning that HP Tuners and Tim Milliken worked together and were in frequent contact.

Opposition To HP Tuners' Motion To Quash – Whitaker Declaration

No. 3:17-cv-05760 BHS  -1-

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402
206.223.7000 FAX: 206.223.7107

5. Attached as Exhibit A is a true and correct copy of pages 1 and 4 of the subpoena served on Google which is the basis for HP Tuners' Motion to Quash. Pages 2 and 3 were omitted as being unnecessary to an adjudication of this motion. Page 2 is merely the certificate of service, and page 4 is merely instructions pertaining to the subpoena.

6. Attached as Exhibit B is a true and correct copy of an email that I sent to counsel for HP Tuners. The subject of the email is allegations that Tim Milliken was performing certain tortious conduct and that he had implicated HP Tuners in that conduct.

7. The only contact that I ever received from HP Tuners regarding the Google Subpoena was a single phone call made by Andrew Bleiman, counsel for HP Tuners, on May 7, 2018. Mr. Bleiman indicated that the call would be for the purpose of scheduling certain depositions and "about the Google subpoena." During the call, there was an involved discussion pertaining to scheduling depositions. However, the only mention of the Google subpoena was a passing mention that HP Tuners would be filing a motion to quash and he (Bleiman) assumed that Syked Tuning would not agree. At no point during that brief conversation, which lasted no more than 30 seconds, did Mr. Bleiman ever indicate that the call was being treated as a "meet and confer" pursuant to LCR 37. Nor did Mr. Bleiman ever give any basis for the purported motion to quash which HP Tuners then filed the next day on May 8, 2018.

8. After reading HP Tuners' Motion to Quash, I sent an email to Mr. Bleiman with certain questions which I would have asked if I had been given any notice that a meet and confer was occurring. Attached as Exhibit C is a true and correct copy of the email that I sent to counsel for HP Tuners.

9. As of today, I have received no response to the email of Exhibit C, and HP Tuners has offered no answers to any of the questions.

10. Attached as Exhibit D is a true and correct copy of the decision in *Lucas v. Jolin*, 2016 WL 2853576 (S.D. Ohio 2016).

Opposition To HP Tuners' Motion To Quash – Whitaker Declaration

No. 3:17-cv-05760 BHS         -2-

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402
206.223.7000 FAX: 206.223.7107

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on May 21, 2018 at Seattle, WA.

By   /s/ John Whitaker  
John Whitaker

Opposition To HP Tuners' Motion To Quash – Whitaker Declaration

No. 3:17-cv-05760 BHS    -3-

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below I did personally serve the above document on the persons and in the manner indicated below. If the manner of service indicated below is by CM/ECF, the Clerk of the Court will send email notification to such persons.

**Attorneys for Plaintiff HP TUNERS, LLC**

Stephen G. Leatham, WSBA No. 15572
Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
Vancouver, WA 98663
Phone: (360) 750-7547
Facsimile: (360) 750-7548
Email: sgl@hpl-law.com

☒ by **CM/ECF**
☐ by **Electronic Mail**
☐ by **Facsimile Transmission**
☐ by **First Class Mail**
☐ by **Hand Delivery**
☐ by **Overnight Delivery**

**Attorneys for Plaintiff HP TUNERS, LLC**

Andrew P. Bleiman (*pro hac vice* admitted)
Marks & Klein
1363 Shermer Road, Suite 318
Northbrook, IL 60062
Phone: (312) 206-5162
Email: andrew@marksklein.com

☒ by **CM/ECF**
☐ by **Electronic Mail**
☐ by **Facsimile Transmission**
☐ by **First Class Mail**
☐ by **Hand Delivery**
☐ by **Overnight Delivery**

Executed on May 21, 2018 at Seattle, Washington.

LANE POWELL PC

By     *s/John Whitaker*
       John Whitaker

Opposition To HP Tuners' Motion To Quash – Whitaker Declaration

No. 3:17-cv-05760 BHS         -4-

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107