Exhibit A

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability co.<br>*Plaintiff*<br>v.<br>KEVIN SYKES-BONNETT AND SYKED ECU INC.,<br>a Washington Corporation<br>*Defendant* | )<br>)<br>)  Civil Action No. 3:17-CV-05760 BHS<br>)<br>)<br>) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Google

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached Exhibit A.

| Place: Lane Powell, attn: John Whitaker<br>1420 5th Ave. Suite 4200<br>Seattle, WA  98101 | Date and Time:<br>05/18/2018 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

  The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 04/25/2018

| *CLERK OF COURT* | |
|---|---|
| | OR |
| _____<br>*Signature of Clerk or Deputy Clerk* | s/ John Whitaker<br>*Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* KEVIN SYKES-BONNETT AND SYKED ECU INC.  , who issues or requests this subpoena, are:

John Whitaker, 1420 5th Ave., Suite 4200, Seattle, WA  98101, whitakerj@lanepowell.com, 206-223-7102

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**Exhibit A**

1. The date of creation for an account for Google voice number (847) 627-0119,

2. All of the below listed non-content information relating to the Google voice number (847) 627-0119 between January 1, 2018 and the present:

>   (a) dates and times of all incoming and outgoing calls
>   (b) phone numbers of incoming and outgoing calls
>   (c) duration of incoming and outgoing calls
>   (d) account identity (e.g., email address, Google username) for incoming and outgoing calls

3. If the Google voice number (847) 627-0119 was terminated or deleted, the date of such termination or deletion.