Exhibit B

Whitaker, John

---

| | |
|---|---|
| **From:** | Whitaker, John |
| **Sent:** | Wednesday, January 31, 2018 8:59 AM |
| **To:** | 'Andrew P. Bleiman' |
| **Cc:** | Wesner, Gregory; Brown, Jackie; ann@hpl-law.com; Milner, Kathi; sgl@hpl-law.com; Connors, Tiffany Scott |
| **Subject:** | HPT v. Syked ECU Tuning: Second RFPs |
| **Attachments:** | Syked Second RFPs to HPT.pdf |

Counsel,

A very, very troubling development occurred yesterday. An individual named Tim Milliken has essentially admitted to hacking an unauthorized copy of Syked ECU Tuning's software. He alleges that he is working on behalf of HP Tuners. No doubt you understand the severity of this development.

**Please instruct your client to preserve all communications or other documents evidencing any relationship between HP Tuners and both Tim Milliken and SC Research LLC.**

Also, please find attached Defendants' Second Requests for Production.

Of course we will expect HP Tuner's full cooperation in this matter as we investigate the veracity of Mr. Milliken's troubling statements. At this stage, it appears very likely that we will be seeking leave from Judge Settle to amend Defendants' answer to include various counterclaims pertaining to this development. Please advise of your position on that motion.

Regards,

John Whitaker


# LANE POWELL
**JOHN WHITAKER**
**Counsel to the Firm**
whitakerj@lanepowell.com
**D** 206.223.7102
**LANEPOWELL.COM**