Exhibit C

Whitaker, John

---

| | |
|---|---|
| **From:** | Whitaker, John |
| **Sent:** | Wednesday, May 9, 2018 9:44 AM |
| **To:** | Andrew P. Bleiman |
| **Cc:** | Connors, Tiffany Scott |
| **Subject:** | HP Tuners Motion to Quash. |

Counsel,

We have reviewed HP Tuners' Motion to Quash the Google subpoena and would like to ask a few questions before filing a response. If we had conducted an actual meet and confer prior to the motion, we could have asked these questions then. Regardless, here are the questions:

- Is the Google voice phone number at issue (847-627-0119) (the "Google number") currently assigned to an employee of, officer of, or anyone else affiliated with HP Tuners?
- Is the Google number currently assigned to, or was it previously assigned to, Keith Prociuk?
- If the Google number is not currently assigned to anyone at HP Tuners, was it assigned to anyone at HP Tuners at any time during the period from January 1, 2018 to the present?
- If the Google number was assigned to someone at HP Tuners (including, specifically, Keith Prociuk) during that period but is not currently, please explain the circumstances around why the Google number was terminated including the date it was terminated.
- If the Google number has never been assigned to anyone affiliated with HP Tuners, then please explain how HP Tuners has standing to quash the Google subpoena.
- Please admit that someone at HP Tuners made at least one phone call, and possibly several, to individuals affiliated with the "Modern Street Hemi Shootout" sometime between late January 2018 through early February 2018.
- Please admit that individuals associated with HP Tuners, including Keith Prociuk, were in frequent contact with Tim Milliken during the period between January 1, 2018 through at least January 31, 2018.

Once we have the answers to these questions, we can prepare a proper response to HP Tuners' Motion to Quash.

Regards,

John

**LANE POWELL**
**JOHN WHITAKER**
Counsel to the Firm
whitakerj@lanepowell.com
**D** 206.223.7102
**LANEPOWELL.COM**