THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, a Washington corporation, <br><br> Defendants. | No. 3:17-cv-05760 BHS <br><br> **DEFENDANTS' NOTICE OF INTENT TO FILE SURREPLY** |

Defendants Kevin Sykes-Bonnett and Syked ECU Tuning, Inc. (collectively "Syked Tuning") hereby provide the Court with notice that Syked Tuning intends to file a Surreply to Plaintiff HP Tuners, LLC's Reply Brief in Further Support of Motion to Quash Defendants' Subpoena Issued to Third Party Google (Dkt 42).

DATED: May 25, 2018            LANE POWELL PC

By  *s/John E. Whitaker*
  Gregory F. Wesner, WSBA No. 30241
  wesnerg@lanepowell.com
  John E. Whitaker, WSBA No. 28868
  whitakerj@lanepowell.com
  1420 Fifth Avenue, Suite 4200
  P.O. Box 91302
  Seattle, WA  98111-9402
  Telephone:  206-223-7000
  Facsimile:  206-223-7107

DEFENDANTS' NOTICE OF INTENT TO FILE SURREPLY - 1
No. 3:17-cv-05760 BHS

131191.0001/7306898.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402
206.223.7000 FAX: 206.223.7107

Attorneys for Defendants Kevin Sykes-Bonnett and Syked ECU Tuning, Inc.

DEFENDANTS' NOTICE OF INTENT TO FILE SURREPLY - 2
No. 3:17-cv-05760 BHS

131191.0001/7306898.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below I did personally serve the above document on the persons and in the manner indicated below. If the manner of service indicated below is by CM/ECF, the Clerk of the Court will send email notification to such persons.

| | |
|---|---|
| **Attorneys for Plaintiff HP TUNERS, LLC**<br><br>Stephen G. Leatham, WSBA No. 15572<br>Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.<br>211 E. McLoughlin Boulevard, Suite 100<br>Vancouver, WA  98663<br>Phone:  (360) 750-7547<br>Facsimile:  (360) 750-7548<br>Email:  sgl@hpl-law.com | ☑ by **CM/ECF**<br>☐ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |
| **Attorneys for Plaintiff HP TUNERS, LLC**<br><br>Andrew P. Bleiman (*pro hac vice* admitted)<br>Marks & Klein<br>1363 Shermer Road, Suite 318<br>Northbrook, IL  60062<br>Phone:  (312) 206-5162<br>Email:  andrew@marksklein.com | ☑ by **CM/ECF**<br>☐ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |

Executed on May 25, 2018 at Seattle, Washington.

LANE POWELL PC

By  *s/Kathi E. Milner*
    Kathi E. Milner, Legal Assistant

DEFENDANTS' NOTICE OF INTENT TO FILE SURREPLY - 3
3:17-cv-05760 BHS

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402
206.223.7000 FAX: 206.223.7107

131191.0001/7306898.1