# EXHIBIT A



Ryan Patrick James Man I've been waitin when I had a l[o]

Like · Reply · 1d

♡ 1 Kevin Sykes-Bonnett

Tim Milliken #deathofhpt ♡ 1

Like · Reply · 1d

 **Kevin Sykes-Bonnett**
1 hr · YouTube

This is for the little bitch. You know who you are.

 **Avenged Sevenfold- This Means War**

YOUTUBE.COM

👍 Like    💬 Comment    ↪ Share

Write a comment...



**Kevin Sykes-Bonnett**
1 hr ·

Time to make a blog about how the big guy is trying to crush the little guy. You think you are special. Better hope I don't have dirt on you.

👍 Like          💬 Comment          ➢ Share

AT&T   98% 11:15 AM

< +12538805612

 Mark, Welcome to the list!

I was new to the list just like you once... and a few individuals did take the time to help me learn and get my foot in the door.. I thank them very much. It's very hard to find OBD-II information.. so perhaps I can help.

I've put up a few web pages...

http://obd2.dxsof

View all  >

11:37 AM

 Not for profit huh

Sure looks like you made plenty of it

11:38 AM

*Thursday, May 31, 2018*

 So you hacked carputing huh and put your name on it 😂

11:13 AM

 Enter message    

  83% 11:55 AM

< **+12538805612**  ☎  ⋮

**(No subject)**
**11:37 AM  May 26, 2018**

Here, I hope we can all discuss OBD-II hacking/programming, NOT FOR PROFIT information only. If you are looking to steal hard work, and information for your own well being to get rich, I will ban you, block your IP, outcast you, mark you with a big red X.. the works. I hope we can all work together, learn and share information for the good of the OBD-II community.

Also, for the lurkers that are lawyers or have info regarding the not for profit aspect... I do need some assistance with the agreement. I would appreciate the help. Thanks.

Enjoy!

 - Keith

----- Original Message -----

From: lynoise

To: gmecm@diy-efi.org

AT&T  83% 11:55 AM

< **+12538805612**

**(No subject)**
11:37 AM  May 26, 2018

Mark, Welcome to the list!

I was new to the list just like you once... and a few individuals did take the time to help me learn and get my foot in the door.. I thank them very much. It's very hard to find OBD-II information.. so perhaps I can help.

I've put up a few web pages...

http://obd2.dxsoftware.com

On this page you will find some information about OBD-II, mainly the flash chips and the data they keep.. Hopefully I'll be updating this page as the day goes on and add more info in the up coming days. I will talk about how you can ready your Flash chip with an EMP-20 and what you can do once you have the data.

And to promote open OBD-II discussion, I have put up this web board:

http://obd2.dxsoftware.com/cgi-bin/yabb

 

**+12538805612**

**(No subject)**
11:37 AM  May 26, 2018

To: gmecm@diy-efi.org

Sent: Sunday, September 15, 2002 4:20 PM

Subject: [Gmecm] OBDII

Hi all-

I'm new to the list and am looking for any and all info I can get on OBDII PCM programming.

There is very little info on the diy-efi site on OBDII and the PCM # I have is not in the list (16200870).

Any info/help would be great.

Thanks

-Mark j

Wow for profit huh?

+12538805612

shit to lose you do. So this shit stops now

3:58 PM

Saturday, May 26, 2018

Mark, Welcome to the list!

I was new to the list just like you once... and a few individuals did take the time to help me learn and get my foot in the door.. I thank them very much. It's very hard to find OBD-II information.. so perhaps I can help.

I've put up a few web pages...

http://obd2.dxsof

View all

11:37 AM

Not for profit huh

Sure looks like you made plenty of it

11:38 AM

Enter message    SEND

AT&T  83% 11:55 AM

**+12538805612**

(No subject)
11:37 AM  May 26, 2018

Mark, Welcome to the list!

I was new to the list just like you once... and a few individuals did take the time to help me learn and get my foot in the door.. I thank them very much. It's very hard to find OBD-II information.. so perhaps I can help.

I've put up a few web pages...

http://obd2.dxsoftware.com

On this page you will find some information about OBD-II, mainly the flash chips and the data they keep.. Hopefully I'll be updating this page as the day goes on and add more info in the up coming days. I will talk about how you can ready your Flash chip with an EMP-20 and what you can do once you have the data.

