HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN SYKES-BONNETT, SYKED ECU TUNING INCORPORATED, a Washington corporation, and JOHN MARTINSON<br><br>Defendants. | NO. 3:17-cv-05760-BHS<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER RESTRICTING HARASSING AND THREATENING COMMUNICATIONS BY DEFENDANTS |

THIS MATTER, having come before the Court on plaintiff's Motion for Order Granting Plaintiff's Motion for Order Restricting Harassing and Threatening Communications by Defendants, the Court having considered the Motion and defendants' Opposition,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that plaintiff's Motion is GRANTED.

SO ORDERED this _____ day of _____, 2018.

_____
HONORABLE BENJAMIN H. SETTLE

ORDER GRANTING MOTION FOR ORDER
RESTRICTING HARASSING AND THREATENING
COMMUNICATIONS BY DEFENDANTS - 1

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

1   Presented by:

2   *s/ Andrew P. Bleiman*

3   Andrew P. Bleiman
    (admitted *pro hac vice*)

4   MARKS & KLEIN, LLP
    1363 Shermer Road, Suite 318

5   Northbrook, Illinois 60062
    Telephone: (312) 206-5162

6   E-mail: andrew@marksklein.com

7   Stephen G. Leatham, WSBA #15572
    HEURLIN, POTTER, JAHN, LEATHAM,

8   HOLTMANN & STOKER, P.S.
    211 E. McLoughlin Boulevard, Suite 100

9   Vancouver, WA 98663
    Telephone: (360) 750-7547

10  Fax: (360) 750-7548

11  E-mail: sgl@hpl-law.com

12  Attorneys for HP Tuners, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER GRANTING MOTION FOR ORDER
RESTRICTING HARASSING AND THREATENING
COMMUNICATIONS BY DEFENDANTS - 2