Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HP TUNERS, LLC, a Nevada limited liability company,

    Plaintiff,

vs.

KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, a Washington corporation,

    Defendants.

No. 3:17-cv-05760 BHS

DECLARATION OF KEVIN SYKES-BONNETT IN OPPOSITION TO PLAINTIFF'S MOTION FOR AN ORDER BARRING COMMUNICATIONS

I, Kevin Sykes-Bonnett, hereby declare as follows:

1. I am over the age of 18, of sound mind and fully capable of making this declaration.

2. I submit that this declaration is based on personal knowledge, following a reasonable investigation into the statements appearing below. If called upon as a witness, I could and would competently testify to the truth of each statement herein.

3. I am one of the parties in the above-captioned action.

4. I have agreed that I will stop sending unsolicited text messages to Keith Prociuk, whose phone number is now known to me to be 847-627-0119, or otherwise contacting him other than through counsel.

Opposition To HP Tuners' Motion To Quash – Sykes-Bonnett Declaration

No. 3:17-cv-05760 BHS

-1-

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

5. Attached as Exhibit A is a true and correct copy of a screen capture of the text message I sent to the phone number 847-627-0119, which I now know to be Keith Prociuk's phone number.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on June 11, 2018 at Tacoma, WA.


By _____
Kevin Sykes-Bonnett

Opposition To HP Tuners' Motion To Quash – Sykes-Bonnett Declaration

No. 3:17-cv-05760 BHS                -2-

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402
206.223.7000 FAX: 206.223.7107

5.   Attached as Exhibit A is a true and correct copy of a screen capture of the text message I sent to the phone number 847-627-0119, which I now know to be Keith Prociuk's phone number.

6.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on June 11, 2018 at Tacoma, WA.

By _/s/ Kevin Bonnett_
Kevin Sykes-Bonnett

Opposition To HP Tuners' Motion To Quash – Sykes-Bonnett Declaration
No. 3:17-cv-05760 BHS
-2-

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below I did personally serve the above document on the persons and in the manner indicated below. If the manner of service indicated below is by CM/ECF, the Clerk of the Court will send email notification to such persons.

**Attorneys for Plaintiff HP TUNERS, LLC**

Stephen G. Leatham, WSBA No. 15572
Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
Vancouver, WA  98663
Phone:  (360) 750-7547
Facsimile:  (360) 750-7548
Email:  sgl@hpl-law.com

☑ by **CM/ECF**
☐ by **Electronic Mail**
☐ by **Facsimile Transmission**
☐ by **First Class Mail**
☐ by **Hand Delivery**
☐ by **Overnight Delivery**

**Attorneys for Plaintiff HP TUNERS, LLC**

Andrew P. Bleiman (*pro hac vice* admitted)
Marks & Klein
1363 Shermer Road, Suite 318
Northbrook, IL  60062
Phone:  (312) 206-5162
Email:  andrew@marksklein.com

☑ by **CM/ECF**
☐ by **Electronic Mail**
☐ by **Facsimile Transmission**
☐ by **First Class Mail**
☐ by **Hand Delivery**
☐ by **Overnight Delivery**

Executed on June 11, 2018 at Seattle, Washington.

LANE POWELL PC

By     *s/John Whitaker*
         John Whitaker

Opposition To HP Tuners' Motion To Quash – Sykes-Bonnett Declaration
No. 3:17-cv-05760 BHS           -3-

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402
206.223.7000 FAX: 206.223.7107