**Exhibit "A"**



**(847) 627-0119**

Saturday 9:37 AM

> Mark, Welcome to the list!
>
> I was new to the list just like you once... and a few individuals did take the time to help me learn and get my foot in the door.. I thank them very much. It's very hard to find OBD-II information.. so perhaps I can help.
>
> I've put up a few web pages...
>
> http://obd2.dxsoftware.com
> On this page you will find some information about OBD-II, mainly the flash chips and the data they keep.. Hopefully I'll be updating this page as the day goes on and add more info in the up coming days. I will talk about how you can ready your Flash chip with an EMP-20 and what you can do once you have the data