UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HP TUNERS, LLC,

    Plaintiff,

v.

KEVIN SYKES-BONNETT, et al.,

    Defendants.

CASE NO. C17-5760 BHS

ORDER DENYING PLAINTIFF'S MOTION

This matter comes before the Court on Plaintiff HP Tuners, LLC's ("Plaintiff") motion for order restricting harassing and threatening communications by Defendants. Dkt. 47.

On May 31, 2018, Plaintiff filed the instant motion requesting Court intervention to stop Defendant Kevin Sykes-Bonnett ("Sykes-Bonnett") from sending harassing text messages to Plaintiff's principal Keith Prociuk ("Prociuk"). Dkt. 47. On June 11, 2018, Defendants Sykes-Bonnett, Syked ECU Tuning Incorporated, and John Martinson ("Defendants") responded and stated that Sykes-Bonnett will stop texting Prociuk now that Prociuk's phone number has been confirmed. Dkt. 48. Defendants contend that the motion is now moot. *Id*. at 1. Plaintiff did not reply. The Court accepts Defendants'

ORDER - 1

1  concession that the texting will stop and agrees that the motion, at least for now, is moot.

2  Therefore, the Court **DENIES** Plaintiff's motion **as moot**.

3  Dated this 11th day of July, 2018.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge