Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, a Washington corporation,<br><br>Defendants. | No. 3:17-cv-05760 BHS<br><br>DECLARATION OF JOHN WHITAKER IN SUPPORT OF DEFENDANTS' S MOTION TO QUASH THIRD PARTY SUBPOENA ISSUED TO VERIZON COMM'NS INC. |

I, John Whitaker, hereby declare as follows:

1. I am over the age of 18, of sound mind and fully capable of making this declaration.

2. I submit that this declaration is based on personal knowledge, following a reasonable investigation into the statements appearing below. If called upon as a witness, I could and would competently testify to the truth of each statement herein.

3. I am one of the attorneys representing Defendants in the above-captioned action.

4. On July 18 2018, I conferred with Plaintiff's counsel, Andrew Bleiman, regarding Syked Tuning's Motion to Quash.

5. During that conference, I asked Plaintiff's counsel what the basis was for serving the Subpoena. Plaintiff's counsel essentially responded that "what's good for the goose

Motion to Quash Verizon Subpoena – Whitaker Declaration

No. 3:17-cv-05760 BHS            -1-

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402
206.223.7000 FAX: 206.223.7107

is good for the gander" as Syked Tuning had earlier served a somewhat similar subpoena for records related to communications between certain individuals at HPT and certain third parties.

6. When asked to what claim or issue the Verizon Subpoena is relevant, Plaintiff's counsel responded "they just wanted to know who Kevin Sykes-Bonnett is talking to" and that "HPT believes Kevin was probably communicating with Tim Milliken." Mr. Milliken is a third party with whom HPT has had significant dealings related to this action.

7. Plaintiff's counsel was unable to identify any claim or issue to which the Verizon Subpoena is relevant. Nowhere in the Verizon Subpoena does it describe the relevance of any of the information sought.

8. Attached as Exhibit "A" is a true and correct copy of the Verizon Subpoena.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on July 18, 2018 at Seattle, WA.

By _____
John Whitaker

Motion to Quash Verizon Subpoena – Whitaker Declaration

No. 3:17-cv-05760 BHS                -2-

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below I did personally serve the above document on the persons and in the manner indicated below. If the manner of service indicated below is by CM/ECF, the Clerk of the Court will send email notification to such persons.

| Attorneys for Plaintiff HP TUNERS, LLC | |
|---|---|
| Stephen G. Leatham, WSBA No. 15572<br>Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.<br>211 E. McLoughlin Boulevard, Suite 100<br>Vancouver, WA  98663<br>Phone:  (360) 750-7547<br>Facsimile:  (360) 750-7548<br>Email:  sgl@hpl-law.com | ☒ by **CM/ECF**<br>☐ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |
| **Attorneys for Plaintiff HP TUNERS, LLC**<br><br>Andrew P. Bleiman (*pro hac vice* admitted)<br>Marks & Klein<br>1363 Shermer Road, Suite 318<br>Northbrook, IL  60062<br>Phone:  (312) 206-5162<br>Email:  andrew@marksklein.com | ☒ by **CM/ECF**<br>☐ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |

Executed on July 18, 2018 at Seattle, Washington.

LANE POWELL PC

By    *s/Kathi Milner*
         Kathi Milner

Motion to Quash Verizon Subpoena – Whitaker Declaration

No. 3:17-cv-05760 BHS           -3-

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402
206.223.7000 FAX: 206.223.7107