Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HP TUNERS, LLC, a Nevada limited liability company,

Plaintiff,

vs.

KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, a Washington corporation,

Defendants.

No. 3:17-cv-05760 BHS

DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND EXPERT DISCLOSURE DEADLINES

Defendants Kevin Sykes-Bonnett, John Martinson, and Syked ECU Tuning, Inc. (collectively "Syked Tuning") hereby submit this Opposition to the Motion to Extend Expert Disclosure Deadlines (Dkt 53) filed by Plaintiff HP Tuners, LLC ("HP Tuners").

I. DISCUSSION AND AUTHORITIES

HP Tuners has belatedly moved this Court for an order extending the expert disclosure deadlines ("the Motion") a mere three court days before the expiration of that deadline. At no point prior to the very day that HP Tuners filed its Motion had it even broached the topic of expert discovery deadlines with Syked Tuning. The Court should deny that motion for at least the following reasons:

HP Tuners correctly points out that the parties have been engaged in written discovery for many months. Syked Tuning served its first requests for document production on

Opposition to Motion to Extend Expert Disclosure Deadlines

No. 3:17-cv-05760 BHS    -1-

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402
206.223.7000 FAX: 206.223.7107

December 1, 2017, and HP Tuners served its first requests for document production on December 27, 2017. The parties agreed that no documents would be produced until after entry of a stipulated protective order. However, even after this Court entered the stipulated protective order, HP Tuners was dilatory in its discovery efforts.

From time to time, counsel for HP Tuners hinted at the need for both parties to produce documents but those discussions were largely superficial and HP Tuners made no effort to shepherd discovery along. Instead, HP Tuners suggested that the parties agree on a date for a mutual, *simultaneous* exchange of documents. HP Tuners is correct that Syked Tuning first produced documents on July 13, 2018 (as did HP Tuners). But HP Tuners omits the fact that it was HP Tuners, and *not* Syked Tuning, that picked (and insisted upon) that date for a *simultaneous* exchange of documents.[1] In other words, the parties first simultaneously exchanged documents on July 13 because that is the date that **HP Tuners picked** to simultaneously produce documents. HP Tuners should not be heard to delay its own discovery efforts until late in the discovery period and then blame Syked Tuning for a discovery schedule that HP Tuners created.

HP Tuners also suggests that Syked Tuning has delayed the depositions of Kevin Sykes-Bonnett and John Martinson. Dkt 53 at ¶ 5-7. What HP Tuners omits is that Syked Tuning has three times offered HP Tuners dates for those depositions and it is HP Tuners who has rejected all three of those offered dates. HP Tuners first served its deposition notices on April 27, 2018 to occur at the end of May. HP Tuners noticed those depositions to occur well outside the proper distance for depositions and when the witnesses could not appear on consecutive days. Out of an accommodation to HP Tuners' travel schedule, Syked Tuning proposed alternative dates when the witnesses could appear on consecutive dates. In one instance, HP Tuners itself proposed that the depositions occur in July and Syked Tuning agreed. Only after Syked Tuning agreed to those dates did HP Tuners change its mind and

---

[1] To be clear, *neither* Syked Tuning *nor* HP Tuners had produced any documents until July 13, 2018 at HP Tuners' insistence.

Opposition to Motion to Extend Expert Disclosure Deadlines

No. 3:17-cv-05760 BHS                    -2-

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402
206.223.7000 FAX: 206.223.7107

propose other dates even later. Again, the depositions are currently scheduled for late in September because that is the date that *HP Tuners suggested*, not Syked Tuning.

In addition, HP Tuners further omits that it has never, before now, indicated any intent to use expert testimony. At least as early as March 6, 2018 (four months before this Motion), Syked Tuning stated in its discovery responses that documents pertaining to the Syked Tuning software would be made available for inspection at HP Tuners' request. HP Tuners has, to this day, never asked for Syked Tuning to make its software available for inspection by any HP Tuners expert. HP Tuners' suggestion that its dilatory discovery tactics are because of Syked Tuning is simply false.

Even more troubling is that HP Tuners is apparently seeking to throw the entire case schedule on its head. HP Tuners has asked this Court to slip *only* the deadlines for disclosure of expert testimony but no other discovery deadlines. Dkt 53 at ¶ 11. If the Motion were to be granted, opening expert reports would not be due until well after the close of discovery. Rebuttal expert reports would not be due until after the deadline for dispositive motions. HP Tuners' Motion would essentially render expert testimony completely useless. It appears that HP Tuners seeks to submit an expert report while denying Syked Tuning any opportunity to take that expert's deposition. Of course, denying Syked Tuning its right of cross examination would render any expert testimony inadmissible. In addition, HP Tuners' proposed schedule would deny Syked Tuning the ability to use a rebuttal expert report in its dispositive motions. In short, HP Tuners' proposed schedule renders expert testimony completely useless without altering the entire discovery schedule.

## II. CONCLUSION

HP Tuners has no one to blame but itself for its dilatory discovery progress. It was HP Tuners, and not Syked Tuning, that picked July 13 to exchange documents. And despite Syked Tuning offering to make documents pertaining to the Syked Tuning software available for inspection four months ago, HP Tuners has never even asked to allow any expert access to

Opposition to Motion to Extend Expert Disclosure Deadlines

No. 3:17-cv-05760 BHS                    -3-

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

those documents. Finally, HP Tuners' proposed expert disclosure schedule is unworkable without slipping every other deadline remaining in this case, and even jeopardizing the current trial date. For at least all these reasons, HP Tuners' Motion should be denied.

Respectfully submitted,   LANE POWELL PC

DATED:  July 25, 2018   By: s/John E. Whitaker
             Gregory F. Wesner, WSBA No. 30241
             wesnerg@lanepowell.com
             John E. Whitaker, WSBA No. 28868
             whitakerj@lanepowell.com
             LANE POWELL PC
             1420 Fifth Avenue, Suite 4200
             P.O. Box 91302
             Seattle, WA  98111-9402
             Telephone: 206-223-7000
             Facsimile:  206-223-7107

Attorneys for Defendants Kevin Sykes-Bonnett, John Martinson, and Syked ECU Tuning, Inc.

Opposition to Motion to Extend Expert Disclosure Deadlines

No. 3:17-cv-05760 BHS    -4-

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below I did personally serve the above document on the persons and in the manner indicated below. If the manner of service indicated below is by CM/ECF, the Clerk of the Court will send email notification to such persons.

| | |
|---|---|
| **Attorneys for Plaintiff HP TUNERS, LLC**<br><br>Stephen G. Leatham, WSBA No. 15572<br>Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.<br>211 E. McLoughlin Boulevard, Suite 100<br>Vancouver, WA 98663<br>Phone: (360) 750-7547<br>Facsimile: (360) 750-7548<br>Email: sgl@hpl-law.com | ☑ by **CM/ECF**<br>☐ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |
| **Attorneys for Plaintiff HP TUNERS, LLC**<br><br>Andrew P. Bleiman (*pro hac vice* admitted)<br>Marks & Klein<br>1363 Shermer Road, Suite 318<br>Northbrook, IL 60062<br>Phone: (312) 206-5162<br>Email: andrew@marksklein.com | ☑ by **CM/ECF**<br>☐ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |

Executed on July 25, 2018 at Seattle, Washington.

LANE POWELL PC

By*/Kathi Milner*
    Kathi Milner, legal assistant

Opposition to Motion to Extend Expert Disclosure Deadlines

No. 3:17-cv-05760 BHS     -5-

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107