THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, a Washington corporation,<br><br>Defendants. | No. 3:17-cv-05760 BHS<br><br>DEFENDANTS' NOTICE OF INTENTION TO FILE AN OPPOSITION TO PLAINTIFF'S RENEWED EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND CONSOLIDATED MEMORANDUM IN SUPPORT<br><br>**ORAL ARGUMENT REQUESTED** |

TO:      PLAINTIFF AND ITS ATTORNEYS OF RECORD

AND TO:  THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that pursuant to LCR 65(b)(5) defendants Kevin Sykes-Bonnett, John Martinson and Syked ECU Tuning Incorporated hereby notify the Court, plaintiff HP TUNERS, LLC and plaintiff's attorneys of record of defendants' intention to file an Opposition in Response to plaintiff's Renewed Emergency Motion for Temporary Restraining Order and Preliminary Injunction and Consolidated Memorandum in Support (Dkt. No. 62) by no later than Monday, August 20, 2018.

DEFENDANTS' NOTICE OF INTENTION TO FILE OPPOSITION TO PLAINTIFF'S RENEWED EMERGENCY MOTION FOR TRO - 1
No. 3:17-cv-05760 BHS
131191.0001/7396582.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402
206.223.7000 FAX: 206.223.7107

DATED: August 16, 2018

                LANE POWELL PC

By *s/John E. Whitaker*
Gregory F. Wesner, WSBA No. 30241
wesnerg@lanepowell.com
John E. Whitaker, WSBA No. 28868
whitakerj@lanepowell.com
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: 206-223-7000
Facsimile: 206-223-7107

Attorneys for Defendants Kevin Sykes-Bonnett, John Martinson and Syked ECU Tuning Incorporated

DEFENDANTS' NOTICE OF INTENTION TO FILE OPPOSITION TO PLAINTIFF'S RENEWED EMERGENCY MOTION FOR TRO - 2
No. 3:17-cv-05760 BHS
131191.0001/7396582.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2018 I electronically filed the above with the Clerk of the Court using the CM/ECF system. In accordance with their ECF registration agreement and the Court's ruling, the Clerk of the Court will send email notification of such filing to the following persons:

| | |
|---|---|
| **Attorneys for Plaintiff HP TUNERS, LLC**<br><br>Stephen G. Leatham, WSBA No. 15572<br>Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.<br>211 E. McLoughlin Boulevard, Suite 100<br>Vancouver, WA  98663<br>Phone:  (360) 750-7547<br>Facsimile:  (360) 750-7548<br>Email:  sgl@hpl-law.com | ☑ by **CM/ECF**<br>☐ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |
| **Attorneys for Plaintiff HP TUNERS, LLC**<br><br>Andrew P. Bleiman (*pro hac vice* admitted)<br>Marks & Klein<br>1363 Shermer Road, Suite 318<br>Northbrook, IL  60062<br>Phone:  (312) 206-5162<br>Email:  andrew@marksklein.com | ☑ by **CM/ECF**<br>☐ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |

Executed on August 16, 2018, at Seattle, Washington.

*s/Kathi Milner*
Kathi Milner, Legal Assistant

DEFENDANTS' NOTICE OF INTENTION TO FILE OPPOSITION TO PLAINTIFF'S RENEWED EMERGENCY MOTION FOR TRO - 3
3:17-cv-05760 BHS
131191.0001/7396582.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402
206.223.7000 FAX: 206.223.7107