# EXHIBIT B

### FIRST SET OF INTERROGATORIES

4)      Identify all representatives of the Modern Street Hemi Shootout that Defendants communicated and/or spoke with in January and February, 2018.  For each representative of the Modern Street Hemi Shootout that Defendants communicated and/or spoke with in January and February, 2018, please state the following information for each individual: (i) their phone number(s); and (ii) their email address(es).

5)      Identify the "various other sponsors of the Modern Street Hemi Shootout" who were allegedly contacted as alleged in Paragraph 35 of Defendant's Counterclaim.

7)      State all telephone numbers used by Martinson from January 1, 2016 to the present.

### SECOND SET OF INTERROGATORIES

4)      Provide the name, address, email address and all contact information for all Persons who have written source code for Defendants from January 1, 2014 to the present.

5)      Provide the name, address, email address and all contact information for all Persons and engineers employed by or with whom Defendants have contracted to write source code from January 1, 2014 to the present.