# EXHIBIT C

HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, a Washington corporation, and JOHN MARTINSON,<br><br>　　　　　Defendants. | CASE NO. 3:17-cv-05760-BHS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL, FOR SANCTIONS AND TO MODIFY SCHEDULING ORDER** |

THIS MATTER coming to be heard on Plaintiffs HP TUNERS, LLC's Motion to Compel, for Sanctions and to Modify Scheduling Order against Defendants KEVIN SYKES-BONNETT, SYKED ECU TUNING INCORPORATED and JOHN MARTINSON (collectively "Defendants"), due notice having been given and the Court being fully advised in the premises, IT IS HEREBY ORDERED AS FOLLOWS:

1. Plaintiff's Motion to Compel, for Sanctions and to Modify Scheduling Order is granted.

ORDER ON MOTION FOR TEMPORARY RESTRAINING ORDER - page 1

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

2.       Defendants are ordered to fully and completely respond to Plaintiff's requests for production of documents and to produce any and all responsive documents in their possession, custody or control within seven (7) days.

3.       Defendants are ordered to supplement all of their responses to discovery requests, to state that no responsive documents exist, if it so contends, and to state in detail and under oath, the steps it undertook to search for responsive documents within seven (7) days.

4.       Defendants are ordered to provide supplemental answers to interrogatories 4, 5 and 7 of the First Set of Interrogatories and interrogatories 4 and 5 of the Second Set of Interrogatories within seven (7) days.

5.       Defendants are hereby sanctioned and ordered to pay HPT's attorneys' fees and costs in the amount of $5,000 in connection with this motion.

6.       The Scheduling Order entered on December 26, 2017 is hereby vacated.

7.       A new Scheduling Order shall be entered as follows:

  a. *FIVE DAY* Jury Trial is set for 5/29/2019 at 9:00 AM in Courtroom E before Judge Benjamin H. Settle.

  b. Joinder of Parties due by 11/30/2018,

  c. Amended Pleadings due by 12/30/2018,

  d. Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by 1/23/2019,

  e. Rebuttal Expert Disclosure/Reports due by 2/23/2019,

  f. Motions due by 3/31/2019,

  g. Discovery completed by 2/1/2019,

  h. Dispositive motions due by 2/28/2019, M

  i. Motions in Limine due by 4/30/2018,

ORDER ON MOTION FOR TEMPORARY RESTRAINING
ORDER - page 2

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

    j. Pretrial Order due by 5/7/2019,

    k. Voir dire/jury instructions/trial briefs due by 5/8/2019,

    l. Agreed Neutral Statement of the Case due by 5/8/2019,

    m. Deposition Designations due by 5/8/2019,

    n. Pretrial Conference set for 5/15/2019 at 11:00 A.M.

 SO ORDERED this _____ day of September, 2018.

                _____
                HONORABLE BENJAMIN H. SETTLE

Presented by:

*s/ Andrew P. Bleiman*
Andrew P. Bleiman (admitted *pro hac vice*)
Marks & Klein
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone:  (312) 206-5162
Email:  andrew@marksklein.com

Stephen G. Leatham, WSBA #15572
Heurlin, Potter, Jahn, Leatham,
Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
Vancouver, WA 98663
Telephone:  (360) 750-7547
Fax:  (360) 750-7548
Email:  sgl@hpl-law.com

  *Attorneys for Plaintiff*

ORDER ON MOTION FOR TEMPORARY RESTRAINING ORDER - page 3

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547