THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, a Washington corporation,<br><br>　　　　Defendants. | No. 3:17-cv-05760 BHS<br><br>**SECOND DECLARATION OF KEVIN SYKES-BONNETT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S RENEWED EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Kevin Sykes-Bonnett, hereby declare as follows:

1. I am over the age of 18, of sound mind and fully capable of making this declaration. I submit that this declaration is based on personal knowledge, following a reasonable investigation into the statements appearing below. If called upon as a witness, I could and would competently testify to the truth of each statement herein.

2. As stated by Ken Cannata in his declaration, in 2016 he provided me with a USB drive that included a "key generator" that would allow me to generate for myself credits that I could use in satisfaction of the payment that was owed to me for certain technical documents that I had provided to HPT.

3. At first, I only used the "key generator" to generate license keys for myself. However, over time I did in fact use the key generator to generate license keys for a select few

SECOND DECLARATION OF KEVIN SYKES-BONNETT IN OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR TRO - 1
No. 3:17-cv-05760 BHS
131191.0001/7106055.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

individuals, such as a few of my friends, whom I trusted not to spread it around that I was in possession of the program. I did not make widespread use of the key generator.

4. None of HPT's proprietary source code has ever been incorporated into any of Syked Tuning's software.

5. If the Court were to grant the relief requested by HPT in its motion, it would be a catastrophic blow to me personally and to my family as my family relies on my income from sales of Syked Tuning software to satisfy our living expenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 20, 2018 at Seattle, Washington.

_____
Kevin Sykes-Bonnett

SECOND DECLARATION OF KEVIN SYKES-BONNETT IN OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR TRO - 2
No. 3:17-cv-05760 BHS
131191.0001/7106055.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2017 I electronically filed the above with the Clerk of the Court using the CM/ECF system. In accordance with their ECF registration agreement and the Court's ruling, the Clerk of the Court will send email notification of such filing to the following persons:

| | |
|---|---|
| **Attorneys for Plaintiff HP TUNERS, LLC**<br><br>Stephen G. Leatham, WSBA No. 15572<br>Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.<br>211 E. McLoughlin Boulevard, Suite 100<br>Vancouver, WA  98663<br>Phone:  (360) 750-7547<br>Facsimile:  (360) 750-7548<br>Email:  sgl@hpl-law.com | ☒ by **CM/ECF**<br>☐ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |
| **Attorneys for Plaintiff HP TUNERS, LLC**<br><br>Andrew P. Bleiman (*pro hac vice* admitted)<br>Marks & Klein<br>1363 Shermer Road, Suite 318<br>Northbrook, IL  60062<br>Phone:  (312) 206-5162<br>Email:  andrew@marksklein.com | ☒ by **CM/ECF**<br>☐ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |

Executed on August 20, 2018.

*s/John Whitaker*
John Whitaker

SECOND DECLARATION OF KEVIN SYKES-BONNETT IN OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR TRO - 3
3:17-cv-05760 BHS
131191.0001/7106055.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402
206.223.7000 FAX: 206.223.7107