**Cannata - Exhibit 1**

**E38 Harness available on Speartech Website**

