THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, a Washington corporation, <br><br> Defendants. | No. 3:17-cv-05760 BHS <br><br> **DEFENDANTS' MOTION TO SEAL** <br><br> **Noted: August 21, 2018** |

Pursuant to LCR 5(g) and Section 4.4 of the Protective Order (*see* Dkt. 39), Defendants Kevin Sykes-Bonnett, John Martinson, and Syked ECU Tuning, Inc. ("Defendants") by and through their counsel, respectfully request that the Court seal Exhibits 1, 2 and 3 of the Whitaker Declaration in support of Defendants' Motion for a Temporary Restraining Order. Under the Protective Order, Plaintiff HP Tuners, LLC ("Plaintiff") designated these documents as Confidential and Defendants do not oppose that confidentiality designation. The private interests of both Defendants' and Plaintiff of protecting their trade secrets outweigh any interest that the public may have in knowing the contents of these exhibits. *See* LCR 5(g)(3)(B). Additionally, there is no less restrictive alternative for protecting the contents of these exhibits because the

DEFENDANTS' MOTION TO SEAL - 1
No. 3:17-cv-05760 BHS

131191.0001/7400202.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

confidential information contained within them is the subject of Defendants' Motion for a Temporary Restraining Order. *Id.*

In accordance with LCR 5(g)(3)(A), counsel for the parties previously met and conferred in connection with this motion to seal on August 21, 2018.

DATED:  August 21, 2018

                                                       LANE POWELL PC

                                                       By  *s/John E. Whitaker*
                                                            Gregory F. Wesner, WSBA No. 30241
                                                            wesnerg@lanepowell.com
                                                            John E. Whitaker, WSBA No. 28868
                                                            whitakerj@lanepowell.com
                                                            1420 Fifth Avenue, Suite 4200
                                                            P.O. Box 91302
                                                            Seattle, WA  98111-9402
                                                            Telephone:  206-223-7000
                                                            Facsimile:  206-223-7107

                                                            Attorneys for Defendants Kevin Sykes-Bonnett, John Martinson and Syked ECU Tuning Incorporated

DEFENDANTS' MOTION TO SEAL - 2
No. 3:17-cv-05760 BHS

131191.0001/7400202.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2018 I electronically filed the above with the Clerk of the Court using the CM/ECF system.  In accordance with their ECF registration agreement and the Court's ruling, the Clerk of the Court will send email notification of such filing to the following persons:

| **Attorneys for Plaintiff HP TUNERS, LLC** | ☑ | by **CM/ECF** |
| --- | --- | --- |
| | ☐ | by **Electronic Mail** |
| Stephen G. Leatham, WSBA No. 15572 | ☐ | by **Facsimile Transmission** |
| Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S. | ☐ | by **First Class Mail** |
| | ☐ | by **Hand Delivery** |
| 211 E. McLoughlin Boulevard, Suite 100 | ☐ | by **Overnight Delivery** |
| Vancouver, WA  98663 | | |
| Phone:  (360) 750-7547 | | |
| Facsimile:  (360) 750-7548 | | |
| Email:  sgl@hpl-law.com | | |
| **Attorneys for Plaintiff HP TUNERS, LLC** | ☑ | by **CM/ECF** |
| | ☐ | by **Electronic Mail** |
| Andrew P. Bleiman (*pro hac vice* admitted) | ☐ | by **Facsimile Transmission** |
| Marks & Klein | ☐ | by **First Class Mail** |
| 1363 Shermer Road, Suite 318 | ☐ | by **Hand Delivery** |
| Northbrook, IL  60062 | ☐ | by **Overnight Delivery** |
| Phone:  (312) 206-5162 | | |
| Email:  andrew@marksklein.com | | |

Executed on August 21, 2018, at Seattle, Washington.

*s/Kathi Milner*
Kathi Milner, Legal Assistant

131191.0001/7400202.1