THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, a Washington corporation, <br><br> Defendants. | No. 3:17-cv-05760 BHS <br><br> **DECLARATION OF JOHN WHITAKER IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL DISCOVERY** |

I, John E. Whitaker, hereby declare as follows:

1. I am of legal age, have personal knowledge of the facts provided herein and, if called as a witness, could and would testify competently to those facts.

2. I am an attorney at Lane Powell PC in Seattle, Washington. I am licensed to practice law in the State of Washington. My Washington State Bar Association number is 28868.

3. I am one of the attorneys representing Defendants Kevin Sykes-Bonnett, John Martinson, and Syked ECU Tuning, Inc. ("Defendants").

4. On December 1, 2017 Defendants submitted requests for production of documents. Defendants' second request asked for "[A]ll documents produced by any party in any

WHITAKER DECLARATION ISO DEFENDANTS'
MOTION TO COMPEL DISCOVERY - 1
No. 3:17-cv-05760 BHS
131191.0001/7400137.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402
206.223.7000 FAX: 206.223.7107

litigation or arbitration proceeding between Plaintiff and Matthew Honeycutt." A true and correct excerpt from Defendants' request for production of documents is attached to this declaration as Exhibit A.

5. On December 27, 2017 Plaintiff responded and objected to Defendants' request for production. A true and correct excerpt of Plaintiff's response is attached to this declaration as Exhibit B.

6. On January 4, 2018, following a meet and confer with Plaintiff, I sent an email to Andrew Bleiman requesting certain documents from the arbitration between Plaintiff and Matthew Honeycutt. The parties agreed to produce certain documents from this arbitration on January 9, 2018. A true and correct copy of that email exchange is attached to this declaration as Exhibit C.

7. On July 6, 2018, the parties met and conferred and agreed to exchange documents on July 13, 2018. A true and correct copy of that email exchange is attached to this declaration as Exhibit D.

8. On July 12, 2018 Plaintiff HP Tuners, LLC produced twenty two documents. This production included Matthew Honeycutt's opening Rule 27 brief for summary judgment, HP Tuners' response in opposition to motion for summary judgment, Matthew Honeycutt's reply brief in support of his motion for summary judgment, a December 4, 2017 supplemental brief of Matthew Honeycutt, HP Tuners' supplemental briefing in opposition, and the arbitrator's order on Matthew Honeycutt's motion for summary judgment.

9. On August 14, 2018, an associate at Lane Powell PC, Tyler Kendrick, sent an email to Andrew Bleiman requesting that Plaintiff produce the exhibits referenced in the Rule 27

WHITAKER DECLARATION ISO DEFENDANTS'
MOTION TO COMPEL DISCOVERY - 2
No. 3:17-cv-05760 BHS
131191.0001/7400137.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402
206.223.7000 FAX: 206.223.7107

briefing Plaintiff produced on July 12.  A true and correct copy of that email is attached to this declaration as Exhibit E.

10. On August 20, 2018 Plaintiff and Defendants exchanged emails about Plaintiff's July 12, 2018 production.  Plaintiff stated that it did not agree to produce all exhibits in connection with the briefing.  In response, Defendants provided a list of what they believe remains outstanding from Plaintiff's July 12, 2018 production.  A true and correct copy of that email chain is attached to this declaration as Exhibit F.

11. In Matthew Honeycutt's opening Rule 27 brief in support of his motion for summary judgment, he cited exhibits that support the position that Plaintiff HP Tuners, LLC has been hacked multiple times in the past and does not care that it has.

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct to the best of my knowledge.

Executed on August 21, 2018 at Seattle, Washington.

                                          *s/John E. Whitaker*
                                          John E. Whitaker

WHITAKER DECLARATION ISO DEFENDANTS'
MOTION TO COMPEL DISCOVERY - 3
No. 3:17-cv-05760 BHS
131191.0001/7400137.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2018 I electronically filed the above with the Clerk of the Court using the CM/ECF system.  In accordance with their ECF registration agreement and the Court's ruling, the Clerk of the Court will send email notification of such filing to the following persons:

| **Attorneys for Plaintiff HP TUNERS, LLC** | | |
|---|---|---|
| Stephen G. Leatham, WSBA No. 15572<br>Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.<br>211 E. McLoughlin Boulevard, Suite 100<br>Vancouver, WA  98663<br>Phone:  (360) 750-7547<br>Facsimile:  (360) 750-7548<br>Email:  sgl@hpl-law.com | ☑<br>☐<br>☐<br>☐<br>☐<br>☐ | by **CM/ECF**<br>by **Electronic Mail**<br>by **Facsimile Transmission**<br>by **First Class Mail**<br>by **Hand Delivery**<br>by **Overnight Delivery** |
| **Attorneys for Plaintiff HP TUNERS, LLC** | | |
| Andrew P. Bleiman (*pro hac vice* admitted)<br>Marks & Klein<br>1363 Shermer Road, Suite 318<br>Northbrook, IL  60062<br>Phone:  (312) 206-5162<br>Email:  andrew@marksklein.com | ☑<br>☐<br>☐<br>☐<br>☐<br>☐ | by **CM/ECF**<br>by **Electronic Mail**<br>by **Facsimile Transmission**<br>by **First Class Mail**<br>by **Hand Delivery**<br>by **Overnight Delivery** |

Executed on August 21, 2018, at Seattle, Washington.

*s/Kathi Milner*
Kathi Milner, Legal Assistant

WHITAKER DECLARATION ISO DEFENDANTS'
MOTION TO COMPEL DISCOVERY - 4
No. 3:17-cv-05760 BHS
131191.0001/7400137.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402
206.223.7000 FAX: 206.223.7107