HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, a Washington corporation, and JOHN MARTINSON, <br><br> Defendants. | CASE NO. 3:17-cv-05760-BHS <br><br> **PLAINTIFF'S NOTICE OF INTENTION TO FILE AN OPPOSITION TO DEFENDANTS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER** <br><br> **ORAL ARGUMENT REQUESTED** |

TO:        DEFENDANTS AND THEIR ATTORNEYS OF RECORD

AND TO:        THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that pursuant to LCR 65(b)(5), Plaintiff HP TUNERS, LLC, a Nevada limited liability company ("HPT"), hereby notifies the Court, Defendants and counsel for Defendants of Plaintiff's intention to file an Opposition in Response to Defendants' Emergency Motion for Temporary Restraining Order (Dkt. No. 69) by no later than Friday, August 24, 2018.

PLAINTIFF'S NOTICE OF INTENTION TO FILE AN OPPOSITION TO DEFENDANTS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER - 1

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

Dated this 22nd day of August, 2018

Respectfully submitted,

*s/ Andrew P. Bleiman*
Attorneys for HP Tuners, LLC

Stephen G. Leatham, WSBA #15572
Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
PO Box 611
211 E. McLoughlin Boulevard
Vancouver, WA 98666-0611
Telephone: (360) 750-7547
Fax: (360) 750-7548
E-mail: sgl@hpl-law.com

Andrew P. Bleiman (admitted *pro hac vice*)
Marks & Klein
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
(312) 206-5162
andrew@marksklein.com

PLAINTIFF'S NOTICE OF INTENTION TO FILE AN OPPOSITION TO DEFENDANTS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER - 2

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA 98666-0611
(360) 750-7547

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2018, I caused the foregoing to be electronically with the Clerk of Court using the **CM/ECF system** which will electronically send Notice to all Counsel of Record.

MARKS & KLEIN

*s/ Andrew P. Bleiman*
Andrew P. Bleiman (admitted *pro hac vice*)
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone: (312) 206-5162
E-mail: andrew@marksklein.com
     Attorney for Plaintiff

---

PLAINTIFF'S NOTICE OF INTENTION TO FILE AN OPPOSITION TO DEFENDANTS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER - 3

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA 98666-0611
(360) 750-7547