UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> KEVIN SYKES-BONNETT, <br><br> Defendant. | CASE NO. C17-5760 BHS <br><br> ORDER SETTING SCHEDULE AND HEARING FOR THE PARTIES' MOTIONS FOR TEMPORARY RESTRAINING ORDERS |

This matter comes before the Court on motions for temporary restraining orders filed by Plaintiff HP Tuners, LLC ("Plaintiff") and Defendants John Martinson, Syked ECU Tuning Incorporated, and Kevin Sykes-Bonnett's ("Defendants"). Dkts. 62, 69.

On August 16, 2018, Plaintiff filed a renewed emergency motion for a temporary restraining order and preliminary injunction. Dkt. 62. On August 20, 2018, Defendants responded. Dkt. 66.

On August 21, 2018, Defendants filed an emergency motion for a temporary restraining order. Dkt. 69.

On August 22, 2018, Plaintiff replied to Defendants' response. Dkt. 77.

1    Generally, parties should have notice and opportunity to be heard before a court
2 issues temporary injunctive relief. Fed. R. Civ. P. 65(b). In this case, the Court finds that
3 additional briefing and a hearing are necessary before relief, if any, is granted. Therefore,
4 Plaintiff may respond to Defendants' motion no later than Friday, August 24, 2018,
5 Defendants may reply no later than 12:00PM on Tuesday, August 28, 2018, and a hearing
6 is set for 10:00AM on Wednesday, August 29, 2018.

7    **IT IS SO ORDERED**.

8    Dated this 22nd day of August, 2018.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge