

Andrew Bleiman <andrew@marksklein.com>

## HP Tuners
1 message

**Gregory Gilvach** <gregorygilvach@hotmail.com>  Sun, May 27, 2018 at 2:38 PM
To: "andrew@marksklein.com" <andrew@marksklein.com>, "sgl@hpl-law.com" <sgl@hpl-law.com>

Hello,
     We have information regarding Kevin Sykes Bonnett. We will keep our identity disclosed. But we have pictures, information, names that will prove he is guilty of selling hacked credit, modify the firmware of VCM interface, and more. If you can contact me back, so we can talk further.

IMPORTANT : This email address will be disabled in 5 days.

Thank you
Anonymous

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    HPT-SET000381