

Andrew Bleiman <andrew@marksklein.com>

## RE: HP Tuners
1 message

**Gregory Gilvach** <gregorygilvach@hotmail.com>  Tue, May 29, 2018 at 4:14 PM
To: "Andrew P. Bleiman" <andrew@marksklein.com>

Hello,

    Here is the ONLY proof we will provide. We cropped the picture to hide sensiv e data. This picture is 10% of what we know about leaked infos. If you need more proof, this is a deal breaker. We can't provide more infos as proof and phone call isn't an opon as alr eady said. We do not seek anything. We offer help, you accept or deny. We are anonymous.

NOTE : Enjoy this ILLEGAL app key so you can kill is interface and sue him. That key was sell, we have proof of the transacon.

Thanks
Anonymous

---

**De :** Andrew P. Bleiman <andrew@marksklein.com>
**Envoyé :** mardi 29 mai 2018 17:23
**À :** Gregory Gilvach
**Objet :** Re: HP Tuners

Mr. Gilvach:

Your demands for Bitcoin are vague.  While HP Tuners in interested in learning the information you possess and is willing to provide a "reward" for such information, it is unclear what you are seeking and unless and until we see some trace of evidence to validate your information and determine that your information is credible, it is difficult to move forward with a deal.  HPT has information from various sources and it is critical that we are able to verify the information you have and determine the credibility of such information before providing any such "reward." Again, I suggest we schedule a telephone conference to discuss these matters.  To the extent you are concerned about revealing your identity, you can certainly alter your voice or take such other measures to conceal your identity.

Regards,

Andrew P. Bleiman

---

### Andrew P. Bleiman, Esq.

Ranked 2018 Chambers USA Franchise Top 4 Law Firms



1363 Shermer Road, Suite 318

Northbrook, Illinois 60062

205 West Randolph Street, Suite 2200

Chicago, Illinois 60606

Tel: 312.206.5162 Cell: 312.420.5568

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER       HPT-SET000406

Fax: 732.219.0625

Web: www.marksklein.com

New Jersey  ·  New York  ·  Chicago  ·  Boca Raton

A proud member of the Northern Illinois Franchise Association.  Please visit www.northernilfranchise.org.



This email and any files transmitted with it may contain privileged or confidential information.  Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited.  If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.

On Tue, May 29, 2018 at 6:14 AM, Gregory Gilvach <gregorygilvach@hotmail.com> wrote:
> Hello,
> We accept Bitcoin.
>
> Thanks
> Anonymous

**De :** Andrew Bleiman <andrew@marksklein.com>
**Envoyé :** mardi 29 mai 2018 07:03
**À :** Gregory Gilvach
**Objet :** Re: HP Tuners

What exactly are you looking for from HPT?

Andrew P. Bleiman
Marks & Klein, LLP
312-420-5568
andrew@marksklein.com

On May 28, 2018, at 4:34 PM, Gregory Gilvach <gregorygilvach@hotmail.com> wrote:

> Hello,
> We have to see if a deal is possible before sending any proof. Once we have a deal we can make the verificaon process. We have very sensive informaons that will be very usefull don't worry for that. We are offering our service to you. You can accept or refuse its up to you. HP Tuners can turn our informaons in to couple hundred thousand plus the closure of the Syked Co.
>
> Thanks
> Anonymous

**De :** Andrew Bleiman <andrew@marksklein.com>
**Envoyé :** lundi 28 mai 2018 22:38
**À :** Gregory Gilvach
**Objet :** Re: HP Tuners

It is unclear what you are asking for.  In order to proceed further with these discussions, we need you to provide us with some evidence so we can validate your claims of proof are credible. Thank your.

Andrew P. Bleiman
Marks & Klein, LLP
312-420-5568
andrew@marksklein.com

On May 28, 2018, at 6:58 AM, Gregory Gilvach <gregorygilvach@hotmail.com> wrote:

> Hello,
>         You are right but all pictures are very clear. One picture is enought to make you win. What we can do is crop one of them when someone generate a KEY with the hp tuners keygen. With no name. Only the prompt box with a generated key so you can validate. Those picture are showing someone gen a key and selling it. For others infos it's too sensiv  es to have proof.
>
>
> Thanks
> Anonymous
>
>> **De :** Andrew Bleiman <andrew@marksklein.com>
>> **Envoyé :** lundi 28 mai 2018 10:16
>> **À :** Gregory Gilvach
>> **Objet :** Re: HP Tuners
>>
>> Given you have so much evidence per your emails, please provide an example of the evidence you have and we can determine next steps.  Thank you.
>>
>> Andrew P. Bleiman
>> Marks & Klein, LLP
>> 312-420-5568
>> andrew@marksklein.com
>>
>> On May 27, 2018, at 10:13 PM, Gregory Gilvach <gregorygilvach@hotmail.com> wrote:
>>
>>> Hello,
>>>         As we say, we need to keep our identy disclosed. So phone c   all isn't an opon. Wha  t you would like to verify ?
>>>
>>>
>>> Thanks
>>> Anonymous
>>>
>>>> **De :** Andrew Bleiman <andrew@marksklein.com>
>>>> **Envoyé :** lundi 28 mai 2018 07:57
>>>> **À :** Gregory Gilvach
>>>> **Objet :** Re: HP Tuners
>>>>
>>>> Please share one of your photos so we can verify this. When are you available for a call?  Thank you.
>>>>
>>>> Andrew P. Bleiman
>>>> Marks & Klein, LLP
>>>> 312-420-5568

andrew@marksklein.com

On May 27, 2018, at 8:28 PM, Gregory Gilvach <gregorygilvach@hotmail.com> wrote:

> Hello,
> How do you want to proceed ?  We have much more informaons than wha t HP Tuners think about Kevin and OTHERS. We think with all the informaons w e get, you can win you'r case in minutes. We have email, screenshot and cloned devices proof. Someone has leaked somes documentaons and w e know who leaked them. As we see HP Tuners has no clue who leak them. We have 5 days to close a deal, a. er which this email account will be disabled.
>
> Free Hint : He use some part of the HP Tuner sow are for CRC Algo and Seed Calculaon.
>
> Thanks
> Anonymous

**De :** Andrew Bleiman <andrew@marksklein.com>
**Envoyé :** lundi 28 mai 2018 02:19
**À :** Gregory Gilvach
**Cc :** sgl@hpl-law.com
**Objet :** Re: HP Tuners

Thank you for your email. Please let me know when you would like to discuss. Thank you.

Andrew P. Bleiman
Marks & Klein, LLP
312-420-5568
andrew@marksklein.com

On May 27, 2018, at 2:38 PM, Gregory Gilvach <gregorygilvach@hotmail.com> wrote:

> Hello,
> We have informaon r egarding Kevin Sykes Bonne. W e will keep our identy disclosed. But w e have pictures, informaon, names tha t will prove he is guilty of selling hacked credit, modify the firmware of VCM interface, and more. If you can contact me back, so we can talk further.
>
> IMPORTANT : This email address will be disabled in 5 days.
>
> Thank you
> Anonymous



**proof1.jpg**
38K



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                 HPT-SET000410