HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, Washington corporation, and JOHN MARTINSON, <br><br> Defendants. | CASE NO. 3:17-cv-05760-BHS <br><br> DECLARATION OF ANDREW P. BLEIMAN IN OPPOSITION TO DEFENDANTS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER |

I, ANDREW P. BLEIMAN, pursuant to 28 U.S.C. § 1746, being duly sworn according to law, hereby state and declare as follows:

1. I am an individual over the age of 18 years. I have personal knowledge of the matters set forth in my declaration and would be willing and able to testify thereto if and when called upon to do so.

2. I am one of the attorneys for Plaintiff in this action.

3. By virtue of Defendants' designation of these items as "Highly Confidential", the hardware design documents and associated binary files received are being maintained by counsel as "Highly Confidential" in accordance with the Stipulated Protective Order in this case.

DECLARATION OF ANDREW P. BLEIMAN - page 1

1     4.     All communications with the anonymous informant were conducted by email.

I hereby declare, under penalty of perjury, that all of the foregoing is true and accurate to the best of my knowledge and belief.

Dated: August 24, 2018

*(signature)*
_____
ANDREW P. BLEIMAN

DECLARATION OF ANDREW P. BLEIMAN - page 2

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA 98666-0611
(360) 750-7547