THE HONORABLE BENJAMIN H. SETTLE

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9

HP TUNERS, LLC, a Nevada limited liability )     No. 3:17-cv-05760 BHS
company,                                )
10                                      )
11                  Plaintiff,          ) **DEFENDANTS' MOTION TO SEAL**
                                        ) **KENDRICK DECLARATION**
12            vs.                       )
                                        ) **Noted for:  September 21, 2018**
13   KEVIN SYKES-BONNETT and SYKED      )
     ECU TUNING INCORPORATED, a         )
14   Washington corporation,            )
                                        )
15                  Defendants.         )
                                        )
16                                      )

17

18          Pursuant to LCR 5(g) and Section 4.4 of the Protective Order (*see* Dkt. 39), Defendants

19   Kevin Sykes-Bonnett, John Martinson, and Syked ECU Tuning, Inc. ("Defendants") by and

20   through its counsel, respectfully requests that the Court seal the Kendrick Declaration, and

21   Exhibits A and B of the Kendrick Declaration in support of Defendants' Reply in Support of its

22   Motion to Compel Production.   Under the Protective Order, Plaintiff HP Tuners, LLC

23   ("Plaintiff") designated these documents as Confidential and Defendants do not oppose that

24   confidentiality designation.   Further, the Kendrick Declaration quotes directly from both

25   confidential documents.  The private interests of both Defendants' and Plaintiff of protecting

26

27   their trade secrets outweigh any interest that the public may have in knowing the contents of

DEFENDANTS' MOTION TO SEAL
KENDRICK DECLARATION - 1
No. 3:17-cv-05760 BHS

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402
206.223.7000 FAX: 206.223.7107

these exhibits.  *See* LCR 5(g)(3)(B).  Additionally, there is no less restrictive alternative for protecting the contents of these exhibits because the confidential information contained within them is the subject of Defendants' Motion for a Temporary Restraining Order. *Id.*

In accordance with LCR 5(g)(3)(A), counsel for the parties previously met and conferred in connection with this motion to seal on September 7, 2018.

DATED:  September 7, 2018

LANE POWELL PC

By  *s/Gregory F. Wesner*
Gregory F. Wesner, WSBA No. 30241
wesnerg@lanepowell.com
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA  98111-9402
Telephone:  206-223-7000
Facsimile:  206-223-7107

John E. Whitaker, WSBA No. 28868

Attorneys for Defendants Kevin Sykes-Bonnett, John Martinson and Syked ECU Tuning Incorporated

DEFENDANTS' MOTION TO SEAL
KENDRICK DECLARATION - 2
No. 3:17-cv-05760 BHS

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2018 I electronically filed the above with the Clerk of the Court using the CM/ECF system.  In accordance with their ECF registration agreement and the Court's ruling, the Clerk of the Court will send email notification of such filing to the following persons:

| **Attorneys for Plaintiff HP TUNERS, LLC** | ☑ | by **CM/ECF** |
|---|---|---|
| | ☐ | by **Electronic Mail** |
| Stephen G. Leatham, WSBA No. 15572 | ☐ | by **Facsimile Transmission** |
| Heurlin, Potter, Jahn, Leatham, Holtmann & | ☐ | by **First Class Mail** |
| Stoker, P.S. | ☐ | by **Hand Delivery** |
| 211 E. McLoughlin Boulevard, Suite 100 | ☐ | by **Overnight Delivery** |
| Vancouver, WA  98663 | | |
| Phone:  (360) 750-7547 | | |
| Facsimile:  (360) 750-7548 | | |
| Email:  sgl@hpl-law.com | | |

| **Attorneys for Plaintiff HP TUNERS, LLC** | ☑ | by **CM/ECF** |
|---|---|---|
| | ☐ | by **Electronic Mail** |
| Andrew P. Bleiman (*pro hac vice* admitted) | ☐ | by **Facsimile Transmission** |
| Marks & Klein | ☐ | by **First Class Mail** |
| 1363 Shermer Road, Suite 318 | ☐ | by **Hand Delivery** |
| Northbrook, IL  60062 | ☐ | by **Overnight Delivery** |
| Phone:  (312) 206-5162 | | |
| Email:  andrew@marksklein.com | | |

Executed on September 7, 2018, at Seattle, Washington.


*s/Kathi Milner*

Kathi Milner, Legal Assistant