THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | ) ) ) | No. 3:17-cv-05760 BHS |
| Plaintiff, | ) ) | **ORDER GRANTING DEFENDANTS' MOTION TO SEAL** |
| vs. | ) ) | |
| KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, a Washington corporation, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

THIS MATTER, having come before the Court on Defendants Kevin Sykes-Bonnett, John Martinson, and Syked ECU Tuning, Inc.'s unopposed Motion to Seal, and having found good cause for the requested relief,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendants Kevin Sykes-Bonnett, John Martinson, and Syked ECU Tuning, Inc.'s Motion to Seal is hereby GRANTED.

///

///

///

[ORDER GRANTING DEFENDANTS'
MOTION TO SEAL - 1
No. 3:17-cv-05760 BHS
131191.0001/7400239.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1

1  The Court hereby seals Exhibits 1, 2 and 3 of the Whitaker Declaration in support of Defendants'
2  Motion for a Temporary Restraining Order.
3
4      DATED this 11th day of September, 2018.

_[signature]_

BENJAMIN H. SETTLE
United States District Judge

Presented By:

LANE POWELL PC

By *s/John E. Whitaker*
   Gregory F. Wesner, WSBA No. 30241
   wesnerg@lanepowell.com
   John E. Whitaker, WSBA No. 28868
   whitakerj@lanepowell.com
   1420 Fifth Avenue, Suite 4200
   P.O. Box 91302
   Seattle, WA  98111-9402
   Telephone:  206-223-7000
   Facsimile:  206-223-7107

   Attorneys for Defendants Kevin Sykes-Bonnett,
   John Martinson, and Syked ECU Tuning, Inc.

[ORDER GRANTING DEFENDANTS'
MOTION TO SEAL - 2
No. 3:17-cv-05760 BHS
131191.0001/7400239.1

2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402
206.223.7000 FAX: 206.223.7107