IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| **HP TUNERS, LLC,** <br> Plaintiff/Petitioner <br> vs. <br> **KEVIN KYKES-BONNETT, SYKED ECU TUNING INCORPORATED, AND JOHN MARTINSON,** <br> Defendant/Respondent | Cause No.: **3:17-CV-05760 BHS** <br> Hearing Date: **09/24/2018** <br><br> DECLARATION OF SERVICE OF **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; WITNESS FEE CHECK** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **28th day of August, 2018** at **12:02 PM** at the address of **SPEED SECRETS, 221 S. LEWIS STREET, MONROE, Snohomish County, WA 98272**; this declarant served the above described documents upon **ELLIS GROO** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **ELLIS GROO**, **Who accepted service, with identity confirmed by subject saying yes when named, a bald white male approx. 45-55 years of age, 5'8"-5'10" tall and weighing 180-200 lbs.**.
No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$79.50**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED __August 28, 2018_____.

_[signature]_

**Sherri Rose Camerer, Reg. # 2018-03, Washington**

ORIGINAL PROOF OF SERVICE
PAGE 1 OF 1

For: **Heurlin & Potter**
Ref #: **3:17-CV-05760 BHS**

Tracking #: **0027174038**

