1

2          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
3                    AT TACOMA

4

5   HP TUNERS, LLC,

6              Plaintiff(s),
                                        Case No. 3:17–cv–05760–BHS
7        v.

8   KEVIN SYKES–BONNETT et al.,         ORDER SETTING
                                        JURY TRIAL AND
9              Defendant(s).            PRETRIAL DATES

10

11
                        I. TRIAL AND PRETRIAL DATES
12

13

| | |
|---|---|
| FIVE DAY JURY TRIAL set for 09:00 AM | April 30, 2019 |
| Deadline for filing motion to join parties | |
| Deadline for amending pleadings | |
| Disclosure of expert testimony under FRCP 26(a)(2) | October 22, 2018 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | November 21, 2018 |
| All motions related to discovery must be filed by | December 3, 2018 |
| Discovery completed by | December 31, 2018 |
| All dispositive motions must be filed by | January 30, 2019 |
| Motions in limine should be filed pursuant to Local Rule CR 7(d)(4) by | March 25, 2019 |
| Agreed pretrial order filed with the Court by | April 8, 2019 |
| Pretrial conference will be held at 11:00 AM on | April 15, 2019 |
| Trial briefs, proposed voir dire, jury instructions, agreed neutral statement of the case and deposition designations due by | April 9, 2019 |

If any of the dates identified in this order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on that day, per LCR 6. These are firm dates that can be changed only by order of the Court.

If this case is not settled, it will go to trial on the date set or as soon thereafter as the Court is available.

## II. FINDINGS OF FACT AND CONCLUSIONS OF LAW

Where appropriate, the parties are encouraged to work together in the creation of proposed findings of fact and conclusions of law. On or before the deadline for filing proposed findings and conclusions the parties shall email their proposed findings and conclusions in Word format to settleorders@wawd.uscourts.gov.

## III. PRIVACY POLICY

Pursuant to LCR 5.2(a), parties are to redact the following information from documents and exhibits before they are filed with the Court:

* Dates of Birth – redact to the year of birth.
* Names of Minor Children – redact to the initials.
* Social Security Numbers – redact to the last four digits.
* Financial Accounting Information – redact to the last four digits.
* Passport Numbers and Driver License Numbers – redact in their entirety.

## IV. SETTLEMENT

If this case is settled, please advise the Court immediately at (253) 882–3825.


DATED:  The 18th of September 2018.


    *s/ Benjamin H. Settle*

Benjamin H. Settle
United States District Judge