# EXHIBIT A

Byers & Anderson Court Reporters
253.627.6401 | production@byersanderson.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

AT TACOMA

HP TUNERS, LLC, a Nevada limited )
liability company,               )
                                 )
                 Plaintiff,      )
                                 )
            vs.                  ) No. 3:17-cv-05760-BHS
                                 )
KEVIN SYKES-BONNETT and SYKED ECU )
TUNING INCORPORATED, and JOHN    )
MARTINSON,                       )
                                 )
                 Defendants.     )

VIDEOTAPED DEPOSITION OF JOHN H. MARTINSON, VOLUME 1

September 26, 2018

Seattle, Washington

Byers & Anderson, Inc.

Court Reporters/Video/Videoconferencing

One Union Square                    2208 N. 30th Street, Suite 202
600 University Street               Tacoma, WA 98403
Suite 2300                          253.627.6401
Seattle, WA 98101                   253.383.4884 Fax
206.340.1316                        scheduling@byersanderson.com
800.649.2034                        www.byersanderson.com

Serving Washington's Legal Community since 1980

Byers & Anderson Court Reporters
253.627.6401 | production@byersanderson.com

```
 1                    MR. WHITAKER:  Object to the form.
 2                    THE WITNESS:  I -- I believe I have.
 3   Q    (By Mr. Bleiman)   What have you provided?
 4   A    The --
 5                    MR. WHITAKER:  Object to the form.
 6                    THE WITNESS:  The software e-mail
 7        account has been -- that we both have access to -- has
 8        been submitted.
 9   Q    (By Mr. Bleiman)  What about -- is that your only e-mail
10        address?
11   A    I have a personal e-mail address.
12   Q    What -- what's that e-mail address?
13   A    Johnsquared2@hotmail.com.
14   Q    Johnsquared --
15   A    The number 2 at hotmail.com.
16   Q    2 --
17   A    At hotmail.com.
18   Q    Have you provided your e-mails from the
19        johnsquared2@hotmail.com e-mail address in connection
20        with this litigation?
21   A    I thought I did some, back a ways.  But nothing recently.
22   Q    Have you turned over all of your communications with Ken
23        Cannata in connection with this matter?
24                    MR. WHITAKER:  Object to the form.
25                    THE WITNESS:  I don't know if I've
```

Byers & Anderson Court Reporters
253.627.6401 | production@byersanderson.com

```
 1          turned over all of them.
 2    Q     (By Mr. Bleiman)  How would you ascertain if you have or
 3          not?
 4    A     I'd have to go back and look.
 5    Q     All right.  So we were talking about the buy/sell
 6          agreement.  There was also a share purchase agreement
 7          where Bobbie Cannata purchased shares of Syked ECU
 8          Tuning, correct?
 9                    MR. WHITAKER:  Object to the form.
10                    THE WITNESS:  Yes.
11    Q     (By Mr. Bleiman)  Do you have a fully executed copy of
12          the share purchase agreement?
13    A     I'm not sure.
14    Q     Would that be in the pile of documents that you have at
15          your house?
16    A     Most likely.
17    Q     Now -- so your office associated with Syked ECU Tuning is
18          at your house?
19    A     Yes.
20    Q     What is the address of that office?
21    A     Of the house?
22    Q     Of the house.
23    A     1602 Point Fosdick F-O-S-D-I-C-K Drive Northwest, Gig
24          Harbor, G-I-G space Harbor, Washington 98335-7810.
25    Q     Do you have a Syked ECU Tuning phone number there?
```

Byers & Anderson Court Reporters
253.627.6401 | production@byersanderson.com

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | Just your personal number? |
| 3 | A | Correct. |
| 4 | Q | And do you receive calls in connection with your business |
| 5 | | for Syked at that number? |
| 6 | A | I'd have to say yes. |
| 7 | Q | What's that phone number? |
| 8 | A | 253-905-9872. |
| 9 | Q | Do you have the corporate bylaws at -- |
| 10 | | MR. WHITAKER: Object to the form. |
| 11 | Q | (By Mr. Bleiman) -- at your office or your house? |
| 12 | | MR. WHITAKER: Object to the form. |
| 13 | | THE WITNESS: I believe so. |
| 14 | Q | (By Mr. Bleiman) What other corporate documents do you |
| 15 | | maintain either as the CFO or in connection with your |
| 16 | | ownership of Syked ECU Tuning? |
| 17 | A | I have, like, the federal EIN number, and the -- the IRS |
| 18 | | documents, Washington State business license. I think we |
| 19 | | got the reseller's permit as well. |
| 20 | Q | What IRS documents do you have? |
| 21 | A | We formed as an S Corp, and so, like, those |
| 22 | | correspondence or whatnot are in that box. |
| 23 | Q | Do you maintain financial statements of the company? |
| 24 | A | Not formal ones. |
| 25 | Q | Are they just on the Quicken program? |