# EXHIBIT C

```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
                             IN TACOMA

------------------------------------------------------------

HP TUNERS, LLC,                       )
                                      )
           Plaintiff,                 )   No. CV17-5760BHS
                                      )
    v.                                )
                                      )
KEVIN SYKES-BONNETT and               )
SYKED ECU TUNING,                     )
INCORPORATED,                         )
                                      )
           Defendants.                )

------------------------------------------------------------

                          TRO HEARING

------------------------------------------------------------

                        August 29, 2018


           BEFORE THE HONORABLE BENJAMIN H. SETTLE
              UNITED STATES DISTRICT COURT JUDGE


APPEARANCES:

For the Plaintiff:         Andrew Bleiman
                           MARKS & KLEIN
                           Stephen Leatham
                           HEURLIN POTTER JAHN LEATHAM
                           HOLTMAN & STOKER

For the Defendants:        John Whitaker
                           Tyler Kendrick
                           LANE POWELL
```

Proceedings stenographically reported and transcript
      produced with computer-aided technology


```
10:54:19AM   1    You are saying it should also preclude further disclosure.
10:54:24AM   2    I think that's all -- or dissemination.  That's what you
10:54:28AM   3    are seeking, and I think, essentially, that's agreed to.
10:54:30AM   4            MR. BLEIMAN:  Yeah.  I mean, there is a bunch of
10:54:31AM   5    additional --
10:54:32AM   6            THE COURT:  That is essentially agreed to.
10:54:35AM   7            MR. BLEIMAN:  We will try to work together to
10:54:37AM   8    fashion the relief.
10:54:38AM   9            THE COURT:  That's what I am asking.  I think you
10:54:40AM  10    need to be satisfied that it is thorough enough to fulfill
10:54:42AM  11    the purpose.  I don't want to sit here and try and craft
10:54:48AM  12    all the particular language.  I am going to ask
10:54:51AM  13    Mr. Whitaker to work with you.  I understand that Sykes is
10:55:00AM  14    conceding these points, so it should be broad to protect
10:55:07AM  15    those items.
10:55:10AM  16            MR. BLEIMAN:  As far as the sale of the
10:55:11AM  17    competitive products or the turn-over of a cable so we can
10:55:15AM  18    have it examined, try to work together on that?  Are you
10:55:22AM  19    ruling on that?
10:55:23AM  20            THE COURT:  Are we talking about the cloned
10:55:26AM  21    cable?
10:55:26AM  22            MR. BLEIMAN:  No.  We are talking about the Syked
10:55:29AM  23    eliminator cable.
10:55:30AM  24            THE COURT:  The eliminator cable?
10:55:39AM  25            MR. BLEIMAN:  Right.
```

| | |
|---|---|
| 10:55:40AM 1 | THE COURT: You want one of theirs for what |
| 10:55:44AM 2 | purpose? |
| 10:55:45AM 3 | MR. BLEIMAN: To forensically examine it so that |
| 10:55:48AM 4 | we can demonstrate that it is a duplicate of our cable. |
| 10:55:49AM 5 | THE COURT: That seems like a discovery issue. |
| 10:55:51AM 6 | Is there any problem with that? |
| 10:55:53AM 7 | MR. WHITAKER: No, your Honor, with the |
| 10:55:54AM 8 | understanding that normal discovery rules apply. |
| 10:55:57AM 9 | THE COURT: Right. There will be a protective |
| 10:56:01AM 10 | order and so forth. You should be able to work that out. |
| 10:56:04AM 11 | MR. BLEIMAN: As far as him, Mr. Sykes, being |
| 10:56:19AM 12 | able to continue selling the software and the cable |
| 10:56:23AM 13 | publicly pending the hearing on preliminary injunction, is |
| 10:56:27AM 14 | that something you are going to rule on? |
| 10:56:29AM 15 | THE COURT: I am going to rule on that. We can |
| 10:56:32AM 16 | take it up right now. I don't know that we have made |
| 10:56:36AM 17 | enough progress here from where we were ten months ago. |
| 10:56:45AM 18 | The big problem is likelihood to prevail on the merits. |
| 10:56:48AM 19 | There are lots of contested issues here. The court can't |
| 10:56:51AM 20 | make a factual finding at this point that either party is |
| 10:56:54AM 21 | likely to succeed. The assertions in some cases are just |
| 10:56:59AM 22 | poles apart. |
| 10:57:01AM 23 | And furthermore, the hardships, I think, in this |
| 10:57:04AM 24 | case, weigh in favor of the defendant. Just how much his |
| 10:57:12AM 25 | business might be destroyed is difficult to evaluate. But |