THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, a Washington corporation, <br><br> Defendants. | No. 3:17-cv-05760 BHS <br><br> **ORDER GRANTING DEFENDANTS' MOTION TO SEAL** |

THIS MATTER, having come before the Court on Defendants Kevin Sykes-Bonnett, John Martinson, and Syked ECU Tuning, Inc.'s Motion to Seal, and having found good cause for the requested relief,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendants Kevin Sykes-Bonnett, John Martinson, and Syked ECU Tuning, Inc.'s Motion to Seal is hereby GRANTED.

///

///

///

ORDER GRANTING DEFENDANTS'
MOTION TO SEAL - 1
No. 3:17-cv-05760 BHS
131191.0001/7400239.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

The Court hereby seals the Declaration of Ruben Kendrick, and Exhibits A and B of the Kendrick Declaration in Support of Defendants' Reply in Support of its Motion to Compel Production.

DATED this 9th day of October, 2018.

_____
BENJAMIN  H.  SETTLE
United States District Judge

Presented By:

LANE POWELL PC

By  *s/Gregory F. Wesner*
    Gregory F. Wesner, WSBA No. 30241
    wesnerg@lanepowell.com
    1420 Fifth Avenue, Suite 4200
    P.O. Box 91302
    Seattle, WA  98111-9402
    Telephone:  206-223-7000
    Facsimile:  206-223-7107

    John E. Whitaker, WSBA No. 28868

    Attorneys for Defendants Kevin Sykes-Bonnett,
    John Martinson, and Syked ECU Tuning, Inc.

ORDER GRANTING DEFENDANTS'
MOTION TO SEAL - 2
No. 3:17-cv-05760 BHS
131191.0001/7400239.1

2

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402
206.223.7000 FAX: 206.223.7107