HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | ) ) ) |
| Plaintiff, | ) NO. 3:17-cv-05760-BHS ) |
| vs. | ) **JOINT AGREED MOTION TO MODIFY** ) **THE EXPERT WITNESS DISCLOSURE** |
| KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, a Washington corporation, | ) **DATE AND THE REBUTTAL EXPERT** ) **DISCLOSURE DATE** ) ) |
| Defendants. | ) **NOTING DATE: OCTOBER 18, 2018** |

NOW COMES Plaintiff HP Tuners, LLC ("HPT") and Defendants Kevin Sykes-Bonnet, Syked ECU Tuning Incorporated and John Martinson ("Defendants") (collectively, the "Parties") and hereby jointly move this Court to modify the Expert Witness Disclosure date and the Rebuttal Expert Disclosure date entered in this case. In support thereof, the Parties state as follows:

1. At the recent hearing on the Parties' respective motions for temporary restraining order, the Court agreed to modify the Scheduling Order and instructed the parties to submit a Proposed Order setting forth a new agreed upon Scheduling Order.

2. In connection with the respective forms of the order submitted by Plaintiff and Defendants, the Parties agreed and proposed an Expert Witness Disclosure Date of December 23,

JOINT AGREED MOTION TO MODIFY THE EXPERT WITNESS DISCLOSURE DATE AND THE REBUTTAL EXPERT DISCLOSURE DATE - 1

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA 98666-0611
(360) 750-7547

2018 and a Rebuttal Expert Witness Disclosure date of January 23, 2019. The proposed dates agreed upon by the Parties for the expert disclosures was based, in part, on the fact that neither side's expert has been provided with source code of the other party for analysis.

3. However, in the Scheduling Order dated September 18, 2018, the Court set an Expert Disclosure date of October 22, 2018 and a Rebuttal Expert Disclosure date of November 21, 2018.

4. The Parties hereby jointly move for an extension of these deadlines.

5. Currently, the Parties are working on an Addendum to the Stipulated Protective Order to govern the disclosure of source code to the other parties' expert witness(es).

6. The Parties are working to finalize the Addendum to the Stipulated Protective Order in order to allow source code of each party to be examined by the opposing party's expert witness(es).

7. To date, as noted above, neither side's expert has been provided with access to source code of the opposing party.

8. Discovery in this matter does not close until December 31, 2018.

9. An extension of the expert disclosure and rebuttal expert disclosure dates is in the interest of all Parties to allow the Addendum to the Stipulated Protective Order to be finalized and entered and to allow the merits of the issues raised in this matter to be fully and fairly litigated by all Parties.

10. The Parties wish to modify the expert disclosure schedule as follows:

| CURRENT DEADLINE | PROPOSED DEADLINE |
| --- | --- |
| **Disclosure of Expert Testimony under FRCP 26(a)(2) by October 22, 2018** | **November 26, 2018** |
| **Disclosure of Rebuttal Expert Testimony under FRCP 26(a)(2) by November 21, 2018** | **December 28, 2018** |

JOINT AGREED MOTION TO MODIFY THE EXPERT WITNESS DISCLOSURE DATE AND THE REBUTTAL EXPERT DISCLOSURE DATE - 2

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA 98666-0611
(360) 750-7547

11. Furthermore, the Parties request for the entry of a deadline of January 15, 2019 to conduct expert depositions.

12. These changes will not affect the currently scheduled trial date.

13. There is no prejudice to any party in connection with this request. The Parties agree that the modification to these deadlines is necessary and appropriate, and the motion is not being sought for improper purposes or purposes of delay.

WHEREFORE, Plaintiff and Defendants respectfully pray for an order extending the deadline for the disclosure of Expert Testimony under FRCP 26(a)(2) to November 26, 2018 and for the disclosure of Rebuttal Expert Testimony under FRCP 26(a)(2) to December 28, 2018, and for such other and further relief as this Court deems necessary and appropriate.

Dated: October 18, 2018                     Respectfully Submitted:

*Attorneys for Plaintiff*                   *Attorneys for Defendants*
HP Tuners, LLC                              Kevin Sykes-Bonnett,
                                            Syked ECU Tuning Incorporated and
                                            John Martinson

By: *s/ Andrew P. Bleiman*_____
Andrew P. Bleiman (admitted *pro hac vice*)
MARKS & KLEIN                               By: *s/Gregory F. Wesner*_____
1363 Shermer Road, Suite 318                Gregory F. Wesner, WSBA No. 30241
Northbrook, Illinois 60062                  wesnerg@lanepowell.com
(312) 206-5162                              LANE POWELL PC
E-mail: andrew@marksklein.com               1420 Fifth Avenue, Suite 4200
                                            PO Box 91302
                                            Seattle, WA 98111-9402
Stephen G. Leatham, WSBA #15572             Telephone: 206-223-7000
HEURLIN, POTTER, JAHN, LEATHAM,             Facsimile: 206-223-7107
HOLTMANN & STOKER, P.S.
E-mail: sgl@hpl-law.com
211 E. McLoughlin Boulevard, Suite 100
Vancouver, WA 98663
Telephone: (360) 750-7547
Facsimile: (360) 750-7548

JOINT AGREED MOTION TO MODIFY THE EXPERT WITNESS DISCLOSURE DATE AND THE REBUTTAL EXPERT DISCLOSURE DATE - 3

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA 98666-0611
(360) 750-7547

# CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all Counsel of Record.

*s/ Andrew P. Bleiman*
Andrew P. Bleiman (admitted pro hac vice)
MARKS & KLEIN
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
(312) 206-5162
E-mail: andrew@marksklein.com

JOINT AGREED MOTION TO MODIFY THE EXPERT WITNESS DISCLOSURE DATE AND THE REBUTTAL EXPERT DISCLOSURE DATE - 4

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547