HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | NO. 3:17-cv-05760-BHS |
| Plaintiff, | ORDER GRANTING JOINT AGREED MOTION TO MODIFY THE EXPERT WITNESS DISCLOSURE DATE AND THE REBUTTAL EXPERT DISCLOSURE DATE |
| vs. | |
| KEVIN SYKES-BONNETT, SYKED ECU TUNING INCORPORATED, a Washington corporation, and JOHN MARTINSON | |
| Defendants. | |

THIS MATTER, having come before the Court on the Parties' Joint Agreed Motion to Modify the Expert Witness Disclosure Date and the Rebuttal Expert Disclosure Date, the Court having considered the Motion,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Parties' Joint Motion is GRANTED.

SO ORDERED this 18th day of October, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING JOINT AGREED MOTION TO MODIFY THE EXPERT WITNESS DISCLOSURE DATE AND THE REBUTTAL EXPERT DISCLOSURE DATE - 1

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA 98666-0611
(360) 750-7547

Presented by:

*s/ Andrew P. Bleiman*
Andrew P. Bleiman
(admitted *pro hac vice*)
MARKS & KLEIN, LLP
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone: (312) 206-5162
E-mail: andrew@marksklein.com

Stephen G. Leatham, WSBA #15572
HEURLIN, POTTER, JAHN, LEATHAM,
HOLTMANN & STOKER, P.S.
211 E. McLoughlin Boulevard, Suite 100
Vancouver, WA 98663
Telephone: (360) 750-7547
Fax: (360) 750-7548
E-mail: sgl@hpl-law.com

Attorneys for HP Tuners, LLC

ORDER GRANTING JOINT AGREED MOTION TO
MODIFY THE EXPERT WITNESS DISCLOSURE DATE
AND THE REBUTTAL EXPERT DISCLOSURE DATE - 2

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA 98666-0611
(360) 750-7547