UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HP Tuners, LLC,

                Plaintiff,

   v.

Sykes-Bonnett et al,

                Defendant.

Case No. 3:17-cv-5760-BHS

MINUTE ORDER RE: DISCOVERY AND RESPONSES

NOW, on this 6th day of November, 2018, the Court directs the Clerk to enter the following Minute Order:

During the discovery conference this Friday, November 9, 2018, the parties should be prepared to present oral argument on pending discovery motions. For the Court's consideration of the discovery motions, the parties are directed to ensure that on Friday, November 9, during the discovery conference and during any oral argument, they are able to access and present electronic copies of discovery requests, related documents, and any objections thereto. Those copies should not be filed with the Court in advance. Counsel will bring a portable storage device and/or have the means to connect remotely and achieve timely and reliable electronic access.

The following Minute Order entered by _____ Deputy Clerk, BY THE DIRECTION OF THE HONORABLE THERESA L. FRICKE, UNITED STATES MAGISTRATE JUDGE.

MINUTE ORDER RE: DISCOVERY AND RESPONSES - 1