Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>                Plaintiff,<br><br>      v.<br><br>KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, a Washington corporation,<br><br>                Defendant. | No. 3:17-cv-05760-BHS<br><br>NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

Pursuant to LCR 83.2(b)(1), John E. Whitaker hereby withdraws as Counsel of Record for Defendants Syked ECU Tuning Incorporated, Kevin Sykes-Bonnett, and John Martinson ("Defendants") with immediate effect.

Gregory F. Wesner of Lane Powell PC remains Counsel of Record for Defendants.

NOTICE OF WITHDRAWAL
(3:17-cv-05760-BHS) - 1

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

1 | Dated this 14th Day of November, 2018.

*Withdrawing Counsel*

*Counsel for Defendants Syked ECU Tuning Incorporated, Kevin Sykes-Bonnett, and John Martinson*

s/*John Whitaker*
John E. Whitaker, WSBA No.:28868
Christensen O'Connor Johnson Kindness<sup>PLLC</sup>
1201 Third Avenue, Suite 3600
Seattle, WA 98101-3029
Telephone: 206.682.8100
Fax: 206.224.0779
E-mail: John.Whitaker@cojk.com

s/*Gregory Wesner (with permission)*
Gregory F. Wesner, WSBA No. 30241
Lane Powell PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: 206-223-7000
Facsimile: 206-223-7107
Email: WesnerG@LanePowell.com

NOTICE OF WITHDRAWAL
(3:17-cv-05760-BHS) - 2

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

**CERTIFICATE OF SERVICE**

I hereby certify that on Wednesday, November 14, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen G. Leatham
HEURLIN, POTTER, JAHN, LEATHAM, HOLTMANN & STOKER, P.S.
Email: sgl@hpl-law.com

Andrew P. Bleiman
MARKS & KLEIN
Email: Andrew@marksklein.com

s/*John Whitaker*
John E. Whitaker, WSBA No.:28868
Christensen O'Connor Johnson Kindness PLLC
1201 Third Avenue, Suite 3600
Seattle, WA 98101-3029
Telephone: 206.682.8100
Fax: 206.224.0779
E-mail: John.Whitaker@cojk.com

NOTICE OF WITHDRAWAL
(3:17-cv-05760-BHS) - 3

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100