HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | NO. 3:17-cv-05760-BHS |
| Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SANCTIONS |
| vs. | |
| KEVIN SYKES-BONNETT, SYKED ECU TUNING INCORPORATED, a Washington corporation, and JOHN MARTINSON | |
| Defendants. | |

THIS MATTER, having come before the Court on plaintiff's Motion for Sanctions the Court having considered the Motion and defendants' Opposition,

IT IS HEREBY ORDERED that plaintiff's Motion is GRANTED.

DATED this _____ day of December, 2018.

_____
HONORABLE BENJAMIN H. SETTLE

ORDER GRANTING PLAINTIFF'S MOTION FOR SANCTIONS - 1

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

1 | Presented by:

2 | *s/ Stephen G. Leatham*
Stephen G. Leatham, WSBA #15572
3 | HEURLIN, POTTER, JAHN, LEATHAM,
HOLTMANN & STOKER, P.S.
4 | 211 E. McLoughlin Boulevard, Suite 100
Vancouver, WA 98663
5 | Telephone: (360) 750-7547
Fax: (360) 750-7548
6 | E-mail:  sgl@hpl-law.com
7 | Attorneys for HP Tuners, LLC

ORDER GRANTING PLAINTIFF'S MOTION FOR SANCTIONS - 2

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547