UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HP TUNERS, LLC,

        Plaintiff,

  v.

KEVIN SYKES-BONNETT, et al.,

        Defendants.

CASE NO. C17-5760 BHS

ORDER GRANTING THE PARTIES' STIPULATED MOTION TO CONTINUE TRIAL

This matter comes before the Court on the parties' stipulated motion to continue trial. Dkt. 123.

On November 19, 2018, the parties filed the instant stipulation requesting a continuance of trial. *Id*. The Court finds that the parties have shown good cause for the continuance. Fed. R. Civ. P. 16(b)(4). Therefore, the Court grants the motion and the current scheduling order is stricken. The Clerk shall issue a new, abbreviated scheduling order based on a trial date of October 29, 2019.

ORDER

**IT IS SO ORDERED**.

Dated this 28th day of November, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER