THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HP TUNERS, LLC, a Nevada limited liability company,

Plaintiff,

vs.

KEVIN SYKES-BONNETT, JOHN MARTINSON and SYKED ECU TUNING INCORPORATED, a Washington corporation,

Defendants.

No. 3:17-cv-05760 BHS

**JOINT DISCOVERY PLAN**

Plaintiff, by and through its counsel of record, and Defendants, by and through their counsel of record, present this Joint Discovery Plan in accordance with Magistrate Judge Fricke's November 13, 2018 Order Denying Motions to Compel and Order Concerning Discovery (Dkt. 120):

1. **Reasonable Timeline For Completion**. On November 19, 2018, the Parties filed a Joint Agreed Motion to Amend the Scheduling Order (Dkt. 123), which was granted on November 28, 2018 (Dkt. 129). The Parties will work diligently to abide by the revised deadlines set out in the Order Setting Jury Trial and Pretrial Dates (Dkt. 131) and agree that discovery can be completed within the following timeline, which is stated in the Order:



**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

a. Discovery Motions due 6/3/2019;

b. Expert Witness Disclosure/Reports under Fed. R. Civ. P. 26(a)(2) due 4/22/2019;

c. Rebuttal Expert Disclosure/Reports due 5/22/2019;

d. Discovery Completed by 7/1/2019

2. **Search Terms and Methodology**. The Parties believe that the use of search terms will be reasonably necessary to locate or filter ESI likely to contain discoverable information. The Parties have agreed on appropriate search terms that will be used by Defendants, which are attached as Appendix A. The Parties shall continue to cooperate in revising the appropriateness of the search terms in response to any additional discovery requests received. Defendants will employ a computer-aided methodology, which applies the search terms to documents gathered from each Defendant. The search terms will narrow the number of documents likely to contain discoverable information. Defendants will review the documents for each search term to determine whether documents are responsive to Plaintiff's pending discovery requests, non-responsive, or contain privileged information. If the Producing Party determines that the search terms employed are too broad, the Parties agree to cooperate and narrow the broad search term(s) at issue to reduce the frequency and encapsulation of non-responsive documents.

a. During the next discovery conference on December 14, 2018, the parties agree to update the other and the Court about what party documents are being searched and will be searched during discovery.

3. **Format**. The Parties agree that ESI will be produced to the Requesting Party with searchable text. The Parties agree that acceptable formats include, but are not limited to, native



**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

files, multi-page TIFFs, single-page TIFFs, and searchable PDF. Unless otherwise agreed to by the Parties, files that are not easily converted to image format, such as spreadsheet, database, and drawing files, should be produced in native format.

a. On-site inspection of electronic media shall not be permitted absent a demonstration by the requesting party of specific need or good cause or by agreement of the Parties.

4. **Privilege**. At this time, the parties do not foresee any unusual issues regarding claims of privilege. The Parties agree to exchange privilege logs concerning any documents that are responsive to discovery requests but withheld on the basis of privilege. The Parties agree that the Producing Party shall make a privilege log available for any documents withheld on the basis of privilege within thirty (30) days after the date agreed upon for final production in this matter. For ESI, the privilege log may be generated using available metadata, including author/recipient or to/from/cc/bcc names; the subject matter or title and date created. Should the available metadata provide insufficient information for the purpose of evaluation of the privilege claim asserted, the Producing Party shall include such additional information as required by the Federal Rules of Civil Procedure.

a. With respect to privileged or work-product information generated after the filing of the complaint, parties are not required to include such information in privilege logs.



**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Dated: December 3, 2018

*Attorneys for Plaintiff*
HP Tuners, LLC

By: *s /Andrew P. Bleiman*
Andrew P. Bleiman (admitted *pro hac vice*)
MARKS & KLEIN
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
(312) 206-5162
E-mail: andrew@marksklein.com

Stephen G. Leatham, WSBA #15572
HEURLIN, POTTER, JAHN, LEATHAM, HOLTMANN & STOKER, P.S.
E-mail: sgl@hpl-law.com
211 E. McLoughlin Boulevard, Suite 100
Vancouver, WA 98663
Telephone: (360) 750-7547
Facsimile: (360) 750-7548

*Attorneys for Defendants*
Kevin Sykes-Bonnett,
Syked ECU Tuning Incorporated and
John Martinson

By: *s/ Gregory F. Wesner*
Gregory F. Wesner, WSBA No. 30241
wesnerg@lanepowell.com
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
PO Box 91302
Seattle, WA 98111-9402
Telephone: 206-223-7000
Facsimile: 206-223-7107



**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2018 I electronically filed the above with the Clerk of the Court using the CM/ECF system. In accordance with their ECF registration agreement and the Court's ruling, the Clerk of the Court will send email notification of such filing to the following persons:

| | | |
|---|---|---|
| **Attorneys for Plaintiff HP TUNERS, LLC** | ☑ | by **CM/ECF** |
| | ☐ | by **Electronic Mail** |
| Stephen G. Leatham, WSBA No. 15572 | ☐ | by **Facsimile Transmission** |
| Heurlin, Potter, Jahn, Leatham, Holtmann & | ☐ | by **First Class Mail** |
| Stoker, P.S. | ☐ | by **Hand Delivery** |
| 211 E. McLoughlin Boulevard, Suite 100 | ☐ | by **Overnight Delivery** |
| Vancouver, WA 98663 | | |
| Phone: (360) 750-7547 | | |
| Facsimile: (360) 750-7548 | | |
| Email: sgl@hpl-law.com | | |

| | | |
|---|---|---|
| **Attorneys for Plaintiff HP TUNERS, LLC** | ☑ | by **CM/ECF** |
| | ☐ | by **Electronic Mail** |
| Andrew P. Bleiman (*pro hac vice* admitted) | ☐ | by **Facsimile Transmission** |
| Marks & Klein | ☐ | by **First Class Mail** |
| 1363 Shermer Road, Suite 318 | ☐ | by **Hand Delivery** |
| Northbrook, IL 60062 | ☐ | by **Overnight Delivery** |
| Phone: (312) 206-5162 | | |
| Email: andrew@marksklein.com | | |

Executed on December 3, 2018, at Seattle, Washington.

*s/ Jackie Brown*

Jackie Brown, Legal Assistant