# EXHIBIT A

Syked ECU Tuning Search Terms for Plaintiff HP Tuners' Requests for Production

**HP Tuners' First RFPs**
- Hpt*
- Hptuner*
- "HP Tuner*"
- "source code*" OR "sourcecode*"
- Cable*
- Credit*
- Honeycutt
- Breton
- Jean
- Brooks
- Prociuk
- Initial Rule 26 disclosure subset (not included on above list)
    - Wallace
    - Lund
    - Soltan
    - Cannata
    - Hussey
    - Martinson
    - Klingbeil
    - Peacock
    - Scott
    - Kasper
    - Garrity
    - Slagel
    - Sachs OR Sachinger
    - Leeuw
    - Faulk
    - Lambert
    - Bubb
    - Berge
    - Elmssri
    - Johnson
    - Krummick
- "hpt* credit*"
- Interface*
- Facebook AND hptuner*
- discounthptunercredits@mail.com
- Joanhardacre405@yahoo.com

**HP Tuners' Second RFPs**
- Milliken*
- "SC research*" or "sc-research*"

- Decompile* OR deconstruct* OR "reverse engineer*"
- sykedecutuning@yahoo.com
- testimony

**HP Tuners' Third RFPs**
- parameter OR "naming convention"

**HP Tuners' Fourth RFPs**
- kalinovsky
- 4491734@gmail.com
- "Application key"

**HP Tuners' Fifth RFPs**
- isisdistribution@hotmail.com

**HP Tuners' Sixth RFPs**
- hack*
- "modern street hemi shootout"
- VanHorn OR "Van Horn"

**HP Tuners' Seventh RFPs**
- Kaiser
- Valencia
- Greene
- Hauffe

**HP Tuners' Eighth RFPs**
- Groo
- Speed Secrets
- Ampel
- 1306758581
- Shareholder* OR bylaw* OR agreement* OR resolution* OR minute*
- TeamViewer* OR "team viewer*" OR "team-viewer*"
- Firmware OR "firmware hack" OR "HP Tuners Decryptor" OR "HPT Cloned Cable" OR "HPT Cracked software" OR "HPT Resources DB2_26_2017" OR KeyGenWindows OR licTransfer
- License*
- MPVI
- "key generat*"
- PCM

**HP Tuners' Ninth RFPs**
- "WellsFargo" OR "Wells Fargo"
- W-2 OR W-9
- Accountant OR CPA

- PayPal*
- Invoice*
- "purchase order*"

**HP Tuners' Tenth RFPs**
- PayPal* AND sykedecutuning@yahoo.com
- nigel@brutalfab.com
- Reno*
- Cano OR Noriega
- Sakowski
- "IP address"

**HP Tuners' Eleventh RFPs**
- Alexander OR "Brutal Speed*" OR brutalspeed
- Hogan OR "Flyin Ryan*" OR flyinryan
- Guzman
- Niebles
- Hamilton OR "Doctor Tuned*" OR doctortuned*