THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN SYKES-BONNETT, SYKED ECU TUNING INCORPORATED, a Washington corporation, and JOHN MARTINSON<br><br>Defendants. | Cause No. 3:17-cv-05760 BHS<br><br>**NOTICE OF APPEARANCE** |

Please take notice that Philip P. Mann hereby appears as attorney of record for Defendants Kevin Sykes-Bonnett, Syked Ecu Tuning Incorporated and John Martinson in the above captioned action. Please serve all further pleadings and papers, exclusive of original process, on Philip P. Mann at the address below.

Dated December 13, 2018                    Respectfully submitted,

/s/ Philip P. Mann
Philip P. Mann, WSBA No: 28860
**Mann Law Group**
107 Spring St.
Seattle, Washington  98104
Phone (206) 436-0900
Fax (866) 341-5140
phil@mannlawgroup.com

Attorneys for Plaintiffs

NOTICE OF APPEARANCE
Cause No. 17-CV-05760-BHS

Page 1

Mann Law Group
107 Spring St.
Seattle, WA  98101
Phone:  206.436.8500

## CERTIFICATE OF SERVICE

I hereby certify on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

DATED:  December 13, 2018          /s/ *Philip P. Mann*

NOTICE OF APPEARANCE
Cause No. 17-CV-05760-BHS

Page 2

Mann Law Group
107 Spring St.
Seattle, WA 98101
Phone: 206.436.8500