THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | No. 3:17-cv-05760 BHS |
| Plaintiff, | **NOTICE OF WITHDRAWAL** |
| vs. | |
| KEVIN SYKES-BONNETT, JOHN MARTINSON and SYKED ECU TUNING INCORPORATED, a Washington corporation, | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83.2(b)(3), Gregory F. Wesner and R. Tyler Kendrick, and the law firm Lane Powell PC hereby withdrawal their appearances on behalf of Defendants Syked ECU Tuning Incorporated, Kevin Sykes-Bonnett, and John Martinson ("Defendants") with immediate effect. Defendants will continue to be represented in this action by Mann Law Group through Philip P. Mann, who recently put in an appearance on behalf of Defendants (Dkt. 138). Defendants respectfully request that all notices, pleadings, and further correspondence be addressed to Philip P. Mann as stated herein.

///

///

NOTICE OF WITHDRAWAL - 1
No. 3:17-cv-05760 BHS

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

DATED:  December 18, 2018

                LANE POWELL PC

By *s/Gregory F. Wesner*
Gregory F. Wesner, WSBA No. 30241
wesnerg@lanepowell.com
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA  98111-9402
Telephone:  206-223-7000
Facsimile:  206-223-7107

By *s/R. Tyler Kendrick*
R. Tyler Kendrick (*pro hac vice* admitted)
kendrickt@lanepowell.com
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA  98111-9402
Telephone:  206-223-7000
Facsimile:  206-223-7107

Withdrawing Attorneys for Defendants Kevin Sykes-Bonnett, John Martinson and Syked ECU Tuning Incorporated

By *s/Philip P. Mann*
Philip P. Mann, WSBA No. 28860
Mann Law Group
107 Spring St.
Seattle, Washington 98104
Phone (206) 436-0900
Fax (866) 341-5140
phil@mannlawgroup.com

Attorney for Defendants Kevin Sykes-Bonnett, John Martinson and Syked ECU Tuning Incorporated

NOTICE OF WITHDRAWAL - 2
No. 3:17-cv-05760 BHS

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2018 I electronically filed the above with the Clerk of the Court using the CM/ECF system.  In accordance with their ECF registration agreement and the Court's ruling, the Clerk of the Court will send email notification of such filing to the following persons:

| | | |
|---|---|---|
| **Attorneys for Plaintiff HP TUNERS, LLC** | ☑ | by **CM/ECF** |
| | ☐ | by **Electronic Mail** |
| Stephen G. Leatham, WSBA No. 15572 | ☐ | by **Facsimile Transmission** |
| Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S. | ☐ | by **First Class Mail** |
| | ☐ | by **Hand Delivery** |
| 211 E. McLoughlin Boulevard, Suite 100 | ☐ | by **Overnight Delivery** |
| Vancouver, WA  98663 | | |
| Phone:  (360) 750-7547 | | |
| Facsimile:  (360) 750-7548 | | |
| Email:  sgl@hpl-law.com | | |
| | | |
| **Attorneys for Plaintiff HP TUNERS, LLC** | ☑ | by **CM/ECF** |
| | ☐ | by **Electronic Mail** |
| Andrew P. Bleiman (*pro hac vice* admitted) | ☐ | by **Facsimile Transmission** |
| Marks & Klein | ☐ | by **First Class Mail** |
| 1363 Shermer Road, Suite 318 | ☐ | by **Hand Delivery** |
| Northbrook, IL  60062 | ☐ | by **Overnight Delivery** |
| Phone:  (312) 206-5162 | | |
| Email:  andrew@marksklein.com | | |

Executed on December 18, 2018, at Seattle, Washington.

*s/ Jackie Brown*
Jackie Brown, Legal Assistant

131191.0001/7520301.1

NOTICE OF WITHDRAWAL - 3
No. 3:17-cv-05760 BHS

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402
206.223.7000 FAX: 206.223.7107