UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> KEVIN SYKES-BONNETT, et al., <br><br> Defendants. | CASE NO. C17-5760 BHS <br><br> ORDER REQUESTING DOCUMENTS |

This matter comes before the Court on Plaintiff HP Tuners, LLC's ("HP Tuners") motion for sanctions.  Dkt. 124.

On November 11, 2018, HP Tuners filed the instant motion requesting sanctions for various alleged misrepresentations to the Court.  *Id.*  HP Tuners attempts to prove that certain representations were misrepresentations by referring to the deposition transcripts of Defendants Kevin Sykes-Bonnett and John Martinson.  *Id.* at 5–8.  HP Tuners, however, failed to submit these transcripts with its motion or properly identify where the transcripts are in the current record.  Therefore, HP Tuners may either file these documents as supplemental declarations or file a supplemental response identifying the relevant documents for the Court's consideration.  Any response is due no later than

February 1, 2019.  Failure to timely file a response or otherwise comply with this order will result in denial of the motion for lack of supporting documentation.  The Clerk shall renote the motion for consideration on the Court's February 1, 2019 calendar.

**IT IS SO ORDERED**.

Dated this 25th day of January, 2019.

_____
BENJAMIN H. SETTLE
United States District Judge