HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | CASE NO. 3:17-cv-05760-BHS |
| Plaintiff, | **PLAINTIFF'S SUPPLEMENTAL RESPONSE IN SUPPORT OF MOTION FOR SANCTIONS** |
| vs. | |
| KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, a Washington corporation, and JOHN MARTINSON, | |
| Defendants. | |

In accordance with the Court's January 25, 2019 Order (Dkt. 142) (the "Order") requesting documents in connection with Plaintiff's Motion for Sanctions, dated November 20, 2018 (Dkt. 124), HP Tuners, LLC ("Plaintiff") hereby submits its Supplemental Response in Support of Plaintiff's Motion for Sanctions.

In accordance with the Court's Order, Plaintiff is filing the Supplemental Declaration of Andrew P. Bleiman, Esq., which attaches transcripts requested by the Court in its Order.  Please note that Plaintiff will be filing a Motion to Seal the exhibits contained herein simultaneously with the instant Declaration in order to ensure compliance with the Protective Order entered into between the parties and issued by this Court on May 21, 2018 (Dkt. 39).

PLAINTIFF'S SUPPLEMENTAL RESPONSE IN
SUPPORT OF MOTION FOR SANCTIONS - 1

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

1     Dated: January 30, 2019     Respectfully submitted,

2

                                                 *s/ Stephen G. Leatham*

3                                                  Stephen G. Leatham, WSBA #15572
HEURLIN, POTTER, JAHN, LEATHAM,
HOLTMANN & STOKER, P.S.
211 E. McLoughlin Boulevard, Suite 100
Vancouver, WA 98663
Telephone: (360) 750-7547
Fax: (360) 750-7548
E-mail: sgl@hpl-law.com

*s/ Andrew P. Bleiman*
Andrew P. Bleiman
(admitted *pro hac vice*)
MARKS & KLEIN, LLP
1363 Shermer Road, Suite 318
Northbrook, IL 60062
Telephone: (312) 206-5162
E-mail: andrew@marksklein.com

*Attorneys for HP Tuners, LLC*

PLAINTIFF'S SUPPLEMENTAL RESPONSE IN SUPPORT OF MOTION FOR SANCTIONS - 2

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA 98666-0611
(360) 750-7547

1

### CERTIFICATE OF SERVICE

2   I hereby certify that on January 30, 2019, I caused the foregoing to be electronically filed

3   with the Clerk of Court using the CM/ECF system which will electronically send notice to all

4   Counsel of Record.

5
                                                      HEURLIN, POTTER, JAHN, LEATHAM,
6                                                     HOLTMANN & STOKER, P.S.

7                                                     *s/ Stephen G. Leatham*
                                                      Stephen G. Leatham, WSBA #15572
8                                                     211 E. McLoughlin Boulevard
                                                      Vancouver, WA 98663
9                                                     Telephone: (360) 750-7547
                                                      Fax: (360) 750-7548
10                                                    E-mail: sgl@hpl-law.com
                                                      Attorney for HP Tuners, LLC
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFF'S SUPPLEMENTAL RESPONSE IN
SUPPORT OF MOTION FOR SANCTIONS - 3

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA 98666-0611
(360) 750-7547