HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | ) ) ) | CASE NO. 3:17-cv-05760-BHS |
| Plaintiff, | ) ) | **SUPPLEMENTAL DECLARATION OF ANDREW P. BLEIMAN, ESQ. IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL RESPONSE IN SUPPORT OF MOTION FOR SANCTIONS** |
| vs. | ) ) ) ) | |
| KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, a Washington corporation, and JOHN MARTINSON, | ) ) ) ) ) | |
| Defendants. | ) | |

I, Andrew P. Bleiman, Esq., of full age and competency, do hereby certify and say as follows:

1.  I am an attorney of the State of Illinois and the Managing Attorney of the law firm Marks & Klein, LLP's Illinois office. In that capacity, I have been entrusted with the above-captioned file. I am fully familiar with the facts and circumstances alleged herein.

2.  This Declaration is submitted in support of Plaintiff's Supplemental Response in Support of Plaintiff's Motion for Sanctions.

3.  Attached hereto as Exhibit A is a true and correct copy of the transcript of the

SUPPLEMENTAL DECLARATION OF ANDREW P. BLEIMAN, ESQ. IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL RESPONSE IN SUPPORT OF MOTION FOR SANCTIONS - 1

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA 98666-0611
(360) 750-7547

1  Deposition of Kevin Sykes-Bonnett, dated September 25, 2018.

2      4.    Attached hereto as Exhibit B is a true and correct copy of the transcript of the

3  Deposition of John Martinson, dated September 26, 2018

4      I certify that all of the foregoing is true and accurate to the best of my knowledge, and if

5  any of the foregoing is willfully false, I am subject to punishment.

6      Dated: January 30, 2019        Respectfully submitted,

*s/ Andrew P. Bleiman*
Andrew P. Bleiman
(admitted *pro hac vice*)
MARKS & KLEIN, LLP
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone: (312) 206-5162
E-mail: andrew@marksklein.com

*Attorneys for HP Tuners, LLC*

SUPPLEMENTAL DECLARATION OF ANDREW P. BLEIMAN, ESQ. IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL RESPONSE IN SUPPORT OF MOTION FOR SANCTIONS - 2

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA 98666-0611
(360) 750-7547

1

## CERTIFICATE OF SERVICE

2   I hereby certify that on January 30, 2019, I caused the foregoing to be electronically filed

3   with the Clerk of Court using the CM/ECF system which will electronically send notice to all

4   Counsel of Record.

5
                                            HEURLIN, POTTER, JAHN, LEATHAM,
6                                           HOLTMANN & STOKER, P.S.

7                                           *s/ Stephen G. Leatham*
                                            Stephen G. Leatham, WSBA #15572
8                                           211 E. McLoughlin Boulevard
                                            Vancouver, WA 98663
9                                           Telephone: (360) 750-7547
                                            Fax: (360) 750-7548
10                                          E-mail: sgl@hpl-law.com
                                            Attorney for HP Tuners, LLC
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SUPPLEMENTAL DECLARATION OF ANDREW P. BLEIMAN, ESQ. IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL RESPONSE IN SUPPORT OF MOTION FOR SANCTIONS - 3

# EXHIBIT A

# FILED UNDER SEAL

# EXHIBIT B

# FILED UNDER SEAL