UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HP TUNERS, LLC,

                    Plaintiff,

    v.

KEVIN SYKES-BONNETT, et al.,

                    Defendants.

CASE NO. CV17-5760BHS

MINUTE ORDER

NOW, on this 7th day of February, 2019, the Court directs the Clerk to enter the following Minute Order:

Plaintiff HP Tuners' Unopposed Motion for Issuance of Letter Rogatory to the Quebec Superior Court, Dkt. 148, is GRANTED. A signed Letter Rogatory will be filed as a separate document on the electronic docket.

The foregoing Minute Order was authorized by the Honorable BENJAMIN H. SETTLE, United States District Judge.

Gretchen Craft, Courtroom Deputy
for Judge Benjamin H. Settle