# EXHIBIT 1

Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, a Washington corporation,<br><br>Defendants. | No. 3:17-cv-05760 BHS<br><br>DEFENDANTS' RESPONSES TO PLAINTIFF'S THIRD SET OF INTERROGATORIES |

Defendants Kevin Sykes-Bonnett and Syked ECU Tuning, Inc. (collectively "Syked Tuning") hereby object and respond as follows to the THIRD set of interrogatories served by Plaintiff HP TUNERS, LLC ("HP Tuners").

I. GENERAL OBJECTIONS

Syked Tuning objects to HP Tuner's THIRD Set of Interrogatories to the extent they call for information that is protected by the Attorney/Client Communication Privilege or the Litigation Work Product doctrine. Syked Tuning further objects to the extent these Interrogatories exceed the scope of permissible discovery pursuant to Fed. R. Civ. P. 26 and 33.

Defendant's Responses to Plaintiff's Third Set of Interrogatories
ATTORNEYS EYES ONLY
No. 3:17-cv-05760 BHS                                    -1-
131191.0001/7195271.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402

Syked Tuning objects that HP Tuner's THIRD Set of Interrogatories are not numbered in conformance with discovery convention in that they overlap with HP Tuner's FIRST and SECOND Set of Interrogatories. Syked Tuning's responses are numbered in accordance with the conventional numbering system so that individual requests may be identified.

## II.    RESPONSE TO INTERROGATORIES

<u>Interrogatory No. 15 (1)</u>: Identify all Persons who are or have been shareholders of Syked ECU Tuning, Inc. at any time since January 1, 2016, and state the dates of any share ownership and the percentage interest owned by such Person.

<u>Response</u>:    Kevin Sykes Bonnett, 450 shares, 45% ownership since January 16, 2017; Bobbie Cannata, 250 shares, 25% ownership since January 16, 2017; John Martinson, 300 shares, 30% ownership since January 16, 2017.

<u>Interrogatory No. 16 (2)</u>: Identify all Persons with whom Kevin Sykes-Bonnett has conducted a TeamViewer session with since January 1, 2016. For each Person, state the date of such TeamViewer session, the approximate time of such TeamViewer session, and a general description of the reason for such TeamViewer session.

<u>Response</u>:    Syked Tuning objects that the term "general description of the reason for" is vague and undefined. In addition, Syked Tuning objects that this Interrogatory calls for information which exceeds the scope of reasonable discovery in that it calls for information that is not related to any issue in this case. In particular, HP Tuners is seeking to uncover the name of the hacker that it has been negotiating with and purchasing evidence from under an agreement that the hacker remain anonymous. Accordingly, HP Tuners is in a better position to obtain the hacker's identity. Accordingly, Syked Tuning will not provide the requested information.

<u>Interrogatory No. 17 (3)</u>: Identify all Persons who have paid any Defendant to generate an application key for use in connection with an HPT Interface at any time since January 1, 2015.

<u>Response</u>:    Ellis Groo and Matt Kaiser.

Defendant's Responses to Plaintiff's Third Set of Interrogatories
ATTORNEYS EYES ONLY
No. 3:17-cv-05760 BHS                                    -2-
131191.0001/7195271.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402

<u>Interrogatory No. 18 (4)</u>: If any of the responses of any Defendant to Plaintiff's Requests for Admission are anything other than an unqualified admission, describe the complete factual basis for each Defendant's response.

<u>Response</u>:   Syked Tuning objects to this interrogatory as compound.  If Syked Tuning provided an answer to this interrogatory, the response would drastically exceed the twenty-five interrogatories that Plaintiff is allowed under the Federal Rules of Civil Procedure.  Accordingly, Syked Tuning will not provide the requested information.

DATED:  September 18, 2018

LANE POWELL PC

By  <u>s/John E. Whitaker</u>
Gregory F. Wesner, WSBA No. 30241
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA  98111-9402
Telephone: 206-223-7000
Facsimile:  206-223-7107
wesnerg@lanepowell.com

John E. Whitaker, WSBA No. 28868
Christensen, O'Connor, Johnson, Kindness
1201 Third Avenue, Suite 3600
Seattle, WA 98101
Telephone:  206-682-8100
Facsimile:  206-224-0779
john.whitaker@cojk.com

Attorneys for Defendants Kevin Sykes-Bonnett and Syked ECU Tuning, Inc.

Defendant's Responses to Plaintiff's Third Set of Interrogatories
ATTORNEYS EYES ONLY
No. 3:17-cv-05760 BHS                                     -3-
131191.0001/7195271.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402

# CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below I did personally serve the above document on the persons and in the manner indicated below. If the manner of service indicated below is by CM/ECF, the Clerk of the Court will send email notification to such persons.

| | |
|---|---|
| **Attorneys for Plaintiff HP TUNERS, LLC**<br><br>Stephen G. Leatham, WSBA No. 15572<br>Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.<br>211 E. McLoughlin Boulevard, Suite 100<br>Vancouver, WA  98663<br>Phone:  (360) 750-7547<br>Facsimile:  (360) 750-7548<br>Email:  sgl@hpl-law.com | ☐ by **CM/ECF**<br>☒ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |
| **Attorneys for Plaintiff HP TUNERS, LLC**<br><br>Andrew P. Bleiman (*pro hac vice* admitted)<br>Marks & Klein<br>1363 Shermer Road, Suite 318<br>Northbrook, IL  60062<br>Phone:  (312) 206-5162<br>Email:  andrew@marksklein.com | ☐ by **CM/ECF**<br>☒ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |

Executed on September 18, 2018 at Seattle, Washington.

LANE POWELL PC

By  *s/John E. Whitaker*
　　Gregory F. Wesner, WSBA No. 30241
　　LANE POWELL PC
　　1420 Fifth Avenue, Suite 4200
　　P.O. Box 91302
　　Seattle, WA  98111-9402
　　Telephone: 206-223-7000
　　Facsimile:  206-223-7107
　　wesnerg@lanepowell.com

　　John E. Whitaker, WSBA No. 28868
　　Christensen, O'Connor, Johnson, Kindness
　　1201 Third Avenue, Suite 3600
　　Seattle, WA 98101
　　Telephone:  206-682-8100
　　Facsimile:  206-224-0779

Defendant's Responses to Plaintiff's Third Set of Interrogatories
ATTORNEYS EYES ONLY
No. 3:17-cv-05760 BHS                                                -4-
131191.0001/7195271.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON  98111-9402

| | |
|---|---|
| 1 | john.whitaker@cojk.com |
| 2 | Attorneys for Defendants Kevin Sykes-Bonnett and Syked ECU Tuning, Inc. |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |

Defendant's Responses to Plaintiff's Third Set of Interrogatories
ATTORNEYS EYES ONLY
No. 3:17-cv-05760 BHS                    -5-

131191.0001/7195271.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402