# EXHIBIT 2

HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>                Plaintiff,<br><br>   vs.<br><br>KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, a Washington corporation,<br><br>                Defendants. | NO. 3:17-cv-05760-JRC<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |

Pursuant to Federal Rule of Civil Procedure 26 and 34, Plaintiff HP Tuners, LLC ("HPT") request Defendants Kevin Sykes-Bonnett and Syked ECU Tuning Incorporated (collectively "Defendants") to produce the documents described below within thirty (30) days hereof:

**DEFINITIONS AND INSTRUCTIONS**

A.    "Sykes-Bonnett", "You" means Defendant, Kevin Sykes-Bonnett.

B.    "HPT" means Plaintiff HP Tuners, LLC, its agents, employees and representatives.

C.    As used herein, the words "and" as well as "or" should be construed either disjunctively or conjunctively, as necessary, to bring within the scope of these requests information that might otherwise be construed as being outside their scope.

Plaintiff's First Set of Requests for Production of Documents to Defendants - 1

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA 98666-0611
(360) 750-7547

D.      "Person," whether in the singular or plural, means and includes, without limitation, natural persons, groups of natural persons acting as individuals, corporations, firms, partnerships, associations, joint ventures, and any other incorporated or unincorporated business or social entity.

E.      "Communication," whether in the singular or plural, means any discussion, conversation, conference, meeting or exchange of documents between or among persons, whether in person, by telephone, in writing or otherwise, and shall include electronic mail communications.

F.      As used herein, "identify," with respect to a "Person," means to provide, where known, the person's full name and current and last known address, current or previous phone numbers, current and last known place of employment, date of birth, social security number and any other information pertinent to the location, whereabouts or residence of the person identified. Where a person's whereabouts are unknown but Defendant is aware of persons who may know of the whereabouts, such persons should be identified.

G.      As used herein, "identify" when used with respect to a document means to state the document's title or subject matter, author, addressee, recipient, date, present location, custodian, and bates number designation, if any.

H.      The word "Document," whether in the singular or plural, means every draft, original or non-identical copy (whether different from the original by reason of notations made on such copy or otherwise), regardless of location, of every tangible item or object in Your possession, custody or control (or in the possession, custody or control of Your attorneys), however, and by whomever prepared, produced, reproduced, disseminated, or made in any form, including, but not limited to, the following: letters, minutes, correspondence, electronic

Plaintiff's First Set of Requests for Production of Documents
to Defendants - 2

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

communications (in native and hard copy format), e-mail, facsimiles, notes or summaries or conversations, inter- and intra-office memoranda, contracts, agreements, desk calendars, appointment books, diaries, books, manuals, bulletins, circulars, catalogues, charts, transcripts, reports, studies, evaluations, analyses, graphs, worksheets, notices, notes, notebooks, journals, statistical records, maps, surveys, drawings, blueprints, opinion letters, newsletters, press releases, brochures, booklets, flyers, sketches, data sheets, data compilations, computer data sheets, photographs, movie film, videotape, sound recordings, microfilm, microfiche and any other written, printed, typed, recorded or graphic matter from which information can be obtained or can be translated through detection devices in a reasonably useable form, including electronic mail or data stored electronically.  Any alterations, notes, comments or other material contained thereon or attached thereto not included in any original or other copies shall be deemed a separate document within the foregoing definition.  All drafts and non-identical copies are to be separately identified.

    I.    Each Interrogatory or Document Request and subparagraph or subdivision thereof is to be separately answered.  If there are no documents responsive to a particular Document Request, so indicate.

    J.    With respect to any Document or any information withheld on account of privilege by Defendant, provide the following information:

    (a)    identify the document, photograph, recording or other item or information for which privilege is claimed;

    (b)    identify the type of privilege asserted and grounds therefor;

Plaintiff's First Set of Requests for Production of Documents to Defendants - 3

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

    (c)    name of person(s), position of employment and officer or director status of person(s) giving statement or creating document or item identified in subparagraph (a);

    (d)    name of all person(s), position of employment and officer or director status of person(s) receiving, reviewed, taking or otherwise having access to said statement or other material identified in subparagraph (a);

    (e)    date of generation of statement or other material identified in subparagraph (a);

    (f)    the name, position of employment, and officer or director status of all person(s) reviewing or otherwise having access to said statement at any time;

    (g)    purpose for which the statement or other material identified in subparagraph (a) was taken or provided; and

    (h)    identify by name, position of employment and officer or director status of all person(s) having possession of said statement at any time.

K.    In accordance with the applicable rules of procedure, these requests are continuing in nature and Defendant is requested to supply by way of supplementary responses any additional information encompassed within these requests as may hereinafter be obtained by Defendant or any person on Defendant's behalf which will augment or modify any information now proffered pursuant to these requests, such supplementary responses to be served upon Claimant's counsel promptly upon its discovery and through the time of trial.

