# EXHIBIT 3

 MARKS & KLEIN, LLP

> Andrew P. Bleiman
> Marks & Klein
> 1363 Shermer Road, Suite 318
> Northbrook, Illinois 60062
> 312.206.5162
> andrew@marksklein.com

**_VIA USPS OVERNIGHT MAIL_**

March 27, 2017

Kevin Sykes-Bonnett
Syked ECU Tuning
12406 82nd Avenue Ct. E
Puyallup, WA 98373

Kevin Sykes-Bonnett
8570 Brick Mill Road
Ellensburg, WA 98926

Re:   **_DEMAND TO CEASE AND DESIST_**

Dear Mr. Sykes-Bonnett:

We have been engaged to represent HP Tuners, LLC.  We write concerning your misappropriation and misuse of HP Tuners LLC's proprietary information.  Specifically, without authorization, you have "hacked" HP Tuners, LLC's devices and illegally sold such "hacked" devices to third parties for profit.  Your conduct is unlawful and subjects you to civil and criminal liability.  HP Tuners, LLC demands that you cease and desist from the unauthorized use and sale of its devices immediately.

**HP Tuners, LLC is prepared to take all immediate and necessary legal action to protect and enforce its rights.  HP Tuners, LLC hereby demands that you immediately acknowledge and verify your intention to cease and desist from any further manipulation, hacking and sale of HP Tuners LLC's products and devices.  We demand that you provide such verification to the undersigned at andrew@marksklein.com prior to 3:00 p.m. PST on March 31, 2017 to avoid court and criminal action.**

Furthermore, because it appears that litigation may be imminent, you must take the necessary steps to preserve all forms of paper and electronic evidence that will be relevant to the litigation.  Accordingly, we demand that you preserve and do not delete, discard, overwrite or otherwise destroy original and all copies of all documents, including e-mails, instant and text messages, PDF and other electronically-stored documents, correspondence,

Scanned by CamScanner



and all other documents or tangible materials – whether stored on home or personal computers or in any other storage device – with respect to HP Tuners, LLC and its products and devices.

Finally, we are sending this correspondence directly to your attention because we have not been advised that you are currently represented by legal counsel in connection with this matter. If you are represented by legal counsel, please provide us with the name of your attorney so that we can forward this and future communications to his or her attention.

HP Tuners, LLC expressly reserves all of its legal rights in connection with this matter.

We look forward to hearing from you or your counsel.

Sincerely,

Andrew P. Bleiman

cc:     (via electronic mail)
        Bobbi Munson

Scanned by CamScanner