HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, <br><br>　　　　　　Plaintiff, <br><br>　　vs. <br><br>KEVIN SYKES-BONNETT, SYKED ECU TUNING INCORPORATED, a Washington corporation, and JOHN MARTINSON <br><br>　　　　　　Defendants. | NO.  3:17-cv-05760-BHS <br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE |

THIS MATTER, having come before the Court on plaintiff's Motion for Sanctions for Spoliation of Evidence, the Court having considered the Motion and defendants' Opposition,

IT IS HEREBY ORDERED that plaintiff's Motion is GRANTED.

This Court hereby imposes the following sanctions against Defendants as follows:

[_____]

DATED this _____ day of _____, 2019.

_____
HONORABLE BENJAMIN H. SETTLE

ORDER GRANTING PLAINTIFF'S MOTION FOR SANCTIONS - 1

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

1   Presented by:

2   *s/ Stephen G. Leatham*
    Stephen G. Leatham, WSBA #15572
3   HEURLIN, POTTER, JAHN, LEATHAM,
    HOLTMANN & STOKER, P.S.
4   211 E. McLoughlin Boulevard, Suite 100
    Vancouver, WA 98663
5   Telephone: (360) 750-7547
    Fax: (360) 750-7548
6   E-mail:  sgl@hpl-law.com
7   Attorneys for HP Tuners, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER GRANTING PLAINTIFF'S MOTION FOR
SANCTIONS - 2