HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | NO. 3:17-cv-05760-BHS |
| Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF'S PETITION FOR FEES |
| vs. | |
| KEVIN SYKES-BONNETT, SYKED ECU TUNING INCORPORATED, a Washington corporation, and JOHN MARTINSON | |
| Defendants. | |

THIS MATTER, having come before the Court on Plaintiff's Petition for Fees, the Court having considered the Petition and defendants' Opposition,

IT IS HEREBY ORDERED that plaintiff's Petition is GRANTED.

Defendants and John Whitaker, Esq. shall pay attorneys' fees in the amount of $20,125.00 to HP TUNERS, LLC within seven (7) days.

DATED this _____ day of _____, 2019.

_____
HONORABLE BENJAMIN H. SETTLE

ORDER GRANTING PLAINTIFF'S PETITION FOR FEES - 1

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA 98666-0611
(360) 750-7547

1  Presented by:

2  *s/ Stephen G. Leatham*
   Stephen G. Leatham, WSBA #15572
3  HEURLIN, POTTER, JAHN, LEATHAM,
   HOLTMANN & STOKER, P.S.
4  211 E. McLoughlin Boulevard, Suite 100
   Vancouver, WA 98663
5  Telephone: (360) 750-7547
6  Fax: (360) 750-7548
   E-mail:  sgl@hpl-law.com
7  Attorneys for HP Tuners, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER GRANTING PLAINTIFF'S PETITION FOR FEES - 2