# EXHIBIT A



| | | **FEES INCURRED IN RESPONDING TO DEFENDANTS' MOTION FOR TEMPORARY RESTRAINING ORDER** | | | |
|---|---|---|---|---|---|
| 08/22/2018 | Andrew P. Bleiman | Analyze Defendants' motion for TRO; assess and outline arguments in response to Defendants' motion for TRO; prepare, augment, supplement, revise and modify response in opposition to Defendants' motion for TRO; series of communications with the court re: hearing; prepare notice of intention to file opposition to Defendants' motion for TRO; communications with local counsel regarding Judge Settle's rules and the pending motions; communications with SS regarding briefs, arguments and next steps  Legal Services | 350.00 | 6.8 | $ 2,380.00 |
| 08/23/2018 | Andrew P. Bleiman | Prepare, augment, supplement, revise and modify draft response in opposition to motion for temporary restraining order; series of communications with SS re: same; prepare declarations in support of response (7.7) Legal Services | 350.00 | 7.7 | $ 2,695.00 |
| 08/24/2018 | Andrew P. Bleiman | Prepare, augment and finalize response in opposition to motion for temporary restraining order Legal Services | 350.00 | 1.5 | $ 525.00 |
| 08/28/2018 | Andrew P. Bleiman | Receive, study and analyze reply brief from opposing counsel in support of their motion for tro; prepare for hearing on defendants' motion for tro Legal Services | 350.00 | 2.3 | $ 805.00 |
| | | | **TOTAL** | **18.3 HOURS** | **$ 6,405.00** |
| | | **FEES INCURRED IN BRINGING MOTION FOR SANCTIONS** | | | |
| 10/09/2018 | Andrew P. Bleiman | Research, study and analyze case law to support motion for sanctions Legal Services | 350.00 | 3.5 | $ 1,225.00 |
| 10/22/2018 | Katie Harris | Analyze discovery, transcript of hearing, filed pleadings and communications for purposes of preparing motion for sanctions; prepare outline of same Legal Services | 350.00 | 4.8 | $ 1,680.00 |
| 10/23/2018 | Katie Harris | Research, study and analyze case law to support motion for sanctions; prepare, augment, supplement and revise motion for sanctions Legal Services | 350.00 | 6.7 | $ 2,345.00 |
| 10/24/2018 | Andrew P. Bleiman | Receive, study and analyze draft Rule 11 motion, series of communications re: same and modifications to same Legal Services | 350.00 | 2.5 | $ 875.00 |
| 10/24/2018 | Katie Harris | Prepare, augment, supplement and revise motion for sanctions Legal Services | 350.00 | 2.3 | $ 805.00 |
| 10/25/2018 | Katie Harris | Prepare Rule 11 letter to opposing counsel and communications re: same Legal Services | 350.00 | 1 | $ 350.00 |
| 10/26/2018 | Andrew P. Bleiman | Analyze, prepare, augment, revise and supplement draft Rule 11 motion; prepare rule 11 letter; finalize motion and correpsondence to opposing counsel regarding motion for sanctions; communications with HPT regarding addendum to protective order (3.9) Legal Services | 350.00 | 3.5 | $ 1,225.00 |
| 10/29/2018 | Andrew P. Bleiman | Analyze, prepare, augment, revise and supplement draft Rule 11 motion and series of communications with KH re: same Legal Services | 350.00 | 0.4 | $ 140.00 |
| 11/20/2018 | Andrew P. Bleiman | Finalize Rule 11 motion for sanctions for filing and series of communications re: same Legal Services | 350.00 | 0.5 | $ 175.00 |
| 12/03/2018 | Andrew P. Bleiman | Receive study and analyze Defendants' response to Rule 11 motion and assess arguments for reply Legal Services | 350.00 | 2 | $ 700.00 |

| Date | Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/06/2018 | Katie Harris | Analyze Defendants' response brief and assess arguments for reply; prepare outline of arguments for reply Legal Services | 350.00 | 1 | $ 350.00 |
| 12/06/2018 | Andrew P. Bleiman | Prepare outline of argument for sanctions reply and series of communications re: same Legal Services | 350.00 | 0.8 | $ 280.00 |
| 12/07/2018 | Katie Harris | Augment, supplement, revise and modify draft reply brief in support of motion for sanctions under Rule 11 Legal Services | 350.00 | 5.5 | $ 1,925.00 |
| 12/07/2018 | Andrew P. Bleiman | Series of communications with subpoenaed witnesses regarding appearance; augment, supplement, revise, modify and finalize reply brief in support of motion for sanctions (4.2) Legal Services | 350.00 | 2.2 | $ 770.00 |
| 1/29/2019 | Katie Harris | Analyze court order, prepare motion to seal; prepare Decl and exhibits for filing; series of communications re: same; finalize same Legal Services | 350.00 | 2.5 | $ 875.00 |
| | | | TOTAL | 36.7 HOURS | $ 13,720.00 |