HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HP TUNERS, LLC, a Nevada limited liability company,

                Plaintiff,

vs.

KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, a Washington corporation, and JOHN MARTINSON,

                Defendants.

CASE NO.  3:17-cv-05760-BHS

**DECLARATION OF STEPHEN G. LEATHAM, ESQ. IN SUPPORT OF PLAINTIFF'S PETITION FOR FEES**

I, Stephen G. Leatham, Esq., hereby declare as follows:

1.     I am of legal age, have personal knowledge of the facts provided herein and, if called as a witness, could and would testify competently to those facts.

2.     I am a licensed attorney in the State of Washington and am a member in good standing of the Washington bar.

3.     I have been a licensed attorney in the State of Washington since 1985.

4.     I am a partner with the firm of Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.

5.     I am an attorney representing Plaintiff HP Tuners, LLC in connection with this

DECLARATION OF STEPHEN G. LEATHAM, ESQ. SUBMITTED IN SUPPORT OF PLAINTIFF'S PETITION FOR FEES - 1

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

1   matter.

2       6.      This Declaration is submitted in support of Plaintiff's Petition for Fees as allowed

3   by this Court in its Order Granting Plaintiff's Motion for Sanctions and Scheduling Fee Petition

4   (Docket No. 155).

5       7.      Based on my experience practicing law in this District, I believe that an hourly

6   rate of $350.00 per hour for attorney time in connection with this matter is reasonable and

7   customary for complex commercial litigation services of this type in this District.

8       I declare under penalty of perjury under the laws of the United States of America the

9   foregoing is true and correct to the best of my knowledge.

10

11      Executed on March 29, 2019 at Vancouver, Washington.

12

13              By:     *s/Stephen G. Leatham*
                        Stephen G. Leatham

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF STEPHEN G. LEATHAM, ESQ.
SUBMITTED IN SUPPORT OF PLAINTIFF'S PETITION
FOR FEES - 2

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

1

## CERTIFICATE OF SERVICE

2

I hereby certify that on March 29, 2019, I caused the foregoing to be electronically with

3

the Clerk of Court using the CM/ECF system which will electronically send Notice to all

4

Counsel of Record.

5

6

                                        *s/ Stephen G. Leatham*
Stephen G. Leatham, WSBA #15572

7

HEURLIN, POTTER, JAHN, LEATHAM, HOLTMANN & STOKER, P.S.
211 E. McLoughlin Boulevard, Suite 100

8

Vancouver, WA 98663
Telephone: (360) 750-7547

9

Fax: (360) 750-7548
E-mail: sgl@hpl-law.com

10

Attorney for HP Tuners, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF STEPHEN G. LEATHAM, ESQ.
SUBMITTED IN SUPPORT OF PLAINTIFF'S PETITION
FOR FEES - 3