HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, a Washington corporation, and JOHN MARTINSON, <br><br> Defendants. | CASE NO. 3:17-cv-05760-BHS <br><br> **CERTIFICATE OF SERVICE** |

Plaintiff HP Tuners, LLC ("HP Tuners" or "Plaintiff") hereby submits this Certificate of Service certifying that, on April 22, 2019, it caused the Expert Report of John R. Bone, CPA, CFF and the Expert Report of Ernesto Staroswiecki, Ph.D., P.E., CSQE to be served via electronic mail on the following Counsel of Record for Defendants:

Philip P. Mann
Mann Law Group
107 Spring St.
Seattle, WA 98104
phil@mannlawgroup.com

*Attorney for Defendants Kevin Sykes-Bonnett, John Martinson, and Syked ECU Tuning Incorporated*

CERTIFICATE OF SERVICE - 1

1   Dated: April 22, 2019                    Respectfully submitted,

2                                            *s/ Andrew P. Bleiman*
                                             Andrew P. Bleiman
3                                            (admitted *pro hac vice*)
                                             MARKS & KLEIN, LLP
4                                            1363 Shermer Road, Suite 318
                                             Northbrook, Illinois 60062
5                                            Telephone: (312) 206-5162
                                             E-mail:  andrew@marksklein.com
6

7                                            Stephen G. Leatham, WSBA #15572
                                             HEURLIN, POTTER, JAHN, LEATHAM,
8                                            HOLTMANN & STOKER, P.S.
                                             211 E. McLoughlin Boulevard, Suite 100
9                                            Vancouver, WA 98663
                                             Telephone: (360) 750-7547
10                                           Fax: (360) 750-7548
                                             E-mail:  sgl@hpl-law.com
11

12                          **CERTIFICATE OF SERVICE**

13       I hereby certify that on April 22, 2019, I caused the foregoing Certificate of Service to be

14   electronically with the Clerk of Court using the **CM/ECF system** which will electronically send

15   Notice to all Counsel of Record.

16

17                                           *s/ Andrew P. Bleiman*
                                             Andrew P. Bleiman
18                                           (admitted *pro hac vice*)
                                             MARKS & KLEIN, LLP
19                                           1363 Shermer Road, Suite 318
                                             Northbrook, Illinois 60062
20                                           Telephone: (312) 206-5162
                                             E-mail:  andrew@marksklein.com
21

22                                           *Attorneys for Plaintiff*

23

24

25

CERTIFICATE OF SERVICE - 2