THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>KEVIN SYKES-BONNETT, SYKED ECU TUNING INCORPORATED, a Washington corporation, and JOHN MARTINSON<br><br>    Defendants. | Cause No. 3:17-cv-05760 BHS<br><br>**NOTICE OF UNAVAILABILITY** |

TO: CLERK OF THE COURT

AND TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that the undersigned attorney of record for Defendants will be out of the office and unavailable from August 13, 2019 to September 2, 2019 inclusive, and requests that no motions, notices of hearing, depositions or other discovery be set or served such that he must respond or appear during this period.

Dated August 7, 2019.

Respectfully submitted,

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
107 Spring St.
Seattle, Washington 98104
Phone (206) 436-0900
Fax (866) 341-5140
phil@mannlawgroup.com

Attorneys for Defendants

DEFENDANTS' NOTICE OF UNAVAILABILITY
Cause No. 17-CV-05760-BHS

Page 1

Mann Law Group
107 Spring St.
Seattle, WA 98101
Phone: 206.436.8500

## CERTIFICATE OF SERVICE

I hereby certify on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

DATED: August 7, 2019                    /s/ *Philip P. Mann*

DEFENDANTS' NOTICE OF
UNAVAILABILITY                          Page 2
Cause No. 17-CV-05760-BHS

Mann Law Group
107 Spring St.
Seattle, WA 98101
Phone: 206.436.8500