1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HP TUNERS, LLC,

          Plaintiff,

   v.

KEVIN SYKES-BONNETT, et al.,

          Defendants.

CASE NO. C17-5760 BHS

ORDER RENOTING MOTIONS TO SEAL

13        This matter comes before the Court on Plaintiff HP Tuners, LLC's ("HPT")

14 motion to seal, Dkt. 191, and Defendants John Martinson, Syked ECU Tuning

15 Incorporated, and Kevin Sykes-Bonnett's ("Defendants") motion to seal, Dkt. 195.

16        On September 3, 2019, HPT filed its motion to seal, and on September 6, 2019,

17 Defendants filed their motion to seal, Dkt. 195.  Both parties contend that their stipulated

18 protective order, Dkt. 39, gives them the authority to file documents under seal and then

19 generally refer to the confidential nature of the sealed material.  That order, however, states

20 that the parties must comply with Local Rules W.D. Wash. LCR 5(g), which requires a

21 specific explanation of the basis to seal each document.  The parties' general statements as

22 to the confidential nature of the submitted material does not meet this standard.  Therefore,

ORDER - 1

1 | the Clerk shall renote the motions for consideration on the Court's September 20, 2019
2 | calendar, which will allow the parties an opportunity to file supplemental declarations or
3 | briefing in support of the requests to seal.  Failure to file supporting information or
4 | otherwise respond will result in denial of a motion and unsealing of the provisionally sealed
5 | material.
6 | **IT IS SO ORDERED**.
7 | Dated this 13th day of September, 2019.

_____
BENJAMIN H. SETTLE
United States District Judge