# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC,<br><br>                     Plaintiff,<br><br>     v.<br><br>KEVIN SYKES-BONNETT, SYKED ECU TUNING INCORPORATED, JOHN MARTINSON,<br><br>                     Defendants. | Case No. C17-5760 BHS<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR SANCTIONS |

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)  The Court adopts the Report and Recommendation; and

(2)  plaintiff's Motion for Sanctions for Spoliation of Evidence is GRANTED; and

(3)  sanctions shall be imposed against defendants in accordance with the Report and Recommendation.

Dated this 16th day of September, 2019.

                                                                        _____
                                                                        Benjamin H. Settle
                                                                        United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR SANCTIONS - 1