HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, a Washington corporation, and JOHN MARTINSON, <br><br> Defendants. | CASE NO. 3:17-cv-05760-BHS <br><br> **PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE BRIEF AND SUPPLEMENTAL DECLARATION OF ANDREW P. BLEIMAN, ESQ. IN FURTHER OPPOSITION TO DEFENDANT JOHN MARTINSON'S MOTION FOR SUMMARY JUDGMENT** <br><br> **NOTING DATE: OCTOBER 4, 2019** |

Plaintiff HP TUNERS, LLC, a Nevada limited liability company ("HPT"), for its Motion for Leave to File Supplemental Response Brief and Supplemental Declaration of Andrew P. Bleiman, Esq. in Further Opposition to Defendant John Martinson's ("Martinson" or "Defendant") Motion for Summary Judgment (Dkt. 183) states as follows:

PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE BRIEF AND SUPPLEMENTAL DECLARATION OF ANDREW P. BLEIMAN, ESQ. IN FURTHER OPPOSITION TO DEFENDANT JOHN MARTINSON'S MOTION FOR SUMMARY JUDGMENT - page 1

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA 98666-0611
(360) 750-7547

In connection with this action, on September 3, 2019, Plaintiff filed its Response in Opposition to Defendant John Martinson's Motion for Summary Judgment (Dkt. 190). Defendant John Martinson's Motion for Summary Judgment is currently pending.

The purpose of the supplemental response brief is to apprise the Court of: (1) newly discovered emails on August 29, 2019, concealed and never produced by Defendants, which indicate Martinson's direct individual knowledge of and involvement with HPT's proprietary information; and (2) Magistrate Judge Fricke's September 16, 2019 Report and Recommendation on Plaintiff's Motion for Sanctions for Spoliation of Evidence (the "Spoliation Order") (see Dkt. 202), which explicitly invokes Martinson's individual liability as a genuine material issue as a result of Defendants' destruction of critical evidence, which liability cannot possibly be extinguished by summary judgment due to the permanent absence of such evidence. These recent developments, both of which relate to the Defendants' discovery misconduct, further preclude summary judgment in favor of Martinson.

On September 3, 2019, Plaintiff filed its Response in Opposition to Defendant John Martinson's Motion for Summary Judgment (Dkt. 190). On or about August 29, 2019, while Plaintiff was in the midst of preparing its responses to the pending motions in this case, emails were electronically produced in connection with Rule 34 Requests for Production by the defendant in a separate action. These emails further demonstrate the instant Defendants' deception and concealment of relevant evidence by revealing specific communications between Martinson and Ken Cannata ("Cannata") that appear to show Martinson's possession of confidential and proprietary information of HPT. As a result, Martinson's alleged innocent bystander defense is unavailing, and the additional factual questions raised warrant denial of Martinson's motion for summary judgment should be denied.

PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE BRIEF AND SUPPLEMENTAL DECLARATION OF ANDREW P. BLEIMAN, ESQ. IN FURTHER OPPOSITION TO DEFENDANT JOHN MARTINSON'S MOTION FOR SUMMARY JUDGMENT - page 2

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

Finally, in addition to the additional discovery information, on September 16, 2019, Magistrate Judge Fricke entered the Spoliation Order, which ruling impacts Defendant John Martinson's Motion for Summary Judgment.

The proposed Supplemental Response Brief in Further Opposition to Defendant John Martinson's Motion for Summary Judgment is attached hereto as Exhibit A and the proposed Supplemental Declaration of Andrew P. Bleiman, Esq. (without exhibits) is attached hereto as Exhibit B.[1]

WHEREFORE, HP TUNERS, LLC, respectfully prays for an order granting it leave to file a Supplemental Response Brief and Supplemental Declaration of Andrew P. Bleiman, Esq. in Further Opposition to Defendant John Martinson's Motion for Summary Judgment and for such other and further relief as this Court deems necessary and appropriate.

Dated this 18th day of September, 2019     Respectfully submitted,

*s/ Andrew P. Bleiman*
Attorneys for HP Tuners, LLC

Stephen G. Leatham, WSBA #15572
Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
PO Box 611
211 E. McLoughlin Boulevard
Vancouver, WA 98666-0611
Telephone: (360) 750-7547
Fax: (360) 750-7548
E-mail: sgl@hpl-law.com

Andrew P. Bleiman (admitted *pro hac vice*)
Marks & Klein
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
(312) 206-5162
andrew@marksklein.com

---

[1] The Exhibits referenced in the Supplemental Declaration have been marked as "Highly Confidential" pursuant to Protective Order. Given such designation, Plaintiff will file the exhibits and a motion to seal after leave to file the Supplemental Response has been granted. Counsel can provide courtesy copies of the documents if the Court would like to review them in connection with its ruling on this Motion for Leave.

PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE BRIEF AND SUPPLEMENTAL DECLARATION OF ANDREW P. BLEIMAN, ESQ. IN FURTHER OPPOSITION TO DEFENDANT JOHN MARTINSON'S MOTION FOR SUMMARY JUDGMENT - page 3

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA 98666-0611
(360) 750-7547

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2019, I caused the foregoing to be electronically with the Clerk of Court using the **CM/ECF system** which will electronically send Notice to all Counsel of Record.

>MARKS & KLEIN
>
>*s/ Andrew P. Bleiman*
>Andrew P. Bleiman (admitted *pro hac vice*)
>1363 Shermer Road, Suite 318
>Northbrook, Illinois 60062
>Telephone: (312) 206-5162
>E-mail: andrew@marksklein.com
>
>Attorney for Plaintiff

PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE BRIEF AND SUPPLEMENTAL DECLARATION OF ANDREW P. BLEIMAN, ESQ. IN FURTHER OPPOSITION TO DEFENDANT JOHN MARTINSON'S MOTION FOR SUMMARY JUDGMENT - page 4

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA 98666-0611
(360) 750-7547