THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN SYKES-BONNETT, SYKED ECU TUNING INCORPORATED, a Washington corporation, and JOHN MARTINSON<br><br>Defendants. | Cause No. 3:17-cv-05760 BHS<br><br>**DEFENDANTS' SUPPLEMENTAL RESPONSE REGARDING MOTION TO SEAL**<br><br>Noted for Consideration:<br>September 20, 2019 |

In compliance with this Court's Order of September 13, 2019 requesting further support for Defendants' Motion to Seal dated September 6, 2019 (Docket No. 195), Defendants Kevin Sykes-Bonnett and Syked ECU Tuning Incorporated, by and through their counsel, state as follows:

1. With respect to Exhibit B to the Declaration of Philip P. Mann (Dkt. 196), which Exhibit has been filed under seal, this document, on its face, states that it is "the confidential and proprietary property" of a third party that is not a party to this litigation. It is solely on this basis that Defendants have requested that this document be filed under seal and that its confidentiality be maintained.

2. With respect to Exhibits C & D to the Declaration of Philip P. Mann (Dkt. 196), which Exhibits have been filed under seal, these documents are, respectively, the transcripts of the morning and afternoon depositions of Plaintiff's CEO, Mr. Kieth Prociuk, taken April 24, 2019. The sole basis for Defendants' request that these Exhibits be filed

DEFENDANTS' SUPPLEMENTAL RESPONSE
REGARDING MOTION TO SEAL          Page 1
Cause No. 17-CV-05760-BHS

Mann Law Group
107 Spring St.
Seattle, WA 98101
Phone: 206.436.8500

1  under seal is simply that *Plaintiff* has designated these transcripts, in their entirety, as
2  "confidential" pursuant to the Protective Order in place in this action. Accordingly,
3  Defendants will defer to Plaintiff to establish, if it can, that these transcripts are, in fact,
4  confidential and should, in fact, be filed under seal. If Plaintiff is unable to establish the
5  confidential nature of these transcripts in their entirety, Defendants have no objection to them
6  being made public.

7  Dated September 18, 2019.                         Respectfully submitted,

                                                    */s/ Philip P. Mann*
                                                    Philip P. Mann, WSBA No: 28860
                                                    **Mann Law Group PLLC**
                                                    107 Spring St.
                                                    Seattle, Washington 98104
                                                    Phone (206) 436-0900
                                                    Fax (866) 341-5140
                                                    phil@mannlawgroup.com

                                                    Attorneys for Defendants

DEFENDANTS' SUPPLEMENTAL RESPONSE
REGARDING MOTION TO SEAL         Page 2
Cause No. 17-CV-05760-BHS

Mann Law Group
107 Spring St.
Seattle, WA  98101
Phone:  206.436.8500

## **CERTIFICATE OF SERVICE**

I hereby certify on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

DATED: September 18, 2019              /s/ *Philip P. Mann*

DEFENDANTS' SUPPLEMENTAL RESPONSE
REGARDING MOTION TO SEAL                           Page 3
Cause No. 17-CV-05760-BHS

Mann Law Group
107 Spring St.
Seattle, WA 98101
Phone: 206.436.8500