THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HP TUNERS, LLC, a Nevada limited liability company,

    Plaintiff,

v.

KEVIN SYKES-BONNETT, SYKED ECU TUNING INCORPORATED, a Washington corporation, and JOHN MARTINSON

    Defendants.

Cause No. 3:17-cv-05760 BHS

**DEFENDANTS' NOTICE OF INTENT AND ABILITY TO PROCEED**

This Court, in its Order Denying Defendant's Motion for Partial Summary Judgment (Dkt. No. 212) states that, "it appears that this matter is nowhere near ready for trial." and that, "the parties have informally contacted the Court regarding problems associated with preparing a joint trial brief, which is unusual in that most parties can at least agree on what the pending trial will entail."

Defendants respectfully request that this Court take notice that it was *Plaintiff,* not Defendants, that did not timely comply with this Court's Order (Dkt. No. 131) requiring timely service of a proposed pre-trial order, and that it was *Plaintiff,* not Defendants, who "informally contacted the Court regarding problems associated with preparing a joint trial brief."

Furthermore, it has been Plaintiff, not Defendants, who has sought extensions of the trial date in the past (See Dkt. Nos. 53 and 57) and continues to complain about discovery long after the discovery cut-off deadline (See Dkt. Nos. 203, 211 and 213).

DEFENDANTS' NOTICE OF INTENT AND
ABILITY TO PROCEED
Cause No. 17-CV-05760-BHS

Page 1

Mann Law Group
107 Spring St.
Seattle, WA 98101
Phone: 206.436.8500

In view of the foregoing, Defendants respectfully advise the Court that they are fully prepared and able to try this case as scheduled and request that trial *not* be delayed.

Defendants' business and lives have been, and continue to be, disrupted by this action that has been pending for more than two years. It is time to bring this matter to an end. Defendants are in no way responsible for the "problems associated with preparing a joint trial brief," and are in no way responsible for delaying trial.

Defendants respectfully request that this Court maintain the scheduled trial date and allow this case to proceed to trial as scheduled on October 29, 2019.

Such action by the Court is respectfully solicited.

Dated October 5, 2019.                      Respectfully submitted,

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
107 Spring St.
Seattle, Washington 98104
Phone (206) 436-0900
Fax (866) 341-5140
phil@mannlawgroup.com

Attorneys for Defendants

DEFENDANTS' NOTICE OF INTENT AND
ABILITY TO PROCEED                    Page 2
Cause No. 17-CV-05760-BHS

Mann Law Group
107 Spring St.
Seattle, WA 98101
Phone: 206.436.8500

## CERTIFICATE OF SERVICE

I hereby certify on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

DATED:  October 5, 2019                    /s/ *Philip P. Mann*

DEFENDANTS' NOTICE OF INTENT AND
ABILITY TO PROCEED                         Page 3
Cause No. 17-CV-05760-BHS

Mann Law Group
107 Spring St.
Seattle, WA  98101
Phone:  206.436.8500