HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HP TUNERS, LLC, a Nevada limited liability)
company,                                  )    CASE NO.  3:17-cv-05760-BHS
                                          )
                    Plaintiff,            )    AGREED NEUTRAL STATEMENT OF THE
                                          )    CASE
        vs.                               )
                                          )
KEVIN   SYKES-BONNETT   and   SYKED)
ECU    TUNING    INCORPORATED,    a)
Washington    corporation,    and    JOHN)
MARTINSON,                                )
_____
                    Defendants.

    The Court requested that the parties provide a joint neutral statement of the case to read

to the jury at the outset of the trial in this action.  The proposed joint neutral statement of the case

is the following:

    Plaintiff HP Tuners LLC filed this suit against Defendants Kevin Sykes-Bonnett, John

Martinson and Syked ECU Tuning, Inc. alleging misappropriation of confidential proprietary

information, including trade secrets, and related causes of action for violations of federal and

state law, unfair competition, breach of contract and tortious interference with prospective

economic relations. Defendants deny these allegations for various reasons to be developed at

trial.

AGREED NEUTRAL STATEMENT OF THE CASE - page 1

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

Dated: October 8, 2019

ATTORNEYS FOR PLAINTIFF

*s/ Andrew P. Bleiman*
Andrew P. Bleiman (admitted *pro hac vice*)
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone:  (312) 206-5162
E-mail:  andrew@marksklein.com


ATTORNEYS FOR DEFENDANTS

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
107 Spring St.
Seattle, Washington  98104
Phone (206) 436-0900
Fax (866) 341-5140
phil@mannlawgroup.com

AGREED NEUTRAL STATEMENT OF THE CASE - page 2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 8, 2019, I caused the foregoing to be electronically with the Clerk of Court using the **CM/ECF system** which will electronically send Notice to all Counsel of Record.

MARKS & KLEIN

*s/ Andrew P. Bleiman*
Andrew P. Bleiman (admitted *pro hac vice*)
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone:  (312) 206-5162
E-mail:  andrew@marksklein.com

Attorney for Plaintiff

AGREED NEUTRAL STATEMENT OF THE CASE - page 3