HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | CASE NO. 3:17-cv-05760-BHS |
| Plaintiff, | PLAINTIFF'S DEPOSITION DESIGNATIONS |
| vs. | |
| KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, a Washington corporation, and JOHN MARTINSON, | |
| Defendants. | |

Plaintiff, HP Tuners, LLC ("HPT"), hereby makes the following deposition designations pursuant to Local Civil Rule 32(e), which designations are attached hereto:

1. Nigel Alexander

2. Anthony Berge

3. Christopher Breton-Jean (Part 1)

4. Christopher Breton-Jean (Part 2)

PLAINTIFF'S DEPOSITION DESIGNATIONS - page 1

5. Bobbie Cannata

6. Chuck Greene

7. Ellis Groo

8. Kyle Hamilton

9. John Martinson

10. Edgard Niebles

11. Kevin Sykes-Bonnett (Part 1)

12. Kevin Sykes-Bonnett (Part 2)

13. Alvaro Valencia

Dated this 8th day of October, 2019

Respectfully submitted,

*s/ Andrew P. Bleiman*
Attorneys for HP Tuners, LLC

Stephen G. Leatham, WSBA #15572
Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
PO Box 611
211 E. McLoughlin Boulevard
Vancouver, WA 98666-0611
Telephone:  (360) 750-7547
Fax:  (360) 750-7548
E-mail:  sgl@hpl-law.com

Andrew P. Bleiman (admitted *pro hac vice*)
Marks & Klein
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
(312) 206-5162
andrew@marksklein.com

*Attorneys for HP Tuners, LLC*

PLAINTIFF'S DEPOSITION DESIGNATIONS - page 2

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2019, I caused the foregoing to be electronically with the Clerk of Court using the **CM/ECF system** which will electronically send Notice to all Counsel of Record.

MARKS & KLEIN

*s/ Andrew P. Bleiman*
Andrew P. Bleiman (admitted *pro hac vice*)
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone: (312) 206-5162
E-mail: andrew@marksklein.com

Attorney for Plaintiff

PLAINTIFF'S DEPOSITION DESIGNATIONS - page 3

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA 98666-0611
(360) 750-7547