HONORABLE BENJAMIN H. SETTLE

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9
10
11
12
13
14
15
16

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | ) )  CASE NO.  3:17-cv-05760-BHS |
| Plaintiff, | ) )  PLAINTIFF'S DEPOSITION )  DESIGNATIONS FOR NIGEL ELI )  ALEXANDER |
| vs. | ) ) |
| KEVIN  SYKES-BONNETT  and  SYKED ECU   TUNING   INCORPORATED,   a Washington   corporation,   and   JOHN MARTINSON, | ) ) ) ) |
| Defendants. | |

17

Plaintiff, HP Tuners, LLC ("HPT"), hereby makes the following deposition designations

18

pursuant to Local Civil Rule 32(e) for the attached transcript of the deposition upon oral

19

examination of Nigel Eli Alexander taken on December 19, 2018, with the following highlighted

20

portions:

21

Page 3, lines 6-10

22

Page 6, lines 10-25

23

Page 7, lines 1, 15-21

24
25

Page 9, lines 19-25

PLAINTIFF'S DEPOSITION DESIGNATIONS - page 1

Page 10, lines 1-5, 12-25

Page 11 (all)

Page 12, lines 1-15

Page 14, lines 16-20

Page 16, lines 8-20

Page 17, lines 24-25

Page 18 (all)

Page 19, lines 10-14, 20-25

Page 20, lines 1-7, 25

Page 21, lines 1-7, 18-25

Page 22 (all)

Page 23, lines 11-13, 22-25

Page 24, lines 1-19, 24-25

Page 25 (all)

Page 26 (all)

Page 27 (all)

Page 28, lines 1-21

Page 29 (all)

Page 30, lines 1-19, 25

Page 31, lines 1-12

Page 32, lines 3-13

Page 33, lines 17-25

Page 34 (all)

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

1  Page 35, lines 1-23

2  Page 36, lines 1-4, 10-25

3  Page 37 (all)

4  Page 38 (all)

5  Page 39, lines 1-19

6  Page 42, line 25

7  Page 43, lines 1-6

8  Page 44, lines 15-23

9  Page 45, lines 2-25

10  Page 46 (all)

11  Page 47 (all)

12  Page 48, lines 1-9

13

| OBJECTIONS | | |
|---|---|---|
| PAGE/LINE | GRANT/DENY | REASON |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

PLAINTIFF'S DEPOSITION DESIGNATIONS - page 3

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

| OBJECTIONS | | |
|---|---|---|
| PAGE/LINE | GRANT/DENY | REASON |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

PLAINTIFF'S DEPOSITION DESIGNATIONS - page 4

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 8, 2019, I caused the foregoing to be electronically with the Clerk of Court using the **CM/ECF system** which will electronically send Notice to all Counsel of Record.

MARKS & KLEIN

*s/ Andrew P. Bleiman*
Andrew P. Bleiman (admitted *pro hac vice*)
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone:  (312) 206-5162
E-mail:  andrew@marksklein.com

Attorney for Plaintiff

PLAINTIFF'S DEPOSITION DESIGNATIONS - page 5