HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | ) ) | CASE NO.  3:17-cv-05760-BHS |
| Plaintiff, | ) ) ) | PRETRIAL ORDER |
| vs. | ) ) | |
| KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, Washington corporation, and JOHN MARTINSON, | ) ) ) ) | |
| Defendants. | | |

Plaintiff and Defendants jointly submit the following Pretrial Order:

## **JURISDICTION**

Jurisdiction is vested in this court by virtue of the following:

1.     This Court has subject matter jurisdiction for the claims arising under the Computer Fraud and Abuse Act ("CFAA"), 18 U.S.C. §1030, and the Defend Trade Secrets Act ("DTSA"), 18 U.S.C. §1836 et seq., pursuant to 28 U.S.C. §1331.

2.     This Court has supplemental jurisdiction for the state law claims pursuant to 28 U.S.C. §1367.

PRETRIAL ORDER - page 1

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

3.      This Court also has jurisdiction over the parties and subject matter in this civil

action pursuant to 28 U.S.C. § 1332(a) in that the parties are citizens of different states and that

the matter in controversy exceeds the sum of $75,000, exclusive of interests and costs.

### CLAIMS AND DEFENSES

**The plaintiff will pursue at trial the following claims:**

(i)      violation of the Computer Fraud and Abuse Act ("CFAA"), 18 U.S.C. §1030;
(ii)     violation of the Defend Trade Secrets Act ("DTSA"), 18 U.S.C. §1836 et seq.;
(iii)    misappropriation of trade secrets arising under the Washington Uniform Trade Secrets Act, RCW 19.108;
(iv)     violation of the Illinois Trade Secrets Act, 765 ILCS 1065/1 et. seq.;
(v)      unfair competition under the Washington Consumer Protection Act, RCW 19.86.020;
(vi)     unfair competition under the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1 et. seq.;
(vii)    breach of contract; and
(viii)   tortious interference with prospective economic relations.

**All Defendants assert the following defenses:**

1.      The Syked ECU Tuning software includes no trade-secret owned by Plaintiff.

2.      Plaintiff is not the creator of any trade-secret it contends is included in the

Syked ECU Tuning software.

3.      Plaintiff acquired its alleged trade-secrets from third parties.

4.      Plaintiff acquired its alleged trade-secrets from Kevin Sykes-Bonnett.

5.      Plaintiff's alleged trade-secrets were known used by others and not "secret."

**All Defendants assert the following affirmative defenses:**

1.      Failure to state a claim.

2.      Any damages are offset/set off.

3.      Failure to timely mitigate.

PRETRIAL ORDER - page 2

4.      Claims barred by equitable doctrines.

5.      Plaintiff has "unclean hands."

6.      Relief of fees/costs

In addition, Defendant John Martinson asserts the defense that he had no personal knowledge of, or participation in, any of the acts Plaintiff contends gives rise to liability in this action.

## ADMITTED FACTS

The following facts are admitted by the parties:

1.      HPT is a Nevada limited liability company with its principal place of business in Buffalo Grove, Illinois.  None of HPT's members reside in this judicial district.

2.      HPT conducts business nationwide and internationally.

3.      The EULA provided, in pertinent part:

You may not create a derivative work, reverse engineer, decompile, or disassemble the SOFTWARE PRODUCT, except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation

4.      Kevin Sykes-Bonnett received a flash drive containing HPT's confidential and proprietary information.

5.      Kevin Sykes-Bonnett received HPT's confidential and proprietary key generator tool.

6.      Kevin Sykes-Bonnett possessed HPT's confidential and proprietary key generator tool.

7.      Kevin Sykes-Bonnett accessed and used HPT's confidential and proprietary key

PRETRIAL ORDER - page 3

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

generator tool.

8.      Kevin Sykes-Bonnett generated application keys for use with HPT interfaces for third parties for profit.

9.      On June 24, 2017, Kevin Sykes-Bonnett operating under the username "ecumaster" on mhhauto.com posts with intent to help with generating licenses for HPT software publicly stating "I can help you with credits for cheap."

10.      On June 28, 2017, on the HPT forum, Kevin Sykes-Bonnett operating under the username "ecumaster" advertises "Hacked Credits" for HPT's VCM Suite software.  The post states: "No Dramas or Hassles cheap credits.  Only $25aud each, 8 for $100aud or 20 for $200aud.  discounthptunercredits@mail.com Cheers".

11.      On July 6, 2017, on the HPT forum, Kevin Sykes-Bonnett operating under the username "crackedyou" advertises "cracked" software and licenses.  The post states as follows:

Cracked 2.24

So we have successfully cracked and patched HPTuner VCM software to never ask for licenses.  You can read, write and edit/save most all 1998-2014 GM cars and some early Ford to about 2010 and Dodge stuff they supported.  Email discounthptunercredits@mail.com if you are interested in this version.  The 3.4 and 3.5 has [sic] been patched already and is [sic] in testing and then we will crack 3.6 and remove the call back to the server.

