HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HP TUNERS, LLC, a Nevada limited liability
company,

                    Plaintiff,

      vs.

KEVIN SYKES-BONNETT and SYKED
ECU TUNING INCORPORATED,
Washington corporation, and JOHN
MARTINSON,

                Defendants.

CASE NO.  3:17-cv-05760-BHS

**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING AND TO RE-NOTE MOTIONS TO SEAL (DKT. 191 AND DKT. 195)**

**NOTING DATE: OCTOBER 24, 2019**

Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiff HP Tuners, LLC ("Plaintiff") and Defendants Kevin Sykes-Bonnett, Syked ECU Tuning, Inc. and John Martinson (collectively, "Defendants"), by and through their respective counsel, jointly respectfully for an extension of the supplemental briefing schedule on Plaintiff's Motion to Seal (Dkt. 191) and Defendants' Motion to Seal (Dkt. 195) as ordered by the Court in connection with the Court's Order dated October 17, 2019 (Dkt. 229), and for the motions (Dkt. 191 and Dkt. 195) to be re-noted for consideration on November 15, 2019.  In support of this motion, the parties state as follows:

1.      On October 17, 2019, in its Order, the Court permitted the parties to submit supplemental briefing in connection with Plaintiff's Motion to Seal (Dkt. 191) and Defendants' Motion to Seal (Dkt. 195) and re-noted the motions for consideration on November 8, 2019.

STIPULATED MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING AND TO RE-NOTE MOTIONS TO SEAL (DKT. 191 AND DKT. 195 - page 1

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

2.       At the time of the entry of the October 17, 2019 (Dkt. 229) order and through October 18, 2019, lead counsel for Plaintiff, Andrew P. Bleiman, was attending the American Bar Association Forum of Franchising Annual Conference in Denver, CO.

3.       On October 20, 2019, lead counsel for Plaintiff, Andrew P. Bleiman, traveled to Waco, Texas to participate in the bench trial of Case 6:18-cv-00038-ADA-JCM styled as *Protradenet, LLC v. Predictive Profiles, Inc*.   Lead counsel for Plaintiff was engaged in the Bench Trial of that action on October 21, 2019 and October 22, 2019.

4.       Currently, Plaintiff's supplemental briefing in connection with Dkt. 191 and Dkt. 195 is due on October 25, 2019.

5.       Notwithstanding the conference, trial and associated travel with the conference and trial, Plaintiff's counsel has been working diligently to complete the supplemental briefing in order to file it on October 25, 2019.

6.       Despite Plaintiff's counsel's best efforts, Plaintiff's counsel does not believe that the supplemental briefing will be able to be completed to be filed on October 25, 2019 and Plaintiff hereby requests a short extension of time until November 1, 2019 to submit its supplemental briefing for Dkt. 191 and Dkt. 195.

7.       Plaintiff also requests that the deadline for Defendants' response be extended until November 8, 2019 and that the motions be re-noted for consideration on November 15, 2019.

8.       The request for an extension of time is not being made for improper purposes or for purposes of delay.   Instead, good cause exists for the extension based on Plaintiff's counsel's other engagements and the short extension of time will not cause prejudice to any party.

9.       Defendants stipulate to this request and have no objection to the short extensions of time requested herein.

STIPULATED MOTION FOR EXTENSION OF TIME TO FILE
SUPPLEMENTAL BRIEFING AND TO RE-NOTE MOTIONS TO
SEAL (DKT. 191 AND DKT. 195 - page 2

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

1

2   WHEREFORE, the parties request that Plaintiff's supplemental briefing on Dkt. 191 and

3   Dkt. 195 shall be due on November 1, 2019, that Defendants' supplemental response briefing

4   shall be filed on November 8, 2019 and that the motions (Dkt. 191 and Dkt. 195) be re-noted for

5   consideration on November 15, 2019.

6   Dated this 24th day of October, 2019.

7   IT IS SO ORDERED.

8

9   _____
    Honorable Judge Benjamin H. Settle
10  Respectfully submitted,

11  Attorneys for HP Tuners, LLC

12  s/ Andrew P. Bleiman
    _____
13  Andrew P. Bleiman (admitted *pro hac vice*)
    Marks & Klein
14  1363 Shermer Road, Suite 318
    Northbrook, Illinois 60062
15  (312) 206-5162
    andrew@marksklein.com
16
    Attorneys for Defendants
17

18  s/ Philip P. Mann
    _____
19  Philip P. Mann
    Mann Law Group PLLC
20  107 Spring St.
    Seattle, WA 98104
21  206-436-0900 tel
    206-855-8839 dir
22  866-341-5140 fax
    www.mannlawgroup.com
23  phil@mannlawgroup.com

24

25

STIPULATED MOTION FOR EXTENSION OF TIME TO FILE
SUPPLEMENTAL BRIEFING AND TO RE-NOTE MOTIONS TO
SEAL (DKT. 191 AND DKT. 195 - page 3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 24, 2019, I caused the foregoing to be electronically with the Clerk of Court using the **CM/ECF system** which will electronically send Notice to all Counsel of Record.

MARKS & KLEIN

<u>*s/ Andrew P. Bleiman*</u>
Andrew P. Bleiman (admitted *pro hac vice*)
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone:  (312) 206-5162
E-mail:  andrew@marksklein.com

*Attorney for Plaintiff*

STIPULATED MOTION FOR EXTENSION OF TIME TO FILE
SUPPLEMENTAL BRIEFING AND TO RE-NOTE MOTIONS TO
SEAL (DKT. 191 AND DKT. 195 - page 4

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547