UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> KEVIN SYKES-BONNETT, SYKED ECU TUNING INCORPORATED, a Washington corporation, and JOHN MARTINSON <br><br> Defendants. | NO. 3:17-cv-05760-BHS <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME |

THIS MATTER, having come before the Court on Plaintiff's Motion for Extension of Time (Dkt. 231), the Court having considered the Motion,

IT IS HEREBY ORDERED that plaintiff's Motion is GRANTED.

IT IS HEREBY ORDERED that Plaintiff's supplemental briefing on Dkt. 191 and Dkt. 195 shall be due on November 1, 2019, that Defendants' supplemental response briefing shall be filed on November 8, 2019 and that the motions (Dkt. 191 and Dkt. 195) be re-noted for consideration on November 15, 2019

DATED this 24th day of October, 2019.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR
EXTENSION OF TIME (DKT. 231) - 1

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

Presented by:

MARKS & KLEIN

*s/ Andrew P. Bleiman*
Andrew P. Bleiman (admitted *pro hac vice*)
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone: (312) 206-5162
E-mail: andrew@marksklein.com

Attorney for Plaintiff

ORDER GRANTING PLAINTIFF'S MOTION FOR
EXTENSION OF TIME (DKT. 231) - 2

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547