1

2

3

4

5

6

7
                HONORABLE JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

9

10

11

12

13

14

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | ) )  CASE NO.  3:17-cv-05760-BHS |
| Plaintiff, | ) )  **NOTICE OF FAILED MEDIATION AND** |
| vs. | ) )  **REQUEST FOR TELEPHONIC STATUS** ) )  **HEARING** |
| KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, a Washington corporation, | ) ) ) ) ) |
| Defendants. | ) |

15

16      Plaintiffs HP TUNERS, LLC, a Nevada limited liability company ("HPT"), for the

17  Notice of Failed Mediation and Request for Telephonic Status Hearing, states as follows:

18      1.      On November 13, 2019, Plaintiff filed a Motion to Stay Proceedings pending

19  mediation of this matter.  (Dkt. 237).

20      2.      On December 6, 2019, the parties conducted a mediation at JAMS in Seattle,

21  Washington.

22      3.      The mediation was unsuccessful.

23      4.      This shall serve as notice that the mediation process has concluded.

24      5.      Plaintiff requests a telephonic status hearing with the Court to discuss the status of

25

**NOTICE OF FAILED MEDIATION AND
REQUEST FOR TELEPHONIC STATUS
HEARING** - page 1

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

1   the proceedings and to discuss setting a new trial date of this matter.

2          Dated this 18th day of December, 2019

3                                              Respectfully submitted,

4

5                                              s/ Andrew P. Bleiman
                                               Andrew P. Bleiman
6                                              (admitted *pro hac vice*)
                                               Marks & Klein
7                                              1363 Shermer Road, Suite 318
                                               Northbrook, Illinois 60062
8                                              (312) 206-5162
                                               E-mail:  andrew@marksklein.com
9
                                               Stephen G. Leatham, WSBA #15572
10                                             211 E. McLoughlin Boulevard, Suite 100
                                               Vancouver, WA 98663
11                                             Telephone:  (360) 750-7547
                                               Fax:  (360) 750-7548
12                                             E-mail:  sgl@hpl-law.com

13                                             Attorneys for HP Tuners, LLC

14

15

16

17

18

19

20

21

22

23

24

25

**NOTICE OF FAILED MEDIATION AND**
**REQUEST FOR TELEPHONIC STATUS**
**HEARING** - page 2

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

1

## __CERTIFICATE OF SERVICE__

2        I hereby certify that on December 18, 2019, I caused the foregoing to be electronically

3   with the Clerk of Court using the **CM/ECF system** which will electronically send Notice to all

4   Counsel of Record.

5

6                                                          MARKS & KLEIN

7                                                          _s/ Andrew P. Bleiman_
                                                           Andrew P. Bleiman (admitted _pro hac vice_)
8                                                          1363 Shermer Road, Suite 318
                                                           Northbrook, Illinois 60062
9                                                          Telephone:  (312) 206-5162
                                                           E-mail:  andrew@marksklein.com
10

11                                                         Attorney for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**NOTICE OF FAILED MEDIATION AND
REQUEST FOR TELEPHONIC STATUS
HEARING** - page 3

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547