THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN SYKES-BONNETT, SYKED ECU TUNING INCORPORATED, a Washington corporation, and JOHN MARTINSON<br><br>Defendants. | Cause No. 3:17-cv-05760 BHS<br><br>**DEFENDANTS' RESPONSE TO HP TUNERS' NOTICE OF FAILED MEDIATION AND REQUEST FOR TELEPHONIC STATUS HEARING** |

Defendants Kevin Sykes-Bonnett, Syked ECU Tuning Incorporated and John Martinson, by and through their counsel, hereby respond to HP Tuners' "Notice of Failed Mediation and Request For Telephonic Status Hearing (Dkt. #241) as follows:

1. Defendants enthusiastically support setting a trial date for as soon as possible. This case has been pending far longer than necessary and its toll on the defendants has been considerable and ongoing. Early resolution of this matter is needed and requested.

2. Defendants join in the request for an early status conference as a number of pre-trial issues, largely raised by Plaintiff *after* this Court issued its October 9, 2019 Order Striking Trial Date (Dkt. #225), remain pending.

//
//
//
//

DEFENDANTS' RESPONSE TO NOTICE OF FAILED MEDIATION AND REQUEST FOR STATUS CONFERENCE
Cause No. 17-CV-05760-BHS

Page 1

MANN LAW GROUP PLLC
107 Spring St.
Seattle, WA 98101
Phone: 206.436.8500

3. Defendants are available for a status conference as soon as possible and are largely available for trial in early 2020.

Dated December 19, 2019.

Respectfully submitted,

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
107 Spring St.
Seattle, Washington 98104
Phone (206) 436-0900
Fax (866) 341-5140
phil@mannlawgroup.com

Attorneys for Defendants

DEFENDANTS' RESPONSE TO NOTICE OF
FAILED MEDIATION AND REQUEST FOR
STATUS CONFERENCE
Cause No. 17-CV-05760-BHS

Page 2

Mann Law Group PLLC
107 Spring St.
Seattle, WA  98101
Phone:  206.436.8500

## CERTIFICATE OF SERVICE

I hereby certify on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

DATED:  December 19, 2019             /s/ *Philip P. Mann*

DEFENDANTS' RESPONSE TO NOTICE OF
FAILED MEDIATION AND REQUEST FOR
STATUS CONFERENCE
Cause No. 17-CV-05760-BHS

Page 3

Mann Law Group PLLC
107 Spring St.
Seattle, WA  98101
Phone:  206.436.8500