UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>KEVIN SYKES-BONNETT, et al., <br><br>　　　　　　Defendants. | CASE NO. C17-5760 BHS <br><br>ORDER DENYING PLAINTIFF'S MOTION TO STAY AND REQUEST FOR TELEPHONE CONFERENCE |

This matter comes before the Court on Plaintiff HP Tuners, LLC's ("HP Tuners") motion to stay pending mediation, Dkt. 237, and request for telephone conference, Dkt. 241.

On November 13, 2019, HP Tuners filed a motion to stay pending a mediation set to occur on December 6, 2019. Dkt. 237. HP Tuners, however, noted the motion for consideration on the Court's December 13, 2019 calendar. Regardless, on December 18, 2019, HP Tuners filed a notice of failed mediation and requested a status conference to discuss a new trial date. Dkt. 241. On December 19, 2019, Defendants John Martinson, Syked ECU Tuning Incorporated, and Kevin Sykes-Bonnett responded to the notice of failed mediation. Dkt. 242.

ORDER - 1

1 First, the notice of completed mediation moots the motion to stay. Therefore, the Court **DENIES** that motion.

Second, HP Tuners has failed to establish any cause for a telephone conference. Once the pending motions are resolved, the Court will request a JSR. The motions may narrow the issues in this matter and then the parties would be in a better position to assess a trial date and the length of trial. Therefore, the Court **DENIES** HP Tuners request for a telephone conference.

**IT IS SO ORDERED**

Dated this 19th day of December, 2019.

BENJAMIN H. SETTLE
United States District Judge