

```
                                        Filed
                             Secretary of State
                             State of Washington
                          Date Filed: 05/08/2019
                       Effective Date: 05/08/2019
                           UBI #: 604 455 127
```

# CERTIFICATE OF FORMATION

## UBI NUMBER

UBI Number:
**604 455 127**

## BUSINESS NAME

Business Name
**SYKED PERFORMANCE ENGINEERING, LLC**

## REGISTERED AGENT

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| JOHN MARTINSON | 1602 POINT FOSDICK DR NW, GIG HARBOR, WA, 98335-7810, UNITED STATES | 1602 POINT FOSDICK DR NW, GIG HARBOR, WA, 98335-7810, UNITED STATES |

## REGISTERED AGENT CONSENT

Customer provided Registered Agent consent? - **Yes**

## DURATION

Duration:
**PERPETUAL**

## EFFECTIVE DATE

Effective Date:
**05/08/2019**

## OTHER PROVISIONS

Other Provisions:

## PRINCIPAL OFFICE

Phone:
**253-880-5612**

---

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2019050700242457 - 1
Received Date: 05/07/2019
Amount Received: $200.00

Email:
**SOFTWARE@SYKEDECUTUNING.COM**

Street Address:
**1602 POINT FOSDICK DR NW, GIG HARBOR, WA, 98335-7810, UNITED STATES**

Mailing Address:
**1602 POINT FOSDICK DR NW, GIG HARBOR, WA, 98335-7810, UNITED STATES**

## EXECUTOR

| Title | Executor Type | Entity Name | First Name | Last Name | Address |
|---|---|---|---|---|---|
| EXECUTOR | INDIVIDUAL | | KEVIN | SYKES-BONNETT | 12406 82ND AVENUE CT E, PUYALLUP, WA, 98373-7957, UNITED STATES |
| EXECUTOR | INDIVIDUAL | | JOHN | MARTINSON | 1602 POINT FOSDICK DR NW, GIG HARBOR, WA, 98335-7810, UNITED STATES |

## RETURN ADDRESS FOR THIS FILING

Attention:
**JOHN MARTINSON**

Email:
**SOFTWARE@SYKEDECUTUNING.COM**

Address:
**1602 POINT FOSDICK DR NW, GIG HARBOR, WA, 98335-7810, UNITED STATES**

## UPLOAD ADDITIONAL DOCUMENTS

| Name | Document Type |
|---|---|
| No Value Found. | |

## UPLOADED DOCUMENTS

| Document Type | Source | Created By | Created Date |
|---|---|---|---|
| CERTIFICATE OF FORMATION | ONLINE | SYKED ECU TUNING INC | 05/07/2019 |

## EMAIL OPT-IN

☑  I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON - STAFF CONSOLE

☑  Document is signed.

Person Type:
**INDIVIDUAL**

First Name:
**JOHN**

Last Name:
**MARTINSON**

Title:

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2019050700242457 - 1
Received Date: 05/07/2019
Amount Received: $200.00