

```
Filed
Secretary of State
State of Washington
Date Filed: 06/07/2019
Effective Date: 06/07/2019
UBI #: 604 072 137
```

# ARTICLES OF DISSOLUTION

## BUSINESS INFORMATION

Business Name:
**SYKED ECU TUNING INCORPORATED**

UBI Number:
**604 072 137**

Business Type:
**WA PROFIT CORPORATION**

Business Status:
**VOLUNTARILY DISSOLVED**

Principal Office Street Address:
**1602 PT FOSDICK DR NW, GIG HARBOR, WA, 98335, UNITED STATES**

Principal Office Mailing Address:
**PO BOX 932, GIG HARBOR, WA, 98335-0932, UNITED STATES**

Expiration Date:
**12/31/2019**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**12/26/2016**

Period of Duration:
**PERPETUAL**

Inactive Date:
**06/07/2019**

Nature of Business:
**ANY LAWFUL PURPOSE, SOFTWARE DEVELOPMENT AND SALES COMPUTER DEVELOPMENT AND SALES**

## EFFECTIVE DATE - VOLUNTARY DISSOLUTION

Effective Date:
**06/07/2019**

## REVENUE CLEARANCE CERTIFICATE PROVIDED

Revenue Clearance Certificate Provided with filing? - **Yes**

## DISSOLUTION APPROVAL

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2019060600294716 - 1
Received Date: 06/06/2019
Amount Received: $20.00

Date Dissolution was approved :
**05/02/2019**

**Proposed by the Board of Directors and approved by the Shareholders pursuant to RCW 23B.14.020**

## RETURN ADDRESS FOR THIS FILING

Attention:
**JOHN MARTINSON**

Email:
**SOFTWARE@SYKEDECUTUNING.COM**

Address:
**1602 POINT FOSDICK DR NW, GIG HARBOR, WA, 98335, UNITED STATES**

## DATE OF ADOPTION

Date of Adoption:
**06/06/2019**

## UPLOAD ADDITIONAL DOCUMENTS

| Name | Document Type |
|---|---|
| No Value Found. | |

## EMAIL OPT-IN

☑ I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON - STAFF CONSOLE

☑ Document is signed.

Person Type:
**ENTITY**

First Name:
**JOHN**

Last Name:
**MARTINSON**

Entity Name:
**SYKED ECU TUNING INC**

Title:
**CFO**

---

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2019060600294716 - 1
Received Date: 06/06/2019
Amount Received: $20.00