THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN SYKES-BONNETT, SYKED ECU TUNING INCORPORATED, a Washington corporation, and JOHN MARTINSON<br>Defendants. | Case No. 17-cv-5760-BHS<br><br>NOTICE OF CHANGE OF ADDRESS |

### NOTICE OF CHANGE OF ADDRESS

Please take notice that the address of Defendants' Counsel has changed.

The new address is:

> Philip P. Mann
> Mann Law Group PLLC
> 1420 Fifth Avenue, Suite 2200
> Seattle, Washington  98101
> Phone (206) 436-0900
> Fax (866) 341-5140
> phil@mannlawgroup.com

Dated February 13, 2020                Respectfully submitted,

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
1420 Fifth Avenue, Suite 2200
Seattle, Washington  98101
Phone (206) 436-0900
Fax (866) 341-5140
phil@mannlawgroup.com
Attorneys for Defendants

DEFENDANTS' COUNSEL'S CHANGE OF ADDRESS
Cause No. C17-5760-BHS

1

Mann Law Group PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA  98104
Phone:  206.436.8500

## **CERTIFICATE OF SERVICE**

I hereby certify on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

DATED: February 13, 2020            /s/ *Philip P. Mann*

DEFENDANTS' COUNSEL'S CHANGE OF ADDRESS
Cause No. C17-5760-BHS

2

Mann Law Group PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98104
Phone: 206.436.8500