THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN SYKES-BONNETT, SYKED ECU TUNING INCORPORATED, a Washington corporation, and JOHN MARTINSON<br><br>Defendants. | Cause No. 3:17-cv-05760 BHS<br><br>**DEFENDANTS' MOTION TO IMPOSE SANCTIONS FOR BREACH OF PROTECTIVE ORDER**<br><br>**Note On Motion Calendar:**<br><br>**March 6, 2020** |

Defendants, pursuant to Rule 37(b)(c) Fed.R.Civ.P. and the court's inherent power, hereby move for an order imposing sanctions on Plaintiff HP Tuners, LLC for its blatant violation of the express terms stated in, and imposed under, this court's Protective Order dated May 21, 2018 (Dkt. # 39). In support of this motion, Defendants state as follows:

1. On May 21, 2018, this court signed and issued a Protective Order (copy attached as Exhibit A) setting out in detail how "Confidential" and "Highly Confidential" information produced by the parties is to be used and protected during the course of this litigation.

2. Paragraph 4.1 of the Protective Order plainly states that, "A receiving party may use confidential material that is disclosed or produced by another party or by a non-party in connection with this case *only* for prosecuting, defending, or attempting to settle *this litigation.*" (Emphasis supplied.) Nothing in the Protective Order permits or otherwise

DEFENDANTS' MOTION FOR SANCTIONS
Cause No. 17-CV-05760-BHS
Page 1

Mann Law Group PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Phone: 206.436.0900

authorizes the use of confidential information for purposes *other* than for "prosecuting, defending, or attempting to settle *this* litigation."

3. Plaintiff HP Tuners has blatantly violated the express terms of the Protective Order by filing Defendant Kevin Sykes-Bonnett's confidential deposition testimony documents in a *separate* lawsuit HP Tuners is maintaining against a *different defendant* in a *different court.* Nothing in the Protective Order permits HP Tuners to use Defendant Kevin Sykes-Bonnett's confidential documents and information in a case other than this one, and nothing in the Protective Order permits HP Tuners to file copies of Mr. Sykes-Bonnett's confidential deposition testimony and documents in another court.

4. In addition to being the plaintiff in this action, HP Tuners is also the plaintiff in a completely separate and distinct action it filed on November 1, 2018 in the District Court for the District of Nevada at Las Vegas captioned, *HP Tuners, LLC v. Kenneth Cannata,* Case No. 3:18-cv-00527-LRH-WGC. None of the Defendants in the case before this court (i.e. Tacoma) is a party in the Nevada litigation, none of the Defendants in this case has appeared in the Nevada litigation and neither the Defendants here, nor their counsel, have participated in any capacity in the Nevada litigation. The cases are wholly separate.

5. Despite the fact that the Defendants here are not parties to the Nevada litigation, HP Tuners, on June 19, 2019 filed a motion[1] in the Nevada litigation that contained Defendant Kevin Sykes-Bonnett's confidential deposition testimony and confidential documents. In particular, in its June 19, 2019 motion filed in Nevada, HP Tuners filed, under seal[2], copies of four confidential documents that were produced by Mr. Sykes-Bonnett pursuant to the Protective Order in this case and marked as Exhibits 85, 87, 88, and 89 in the deposition of Mr. Sykes-Bonnett taken May 16, 2019 in connection with *this* case.

6. In its June 19, 2019 "Motion To Seal Exhibit A To Supplemental Brief In Further Opposition To Defendant's Motion To Dismiss" HP Tuners filed in the Nevada

---

[1] Docket Nos. 31 and 33 in the Nevada litigation, Case No. 3:18-cv-00527.

[2] By filing these materials under seal, HP Tuners clearly knew of, and recognized, their confidential nature.

DEFENDANTS' MOTION FOR SANCTIONS
Cause No. 17-CV-05760-BHS
Page 2

Mann Law Group PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101
Phone:  206.436.0900

Litigation (copy attached as Exhibit B), HP Tuners expressly states that the documents it has filed in the Nevada litigation "are excerpts from the *confidential deposition testimony of Kevin Sykes-Bonnett* ("Sykes-Bonnett Deposition Testimony"), which was *taken in connection with discovery in another pending action.* Under LR IA 10-5, *the Sykes-Bonnett Deposition Testimony has been designated as Confidential.*" (Emphasis supplied.) There can be no question that HP Tuners was aware that the deposition testimony and exhibits related thereto were both (1) "confidential" and (2) produced in *different* litigation involving *different* defendants. In so doing HP Tuners clearly and blatantly defied the terms of this court's Protective Order that clearly states that confidential information produced in this litigation is to be used *only* in this litigation, not in different litigation pending between different parties in a different court.

       7.    HP Tuners has displayed a continuing pattern of ignoring the legitimate bounds of discovery and has now gone so far as to blatantly defy the express terms of the Protective Order issued by this court in connection with this case. Unless sanctioned and warned that the orders of this court are to be taken seriously and respected as written, Defendants fear that this pattern will continue unchecked.

       For all the foregoing reasons, Defendants respectfully request that Plaintiff HP Tuners be sanctioned for knowing breach of this court's Protective Order and that it be warned that further abuse of the discovery process will result in further sanctions.

Dated February 20, 2020.   Respectfully submitted,

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
1420 Fifth Avenue, Suite 2200
Seattle, Washington 98101
Phone (206) 436-0900
Fax (866) 341-5140
phil@mannlawgroup.com

Attorneys for Defendants

DEFENDANTS' MOTION FOR SANCTIONS   Page 3
Cause No. 17-CV-05760-BHS

Mann Law Group PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Phone: 206.436.0900

## **CERTIFICATE OF SERVICE**

I hereby certify on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

DATED:  February 20, 2020.          /s/ *Philip P. Mann*

DEFENDANTS' MOTION FOR SANCTIONS
Cause No. 17-CV-05760-BHS          Page 4

Mann Law Group PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101
Phone:  206.436.0900