And to promote open OBD-II discussion, I have put up this web board:

http://obd2.dxsoftware.com/cgi-bin/yabb



**Replies**

**Kevin Sykes-Bonnett**
The difference between them and I is I don't need people to give me info or reverse engineer anything. I need someone who knows how to code and map stuff and when I find the right person to help I will make all gm tuning free. And then if hpt doesn't back the fuck off knowing I have all my own shit and even sold them stuff then I will do the same to ford and last dodge. Then I will go back and open another company outside the automotive industry and make plenty of money and watch them slowly fade away.

1d   Like   Reply   👍 1

**Brian Humlicek**
Included in that leak 15 years


**Brian Humlicek**
Doesn't look like you'll have much to do then...

1h   Like


**Tim Milliken**
Good. Lol

1h


**Tim Milliken**
I suggest writing it in c++. Have a j2190 class that creates an kwp2000 or an iso15765. Makes code super portable.

59m


**Brian Humlicek**
I already have that covered, and it's all c# (your favorite ;)). It's still a work in progress. So far I have a complete j1979 base class and Ford 2190 class's that are complete enough to unlock an ecu (both pwm and can). I'm currently adding iso14229. It supports concurrent access which will allow things like simultaneous read or write of PCM and TCM, or pulling codes without interrupting a


**Lyndon Wester**
I remember when HPT was going to be 'open source'....lol.

1d   Like   Reply    2


**Kevin Sykes-Bonnett**
**Lyndon Wester** I think you told me that story.

19h   👍 1   Reply    1


**Lyndon Wester**
**Kevin Sykes-Bonnett** Yep...still have the emails.

14h   Like   Reply    1


**Tim Milliken**
**Lyndon**, maybe share the emails with the world to show how it all began?

13h   👍 3   Reply    3


**Kevin Sykes-Bonnett**
**Lyndon Wester** I need those emails pls

12h   Reply

   Write a reply...      

← **Comments**

**Lyndon Wester** I think you told me that story.

19h  👍 1  Reply  👍 1

**Lyndon Wester**
Kevin Sykes-Bonnett Yep...still have the emails.

14h  Like  Reply  👍 1

**Tim Milliken**
**Lyndon**, maybe share the emails with the world to show how it all began?

13h  👍 3  Reply  👍 3

**Kevin Sykes-Bonnett**
**Lyndon Wester** I need those emails pls

12h  Reply

**David Blundell**
**Lyndon Wester** please share! Those (like us) who do not know history are even worse than those who do not remember

Just now  Like  Reply

Write a reply...

 Michael Richards Ben Tyler just means they hav...

 Tim Milliken How about the nexus passwords?...



**Brian Humlicek**
I am half tempted to volunteer for this. I already have a pretty robust J2534 foundation that is finally coming together. It would be pretty cool to include full GM support in the public release. **Tim, Danny,** thoughts?

3h    Like    Reply



**Tim Milliken**
**Brian**, I'll assist but not a lot. Just the hard stuff you can't solve.

 1

1h    Reply

View 1 previous reply

 Tim Milliken Good. Lol

 Tim Milliken I suggest writing it in c++. Have a j2...

 Brian Humlicek I already have that covered, and...



**Brian Humlicek**
Kevin, I'll begin working on a GM model. I will need a few known S/K pairs for

   Write a comment...                     

**Kevin Sykes-Bonnett** uploaded a file in the group: Dyno Tuning and Engine Management Help page.
May 23 at 10:01pm

If anyone is interested in helping make GM ALL open source let me know. Here is the GM seed key logic. Time to take matters in my own hands. I have all the checksum algorithms and enough mapping info we can make GM completely open source from 98-17. What I don't have is enough time in the day.

GM seedkey.doc
Document

14 Likes   27 Comments

👍 Like       💬 Comment

David Blundell and 13 others

**David Blundell** whoa.
Like · Reply · 2d

**Kevin Sykes-Bonnett** All I will say is i tried playing fair today
Like · Reply · 2d

**Kevin Sykes-Bonnett** once this is done we will do ALL Fords 😊
Like · Reply · 2d                                                  👍 2

**Clayton Holmes** Hell yes. Let's see this.
Like · Reply · 2d

>   **Kevin Sykes-Bonnett** Take what i just posted and write it out in code and I will bring you on board to help. I understand exactly how it works but i need people who also understand and this is the way to find them.
>   Like · Reply · 2d

>   **Clayton Holmes** Kevin Sykes-Bonnett lol. I know nothing. But I will def put the word out.
>   Like · Reply · 2d

>   **Clayton Holmes** I sit back and watch And learn from you guys. But paying 125 or more for credits to flash a car is crazy.
>   Like · Reply · 2d

>   Write a reply...

**David Blundell** I need to look at some can dumps and see if this works
Like · Reply · 2d