L.    If Defendant is not in possession of documents or information responsive to a particular request or interrogatory but is aware of the existence of documents or information responsive to the request or interrogatory which are or may be in the possession of some person

Plaintiff's First Set of Requests for Production of Documents to Defendants - 4

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

or entity other than Defendant, Defendant shall identify such person or entity by providing a full name, address, telephone number, and shall describe the documents or information to the extent possible and the actual or suspected location of said documents or information.

M. The phrases and terms "evidence," "refer," "relate," "on the subject of," "relating to," or "reflecting" shall mean, without limitation, constituting or evidencing and directly or indirectly concerning, regarding, mentioning, discussing, commenting upon, referring to, pertaining to, being connected with or reflecting upon the stated subject matter.

N. A request for "All Documents" or "All Documents and Communications" means every Document and Communication as above defined known to You and every such document in Your possession or control or the possession or control of Your attorneys, agents or other Persons or entities You own, operate, manage or control, or which can be located or discovered by reasonably diligent efforts. The terms "possession" or "control" includes actual possession by You, actual possession by You with another, or constructive possession by You in that You are legally entitled or able to obtain actual possession from Your agents, clients, attorneys, accountants, employers, employees, contractors, banks, suppliers, representatives and business entities owned or controlled by You or in which You have an interest.

## DOCUMENT REQUESTS

1) A copy of Defendants' latest public Dodge/Ford/GM software, including a tuning file sample that opens for 2012+ Dodge, Ford and GM.

2) A copy of the beta software version from April 7th (screenshots shown on Facebook) with GM tune file used.

3) A changelog (commit notes) of check-ins to Sykes-Bonnett's source control repository for 2016 and 2017.

Plaintiff's First Set of Requests for Production of Documents to Defendants - 5

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

4)  All Documents and Communications which evidence, refer or relate to HPT's source code, software, programming, products and/or credits.

5)  All Documents and Communications which evidence, refer or relate to any source code, code or software created, programmed, written or developed by You from January 1, 2012 to the present.

6)  All Documents and Communications from January 1, 2013 to the present with:

    (a)  Matthew Honeycutt;

    (b)  Christopher Breton-Jean;

    (c)  Jon Lund;

    (d)  Eric Brooks;

    (e)  Keith Prociuk; and

    (f)  Any person identified by Defendants in Defendants Initial Rule 26 Disclosures.

7)  All Documents and Communications which evidence, refer or relate to Defendants' sale of discounted HPT credits to any third party from January 1, 2013 to the present.

8)  All Documents and Communications which evidence, refer or relate to Defendants' sale of HPT credits to any third party from January 1, 2013 to the present.

9)  All Documents and Communications which evidence, refer or relate to Defendants' sale of any HPT interface to any third party from January 1, 2013 to the present.

10)  All Documents and Communications which evidence, refer or relate to Defendants' removal of licensing restrictions from HPT's VCM Suite Software from January 1, 2013 to the present.

Plaintiff's First Set of Requests for Production of Documents to Defendants - 6

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA 98666-0611
(360) 750-7547

11) All Documents and Communications which evidence, refer or relate to HPT's VCM Suite Software from January 1, 2013 to the present.

12) All Documents and Communications which evidence, refer or relate to Defendants' sale of its software from January 1, 2013 to the present, including any documents evidencing gross sales revenues during said time period.

13) All Documents and Communications which evidence, refer or relate to the PayPal account using the discounthptunercredits@mail.com email address.

14) All Documents and Communications which evidence, refer or relate to the PayPal account using the JoanHardacre405@yahoo.com email address.

Dated: December 27, 2017

Respectfully submitted,

*Attorneys for Plaintiff*  HP Tuners, LLC

By: *s/ Andrew P. Bleiman*
Andrew P. Bleiman (admitted *pro hac vice*)
MARKS & KLEIN
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
(312) 206-5162
E-mail: andrew@marksklein.com

Stephen G. Leatham, WSBA #15572
HEURLIN, POTTER, JAHN, LEATHAM, HOLTMANN & STOKER, P.S.
E-mail: sgl@hpl-law.com
211 E. McLoughlin Boulevard, Suite 100
Vancouver, WA 98663
Telephone: (360) 750-7547
Facsimile: (360) 750-7548

Plaintiff's First Set of Requests for Production of Documents to Defendants - 7

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2017, I caused the foregoing to be electronically served via electronic mail upon the following counsel of record:

Gregory F. Wesner
John E. Whitaker
LANE POWELL PC
1420 Fifth Ave Ste 4200
PO Box 91302
Seattle, WA 98111-9402
E-mail: wesnerg@lanepowell.com
E-mail: whitakerj@lanepowell.com
*Attorneys for Defendants*
Kevin Sykes-Bonnett and
Syked ECU Tuning Incorporated

By: *s/ Andrew P. Bleiman*
Andrew P. Bleiman (admitted *pro hac vice*)
MARKS & KLEIN
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
(312) 206-5162
E-mail:  andrew@marksklein.com

Plaintiff's First Set of Requests for Production of Documents to Defendants - 8

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547