You can read, save, edit and flash any supported files without EVER being asked to license.  You can use your existing cable or a brand new one and new [sic] use another credit again.

Cheers

PRETRIAL ORDER - page 4

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

12.     Kevin Sykes-Bonnett released and made hacked HPT software publicly available for download by third parties on the internet under the username "ecumaster", among other aliases.

13.     Kevin Sykes-Bonnett destroyed the flash drive containing HPT's confidential and proprietary information with a hammer during the course of these proceedings.

## ISSUES OF LAW

The award of attorneys' fees and costs is a question of law in this matter.

**Defendant further asserts the following issues of law:**

Plaintiff has requested various forms of injunctive relief.   Whether the requested injunction(s) should issue is a question of law.

Plaintiff has also requested various forms of enhanced damages beyond actual damages to be proven at trial.  Whether such enhanced damages should be awarded is a question of law.

## EXPERT WITNESSES

The name(s) and addresses of the expert witness(es) to be used by each party at the trial and the issue upon which each will testify is:

(1)     **On behalf of Plaintiff:**

(a) Dr. Ernesto Staroswiecki, Ph. D., P.E. – Dr. Staroswiecki will testify concerning his opinions and conclusions of whether Defendants Kevin Sykes-Bonnett, John Martinson, and Syked ECU Tuning, Inc. had access to and utilized HP Tuners' intellectual property and trade secrets.   Dr. Staroswiecki will testify concerning his background and qualifications, the work he performed and his report dated April 22, 2019.

(b) John R. Bone, CPA, CFF – Mr. Bone will testify concerning his opinions on the damages suffered by Plaintiff HP Tuners and other remedies in connection with HP Tuners' claims against Kevin Sykes-Bonnett, Syked ECU Tuning, Inc. and John Martinson.  Mr. Bone will testify concerning his background and qualifications, the work he performed and his report dated April 22, 2019.

(2)     **On behalf of Defendants:**

None.

PRETRIAL ORDER - page 5

## OTHER WITNESSES

(1)    **Other Witnesses on behalf of Plaintiff:**

    1)  Keith Prociuk, c/o Counsel for HP Tuners (will testify)

Mr. Prociuk will testify regarding his position and role with HP Tuners, HP Tuners' business and the resources HP Tuners has expended in developing the proprietary products and source code that form the basis of HP Tuners' business, the manner in which HP Tuners protects its confidential and proprietary trade secret information and the manner in which HP Tuners develops and maintains its network of vendors, resellers, and customers.  Mr. Prociuk will testify concerning HP Tuners' trade secrets, the matters forming the basis and foundation of the claims asserted in the First Amended Complaint, the matters alleged in the First Amended Complaint, the factual matters asserted in HP Tuners' Trial Brief and the factual matters submitted in Declarations or in connection with prior pleadings filed in this matter.  Mr. Prociuk will testify regarding the nature and scope of the damages HP Tuners has suffered as a result of Defendants' misconduct.

    2)  Kevin Sykes-Bonnett, c/o Defendants' Counsel (will testify) – Adverse witness

Mr. Sykes-Bonnett will testify regarding his position and role with Syked Tuning (and the current particulars concerning the current operating entity based on Defendants' disclosure that Syked Tuning has been dissolved), Syked Tuning's business and the resources Syked Tuning has expended in developing the proprietary products and source code that form the basis of Syked Tuning's business.  Mr. Sykes-Bonnett will testify concerning the matters alleged in the First Amended Complaint and the factual matters asserted in HP Tuners' Trial Brief.  Mr. Sykes-Bonnett will testify concerning the manners in which he generated and sold fraudulent application keys, hacked and released HP Tuners' software, breach HP Tuners' EULA and otherwise misappropriated HP Tuners' confidential and proprietary trade secrets and

PRETRIAL ORDER - page 6

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

information.

3)  John Martinson, c/o Defendants' Counsel (will testify) – Adverse witness

Mr. Martinson will testify regarding his position and role with Syked Tuning(and the current particulars concerning the current operating entity based on Defendants' disclosure that Syked Tuning has been dissolved), Syked Tuning's business and the resources Syked Tuning has expended in developing the proprietary products and source code that form the basis of Syked Tuning's business.   Mr. Martinson will testify concerning the matters alleged in the First Amended Complaint and the factual matters asserted in HP Tuners' Trial Brief.

4)  Bobbie Cannata (testify by deposition – deposition designations)

5)  Alvaro Valencia (testify by deposition – deposition designations)

6)  Chuck Greene (testify by deposition – deposition designations)

7)  Ellis Groo (testify by deposition – deposition designations)

8)  Christopher Breton-Jean (testify by deposition – deposition designations)

9)  Kyle Hamilton (testify by deposition – deposition designations)

10) Edgard Niebles (testify by deposition – deposition designations)

11) Nigel Alexander (testify by deposition – deposition designations)

12) Anthony ("AJ") Berge (testify by deposition – deposition designations)

Plaintiff may also call any witness identified on Defendants' Witness list.   Plaintiff reserves the right to call additional witnesses who may not be identified here.

(2)    **Other Witnesses on behalf of Defendants:**

1.      Kevin Sykes-Bonnett (*will testify*)
         c/o Philip P. Mann
         Mann Law Group PLLC
         107 Spring St.
         Seattle, WA 98104
         (206) 436-0900

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

Mr. Sykes-Bonnett is a named defendant and is the former President of now dissolved Syked ECU Tuning LLC.  He will testify as to how and when Syked ECU Tuning developed the Syked ECU Tuning software at issue in this action.  He will testify as to third-party materials used in developing that software.  He will testify as to HP Tuners' prior acquisition from him, of confidential information of third parties later used to develop the "trade-secrets" HP Tuners now claims it developed.  Mr. Sykes-Bonnett will also testify as to all accusations that may be made against him at trial by HP Tuners.

> 2.    John Martinson (*may testify*)
>        c/o Philip P. Mann
>        Mann Law Group PLLC
>        107 Spring St.
>        Seattle, WA 98104
>        (206) 436-0900

Mr. Martinson is a named defendant and is the former Vice President of now dissolved Syked ECU Tuning LLC.  Mr. Martinson may testify as to how and when Syked ECU Tuning developed the Syked ECU Tuning software at issue in this action.  Mr. Martinson may testify as to third-party materials used in developing that software.  Mr. Martinson may testify as to all accusations that may be made against him at trial by HP Tuners.

> 3.    Kenneth Cannata (*may testify*)
>
>        c/o Bart K. Larsen
>        Kolesar & Leatham
>        400 S Rampart Blvd, Ste 400
>        Las Vegas, NV 89145
>        (702) 362-7800

Mr. Cannata may testify as to HP Tuners' prior acquisition from Kevin Sykes-Bonnett of confidential information of third parties later used by HP Tuners to develop the "trade-secrets" HP Tuners now claims it developed.

> 4.    Mike Kleingbeil (*may testify*)
>
>        c/o Philip P. Mann
>        Mann Law Group PLLC

PRETRIAL ORDER - page 8

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

107 Spring St.
Seattle, WA 98104
(206) 436-0900

Mr. Kleingbeil may testify as to his involvement in developing the low-level communications protocols used in Syked ECU Tuning's software.

5.      Keith Prociuk (*will testify*) (Adverse Witness)

c/o Andrew Bleiman
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone:  (312) 206-5162

Mr. Prociuk will testify as to all matters stated in his prior declarations.  Mr. Prociuk will testify as to methods used and resources (including those of third parties) used in the design and development of all "trade secrets" it alleges have been misappropriated by Defendants.  Mr. Prociuk will testify as to HP Tuners acquisition, from Kevin Sykes-Bonnett of information later used by HP Tuners in its software products.  Mr. Prociuk will testify as to HP Tuners' payment to third parties for information illegally "hacked" and/or otherwise improperly obtained from the computer of Mr. Sykes-Bonnett.    Mr. Prociuk may testify as to other matters raised in connection with HP Tuners' case in chief.

Defendants may also call any witness identified on Plaintiff's Witness list.  Defendants reserve the right to call additional witnesses who may not be identified here.

PRETRIAL ORDER - page 9

**EXHIBITS**

**PLAINTIFF'S EXHIBITS**

| Exhibit | Description | Admissibility Stipulated | Authenticity Stipulated, Admissibility Disputed | Authenticity and Admissibility Disputed | Admitted |
|---|---|---|---|---|---|
| 1. | Declaration of Kevin Sykes-Bonnett (Dkt. 67) | | | | |
| 2. | Ellis Groo HPT Customer and Interface Information (Dep. Ex. 2) | | | | |
| 3. | Image of Kevin Sykes-Bonnett Computer Screen (Dep. Ex. 3) | | | | |
| 4. | Image of Kevin Sykes-Bonnett Computer Screen (Dep. Ex. 4) | | | | |
| 5. | Image of Kevin Sykes-Bonnett Computer Screen (Dep. Ex. 5) | | | | |
| 6. | Emails and Non-Disclosure Agreement (Dep. Ex. 6) | | | | |
| 7. | Email re: Revised Bylaws (Dep. Ex. 7) | | | | |
| 8. | Syked Shares Purchase Agreement (Dep. Ex. 8) | | | | |
| 9. | Buy Sell Agreement dated 3/15/2017 (Dep. Ex. 9) | | | | |
| 10. | Defendants' Responses to Third Set of Interrogatories (Dep. Ex. 10) | | | | |
| 11. | Martinson Email dated 2/23/2018 (Dep. Ex. 11) | | | | |

PRETRIAL ORDER - page 10

| | | | | | |
|---|---|---|---|---|---|
| 12. | Defendant Kevin Sykes-Bonnett's Responses to First Set of Requests for Admission (Dep. Ex. 12) | | | | |
| 13. | Image of Kevin Sykes-Bonnett Computer Screen (Dep. Ex. 13) | | | | |
| 14. | Image of Kevin Sykes-Bonnett Computer Screen (Dep. Ex. 14) | | | | |
| 15. | Image of Kevin Sykes-Bonnett Computer Screen (Dep. Ex. 15) | | | | |
| 16. | Image of Kevin Sykes-Bonnett Computer Screen (Dep. Ex. 16) | | | | |
| 17. | Email from Jon Lund to Kevin Sykes-Bonnett dated 9/25/2017 (Dep. Ex. 17) | | | | |
| 18. | PayPal Records of Lani Carney (Dep. Ex. 18) | | | | |
| 19. | Email from software@sykedecutuning.com to Ken Cannata dated 10/13/2017 (Dep. Ex. 19) | | | | |
| 20. | First Amendment Complaint (Dkt. 25) (Dep. Ex. 20) | | | | |
| 21. | Defendants' Answer to First Amended Complaint for Injunctive Relief and Damages (Dep. Ex. 21) (Dkt. 56) | | | | |
| 22. | Text Messages (Dep. Ex. 22) | | | | |
| 23. | Text Messages (Dep. Ex. 23) | | | | |
| 24. | Email from Bill Thornton dated 1/25/2018 (Dep. Ex. 24) | | | | |

PRETRIAL ORDER - page 11

| 25. | Binary Export Key (Dep. Ex. 25) | | | | |
|---|---|---|---|---|---|
| 26. | Facebook Communications with Matt Peacock (Dep. Ex. 26) | | | | |
| 27. | Text Messages (Dep. Ex. 27) | | | | |
| 28. | Text Messages (Dep. Ex. 28) | | | | |
| 29. | Defendants' Responses to Second Set of Interrogatories | | | | |
| 30. | Defendants' Responses to First Set of Interrogatories (Dep. Ex. 30) | | | | |
| 31. | 3/27/2017 Cease and Desist Letter (Dep. Ex. 31) | | | | |
| 32. | 3/30/2017 Email (Dep. Ex. 32) | | | | |
| 33. | 8/17/2018 Email (Dep. Ex. 33) | | | | |
| 34. | Sykes-Bonnett Facebook post (Dep. Ex. 34) | | | | |
| 35. | Licensing Comparison (Dep. Ex. 35) | | | | |
| 36. | Sykes-Bonnett Facebook post (Dep. Ex. 36) | | | | |
| 37. | Defendants' Responses to Second Set of Interrogatories | | | | |
| 38. | 10/21/2016 Email (Dep. Ex. 38) | | | | |
| 39. | March 21, 2019 Email from Phil Mann to Andrew P. Bleiman including attachments (Subject: HPT v Sykes Document | | | | |

PRETRIAL ORDER - page 12

| | | | | | |
|---|---|---|---|---|---|
| | Production (sent 11:14 a.m.) | | | | |
| 40. | John Martinson's Responses to Requests for Admission | | | | |
| 41. | Text Messages (Dep. Ex. 41) | | | | |
| 42. | PayPal Email – Breton-Jean (Dep. Ex. 42) | | | | |
| 43. | Syked ECU Tuning, Inc.'s Responses to Requests for Admission | | | | |
| 44. | Sykes-Bonnett Facebook post (Dep. Ex. 44) | | | | |
| 45. | Martinson email to John Bonner dated 7/21/2017 (Dep. Ex. 45) | | | | |
| 46. | Defendants' Responses to First Requests for Production | | | | |
| 47. | Defendants' Responses to Second Requests for Production | | | | |
| 48. | Defendants' Responses to Third Requests for Production | | | | |
| 49. | Defendants' Responses to Fourth Requests for Production | | | | |
| 50. | Defendants' Responses to Fifth Requests for Production | | | | |
| 51. | Defendants' Responses to Sixth Requests for Production | | | | |
| 52. | Defendants' Responses to Seventh Requests for Production | | | | |
| 53. | Defendants' Responses to Eighth Requests for Production | | | | |

PRETRIAL ORDER - page 13

| | | | | | |
|---|---|---|---|---|---|
| 54. | Defendants' Responses to Ninth Requests for Production | | | | |
| 55. | Defendants' Responses to Tenth Requests for Production | | | | |
| 56. | Defendants' Responses to Eleventh Requests for Production | | | | |
| 57. | [OMITTED] | | | | |
| 58. | Defendants' Supplemental Responses to First Requests for Production | | | | |
| 59. | Defendants' Supplemental Responses to Second Requests for Production | | | | |
| 60. | Defendants' Supplemental Responses to Third Requests for Production | | | | |
| 61. | Defendants' Supplemental Responses to Fourth Requests for Production | | | | |
| 62. | Defendants' Supplemental Responses to Fifth Requests for Production | | | | |
| 63. | Defendants' Supplemental Responses to Sixth Requests for Production | | | | |
| 64. | Defendants' Supplemental Responses to Seventh Requests for Production | | | | |
| 65. | Defendants' Responses to First Requests for Production | | | | |

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

| | | | | | |
|---|---|---|---|---|---|
| 66. | 10/28/2017 Email from K. Cannata to Martinson (Dep. Ex. 66) | | | | |
| 67. | Declaration of Matt Kaiser dated May 31, 2018 | | | | |
| 68. | Text Messages (234 pages) between K. Cannata and Sykes-Bonnett (Dep. Ex. 68) | | | | |
| 69. | 02/02/2018 Email from Martinson to K. Cannata (Dep. Ex. 69) | | | | |
| 70. | 02/02/2018 Email from Martinson to K. Cannata (Dep. Ex. 70) | | | | |
| 71. | 10/13/2017 Email from Martinson to K. Cannata (Ex. 1 to Supplemental Response Brief in Further Opposition to John Martinson's Motion for Summary Judgment) (Highly Confidential) | | | | |
| 72. | 11/07/2017 Email from Martinson to K. Cannata (Ex. 3 to Supplemental Response Brief in Further Opposition to John Martinson's Motion for Summary Judgment) (Highly Confidential) | | | | |
| 73. | Christopher Breton-Jean Emails (Dep. Ex. 73) | | | | |
| 74. | PayPal Refund Transaction Record (Dep. Ex. 74) | | | | |
| 75. | PayPal Transaction Records (Dep. Ex. 75) | | | | |
| 76. | Breton-Jean ProgExpert Bio (Dep. Ex. 76) | | | | |

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

| | | | | | |
|---|---|---|---|---|---|
| 77. | PayPal Transaction Records (Dep. Ex. 77) | | | | |
| 78. | Facebook Messenger Communications between Christopher Breton-Jean and Sykes-Bonnett (complete) (Dep. Ex. 78) | | | | |
| 79. | Pages from Facebook Messenger Communications between Christopher Breton-Jean and Sykes-Bonnett (Dep. Ex. 79) | | | | |
| 80. | Pages from Facebook Messenger Communications between Christopher Breton-Jean and Sykes-Bonnett (Dep. Ex. 80) | | | | |
| 81. | Pages from Facebook Messenger Communications between Christopher Breton-Jean and Sykes-Bonnett (Dep. Ex. 81) | | | | |
| 82. | Pages from Facebook Messenger Communications between Christopher Breton-Jean and Sykes-Bonnett (Dep. Ex. 82) | | | | |
| 83. | Pages from Facebook Messenger Communications between Christopher Breton-Jean and Sykes-Bonnett (Dep. Ex. 83) | | | | |
| 84. | Image of fhptuners@yahoo.com email account (Dep. Ex. 84) (need native production of all emails per prior communications) | | | | |
| 85. | fhptuners@yahoo.com email (Dep. Ex. 85) (need native production per prior communications) | | | | |

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

| | | | | | |
|---|---|---|---|---|---|
| 86. | fhptuners@yahoo.com emails (Dep. Ex. 86) (need native production per prior communications) (Highly Confidential Designation) | | | | |
| 87. | fhptuners@yahoo.com email (Dep. Ex. 87) (need native production per prior communications) | | | | |
| 88. | fhptuners@yahoo.com email properties (Dep. Ex. 88) (need native production per prior communications) | | | | |
| 89. | fhptuners@yahoo.com email properties (Dep. Ex. 89) (need native production per prior communications) | | | | |
| 90. | Pages from Facebook Messenger Communications between Christopher Breton-Jean and Sykes-Bonnett (Dep. Ex. 90) | | | | |
| 91. | Pages from Facebook Messenger Communications between Christopher Breton-Jean and Sykes-Bonnett (Dep. Ex. 91) | | | | |
| 92. | Pages from Facebook Messenger Communications between Christopher Breton-Jean and Sykes-Bonnett (Dep. Ex. 92) | | | | |
| 93. | fhptuners@yahoo.com emails (Dep. Ex. 93) (need native production per prior communications) (Highly Confidential Designation) | | | | |
| 94. | fhptuners@yahoo.com email (Dep. Ex. 94 (need native | | | | |

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

| | | | | | |
|---|---|---|---|---|---|
| | production per prior communications) (Highly Confidential Designation) | | | | |
| 95. | fhptuners@yahoo.com email properties (Dep. Ex. 95) (need native production per prior communications) | | | | |
| 96. | fhptuners@yahoo.com email properties (Dep. Ex. 96) (need native production per prior communications) | | | | |
| 97. | Pages from Facebook Messenger Communications between Christopher Breton-Jean and Sykes-Bonnett (Dep. Ex. 97) | | | | |
| 98. | Pages from Facebook Messenger Communications between Christopher Breton-Jean and Sykes-Bonnett (Dep. Ex. 98) | | | | |
| 99. | Pages from Facebook Messenger Communications between Christopher Breton-Jean and Sykes-Bonnett (Dep. Ex. 99) | | | | |
| 100. | Defendants' Responses to Fourth Set of Interrogatories (Dep. Ex. 100) | | | | |
| 101. | Nigel Alexander PayPal Records (Dep. Ex. 101) | | | | |
| 102. | Nigel Alexander Text Messages with Sykes-Bonnett (Dep. Ex. 102) | | | | |
| 103. | Sykes-Bonnett Emails with Nigel Alexander (Dep. Ex. 103) | | | | |
| 104. | Nigel Alexander Interface | | | | |

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

| | | | | | |
|---|---|---|---|---|---|
| | Information (Dep. Ex. 104) | | | | |
| 105. | [OMITTED] | | | | |
| 106. | Nigel Alexander Interface Information (Dep. Ex. 106) | | | | |
| 107. | HPT Internal Firmware Builder document (Ex. 2 to Supplemental Response Brief in Further Opposition to John Martinson's Motion for Summary Judgment) (Highly Confidential) | | | | |
| 108. | HPT Internal Firmware Flasher document (Ex. 4 to Supplemental Response Brief in Further Opposition to John Martinson's Motion for Summary Judgment) (Highly Confidential) | | | | |
| 109. | 12/21/2017 Email from K. Cannata to John Martinson HPT Internal Firmware Builder document (Ex. 5 to Supplemental Response Brief in Further Opposition to John Martinson's Motion for Summary Judgment) (Highly Confidential) | | | | |
| 110. | EULA (Ex. A to First Amended Complaint ("FAC")) | | | | |
| 111. | Sykes-Bonnett Facebook Messenger Communications (Ex. B to FAC) | | | | |
| 112. | Sykes-Bonnett Facebook Messenger Communications (Ex. C to FAC) | | | | |
| 113. | Sykes-Bonnett Facebook Messenger Communications (Ex. D to FAC) | | | | |

PRETRIAL ORDER - page 19

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

| | | | | |
|---|---|---|---|---|
| 114. | Sykes-Bonnett Facebook Messenger Communications (Ex. E to FAC) | | | |
| 115. | Sykes-Bonnett Facebook Messenger Communications (Ex. F to FAC) | | | |
| 116. | Sykes-Bonnett Facebook Post (Ex. G to FAC) | | | |
| 117. | Sykes-Bonnett Facebook Messenger Communications (Ex. H to FAC) | | | |
| 118. | Sykes-Bonnett Facebook Messenger Communications (Ex. I to FAC) | | | |
| 119. | Sykes-Bonnett Facebook Messenger Communications (Ex. J to FAC) | | | |
| 120. | Sykes-Bonnett Facebook Post (Ex. K to FAC) | | | |
| 121. | Sykes-Bonnett Facebook Post (Ex. L to FAC) | | | |
| 122. | Sykes-Bonnett Facebook Messenger Communications (Ex. M to FAC) | | | |
| 123. | Sykes-Bonnett Facebook Post (Ex. N to FAC) | | | |
| 124. | Mhhauto.com screenshot (Ex. O to FAC) | | | |
| 125. | Ecumaster HP Tuners forum post (Ex. P to FAC) | | | |
| 126. | Crackedyou HP Tuners forum post (Ex. Q to FAC) | | | |

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

| | | | | | |
|---|---|---|---|---|---|
| 127. | Discounthptunercredits@mail.com email (Ex. R to FAC) | | | | |
| 128. | Discounthptunercredits@mail.com email (Ex. S to FAC) | | | | |
| 129. | Discounthptunercredits@mail.com email (Ex. T to FAC) | | | | |
| 130. | Keith Prociuk post (Ex. U to FAC) | | | | |
| 131. | Keith Prociuk email (Ex. V to FAC) | | | | |
| 132. | Sykes-Bonnett Facebook post (HPT-SET000351) | | | | |
| 133. | Sykes-Bonnett Facebook post (HPT-SET000352) | | | | |
| 134. | Sykes-Bonnett Facebook post (HPT-SET000353) | | | | |
| 135. | Sykes-Bonnett Facebook post (HPT-SET000354) | | | | |
| 136. | Image of Kevin Sykes-Bonnett Computer Screen (HPT-SET000373) | | | | |
| 137. | Image of Kevin Sykes-Bonnett Computer Screen (HPT-SET000374) | | | | |
| 138. | Sykes-Bonnett Facebook post (HPT-SET001865) | | | | |
| 139. | PayPal Records (HPT-SET002428 to HPT-SET002449) | | | | |
| 140. | PayPal Records (HPT-SET002450 to HPT-SET002461) | | | | |

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

| | | | | | |
|---|---|---|---|---|---|
| 141. | Comcast Subpoena Response (HPT-SET002522) | | | | |
| 142. | HPT Internal Record (HPT-SET002521)(HIGHLY CONFIDENTIAL) | | | | |
| 143. | HPT Customer Interface Information (HPT-SET002519) | | | | |
| 144. | Deposition Transcript of Kevin Sykes-Bonnett dated 9/25/2018 | | | | |
| 145. | Deposition Transcript (Confidential) of Kevin Sykes-Bonnett dated 9/25/2018 | | | | |
| 146. | Deposition Transcript of Kevin Sykes-Bonnett dated 5/16/2019 | | | | |
| 147. | Deposition Transcript (Confidential) of Kevin Sykes-Bonnett dated 5/16/2019 | | | | |
| 148. | Deposition Transcript of John Martinson dated 9/26/2018 | | | | |
| 149. | Declaration of Kenneth Cannata (Dkt. 68) | | | | |
| 150. | Declaration of Kevin Sykes-Bonnett (Dkt. 18) | | | | |
| 151. | Excel spreadsheet containing text messages between Sykes-Bonnett and K. Cannata produced by Defendants (File name Messages-Ken Cannata S7.7z) | | | | |
| 152. | Excel spreadsheet containing text messages between Sykes-Bonnett and K. Cannata produced by Defendants (File name Messages-Ken Cannata S5.7z) | | | | |

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

| | | | | | |
|---|---|---|---|---|---|
| 153. | Expert Report of Dr. Ernesto Staroswiecki, Ph. D., P.E. | | | | |
| 154. | Declaration of Dr. Ernesto Staroswiecki, Ph. D., P.E. (Exhibit to Response to Motion for Partial Summary Judgment) | | | | |
| 155. | Expert Report of John R. Bone, CPA, CFF | | | | |
| 156. | Syked ECU Tuning, Inc. Source Code reviewed by Dr. Ernesto Staroswiecki, Ph. D., P.E. | | | | |

Plaintiff reserves the right to present demonstrative exhibits at trial. Moreover, Plaintiff reserves the right to supplement its list of exhibits if Defendants are allowed to identify and introduce any exhibits at trial in this matter. To avoid unnecessary duplication, Plaintiff reserves the right to use any exhibit listed on Defendants' Exhibit List. To the extent Defendants remove exhibits from their previously served exhibit list, Plaintiff reserves the right to subsequently add such removed exhibits to its exhibit list. Plaintiff reserves the right to present demonstrative exhibits at trial.

## DEFENDANTS' EXHIBITS

| # | Description | AU | AD |
|---|---|---|---|
| A - 1 | Declaration of Kieth Prociuk Dkt. 62-1 | | |
| A - 2 | Declaration of Kieth Prociuk Dkt. 78 | | |
| A - 3 | Declaration of Kieth Prociuk Dkt. 83 | | |
| A - 4 | Sealed Declaration of Reuben Kendrick (9-17-18) | | |
| A - 5 | Declaration of Andrew Bleiman Dkt. 84 | | |
| A - 6 | Exhibit 1 to Prociuk Deposition | | |

PRETRIAL ORDER - page 23

| A - 7 | Exhibit 2 to Prociuk Deposition | | |
|---|---|---|---|
| A - 8 | Exhibit 3 to Prociuk Deposition | | |
| A - 9 | Exhibit 4 to Prociuk Deposition | | |
| A - 10 | Exhibit 5 to Prociuk Deposition | | |
| A - 11 | Exhibit 1 to Prociuk Deposition | | |
| A - 12 | Exhibit 6 to Prociuk Deposition | | |
| A - 13 | Exhibit 8 to Prociuk Deposition | | |
| A - 14 | Exhibit 10 to Prociuk Deposition | | |
| A - 15 | Exhibit 11 to Prociuk Deposition | | |
| A - 16 | Exhibit 12 to Prociuk Deposition | | |
| A - 17 | Exhibit 13 to Prociuk Deposition | | |
| A - 18 | Exhibit 14 to Prociuk Deposition | | |
| A - 19 | Plaintiff's Answers to Defendants' First Set Of Interrogatories | | |
| A - 20 | Plaintiff's Answers to Defendants' Requests for Admission | | |
| A - 21 | Plaintiff's Amended and Supplemental Answers to Defendants' Requests for Admission | | |
| A - 22 | Declaration of Andrew Bleiman Dkt. 102 | | |
| A - 23 | Christopher Breton-Jean Screen Capture 2018-03-18 | | |
| A - 24 | Christopher Breton-Jean Screen Capture 2017-03-15 | | |
| A - 25 | Kevin Sykes-Bonnett Screen Capture 2018-01-01 | | |
| A - 26 | Christopher Breton-Jean Screen Messages 2013-07-29 through | | |

PRETRIAL ORDER - page 24

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

| | | | |
|---|---|---|---|
| | 2018-25 | | |
| A - 27 | Facebook Page Screen Capture ("Bonjour Robert) | | |
| A - 28 | Eric Brooks Offers for OEM (15 Pictures) | | |
| A-29 | Eric Brooks/Kevin Sykes-Bonnett messages | | |
| A-30 | Excel Spreadsheet – GM Names | | |
| A-31 | E38a851313.a2l File | | |
| A-32 | Jason Singleton Comments on hacking Pics | | |
| A-33 | Ken Cannata Text Chats | | |
| A-34 | Ken@hptuners.com email to purchase info | | |
| A-35 | Matt Honeycutt Declaration | | |
| A-36 | MHH Info | | |
| A-37 | Screenshots from "Anonymous" Emails | | |
| A-38 | SCT, EFI Live Pics of Parameter Names | | |
| A-39 | Emails between "Anonymous" and Andrew Bleiman | | |
| A-40 | Facebook Page – Dyno Tuning and Engine Management Help Page – HPT copy Diablo | | |
| A-41 | Screenshot and Photo-  HPT-SET000354.pdf | | |
| A-42 | Emails  HPT-SET000116 through HPT-SET000129 | | |
| A-43 | Complaint filed 9-20-2017  (Dkt. #1, 1-1) | | |
| A-44 | Kevin Sykes-Bonnett Declaration Exhibits 1-3 | | |
| A-45 | MHH Cracked 3.0_2282018_837PM | | |

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

| A-46 | MHH Cracked 3.0_2282018_839PM | | |
|------|-------------------------------|---|---|
| A-47 | Syked ECU Tuning Changesets Detailed V1 | | |
| A-48 | TF Software - Editor Changesets | | |
| A-49 | TF Software - Eliminator Changesets | | |
| A-50 | TF Software - Unredacted Editor Changesets | | |
| A-51 | Physical Sample of MPVI Hardware Cable (A) | | |
| A-52 | Physical Sample of MPVI Hardware Cable (B) | | |

Defendants reserve the right to supplement their list of exhibits if Plaintiff is allowed to identify and introduce any exhibits at trial in this matter.  To avoid unnecessary duplication, Defendants reserve the right to use any exhibit listed on Plaintiff's exhibit list.  To the extent Plaintiff removes exhibits from its previously served exhibit list, Defendants reserve the right to subsequently add such removed exhibits to their exhibit list.  Defendants reserve the right to present exhibits, the need to which cannot be reasonably foreseen prior to trial and the presentation of Plaintiff's case.

## **ACTION BY THE COURT**

(a)     This case is scheduled for trial before a jury on October 29, 2019, at 9:00 a.m.

(b)     Trial briefs were submitted to the court on October 8, 2019.

(c)     The Parties are collaboratively working on the Jury Instructions and anticipate submitting proposed Jury Instructions prior to the Pretrial Conference.

(d)     Suggested questions of either party to be asked of the jury by the court on voir dire were submitted to the court on or before October 8, 2019.

(d)     Pending Motions:

PRETRIAL ORDER - page 26

1     - Motions to Seal (Dkt. 191 and Dkt. 195)

2     -Defendant John Martinson's Motion for Summary Judgment (Dkt. 183)

3     This order has been approved by the parties as evidenced by the signatures of their

4     counsel. This order shall control the subsequent course of the action unless modified by a

5     subsequent order.

6     This order shall not be amended except by order of the court pursuant to agreement of the

7     parties or to prevent manifest injustice.

8

9     DATED this 10th day of October, 2019.

10

11    _____

12    United States District Judge

      FORM APPROVED

13    Attorney for Plaintiff

14    *s/ Andrew P. Bleiman*
      Andrew P. Bleiman
15    (admitted *pro hac vice*)
      MARKS & KLEIN, LLP
16    1363 Shermer Road, Suite 318
      Northbrook, Illinois 60062
17    Telephone: (312) 206-5162
      E-mail:  andrew@marksklein.com
18    *Attorneys for HP Tuners, LLC*

19    Attorney for Defendant

20    *s/ Philip P. Mann*
      Philip P. Mann
21    Mann Law Group PLLC
      107 Spring Street
22    Seattle, WA 98104
      Telephone: (206) 436-0900
23    E-mail:  phil@mannlawgroup.com
      *Attorneys for Defendants*
24

25

PRETRIAL ORDER - page 27

1

## <u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on October 10, 2019, I caused the foregoing to be electronically with

3

the Clerk of Court using the **CM/ECF system** which will electronically send Notice to all

4

Counsel of Record.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MARKS & KLEIN

*s/ Andrew P. Bleiman*
Andrew P. Bleiman (admitted *pro hac vice*)
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone:  (312) 206-5162
E-mail:  andrew@marksklein.com


Attorney for Plaintiff

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547