# EXHIBIT 1

# TO DECLARATION OF ANDREW P. BLEIMAN, ESQ.





2208 North 30th Street, Suite 202, Tacoma, WA 98403 • 253.627.6401 • Toll Free: 800.649.2034 • byersanderson.com

# ONE-WEEK TRANSCRIPT TURNAROUND

Digital Transcripts • Internet Realtime • HD Legal Video • Picture-in-Picture Depositions
Remote Witnesses • Designation Editing • Nationwide Scheduling • HD Videoconferencing

In the Matter of:

HP TUNERS

vs

KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED

_____

**KEVIN SYKES-BONNETT**

*May 16, 2019*

Thank you for choosing Byers & Anderson for your court reporting, legal video, and videoconferencing needs. For over 35 years it has been our goal to provide you with unmatched service. Our one-week transcript turnaround is an industry leader. If there is anything we can do to assist you, please don't hesitate to let us know.

*Sarah Fitzgibbon, CCR*
Deposition Services Lead Consultant



The Premier Advantage™
PDF transcript bundle contains:

• Full-size and condensed transcripts
• Printable word index
• Hyperlinked selectable word index
• Embedded printable exhibit scans
• Hyperlinked selectable exhibit viewing
• Common file formats: txt, lef, mdb
  accessed via *paperclip* icon



STRATEGY   •   TECHNOLOGY   •   DESIGN   •   DEPOSITIONS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

AT TACOMA


HP TUNERS, LLC, a Nevada limited      )
liability company,                    )
                                      )
                Plaintiff,            )
                                      )
            vs.                       ) No. 3:17-cv-05760-BHS
                                      )
KEVIN SYKES-BONNETT and SYKED ECU     )
TUNING INCORPORATED, a Washington     )
corporation,                          )
                                      )
                Defendants.           )


VIDEOTAPED DEPOSITION OF KEVIN E. SYKES-BONNETT, VOLUME II

May 16, 2019

Seattle, Washington


***** Confidential *****


REPORTED BY:  Tracey L. Tracy, CCR, RPR

```
 1                    APPEARANCES

 2   For the Plaintiff:

 3               Andrew P. Bleiman
                 Marks & Klein
 4               1363 Shermer Road
                 Suite 318
 5               Northbrook, IL 60062
                 312.206.5162
 6               andrew@marksklein.com

 7   For the Defendants:

 8               Philip P. Mann
                 Mann Law Group
 9               107 Spring Street
                 Seattle, WA 98104-1005
10               206.436.0900
                 866.341.5140 Fax
11               phil@mannlawgroup.com

12   Also present:  Brett Whitney
                     Videographer, Byers & Anderson, Inc.
13                   Court Reporters & Video

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                     EXAMINATION INDEX

 2    EXAMINATION BY:                        PAGE NO.

 3    Mr. Bleiman                               334

 4

 5                       EXHIBIT INDEX

 6    EXHIBIT NO.      DESCRIPTION            PAGE NO.

 7    Exhibit No. 79   2-page copy of various text    348
                       messages between Kevin
 8                     Sykes-Bonnett and Christopher
                       Breton-Jean.
 9
      Exhibit No. 80   1-page copy of various text    362
10                     messages between Kevin
                       Sykes-Bonnett and Christopher
11                     Breton-Jean.

12    Exhibit No. 81   1-page copy of various text    363
                       messages between Kevin
13                     Sykes-Bonnett and Christopher
                       Breton-Jean.
14
      Exhibit No. 82   1-page copy of various text    367
15                     messages between Kevin
                       Sykes-Bonnett and Christopher
16                     Breton-Jean.

17    Exhibit No. 83   1-page copy of a screenshot of    369
                       fhptuners@yahoo.com Inbox.
18
      Exhibit No. 84   1-page copy of a screenshot of    371
19                     fhptuners@yahoo.com Inbox.

20    Exhibit No. 85   1-page copy of a screenshot of    379
                       fhptuners@yahoo.com Inbox.
21
      Exhibit No. 86   **Marked highly confidential.    380
22                     Sealed for attorneys' eye's
                       only.
23

24

25
```

```
 1                   EXHIBIT INDEX (Continuing)

 2     EXHIBIT NO.        DESCRIPTION                 PAGE NO.

 3     Exhibit No. 87    1-page copy of an e-mail from  381
                         Dale Earhharddt -
 4                       somethingnew1892@yahoo.com.

 5     Exhibit No. 88    1-page copy of an e-mail source 382
                         code.
 6

       Exhibit No. 89    1-page copy of an e-mail source 382
 7                       code.

 8     Exhibit No. 90    1-page copy of various text    383
                         messages between Kevin
 9                       Sykes-Bonnett and Christopher
                         Breton-Jean.
10

       Exhibit No. 91    1-page copy of various text    388
11                       messages between Kevin
                         Sykes-Bonnett and Christopher
12                       Breton-Jean.

13     Exhibit No. 92    2-page copy of various text    392
                         messages between Kevin
14                       Sykes-Bonnett and Christopher
                         Breton-Jean.
15

       Exhibit No. 93    **Marked highly confidential.  399
16                       Sealed for attorneys' eye's
                         only.
17

       Exhibit No. 94    1-page copy of a screenshot of 400
18                       fhptuners@yahoo.com Inbox.

19     Exhibit No. 95    1-page copy of an e-mail source 400
                         code.
20

       Exhibit No. 96    1-page copy of an e-mail source 401
21                       code.

22     Exhibit No. 97    **Marked highly confidential.  410
                         Sealed for attorneys' eye's
23                       only.

24

25
```

```
 1                    EXHIBIT INDEX (Continuing)

 2      EXHIBIT NO.        DESCRIPTION                    PAGE NO.

 3      Exhibit No. 98     6-page copy of various text      414
                           messages between Kevin
 4                         Sykes-Bonnett and Christopher
                           Breton-Jean.
 5
        Exhibit No. 99     2-page copy of various text      414
 6                         messages between Kevin
                           Sykes-Bonnett and Christopher
 7                         Breton-Jean.

 8      Exhibit No. 100    4-page copy of Defendant's       415
                           Responses to Plaintiff's Fourth
 9                         Set of Interrogatories.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                      BE IT REMEMBERED that on Thursday,

 2   May 16, 2019, at 506 Second Avenue, Suite 3000, Seattle,

 3   Washington 98104, at 11:22 a.m., before Tracey L. Tracy,

 4   CCR, RPR, appeared KEVIN E. SYKES-BONNETT, the witness

 5   herein;

 6                      WHEREUPON, the following proceedings

 7   were continued, to wit:

 8

 9                      <<<<<< >>>>>>

10

11                      THE VIDEOGRAPHER:  We're going on the

12   record.  The time is 11:22 a.m. on May 16, 2019.  This is

13   Volume II, Media Unit 1, of the video deposition of Kevin

14   Sykes-Bonnett in the matter of HP Tuners versus Kevin

15   Sykes-Bonnett, filed in U.S. District Court of Washington

16   at Tacoma, Case No. 3:17-cv-05760.

17       This deposition is being held at 506 Second Avenue,

18   Seattle.  The videographer is Brett Whitney from Byers &

19   Anderson.  The court reporter is Tracey Tracy from Byers

20   & Anderson.

21       Will counsel and all present please note their

22   appearances and affiliations for the record.

23                      MR. BLEIMAN:  Good morning.  Andrew

24   Bleiman on behalf of the plaintiff HP Tuners.

25                      MR. MANN:  Good morning.  I'm Phil
```

1      Mann on behalf of the defendants.

2                    THE VIDEOGRAPHER:  All right.  The

3      court reporter can swear in the witness.

4

5      KEVIN E. SYKES-BONNETT, having been first duly sworn

6                         by the Certified Court Reporter,

7                         testified as follows:

8

9                    EXAMINATION (Continuing)

10     BY MR. BLEIMAN:

11  Q  Good morning.  Can you please state your full name and

12     spell it for the record.

13  A  **Kevin Edward Sykes-Bonnett, S-y-k-e-s, hyphen,**

14     **B-o-n-n-e-t-t.**

15  Q  All right.  Mr. Sykes-Bonnett, as you know, my name is

16     Andrew Bleiman.  I represent the plaintiff HP Tuners.  We

17     are here today to continue a deposition that we had

18     suspended on September 25th, 2018.

19         As you know, the court reporter swore you in, and

20     you're familiar with the ground rules of the deposition

21     in terms of, you know, one person talking at a time

22     and -- and if you don't understand my question, let me

23     know so that I can rephrase it.  And if you need to take

24     a break, let us know.  You're familiar with those still?

25  A  **Yes, sir.**

 1  Q   All right.  Since September 25th, 2018, I believe you've

 2      had an opportunity to review your deposition; is that

 3      correct?

 4  A   Yes.

 5  Q   Okay.  And since your prior deposition, you've had an

 6      opportunity to review different documents and

 7      communications and information that you have and that

 8      you've produced to the plaintiff in this case; is that

 9      correct?

10  A   Yes.

11  Q   All right.  And since your prior deposition, have you had

12      an -- an opportunity to review text messages between you

13      and other people?

14  A   Yes.

15  Q   Since your prior deposition, have you had an opportunity

16      to review e-mail communications between you and other

17      people?

18  A   Yes.

19  Q   And since your prior deposition, have you had an

20      opportunity to review Facebook Messenger communications

21      between you and other people?

22  A   Yes.

23  Q   Since your prior deposition, do you agree that, you know,

24      your review of various documents and communications has

25      helped you refresh your recollection as to various

HP TUNERS vs KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED          Confidential
Sykes-Bonnett, Kevin -  May 16, 2019                                        Page 336

1  matters?

2  A   Yes.  Absolutely.

3  Q   And do you believe -- or strike that.

4      Would you agree with me that you believe you're in a

5  better position today and more well prepared to testify

6  than you were when you first came in in September of

7  2018?

8  A   Yes, absolutely.

9  Q   In testifying today, are you -- do you believe that there

10 may be areas of examination or questions that you would

11 now clarify or correct, certain statements that you made,

12 based on what you had previously said at that time?

13 A   Yes.

14 Q   And we'll go through a number of these issues here today.

15     So I want to back up.  We had, I think, talked the

16 first time and obtained some information about some of

17 the initial early communications that you had had with

18 Ken Cannata.  Do you recall that?

19 A   Yes.

20 Q   Okay.  Ken Cannata, when you first started your

21 communications with him, what did you understand him to

22 be?

23 A   An owner of HP Tuners.

24 Q   Okay.  And you had engaged with him in some discussions

25 about providing some information in exchange for some

1     payment; is that correct?

2  A  **Correct.**

3  Q  Okay.  Now, subsequent to that transaction, did you

4     remain in contact with Mr. Cannata?

5  A  **A couple of times I had, yes.**

6  Q  Okay.  And so this would have been in late 2015, early

7     2016?

8  A  **Yes.**

9  Q  Can you tell me what communications, if any, you had with

10     Mr. Cannata in -- well, strike that.

11        Did you reach out to Mr. Cannata in late 2015 or

12     early 2016 or did he reach out to you to continue those

13     communications?

14  A  **I reached out to him around November of 2015.**

15  Q  And what was the purpose of you reaching out to him?

16  A  **I was considering selling my software and the information**

17     **that I had that went with the software, so I contacted**

18     **him to see if HP Tuners would be interested in buying it**

19     **all off of me.**

20  Q  And did you speak with him in late 2015 when you had

21     approached him about this?

22  A  **Yes.**

23  Q  And what did he say to you in response?

24  A  **He told me he would be interested in potentially**

25     **purchasing the software and information off of me and**

1    asked me to e-mail him a list of everything and how much

2    I would want for it.

3  Q  And did you then subsequently e-mail that information to

4    him?

5  A  I did not.

6  Q  Okay.  Did you have any further conversations with

7    Mr. Cannata in late 2015, early 2016 about selling him

8    some of these assets that you had?

9  A  In early 2016, Mr. Cannata contacted me asking me if I

10    was still interested in selling my software.  It would

11    have been sometime, I believe, in February.

12  Q  Okay.  And did he say that he was contacting you on

13    behalf of HP Tuners?

14  A  He did not.

15  Q  Okay.  What did you tell him in approximately February of

16    2016 about whether you were interested in moving forward

17    with a transaction or not?

18  A  Told him that I was uninterested in selling the software

19    any further, that I had acquired information on Ford and

20    General Motors, and I was planning on implementing that

21    into our software and continuing to press forward.

22  Q  Okay.  And in response to that, what did he say to you?

23  A  He asked me if I had solved our hardware solution.  I

24    told him other than the Hypertech handheld we had not

25    finished developing our own hardware.  And he indicated

1      to me at that point that he was possibly going to get

2      bought out from HP Tuners and that he would be interested

3      in developing hardware for us, and he said after his

4      noncompete was up that he would -- he would develop

5      hardware.

6  Q   At the time when he said this, was this approximately

7      March -- or excuse me -- February 2016?

8  A   Yes.

9  Q   Okay.  So in February 2016, Mr. Cannata advised you that

10     he was potentially going to be bought out of HP Tuners?

11 A   Yes.

12 Q   Okay.  And he -- did he offer -- well, strike that.

13         At that time during that call, he offered to help

14     you solve your hardware solution issues?

15 A   Yes.

16 Q   At the time when he had this conversation with you,

17     though, he had indicated that he expected that he would

18     be the subject of some type of noncompete?

19 A   I believe so.

20 Q   Do you recall what he said in that regard at all?

21 A   I don't recall the exact details.  If I recall correctly,

22     you know, he said as part of his buyout he's sure there

23     would be some sort of noncompete, but he didn't know

24     length of time or what all that would involve at that

25     point.

1  Q   After February 2016, pretty much to the present day here,

2      May of 2016 [sic], you've remained -- remained in

3      continuous contact with Mr. Cannata; is that correct?

4  A   **Correct.**

5  Q   And you've been communicating with him via phone, text

6      and e-mail, among other potential methods of

7      communication?

8  A   **Yes.**

9  Q   Okay.

10                 MR. MANN:  I hate to interrupt at this

11     point, but point of clarification.  Is any of this

12     designated confidential or what's the --

13                 MR. BLEIMAN:  I think what we had

14     agreed was that the whole deposition we'll designate for

15     now as confidential, and then we can just discuss it

16     later.

17                 MR. MANN:  Okay.  Certainly.  Thank

18     you.  I just wasn't sure whether we were getting into

19     confidential matters or not, but --

20                 MR. BLEIMAN:  Right.

21                 MR. MANN:  I understand the whole

22     deposition will be designated confidential at this time.

23                 MR. BLEIMAN:  Correct.

24                 MR. MANN:  Perfect.  Thank you.

25  Q   (By Mr. Bleiman)  All right.  So I want to focus now on

1    the time period between February 2016 and October 20th,

2    2016.  During that period of time, you continued to have

3    conversations and discussions with Mr. Cannata; is that

4    correct?

5  A  Correct.

6  Q  And between that March twenty six -- or strike that.

7       Between that February 2016 time period and October

8    2016 time period, were you -- was Mr. Cannata performing

9    any services for you or Syked ECU Tuning?

10 A  Not that I recall.

11 Q  Was Mr. Cannata communicating with you about helping

12   Syked ECU Tuning or you with the development of your

13   hardware solution?

14 A  Yes.

15 Q  Okay.  So between that February 2016 and October 20th,

16   2016, period -- time period, what -- can you describe for

17   me what the communications were between you and

18   Mr. Cannata relative to him helping with the Syked ECU

19   Tuning hardware solution?

20 A  Can you repeat the question?  I'm sorry.

21                   MR. BLEIMAN:  Can you read it back for

22   me?

23                       (Question on Page 341,

24                       Lines 15-19 read by the

25                       reporter.)

| | | |
|---|---|---|
| 1 | | THE WITNESS:  I mean, we -- you know, |
| 2 | | we discussed the development.  We discussed the protocol |
| 3 | | communications and how we were going to develop that. |
| 4 | | You know, we discussed how long it was going to take to |
| 5 | | develop, you know, and get the reading/writing with the |
| 6 | | engine controllers.  You know, just kind of a lot of |
| 7 | | general discussion.  I can't remember any particular |
| 8 | | details.  It would most likely be in the text messages or |
| 9 | | e-mails that have been produced. |
| 10 | Q | (By Mr. Bleiman)  Okay.  So you -- you have produced your |
| 11 | | text messages from approximately December 29th, 2015, to |
| 12 | | March of 2017 from your phone devices; is that correct? |
| 13 | A | Correct. |
| 14 | Q | You've also produced text messages from approximately |
| 15 | | November 2017 to November 2018 from your phone devices? |
| 16 | A | Correct. |
| 17 | Q | And then there's a gap from approximately March 24, 2017, |
| 18 | | to November 17th I believe, or so, 2017.  Do you have |
| 19 | | those text messages? |
| 20 | A | I do not. |
| 21 | Q | Do you know where those text messages might be or -- |
| 22 | A | They were on an iPhone 6 that I -- that I had or used up |
| 23 | | until recently, and when I went to go try to recover the |
| 24 | | text messages, it only went back to November of 2017, so |
| 25 | | that's what I had exported and produced as a PDF to you. |

1  Q   Okay.  And the text messages that you have recovered that

2      were -- that were produced to us, I think on Monday or

3      Tuesday the -- May 14th, those were recovered by a

4      service?

5  A   Yes.

6  Q   Okay.  And those are all the messages that you've been

7      able to locate?

8  A   Yes.

9  Q   And they've been produced in an Excel format?

10 A   Yes.

11 Q   And you have the documentation in that regard; is that

12     correct?

13 A   **Can you clarify?**

14 Q   You possess the results of that vendor's search and have

15     those records and you possess those records?

16 A   Yes.

17 Q   Okay.  So I'd just ask you to maintain them.  And I know

18     they've been produced to us in, like, native format

19     because they're very large files, but we just want to

20     make sure that the documents do continue to be possessed

21     by you.

22 A   Yes.

23               MR. MANN:  We will preserve them

24     pending the outcome of this case.

25 Q   (By Mr. Bleiman)  And you also agree that those messages

1      that you've produced that have come to us in Excel format

2      are authentic text messages from your devices?

3  A   Yes.

4  Q   Okay.  All right.  Now, I know that you had -- we

5      previously talked a little bit about plaintiff's

6      Exhibit 6.

7                    MR. MANN:  Thank you.

8                    THE WITNESS:  Thank you.

9  Q   (By Mr. Bleiman)  And this is a nondisclosure agreement

10     between Ken and Syked Tuning Software; is that correct?

11 A   Correct.

12 Q   Now, this Syked Tuning Software, LLC, what is that

13     entity?

14 A   It should be Syked ECU Tuning.  Oh, Syked Tuning Software

15     was the original entity that was created for the software

16     specifically.

17 Q   Okay.

18 A   If I recall correctly, we had a separate LLC, or

19     originally it was Syked ECU Tuning, where I did

20     calibration work and John and I's -- John Martin's and

21     I's original agreement was, because he doesn't do any

22     tuning or calibration work, that the calibration stuff

23     would remain separate from the software as far as the

24     financial and the dividends.

25 Q   So is the typed -- is the Syked Tuning Software, LLC

1    still an entity to your knowledge?

2  A  It is not.

3  Q  All right.  And this NDA was with Ken Cannata originally?

4  A  Correct.

5  Q  It's dated March 11, 2016?

6  A  Correct.

7  Q  So between February and March, you engaged in some

8     communications, I'm presuming, with Mr. Cannata about

9     getting him to sign an NDA; is that right?

10 A  Correct.

11 Q  And then subsequent to that, you signed this agreement

12    with him and then started communicating with Ken Cannata

13    on a more regular basis?

14 A  Yes.

15 Q  All right.  Now, during this period of time between

16    February 2016 and October 20th, 2016 -- and we'll get to

17    some of the communications in a little bit -- are you

18    aware of whether Ken Cannata had shared with you any

19    intellectual property of HP Tuners based on your review

20    of the various documents and information that you've

21    reviewed since your last deposition?

22 A  Up until this NDA was signed, I don't believe that he

23    had.

24 Q  Okay.  Between the time of the NDA in March of 2016 and

25    October of 2016, do you have a recollection of what

```
 1        Mr. Cannata provided to you that was HP Tuners'
 2        intellectual property?
 3    A   He provided me the key generator that was on the thumb
 4        drive.  He had provided me a version of 2.23, HP Tuners'
 5        source code project, and there were some other
 6        miscellaneous files that were also on that thumb drive.
 7    Q   Okay.  I don't know the best way to kind of go through
 8        this, but -- because I don't -- the documents -- the text
 9        messages were just way too long to print.  But it appears
10        that in October of 2016 there's some text messages where
11        you had requested CAN classes and the editor code from
12        Ken.  Is that -- do you recall that?
13    A   I do recall that after reviewing it.
14    Q   And it appears that Ken did send you various files in
15        response to those requests; is that correct?
16    A   Yes.
17    Q   And I believe it was like VCM Editor; do you recall that?
18    A   Yes.
19    Q   cMPVI.cs?
20    A   Yes.
21    Q   cController.cs?
22    A   Yes.
23    Q   cVehicle.cs?
24    A   Yes.
25    Q   And so those would have been HP Tuners' source code files
```

```
 1        that Ken provided to you prior to October 20th, 2016?
 2   A    Can you rephrase that or ask -- sorry.
 3                              (Question on Page 346, Line 25
 4                                through Page 347, Line 1
 5                                read by the reporter.
 6                    MR. BLEIMAN:  I think it was "those"
 7        would have been HP Tuners' source code files that Ken
 8        provided to you.
 9                              (Question on Page 346, Line 25
10                                through Page 347, Line 1 read
11                                by the reporter.
12                    THE WITNESS:  I would assume that they
13        would have been included in the original source code
14        project.  I believe that I was asking him from what I
15        remember -- because those files were missing out of the
16        folder that I was originally -- of the original project
17        that he had sent to me, and I was asking them whether
18        they had been deleted, deliberately taken out by him.
19        I'm not -- I'm not sure on that.
20   Q    (By Mr. Bleiman)  Okay.  So -- well, strike that.
21             Ken had provided you with a flash drive with various
22        intellectual property on it; is that right?
23   A    Yes.
24   Q    And then you followed up with him to say, Do you have
25        these additional materials, and then he sent those
```

1      additional HP Tuners materials to you?

2  A   Yes.

3  Q   So, for example, on this --

4                  MR. BLEIMAN:  Well, can I have the

5      stickers.  I'll just take them cos I'll probably just...

6          I'm going to mark Plaintiff's Exhibit 79.

7                  MR. MANN:  Thank you.

8                          (Exhibit No. 79 marked for

9                           identification.)

10 Q   (By Mr. Bleiman)  So first, you recall that you produced

11     your Facebook Messenger communications with Christopher

12     Breton-Jean; is that correct?

13 A   Yeah.  I tried to read through it, and there was

14     thousands of pages.

15 Q   Understood.  But part of the production in this case has

16     been the messages that you exchanged with Mr. Breton-Jean

17     on Facebook Messenger, correct?

18 A   Correct.

19 Q   And I printed out a couple of pages here that I've marked

20     as Plaintiff 79 from the Facebook Messenger

21     communications that you've provided.  Do you see that?

22 A   Yes.

23 Q   All right.  And do you recognize these to be Facebook

24     Messenger communications between you and Christopher

25     Breton-Jean?

1  A    Yes.

2  Q    All right.  So then on October -- if you start at the

3       bottom of the page, Christopher Breton-Jean makes a

4       comment, something about HTP; do you see that?

5  A    Yes.

6  Q    And then you responded, I got even more code on how to do

7       all the licensing now.  Do you see that?

8  A    Yes.

9  Q    And that code that you would have received would have

10      been the HP Tuners source code from Ken Cannata, correct?

11 A    Correct.

12 Q    All right.  And then you, a couple of messages later, at

13      2:32 p.m., wrote, I can add unlimited -- I can add

14      unlimited to anyone's cable.  Do you see that?

15 A    Yes.

16 Q    And what is that a reference to?

17 A    Unlimited credits.

18 Q    Okay.  And that ability to add unlimited credits was

19      provided to you with this key generator that Mr. Cannata

20      gave to you; is that right?

21 A    Yes.

22 Q    All right.  And so you -- when you made these statements

23      to Mr. Breton-Jean in October -- on October 17th, 2016,

24      you already had this code in your possession; is that

25      correct?

1  A   Yes.

2  Q   All right.  We'll take a look at -- well, while we

3      were -- while we were talking about kind of what you had

4      been provided with, I know we looked at this -- this

5      Exhibit 13 previously, but we'll go back to it.

6                          MR. MANN:   Thank you.

7  Q   (By Mr. Bleiman)  So Exhibit 13, we had talked about this

8      is an image.  And previously you had indicated in your

9      testimony that you didn't recognize this to be an image

10     of your computer screen.

11         Having looked back at the various documents and

12     communications, do you now -- do you still believe that

13     this does not represent an image of your computer screen?

14 A   No.

15 Q   So you do believe it is your computer screen?

16 A   Yes.

17 Q   Okay.  And you belive that somebody took an image of your

18     computer screen while you were on a TeamViewer session

19     with them; is that correct?

20 A   Correct.

21 Q   All right.  And so where it says Kevin PC, you would

22     agree with me that this would reflect the way that your

23     computer screen looked at -- at some point in time,

24     presumably after August of 2017; is that correct?

25 A   Correct.

1  Q   And I say August '17 because I think that's the latest

2      date amongst the folders, is there's a reference to

3      August 19th, 2017, it looks like.  Actually, it looks

4      like there's a September date as well if you see that, so

5      maybe it's September.

6  A   **It does look correct.**

7  Q   Okay.  And so -- and if you look, there's a reference to

8      a Lexar (E:) Drive; do see that?

9  A   **Yes.**

10 Q   What's is the Lexar (E:) Drive?

11 A   **That is a thumb drive used for storage of, you know,**

12     **files, programs and such.**

13 Q   Is the Lexar (E:) Drive the device that Mr. Cannata

14     provided to you prior to October 20th, 2016?

15 A   **Yes.**

16 Q   Okay.  And on that Lexar (E:) Drive, there was various

17     folders and files and programs; is that correct?

18 A   **Correct.**

19 Q   All right.  And what Exhibit 13 appears to show was a

20     folder entitled HPT Main HPT; is that correct?

21 A   **Yes.**

22 Q   And then these folders and files were within that folder

23     HPT?

24 A   **Yes.**

25 Q   Okay.  Now, these files and folders were on the flash

1        drive that Mr. Cannata provided to you; is that correct?

2   A    Not all of them.

3   Q    Okay.  Why don't we go through and you why don't you tell

4        us which folders, to the extent you can recall, were on

5        the folder that he gave to you.

6   A    So starting from the top working down, the Firmware

7        folder, the Firmware Hack folder were both ones that he

8        provided.  The HP Tuners Decryptor was one that I had

9        copied on there.  The HPT Cloned Cable, that had a text

10       document inside of it that just had a serial number of

11       a -- of a cable that had been cloned.  The HPT Cracked

12       was not one that he provided, nor was the HPT

13       ResourcesDB, looks like 2_ 26_2017; he didn't provide

14       that one.

15            The KeyGenWindows folder was one that was provided.

16       The License was one that was provided.  The Lic -- or

17       LicTransfer was one that was provided.  The Shared, Ken

18       Cannata provided.  The VCM was provided.  The ZF Checksum

19       was not one that was provided.  And then as you continue

20       down the line of the individual files, those would all

21       have been ones that were provided by Mr. Cannata.

22   Q   Okay.  What is this PDF document that's kind of blocked;

23       do you see that, 03212007_148?

24   A   I believe that was a Bosch document talking about CAN bus

25       communications.  That was directly from Bosch.

1  Q   Okay.  All right.  So going back to this HPT Cloned

2      Cable, was that something that Ken provided or no?

3  A   **It was not.**

4  Q   Okay.  And when you say "cloned cable," what do you mean

5      by that?

6  A   **It was -- they had a text document in there with a serial**

7      **number and an application key on a cable that had been**

8      **cloned.**

9  Q   And who had cloned that cable?

10 A   **Ken Cannata.**

11 Q   Do you know how Ken had cloned that cable?

12 A   **I do not.  He had sent me a cloned cable to a specific**

13     **serial number.**

14 Q   Okay.  So at some point in time -- was this prior to

15     October of 2016 or after?

16 A   **Before.**

17 Q   So before October of 2016, had you sent a cable to Ken to

18     clone, or did he just send you a cloned cable?

19 A   **He sent me one.  I did not send it to him at that point.**

20 Q   You would agree with me, though, subsequent to

21     October 20, 2016, Mr. Cannata was -- or did also clone

22     some cables for you that you had brought to him or sent

23     to him?  I saw some references in the text messages.

24 A   **I would have to look at the text message.**

25 Q   Okay.  We'll re- --

1    A    I don't remember the dates on that.

2    Q    Okay.  All right.  And as far as this image of your

3         screen is concerned, do you have a belief now as to who

4         took this picture?

5    A    Yes.

6    Q    And who is that?

7    A    Christopher Breton-Jean.

8    Q    Okay.  And you had engaged in TeamViewer sessions with

9         him?

10   A    I had, and I did not authorize, you know, him to, of

11        course, record my screen, but we had engaged in

12        TeamViewer sessions.

13   Q    But you do acknowledge that the Exhibit 13 does reflect

14        an image of your screen?

15   A    Yes.

16   Q    Okay.  Show you what I've been -- I've marked as -- or we

17        had marked and talked about previously as Exhibit 14.

18        And Exhibit 14 is another image that we had previously

19        looked at.  Like Exhibit 13, you would agree with me that

20        Exhibit 14 does reflect an image of your computer screen;

21        is that correct?

22   A    Correct.

23   Q    And it shows the Lexar (E:) Drive and additional

24        programs, files, folders that are within the HPT folder

25        on that Lexar drive?

1    A    Yes.

2    Q    Okay.  And earlier today when we talked about some of the

3         dotCS files that you had requested, and I think even if

4         you look at 13 as well, you know, the cCable.cs,

5         cController.cs, cMPFVI.cs, those had been requested by

6         you, and there were some text message communications

7         between you and Ken about that, and then they also appear

8         on this flash drive.

9    A    Correct.

10   Q    All right.  And so if you run through these folders that

11        we see on your computer screen here in Exhibit 14, can

12        you tell us which ones came from Ken and which ones did

13        not.

14   A    Starting from the top down, the cVehicle.cs would have

15        came from Mr. Cannata.  Firmware Hack.rar is a folder in

16        Exhibit, I believe, 13 that's just compressed.  The FS

17        cable serial and key was the -- the serial number and the

18        key to the cable that I had posted up on social media

19        that I was trying to sell.  So that one did not come from

20        him.

21             The two text documents that are labeled HPT Beta

22        Serial Numbers did not come from him.  The

23        HPT.Communications.MPVI.MPVI.Firmw, that's a firmware

24        file that came from him.  Same thing with the one that

25        says "test" right below it.  HPT_CC_.PNG I don't recall

1    exactly what that was.  The HPTBinary Swap V3.exe did not

2    come from him.  Interface Reprogramming.doc came from

3    him.  License Writer.exe, Licensetransfer.exe both came

4    from Mr. Cannata.  The two MPVI Protocol.docs came from

5    him.  P32ALGO.ASM had came from him.  And then below it

6    there's a bunch of them that are labeled VCM Suite ending

7    with a dot msi, all those ones had not came from him.

8  Q   What were those files?

9  A   The VCM Suite.msi?

10 Q   Yes.

11 A   Those are install files for production files that HP

12     Tuners releases.

13 Q   And then there's a VCM.zip and a VCMSuite at the bottom.

14 A   The very, very bottom VCMSuite, I believe that's just

15     another install.  It's cut off so I can't tell.  The

16     VCM.zip I believe was the initial source code project

17     that he had sent me for Version 2.23.

18 Q   So that would have been -- that VCM.zip was from Ken?

19 A   Yes, I believe so.

20 Q   And talk to me -- or strike that.

21         What did -- these MPVI Protocol docs, what were

22     those?

23 A   It would have been the communication protocol used to

24     talk to the actual MPVI hardware as far as, you know,

25     communicating to get the serial number or the hardware

1    version or firmware version, things along those lines.

2  Q  And this would have been among the materials that was

3     provided to you initially on the flash drive prior to

4     October of 20 --- October 20th of 2016?

5  A  I believe so.

6  Q  And the License Writer.exe and the license transfer

7     files, what were those?

8  A  I don't recall exactly what they were.  I believe that I

9     ran them one time, and I think it transferred the

10    licenses, from what I recall, from one MPVI cable to

11    another MPVI cable.

12 Q  Okay.  And what about the Interface Reprogramming doc?

13 A  That one I never really looked through a lot.  I know it

14    was used to reprogram firmware.  That's what I recall on

15    that.

16 Q  So then like the binary swap was not a document that was

17    provided by Ken.  Where would you have gotten that from?

18 A  So that's a utility.  When we had reverse engineered the

19    production version of HP Tuners software, I created that

20    utility to swap the binary file out of the saved file

21    that's used to tune a car.

22 Q  And when you say "we," that was you and Christopher

23    Breton-Jean?

24 A  Correct.

25 Q  Was anyone else involved in that reverse engineering?

1    A    No.

2    Q    And so essentially any of the other, like, documents or

3         folders like this on Exhibit 13 where it says cloned

4         cable or cracked and the resources, was that all work

5         product that you and Christopher Breton-Jean created?

6    A    Yes.

7    Q    Was John involved in any of that?

8    A    No.

9    Q    And the ZF Checksum, was that something that Christopher

10        Breton-Jean and you did?

11   A    I don't recall exactly what was in that folder.  I

12        believe that it would have been though.

13   Q    Okay.  Did the source code allow you to do that reverse

14        engineering?

15   A    No.

16   Q    Okay.  That was just from the published version; you just

17        decompiled it and then worked on it from there?

18   A    Correct.

19   Q    All right.  And as far as Exhibit 14 is concerned, the

20        image that -- of your computer screen, you believe this

21        was also taken by Christopher Breton-Jean?

22   A    Yes.

23   Q    All right.  Looking at Exhibit 15.  It's another image we

24        looked at before.  You would agree with me that this also

25        reflects an image of your computer screen; is that

1  correct?

2 A **Yes.**

3 Q And then you would agree that -- or you believe, I should

4  say, that Mr. Christopher Breton-Jean also took this

5  image?

6 A **Absolutely.**

7 Q Okay.  And this shows the key generator tool?

8 A **Yes.**

9 Q And that key generator tool would have been the tool that

10  Mr. Cannata provided do you?

11 A **This particular screen that you're seeing is referred to**

12  **as a GUI, and this would not have been provided.**

13 Q Okay.  What is this?

14 A **So when he provided me the utility to generate the**

15  **license key, it was in a command prompt format, which you**

16  **have to run in DOS and pass a set of variables or**

17  **parameters.  This utility is a Windows GUI utility that I**

18  **wrote to make it easier to generate license keys that**

19  **would communicate directly with the command line program**

20  **that was the key generator that was provided to me by**

21  **Mr. Cannata.**

22 Q So the key generator that he provided you with required

23  you to develop -- develop a GUI to generate the licenses?

24 A **Not exactly.**

25 Q Okay.  Explain it, please.

1  A   So if I opened up a Windows command prompt and I called

2      the program that was provided to me by Mr. Cannata, I

3      could then go in and I could pass in the serial number,

4      the tuner lock ID, the number of GM credits, number of

5      Ford credits, the number of Dodge credits in a DOS

6      screen.

7          It's a lot more time consuming, a little bit more

8      difficult to do, so to make it easier for me so I wasn't

9      in command line and doing DOS, I wrote a separate utility

10     that communicated directly with that command prompt

11     utility that was provided.

12 Q   But without the key generator tool, you could have had

13     this GUI, but you wouldn't have been able to write

14     additional licenses?

15 A   Correct.

16 Q   You needed the key generation tool in order to then

17     generate the licenses?

18 A   Correct.

19 Q   So this was really just the mechanism by which you

20     generated the licenses?

21 A   Correct.

22 Q   Okay.  All right.  I'm going to show you what's been

23     marked as Plaintiff's Exhibit 16, previously marked as

24     Plaintiff's Exhibit 16.

25         And this is an image we had previously looked at.

1    And would you agree with me now that this does reflect an

2    image of your computer screen?

3  A  **Yes.**

4  Q  And I know previously you had said it did not, but you're

5    correcting that testimony?

6  A  **I am, yes.**

7  Q  Okay.

8  A  **After going back and reviewing, I was able to -- to**

9    **locate some of the things that were on here to validate**

10   **that this is indeed my computer screen.**

11 Q  And the same thing goes for Plaintiff's 13, 14 and 15 in

12   terms of those images?

13 A  **Yes.  Based on the Plaintiff Exhibit 16 that I'm looking**

14   **at and looking at these other exhibits, I believe that**

15   **they're all of my computer screen.**

16 Q  And so this is that GUI that we had talked about,

17   correct?

18 A  **Correct.**

19 Q  And this would have been an image that Mr. Breton-Jean

20   took during a TeamViewer session with you?

21 A  **Yes.  Absolutely.**

22 Q  And you would recognize those icons now at the bottom

23   left-hand corner?

24 A  **Yes.**

25 Q  Okay.  There was a file here -- well, strike that.

1        Based on your review of this image, do any of the

2    folders or files that you see on here represent

3    information that Mr. Cannata had provided to you?

4  A  **(Witness peruses document.)  No, I don't believe so.**

5  Q  And the information from the flash drive -- I know we

6    talked about last time that it was destroyed with a

7    hammer and cracked into pieces, and we've talked about

8    that before -- between your deposition and today, have

9    you been able to locate any copies of any of these

10   folders, files, information on any of your other

11   computers or devices at any time?

12 A  **I have not.**

13 Q  You don't currently possess, to our knowledge, any of the

14   information that Mr. Cannata provided to you?

15 A  **Sadly, I do not.**

16 Q  Okay.  All right.  Take a look at Exhibit 80.

17                              (Exhibit No. 80 marked for

18                               identification.)

19 Q  (By Mr. Bleiman)  On Exhibit 80 you had -- on

20   December 26th at 11:12 a.m., you had written to

21   Mr. Breton-Jean:  I have the code to push it onto the

22   MPVI.  Do you see that at the top of the page?

23 A  **Yes.**

24 Q  What are you referring to there?

25 A  **The firmware flasher.**

1    Q    And what is that?

2    A    **I believe -- I believe it was a firmware flasher, and**

3         **that allows you to flash firmware onto -- to an MPVI**

4         **cable.**

5    Q    And where would you have received that firmware flash?

6    A    **Ken Cannata.**

7    Q    And was that among the terms that was on the initial

8         flash drive that Mr. Cannata provided to you, or was this

9         something that he provided to you subsequent to the

10        initial information that you received?

11   A    **I think it was on the original thumb drive that he had**

12        **provided, but I don't recall exactly.**

13   Q    Taking a look now at Plaintiff Exhibit 81.

14                            (Exhibit No. 81 marked for

15                             identification.)

16   Q    (By Mr. Bleiman)  This is more communications between you

17        and Mr. Breton-Jean; is that correct?

18   A    **Correct.**

19   Q    All right.  And so it appears as though you had

20        indicated, There's a way to dump firmware through serial

21        port on the MPVI.  Do you see that?

22   A    **Yes.**

23   Q    What are you referring to there?

24   A    **And so through the, you know, February, March of 2016**

25        **through December 27th when I wrote this, Ken and I had**

1    talked about the guy that was cloning the cables, and he

2    had indicated to me that it was being pulled out through

3    the serial port on the MPVI.

4  Q  Okay.  And then you sent Mr. Breton-Jean a file there at

5    the top of the page at 12:06 p.m.; do you see that?

6  A  Yes.

7  Q  And that -- that was an admin version of that VCM Suite?

8  A  That was a Version 2.25.2033, executable version of the

9    admin software, correct.

10 Q  And who did you receive that file from?

11 A  Ken Cannata.

12 Q  And would that have been provided to you on the

13   initial -- with the initial materials, or was that

14   something that -- I mean, you were just sending this to

15   him in December of 2016.  Is this something that was

16   provided to you after the initial materials were provided

17   to you?

18 A  I want to think that this was sent to me separate, but I

19   don't recall exactly.

20 Q  How were you communicating with Mr. Cannata, you know,

21   since your -- the start of your communications?

22 A  Primarily via text message or talking on the phone.

23 Q  Okay.  Did you exchange e-mails?  I know there's a number

24   of references in the e-mail -- I mean in the text

25   messages to check your mail and e-mails and things like

```
 1       that.
 2   A   We had, yes.
 3   Q   Okay.  And what e-mail addresses were you communicating
 4       to Mr. Cannata at?
 5   A   I think at that point it would have been
 6       sykedecutuning@yahoo.com.
 7   Q   Okay.  But what e-mails was Mr. Cannata using?
 8   A   It was one of the ones that we had question -- you asked
 9       me about before.  I think it was Ken_Cannata or
10       kenandbobbiecannata.  I want to think it was at AT&T.
11       And then I think -- excuse me -- I think he went over to
12       Charter or vice versa.
13   Q   Okay.  Did you or Ken ever use any other e-mail addresses
14       to communicate with each other at any time?
15   A   Yes.
16   Q   And what were those e-mail addresses?
17   A   We had -- I had used fhptuners@yahoo.com.  And I got
18       responses from him, Ken Cannata, and it was
19       somethingnew1892@yahoo.com, if I recall correct.
20   Q   Somethingnew --
21   A   I believe it was 1892@yahoo.com.
22   Q   Okay.  And when were those e-mail addresses set up?
23   A   That would have been in early 2016.  I believe April.
24   Q   So between April and when were those e-mail addresses
25       being used?
```

1   A   **It was used maybe a handful of times between April of**

2       **2016-ish through -- last time was January 9th of 2017.**

3   Q   Have you been able to locate any e-mails that were sent

4       by you from that address to Ken at the

5       somethingnew1892@yahoo.com address?

6   A   **Yes.**

7   Q   Okay.  Do you have copies of those e-mails?

8   A   **Yeah.  We tried to print some copies off.  A couple of**

9       **them printed decent, and then a couple of them didn't**

10      **print as decent.**

11                      MR. BLEIMAN:  Maybe we'll take a break

12      and see what we got there, but we can keep going for now.

13                      MR. MANN:  Mm-hmm.

14  Q   (By Mr. Bleiman)  So when you were communicating with

15      this somethingnew1892@yahoo.com address, you understood

16      who was on the other end of that e-mail communication,

17      correct?

18  A   **Correct.**

19  Q   And how do -- how do you know who was on the other end of

20      that e-mail communication?

21  A   **Well, two -- two reasons.  The first e-mail that was sent**

22      **from the 18 -- somethingnew1892 to me, it says, Hey, it's**

23      **Ken.  And then looking back through the text messages**

24      **towards the end of 2016 -- I don't remember the exact**

25      **date -- Ken sends me a text message saying, Check FHPT,**

1      **indicating to check the FHPT e-mail account.**

2   Q   Got it.  So, for example, on November 10th, 2016, in the

3       text message production Ken wrote a text to you saying,

4       Check FHPT?

5   A   **Correct.**

6   Q   And that was a reference to you to check your

7       fhpttuners@yahoo.com e-mail address?

8   A   **Yes.**

9   Q   Understood.  Okay.

10                     MR. MANN:  Off the record.

11                            (Discussion off the record.)

12                     THE VIDEOGRAPHER:  All right.  We'll

13      go off the record.  The time is 12:16.

14                            (Recess from 12:16 p.m. to

15                             12:54 p.m.)

16                     THE VIDEOGRAPHER:  All right.  We're

17      back on the record.  The time is 12:54.

18

19                     EXAMINATION (Continuing)

20      BY MR. BLEIMAN:

21   Q   All right.  So we were reviewing some of the Facebook

22      Messenger communications between you and Mr. Breton-Jean.

23      I'll mark this as 82.

24                            (Exhibit No. 82 marked for

25                             identification.)

1   Q   (By Mr. Bleiman)   And please confirm that's more Facebook

2       Messenger communications between you and Mr. Breton-Jean.

3   A   Yes.

4   Q   And it appears that on December 27, 2016, at 7:16 p.m.,

5       did Mr. Breton-Jean send you an application key?

6   A   Yes.

7   Q   Okay.  What -- what was that -- what was the purpose of

8       that?

9   A   He was trying to figure out how the application keys were

10      encoded, so he took an application key through the

11      reverse engineering that we had done and had made a

12      single change to it and wanted me to test it on my end to

13      see if it would validate and indeed license a vehicle or

14      add credits to it.

15  Q   And did it work?

16  A   No.

17  Q   Okay.  All right.  And then it looks like on

18      December 27th, 2016, at 9:46 p.m. you sent

19      Mr. Breton-Jean a file:  Can you patch this one.  A few

20      newer and has zf8 in it, please?

21  A   Yes.

22  Q   Okay.  And that's an admin version of the VCM Editor?

23  A   No.

24  Q   What is that?

25  A   This would have been a production version of their

1      standard VCM Editor that I had compressed down.

2  Q   Explain that to me.

3  A   So I had taken the standard executable program that --

4      you, that you would double click on to run on your

5      computer.  I had zipped it down into a folder and sent it

6      over to him, so it wasn't any source code or an admin

7      version.

8  Q   Got it.  Okay.  And when you say patch a version, what

9      does patch mean?

10 A   There's -- there's beta versions of the software that

11     will allow you to use specific features.  The zf8 at this

12     point in time I believe was a beta, and you had to have a

13     beta key or it needed to be patched as far as to bypass

14     the requirement for it to be beta in order to use it.

15     And so I had sent it to him and asked him to do that.

16 Q   Okay.

17 A   Did that make sense?

18 Q   Is patch basically hack?

19 A   It's -- in a way.

20 Q   Okay.  I'm going to show you Exhibit 83.

21                      (Exhibit No. 83 marked for

22                       identification.)

23                 MR. MANN:  Thank you.

24 Q   (By Mr. Bleiman)  And here on December 28th 2016, you

25     were Facebook Messaging with Mr. Breton-Jean still?

1    A    Yes.

2    Q    And you had asked him, I need to send an e-mail that's

3         not trackable, although you misspelled that word,

4         correct, at 12:35 p.m.?

5    A    Yes.

6    Q    And was this relating to the dummy e-mail addresses that

7         we talked about earlier with you and Ken?

8    A    **After going back and reviewing, no, I don't believe so.**

9                              (Portion of deposition

10                                excerpted in separate

11                                transcript.)

12   Q    (By Mr. Bleiman)  So this did not relate to

13        non-HPT-related communications?

14   A    **Correct.**

15   Q    Did this relate to the Lani Carney issue?

16   A    **No.**

17   Q    Okay.  We'll get to -- get to that later.

18         All right.  And also, based upon what we now have

19        learned, you had been communicating with Ken via those

20        Yahoo addresses since April of 2016, correct?

21   A    **Correct.**

22   Q    All right.  I'm going to show you what you just provided

23        me with here during the break.  And this is marked as

24        Plaintiff 84.

25        ////

1                           (Exhibit No. 84 marked for

2                           identification.)

3   Q   (By Mr. Bleiman)  And this is a printout of the -- I

4       guess the home screen, if you will, for the

5       fhptuners@yahoo.com e-mail address?

6   A   Yes.

7   Q   And this contains communications that started on

8       April 8th, 2016, through January 9th, 2017, correct?

9   A   Yes.

10  Q   And aside from these e-mails, were there any other e-mail

11      messages that you had used this account to communicate

12      for that you'd previously deleted?

13  A   Not to my knowledge.

14  Q   Okay.  And you didn't see any e-mails in any trash folder

15      associated with this account, did you?

16  A   I did not.

17  Q   And the Dale referenced here, Dale Earhharddt or Dale,

18      that is Ken, correct?

19  A   Correct.

20  Q   So it appears that on the first message from April 8th,

21      it looks like, 2016, this inbox appears to be showing the

22      messages in like a conversation mode; is that right?

23  A   Yes.

24  Q   And so there's like five e-mails within that first

25      message at the bottom?

1   A   Yes.

2   Q   And then there's, it looks like, another five messages

3       under that "interesting read" message above it from

4       4/15/2016?

5   A   Yes.

6   Q   Okay.  And then you've got e-mail -- two e-mails in this

7       conversation with some attachments from May 20th, 2016,

8       that's entitled "util class."  Do you see that?

9   A   Yes.

10  Q   Can you tell me what your recollection is of what that

11      message for the util class related to?

12  A   **I believe it was a message about a couple specific**

13      **classes that are an HP Tuner source code.**

14  Q   Okay.  And do you recall what the attachment was that was

15      sent with that util class e-mail?

16  A   **I don't remember the exact names without going back and**

17      **looking.**

18  Q   So as part of providing these e-mails just now during the

19      break, you did forward various of these communications to

20      me and your attorney, correct?

21  A   **Correct.**

22  Q   And the -- under the util class e-mail there appears to

23      be an attachment vcm.zip.  Does that refresh your memory?

24  A   **Yes.**

25  Q   And what was the vcm.zip, to the best of your knowledge?

1  A   If I recall correctly, that would have been a source code
2      project of HP Tuners.

3  Q   Okay.  And that was provided to you in May of 2016?

4  A   Yes.

5  Q   Through this fhptuners@yahoo.com e-mail address?

6  A   Yes.

7  Q   The next message appears to be, Happy Friday from Dale
8      Earhharddt?

9  A   Yes.

10 Q   And it says, NGC3 read packet size must be an even
11     number?

12 A   Yes.

13 Q   What is that referring to?

14 A   So from what I recall on this, this is not a source code
15     file, but it is the source code that was copied and
16     pasted out of a file that was sent to me.  And
17     referencing the NGC3 would be an older Dodge controller.

18 Q   Okay.  I will note, I don't think this e-mail was
19     forwarded, but we can do that at the next break.  I don't
20     recall seeing a "Happy Friday" one.  Let's make a note of
21     that.

22 A   Okay.

23 Q   So that was an e-mail Ken sent to you with source code
24     information but not a file?

25 A   Correct.



1  Q   All right.  And then the Dale Earhharddt junk e-mail,

2      from July 22nd, 2016, do you know what that one is?

3  A   I think that was one I had forwarded to you as well.  I

4      don't remember what the attachments were on it.

5  Q   I don't see that one either.  We'll make sure we get all

6      these.  But the e-mails and the attachments, whatever

7      they are they are, correct?

8  A   Correct.

9  Q   And then on October 16th, there's a "something stinks"

10     message from Ken to you?

11 A   Yeah.  I think that would have been some other source

12     code files, but I don't remember exactly which ones.

13 Q   So based upon what you sent me, it appears as though the

14     attachments were cVehicle.cs and cController.cs?

15 A   Sounds correct.

16 Q   Okay.  And those would have been HP Tuners' program files

17     from Ken, correct?

18 A   Correct.

19 Q   Or is that source code?

20 A   Source code, yeah.

21 Q   All right.  And then there's an e-mail from

22     shaun@aedhp.com?

23 A   Yes.

24 Q   What does that relate to?

25 A   That is a tune file that was exported out of SCT's

1     **software where he had implemented one of their encryption**
2     **routines to lock down the tune file, and he wanted to see**
3     **if I could break it.**
4   Q   Okay.  The next e-mail is a Dale Earhharddt October 10th,
5       2016, entitled "FYI"?
6   A   **I see November 10th.**
7   Q   I'm sorry.  November 10th.
8   A   **Yes.**
9   Q   And then you'll remember when we talked earlier, you had
10      said that looking back at these texts, that you had
11      produced -- for example, on the November 10th, 2016, text
12      message, Ken said to you, Check at FHPT?
13  A   **Yes.**
14  Q   And here there's an e-mail from that same date?
15  A   **Yes.**
16  Q   Okay.  And attached to that file appears to be various
17      source codes files, flasher, cVehicle, cController,
18      frmflash.  Does that sound correct?
19  A   **Sounds correct.**
20  Q   Okay.  And then there's another e-mail that's entitled
21      "test" from November 12, 2016.
22  A   **Yep.**
23  Q   Okay.  That I believe has not been forwarded.  There
24      seems to be six messages in that chain.
25  A   **Okay.**

1   Q   But I think there were certain files in there that are

2       not HPT related; is that correct?

3   **A   Yes.  I believe so.**

4   Q   All right.  So what is your understanding of what was in

5       that test based upon what you reviewed?

6                               (Portion of deposition

7                                excerpted in separation

8                                transcript.)

9   Q   (By Mr. Bleiman)  All right.  And so that test e-mail

10      didn't relate to HPT files?

11  **A   It did not, no.**

12  Q   Okay.  And then the last e-mail was from Dale Earhharddt,

13      Ken Cannata, January 9, 2017, asdf123.

14  **A   Sounds right.  Looks like.**

15  Q   And then there's some attachments to that, correct?

16  **A   It looks like there's a file attached.**

17  Q   And there's a file appkey.xls?

18  **A   Yes.**

19  Q   That's an Excel sheet --

20  **A   Yes.**

21  Q   -- related to the application key?

22  **A   Correct.**

23  Q   Can you tell me what you recall that to be?

24  **A   As I recall, that was a breakdown on how the application**

25      **key was calculated.**

1   Q   Okay.

2   A   **And the -- the logic behind it.**

3   Q   Okay.  And then there's an interfacereprogramming.doc,

4       correct?

5   A   **Correct.**

6   Q   And that's an HP Tuners document?

7   A   **Correct.**

8   Q   Now, with regard to any of the e-mails that you sent,

9       there's nothing in those e-mails to your knowledge that

10      is highly confidential for purposes of our case; is that

11      right?

12  A   **There's -- there's a few files that we discussed that are**

13      **not related to HP Tuners.**

14  Q   I'm sorry.  My question may not have been clear.  I'm

15      sorry to cut you off.

16          In terms of what you forwarded to me, were there any

17      files attached to those e-mails that would have been --

18      that you would designate as highly confidential?

19  A   **If it's related to HP Tuners, no.**

20  Q   Okay.  I think there was one e-mail that -- from what it

21      looks like, it's called Syked.doc, but it just appears to

22      be the HP Tuners document with Syked's name on it.  Are

23      you aware of that document?

24  A   **The name of the document sounds familiar, yes.**

25  Q   I'm trying to find it.



1  A   I believe that was the initial protocol doc that Ken had

2      sent over.

3  Q   Which was an HP Tuners -- I'm not seeing it.  Oh, on the

4      e-mail that's forwarded e-mail from part of that

5      April 8th chain, there appears to be a Syked.doc, but it

6      looks to be HP -- similar to the HP Tuners interface

7      reprogramming doc.  You'll look at it and let me know,

8      but at this point do you think any of this stuff is --

9  A   No, I don't believe so.

10 Q   Okay.  -- attorneys' eyes only?

11 A   Yeah, I don't believe so.

12 Q   Okay.  All right.  Okay.  So now, just for purposes of

13     administrative, what we had talked about doing because of

14     the fact that there is some HP Tuners information on

15     here, we need to either delete it or, you know, maybe we

16     can put Phil in charge of the e-mail account so only he

17     has access to it, like a password, change the password or

18     something?  We can --

19             MR. MANN:  Yeah, I'm not sure exactly

20     how we do this, but --

21             MR. BLEIMAN:  We'll -- we'll figure

22     something out.

23             MR. MANN:  Yeah.

24             MR. BLEIMAN:  Okay.  I just don't want

25     to -- I don't think we necessarily want to delete the

1    e-mails, but we do not -- per the court's order in terms
2    of the HP Tuners IP, we just want to get it out of
3    Kevin's domain.
4                    MR. MANN:  Gotcha.
5    Q   (By Mr. Bleiman)  All right.  So then looking at
6        Plaintiff 85.
7                          (Exhibit No. 85 marked for
8                            identification.)
9    Q   (By Mr. Bleiman)  This is a screenshot of one of the
10       e-mails that I think we were just talking about from
11       April 15, 2016.  And there's an unsupported file, it
12       looks like, correct?
13   A   Correct.
14   Q   And that -- can you tell me what that unsupported file
15       is?
16   A   Controllerflasher.exe.  What it was is it was a flashing
17       utility that was separate from the VCM Editor program
18       that allowed reprogramming of the -- of the engine
19       controllers.
20   Q   Okay.  And that's an HP Tuners file?
21   A   It's an HP Tuners program.
22   Q   Incidentally, I mean on this one it says John Beavis; do
23       you see that?
24   A   Yes.
25   Q   What's that?

1  A  That's the name I created when I created the e-mail

2     account.

3  Q  All right.  So where it says John, like in the upper

4     right on these images, that's just related to that fake

5     name?

6  A  Correct.

7  Q  And then there's the e-mail address fhptuners@yahoo.com?

8  A  Correct.

9  Q  And then that's your phone number?

10 A  Yes.

11 Q  Here are some -- well, why don't we mark this -- 86 is

12    highly confidential -- as long as we're talking about it.

13    And so we'll just ask you a few questions.

14                           (Exhibit No. 86 marked as

15                            confidential in separate

16                            transcript.)

17 Q  (By Mr. Bleiman)  Because I think this is the e-mail that

18    you were referring to with the Dodge and Chrysler

19    information --

20 A  Correct.

21 Q  -- that shows those attachments?

22 A  Correct.

23 Q  Okay.

24 A  So one, two, three, four, five, so all six of those

25    attachments --

1  Q   Right.

2  A   **-- if they are in the forwarded e-mail, they need to be**

3      **highly confidential.**

4  Q   Yeah.  We didn't -- I haven't gotten these attachments --

5  A   **Okay.**

6  Q   -- yet.  All right.  And then here is the 87, Plaintiff's

7      87.

8                              (Exhibit No. 87 marked for

9                                  identification.)

10 Q   (By Mr. Bleiman)  So this is the asdf123 e-mail, January

11     9, 2017, and there it's got the appkey.xls and the

12     interface reprogramming document; do you see that?

13 A   **Yes.**

14 Q   Those are the attachments to that e-mail.

15 A   **Yes.**

16 Q   There's a copy.

17         Okay.  I'm going to show you what I've marked as

18     Plaintiff 88.

19                              (Exhibit No. 88 marked for

20                                  identification.)

21 Q   (By Mr. Bleiman)  This is something you also provided to

22     us this morning.  And this appears to be what?

23 A   **So this is the source from the e-mail that includes the**

24     **appkey.xls.  For whatever reason, when it printed off it**

25     **cut off part of it, but it shows the IP addresses that**

```
 1       were used to send the application key back and forth.

 2       We'll probably need to reprint that.

 3   Q   Which -- where do you see the application key?

 4   A   If you go about 7/8ths down the page on the left-hand

 5       side, it says, "file name = 'AppKey.xls.'"

 6   Q   Yeah.

 7   A   And then the IP address should be further towards the top

 8       on the left-hand side, but it got cut off during

 9       printing.  It's in the screenshot.

10   Q   Okay.  So maybe during a break we'll try to print it like

11       we did these other ones.

12   A   Okay.

13   Q   I guess let's look at Plaintiff 89 as long as we have it.

14                           (Exhibit No. 89 marked for

15                            identification.)

16   Q   (By Mr. Bleiman)  What is Plaintiff's 89?

17   A   This is the source code from the e-mail dated

18       January 10th, 2017.  Again, it got cut off during

19       printing.  I believe that I printed it to show the IP

20       addresses that were used as well.

21   Q   Got it.  Okay.  So we'll get better copies of these.

22       All right.  So now let's take a look at Plaintiff

23       Exhibit 90.

24                           (Exhibit No. 90 marked for

25                            identification.)
```

1  Q   (By Mr. Bleiman)  All right.  So this is more Facebook

2      Messenger communications between you and Mr. Breton-Jean?

3  A   Yes.

4  Q   And then on December 31st at 12 -- at 2:46 p.m.,

5      Mr. Breton-Jean says to you, Which -- which he spelled

6      wrong -- cable are you sending to me finally; do you see

7      that?

8  A   Yes.

9  Q   And then you wrote, The admin one.  John took the other

10     one because he has to get the writing working and once

11     that's done we can swap them out.  Do you see that?

12 A   Yes.

13 Q   What -- what admin cable are you referring to?

14 A   I believe it was just a regular cable but with a serial

15     number 0123456789.  I think at the end of the day I

16     didn't send him that particular one.  I think I sent him

17     another one that had just a random serial number on it.

18 Q   All right.  So the admin cable that we're talking about

19     would be an HP Tuners admin cable for use with the VCM

20     Suite software?

21 A   Yeah.  It was referred to me from Ken as an admin cable

22     based on the specific serial number 0123456789.

23 Q   So an admin version of the MPVI?

24 A   Correct.

25 Q   And was the MPVI being used to develop or to assist in

1      the development of the Syked ECU Tuning software?

2  A   **Not a normal MPVI.**

3  Q   An admin version of the MPVI?

4  A   **No.**

5  Q   Okay.  What type of MPVI was being used to assist in the

6      development of the Syked ECU Tuning software?

7  A   **So the MPVI hardware itself was a normal production MPVI.**

8      **Ken had at that point modified the firmware for our**

9      **communication protocols, had removed the seed and key**

10     **that required an unlock in order to communicate through**

11     **the hardware to the vehicle and made several other**

12     **changes to the firmware, flashed in a custom firmware**

13     **which was intended to be the eliminator firmware, and**

14     **that was used.**

15 Q   Okay.  Let me make sure I understand this.  HP Tuners'

16     interface is known as the MPVI, correct?

17 A   **Yes.**

18 Q   All right.  And the MPVI, just the regular MPVI, was --

19     well, strike that.

20     Ken modified HP Tuners' MPVI to then be used with

21     the Syked ECU Tuning software?

22 A   **Yes.**

23 Q   And how did he modify the MPVI to then use it with the

24     Syked ECU Tuning software?

25 A   **So when initially talking to Ken, one of the things that**

1      I was concerned about was, you know, turning around and

2      using HP Tuners' source code basically line for line,

3      including firmware.  He assured me that he was going to

4      develop an entirely new set of firmware.  And while he --

5      while he was developing the hardware, he would write the

6      firmware loaded into the MPVI hardware that was

7      eventually going to be used for the eliminator cable.

8           So the hardware was the MPVI, but to my

9      understanding, based on what he said, the firmware he had

10     written from scratch and loaded onto the MPVI.  So it

11     wouldn't have been the HP Tuners firmware that was being

12     used in the hardware.

13  Q  Okay.  And do you know, you know, between the time that

14     you started dealing with Ken until today, whether Ken

15     possessed the HP Tuners MPVI firmware?

16  A  He wrote it, so at some point, I mean, he would have had

17     to have possessed it.

18  Q  Right.  But does he -- does he still possess it to our

19     knowledge?

20  A  I'm not -- I don't know.

21  Q  Okay.  Now, when you were developing the communications

22     of Syked -- I guess the -- strike that.

23          When you were involved in the communications

24     protocol of the Syked ECU Tuning software, did you refer

25     to the HP Tuners source code on the flash drive?

1   A   For the protocol communication, I don't recall -- I guess

2       can you elaborate on the question?

3   Q   When you were developing the communications of Syked

4       software, or I guess how the software communicates with

5       the interface, did you refer to HP Tuners' source code on

6       the flash drive?

7   A   Yes.

8   Q   How so?

9   A   So on the -- on the MPVI, you initially have to

10      communicate to an FTDI chip, which is an aftermarket chip

11      that communicates to the USB bus.  In doing so, I needed

12      to know what vendor ID or product ID was being used to

13      communicate to the FTDI chip because it was a hardware

14      with a -- with the FTDI chip programmed as if it was an

15      HP Tuners device.  So while the firmware, I was told, was

16      different, the FTDI chip was still programmed just like

17      it would if it was an HP Tuners production.

18  Q   So the FTDI chip of the interface you were using that Ken

19      provided was the same as the FTDI chip of the HP Tuners

20      interface?

21  A   Yes.

22  Q   And so in order to figure out that communication, you had

23      to refer to the source code that Ken gave you to figure

24      out that communications protocol?

25  A   Yeah, just to connect to the device through the USB port.

1  Q   Is that something you could have figured out without the

2      source code?

3  **A   Yes.**

4  Q   By reverse engineering?

5  **A   You can do that, or if you plug the MPVI into the USB,**

6      **you can go into device manager and you can find the**

7      **vendor IDs that way, which I know now.  I did not know at**

8      **the time.**

9  Q   Okay.  So at the time when you did this, you needed the

10      source code in order to figure out how to connect to the

11      device?

12  **A   Yes.**

13  Q   Now, the firmware that Ken was writing, what information

14      do you have to understand whether the firmware of the HP

15      Tuners MPVI is the same as the firmware for the Syked

16      eliminator cable that Ken was developing for you?

17  **A   The only thing I have would be the eliminator protocol**

18      **document that breaks down how the packeter assembled**

19      **them, you know, what byte does what.  I believe that's**

20      **been produced to you.**

21  Q   I don't know if it has or not, but if not, let's -- maybe

22      we can see that.  But is that -- are those eliminator

23      protocol documents something that Ken provided to you?

24  **A   It's something that we -- I believe it was initially**

25      **provided to us.  I think it was at Syked.doc.  And then**

1    you know, we had worked on it at different points in time

2    and made modifications to it as we were developing the

3    communication protocol.

4  Q  Now, it's your understanding that when Ken was developing

5    the cable and the firmware, he started with the HP Tuners

6    firmware and then made certain modifications to it to

7    make it different, and I've seen that in some of the text

8    messages.  Is that what your understanding was?

9  A  I don't recall exactly if that's what he had done.  One

10   thing I made very clear is I wanted it to be different.

11   You know, I didn't get a chance to read back through all

12   the text messages, so if that's what it indicates in

13   there, then --

14  Q  We'll go through them here in a minute.  Okay.

15       I'm going show you what I've marked as Exhibit 91.

16                         (Exhibit No. 91 marked for

17                          identification.)

18  Q  (By Mr. Bleiman)  So on Exhibit 91 -- and I think we need

19    to look at Exhibit 87 as well.  Can we look at both of

20    those?

21  A  (Witness complies.)

22  Q  All right.  So first on 91 you wrote to him -- it's not

23    on here, but you had written to Mr. Breton-Jean, I'll

24    represent to you, at 11:25 a.m.:  I can make an -- a app

25    key now.  Okay?  There's another page that didn't get

1        copied here.

2   A    I'm sorry.  What time?

3   Q    Well, it was at 11:25.  I don't have that printed for

4        some reason.  I don't know where it went.

5   A    Okay.

6   Q    And then you proceeded to have a conversation with

7        Mr. Breton-Jean about generating application keys for

8        him.  And you told him here, I can't give you the key

9        generator, at 12:02 p.m.  Do you see that?

10  A    Yes.

11  Q    And then you say at 12:04, Just like the other MPVI code

12       I have.  I can't share it.  I'm under a contract and NDA.

13       You know that.  Do you see that?

14  A    Yes.

15  Q    And what MPVI code are you referring to?

16  A    The -- the MPVI code is probably something to do with the

17       firmware or the firmware flasher, something like that.

18  Q    The materials that Ken had provided to you?

19  A    Yes.

20  Q    Okay.  And then you talk about here selling credits and

21       whatnot.  Now, you recall, there were some communications

22       between you and Ken about using some foreign entity or

23       someone foreign to sell credits?

24  A    I briefly recall something about that.

25  Q    Were there conversations with -- between you and Ken

1    about generating keys to sell credits to third parties,

2    HP Tuners' credits?

3  A  **Yeah, at different points there had been.**

4  Q  And what was the purpose of doing that?

5  A  **The one text message that I recall would have been after**

6    **this litigation started, and he told me to go sell**

7    **credits to pay for my attorney.**

8  Q  Okay.  And if there are other text messages about, you

9    know, using foreign people to sell text messages, I mean,

10    they're in the text messages themselves, correct?

11 A  **Yeah, they would be.**

12 Q  Okay.  So, for example, on like October 30th, 2016,

13    there's a text message from Ken to you.  And I'll read it

14    to you:  They are going to take a major financial hit on

15    income just like SCT.  We can offer licenses for HPT

16    through foreign sources and we get paid, not them.  Do

17    you see that?

18 A  **Yeah.**

19 Q  I mean, do you recall that?

20 A  **I do recall that.**

21 Q  Okay.  And so -- I mean, this is 10 days after his

22    transaction with HP Tuners.  Are you aware of that?

23 A  **Yes.**

24 Q  Okay.  So he was already plotting to try and sell

25    licenses for HPT through foreign sources.  Did that ever

1       happen?

2    A   **Did -- did Ken ever?**

3    Q   Did you and Ken ever arrange through foreign sources to

4        sell credits to third parties?

5    A   **Not to my knowledge.**

6    Q   All right.  So if you look then at this Exhibit 91, and

7        you're talking about being able to generate application

8        keys, and then on 87, the day before, on the 9th of

9        January is when you got this Excel file from Ken on the

10       appkey.xls?

11   A   **Yes.**

12   Q   So by virtue of getting this document, is that what then

13       gave you the ability to start generating keys even though

14       you had previously been provided with the key generator?

15   A   **No.  The -- the appkey.xls gave me the understanding of**

16       **how the application key was calculated versus the**

17       **application key generator was -- you know, it was already**

18       **in a project.**

19   Q   Okay.

20   A   **So this -- and Keith might be able to elaborate further**

21       **on what it is.  I don't recall exactly, you know, what**

22       **was in the xls document, but it was more of a breakdown**

23       **on the logic and the methodology behind doing it as**

24       **opposed to generating the keys with the program that**

25       **generates the keys.**

1  Q   I guess what I'm trying to understand is, before

2      January 9th, could you generate keys?

3  **A   Yes.**

4  Q   Okay.  And so then you were just telling Mr. Breton-Jean

5      on the 10th that you can generate keys and the day before

6      it was just coincidental that he had gotten you this

7      spreadsheet?

8  **A   That he had given me the spreadsheet.**

9  Q   Okay.  Got it.  All right.  Here's Plaintiff 92.

10                          (Exhibit No. 92 marked for

11                              identification.)

12  Q   (By Mr. Bleiman)  And this is more Facebook Messenger

13      communications, correct?

14  **A   Yes.**

15  Q   All right.  And so you had sent a couple of different

16      application keys, it looks like, to Mr. Breton-Jean

17      correct?

18  **A   Correct.**

19  Q   And also generated credits for him.  I think he wanted

20      1,000/1,000/1,000, but it looks like maybe you didn't

21      generate that many initially?

22  **A   Initially, no.**

23  Q   Okay.  And then what -- how many did you ultimately

24      generate for Mr. Breton-Jean?

25  **A   At the end of the day, 1,000/1,000/1,000.**

1  Q  Now, you know that we had -- in some of the subsequent

2     e-mails you -- or time period between your deposition and

3     now, you had gone back and looked at -- for additional

4     records relating to who you had generated keys for?

5  A  Yes.

6  Q  And Mr. Breton-Jean was one that you had given keys to,

7     correct?

8  A  Correct.

9  Q  And then there were some other -- couple other folks that

10     you had given keys to, correct?

11  A  Correct.

12  Q  And there were some folks that you had sold keys to,

13     correct?

14  A  Correct.

15  Q  Okay.  I'm trying to find the list.  Do you, as you sit

16     here, know how many credits you -- or keys you generated

17     for each of those individuals?

18  A  Not a specific number.

19  Q  Okay.  And then in addition to the individuals we've

20     talked about, there were some credits sold that you were

21     paid at the Lani Carney PayPal, correct?

22  A  Correct.

23  Q  So let's go through this exhibit because I know we talked

24     about it before.  This is Plaintiff's Exhibit 18.

25         So this is a discounthptunerscredits@mail.com e-mail

```
 1      address; is that right?
 2   A  Yes.
 3   Q  And that's an e-mail account that you created?
 4   A  No.  Well, excuse me.  Say that -- repeat that.
 5   Q  Who created the discounthptunerscredits@mail.com e-mail
 6      address?
 7   A  I did.  Sorry.
 8   Q  Who's Lani Carney?
 9   A  It was a PayPal account that was purchased through an
10      online site.
11   Q  And then -- so these would have been additional credits
12      that had been sold; is that correct?
13   A  Yeah.  It was not very many.
14   Q  But, like, some of these Australian dollars, I mean,
15      there were some sales to people in Australian?
16   A  Yeah.  It was $25 for each credit, so if you start doing
17      the math, there's a thousand dollars divided down by 25.
18   Q  So this -- so were there any other transactions besides
19      these that we have identified here?
20   A  Besides these transactions and the ones that I gave you
21      the list of names, no.
22   Q  Okay.  And so there's a reference on here to the --
23      Georgi Cannata; do you see that?
24   A  Yes.
25   Q  And who is that?
```



1   A   Ken's daughter.

2   Q   Okay.  And so it looks like some shoes were sent to the

3       daughter; is that right?

4   A   Yes.

5   Q   Okay.  So did you order those shoes and send them to the

6       daughter?

7   A   Yes.

8   Q   For what purpose?

9   A   I don't recall why I had -- I had done it.

10  Q   Was it like a gift?  Was it --

11  A   Yeah, it was...

12  Q   Was it something Ken asked you to do?

13  A   I don't believe he asked me to do it.  I think I was just

14      sending them to her cos I didn't need the money out of

15      this account.

16  Q   Now, Ken obviously knew about the shoes, correct?

17  A   Yes.

18  Q   Did he thank you for the shoes?

19  A   I think he said he threw them away.

20  Q   Why is that?

21  A   Because he -- his daughter doesn't dance or anything,

22      and...

23  Q   Okay.  I mean, they seem like pretty expensive shoes.

24  A   454 bucks.  Yeah.

25  Q   All right.  And do you know who these -- Christopher

1    Guzman, All Car Tuning Americas, do you know these

2    people, or they just reached out to you on the website?

3  A  **These people would have been through the MHH forum.**

4  Q  Okay.  And then there's the payment to Christopher

5    Breton-Jean?

6  A  **Yeah.**

7  Q  Was there a reason you used this account to make some of

8    these payments as opposed to the Syked PayPal accounts?

9  A  **The payment to Christopher Breton-Jean was for the 2.24**

10   **patch that he had did.**

11  Q  Okay.

12  A  **Which was also posted on the MHH Auto.**

13  Q  So that -- when you say that was posted on the MHH Auto,

14   the link for the download of that hacked version of the

15   software was put on MHH Auto?

16  A  **Yes, of the 2.24.**

17  Q  Right.  And that was posted on the MHH Auto by ECU

18   Master, correct?

19  A  **Correct.**

20  Q  And you are ECU Master; is that correct?

21  A  **That is correct.**

22  Q  And I know you previously denied that in your original

23   deposition, but you are correcting that testimony here

24   today; isn't that right?

25  A  **I am, yes.**

1 | Q  And the ECU Master was the user name that you used to

2 |    post on the MHH forum?

3 | A  **Yes.**

4 | Q  ECU Master posted a hacked version of the 2.24 on the MHH

5 |    forum?

6 | A  **Yes.**

7 | Q  And what other versions of hacked HP Tuners software were

8 |    posted on MHH forum by you as ECU Master?

9 | A  **4.05.**

10 | Q  Okay.  Any others?

11 | A  **No.**

12 | Q  There wasn't a 3.5, I want to say?

13 | A  **There was a 3.6 and 3.7 that somebody had posted, but I**

14 |    **had nothing to do with that and that was not posted by**

15 |    **ECU Master or me in any way, shape or form.**

16 | Q  Okay.  Did ECU Master post links for download on any

17 |    other forum other than MHH Auto?

18 | A  **I believe there were some others.  I don't remember all**

19 |    **of them.**

20 | Q  Other forums?

21 | A  **Yes.**

22 | Q  What could they have been?

23 | A  **There was a GM forum that it was posted on.  I believe it**

24 |    **was posted on HP Tuners' forum.  I'm not sure off the top**

25 |    **of my head of the other ones.**

1  Q   Okay.  Would you be able to figure it out?

2  A   **I don't think so.**

3                     **THE WITNESS:  Could we go off the**

4      **record for a moment?**

5                     MR. BLEIMAN:  Sure.

6                     **THE WITNESS:  Is there any way --**

7                     THE VIDEOGRAPHER:  Do you want to go

8      off the record?

9                     MR. BLEIMAN:  Yes, please.

10                    THE VIDEOGRAPHER:  Stand by.  We're

11     going off the record.  The time is 1:42.

12                                (Short recess taken.)

13                    THE VIDEOGRAPHER:  All right.  We are

14     back on the record.  The time is 1:42.

15 Q   (By Mr. Bleiman)  Would you have records of what other

16     forums the downloads may have been posted in?

17 A   **I wouldn't know.**

18                    MR. BLEIMAN:  Okay.  Let's take a

19     15-minute bathroom break.

20                    THE VIDEOGRAPHER:  All right.  We're

21     going off the record.  This is the end of Media Unit No.

22     1 in the video deposition of Kevin Sykes-Bonnett.  We're

23     going off the record.  The time is 1:43.

24

25

```
 1                         (Recess from 1:43 p.m. to
 2                         2:04 p.m.)
 3                         THE VIDEOGRAPHER:  All right.  We're
 4      going on the record.  This is the beginning of Media Unit
 5      No. 2 in the video deposition of Kevin Sykes-Bonnet.
 6      We're now on the record.  The time is 2:04.
 7
 8                         EXAMINATION (Continuing)
 9      BY MR. BLEIMAN:
10   Q  Okay.  I want to show you -- we got some better copies
11      during the break, and this will be Exhibit 93.
12                         (Exhibit No. 93 marked as
13                           confidential in separate
14                           transcript.)
15   Q  (By Mr. Bleiman)  So this was the -- some e-mails from
16      the fhptuners@yahoo.com address.  And these were the --
17      this is a color copy, a better copy, and it shows those
18      non-HTP attachments that you talked about earlier; is
19      that right?
20   A  Yes.
21   Q  Okay.  And then Exhibit 94 is also just a color version
22      of a prior e-mail, better printed copy, showing the
23      January 9th, 2017, e-mail from Ken to you containing the
24      HP Tuners appkey.xls and interface reprogramming
25      attachments?
```

```
 1                              (Exhibit No. 94 marked for

 2                               identification.)

 3   A    Yes.

 4   Q   (By Mr. Bleiman)  Okay.  That was 94.  And then

 5        Plaintiff's 95.

 6                              (Exhibit No. 95 marked for

 7                               identification.)

 8   Q   (By Mr. Bleiman)  This was another copy of a prior

 9        exhibit, but a better printed copy showing the IP address

10        from the -- why don't you tell me what it is.

11   A    So this is for Exhibit 93 or 94, one of the two.  This is

12        the source code for that e-mail.

13   Q    I think it's 94 because it shows the attachment names; is

14        that right?

15   A    Yes, yes.  Down to the lower left side is appkey.xls for

16        the file name.  So this would be the source code

17        contained up in the header of the e-mail, which showed

18        the IP addresses on who it was received from.

19   Q   So which IP address were you looking at?

20   A    It's either going to be the 98.138.100.117 or the one

21        that's right below it, the 98.138.88.232.

22   Q   And did you -- when you found this e-mail and looked at

23        this today, what -- did you look at what that IP address

24        related to?

25   A    I did look up the IP address, and it came from a
```

```
 1        California -- California area.

 2   Q    Where was Ken located at the time that you were

 3        communicating with him on this e-mail?

 4   A    I believe at this time he was in California.

 5   Q    Okay.  So it was before he went to Reno?

 6   A    Yes, I believe so.

 7   Q    And then here is another better copy.  This is

 8        Plaintiff's 96.

 9                            (Exhibit No. 96 marked for

10                             identification.)

11   Q    (By Mr. Bleiman)  And this is also a source code relating

12        to an e-mail, correct?

13   A    Yes.  This is for the January 10th e-mail, 2017, which is

14        Exhibit 94.  Source code -- I actually stand corrected.

15        On Exhibit 95, I don't believe those are the two IP

16        addresses.  If you look about halfway down the page, it

17        says X-originating-IP.

18   Q    Yeah.

19   A    And it's got that -- the IP address.  So I believe this

20        might be actually the originating IP on where the e-mail

21        was sent from.

22   Q    Okay.  So the 98.138.91.235?

23   A    Yes.

24   Q    Okay.  All right.  I want to get back to the ECU Master

25        thing for a minute here.  So ECU Master was a acronym
```

1    user name for an account that you created, correct?

2  A  Correct.

3  Q  And -- and what -- was it your idea to release this

4    software -- I know at this time there -- we read that

5    text message earlier about the foreign sources with Ken.

6    Was he involved in any discussions relating to the

7    release of the HP Tuners cracked software?

8  A  Yes.

9  Q  Okay.  How was Mr. Cannata involved with you in terms of

10   discussing the release of cracked versions of HP Tuners

11   software?

12 A  During the summer of 2017 prior to the ECU Master, you

13   know, showing up on the forums, the MHH forum, I was down

14   in Las Vegas at an event with my family, and I got a

15   phone call from Ken.  Ken said he had an idea.

16 Q  This was the summer of 2017?

17 A  Yes.

18 Q  Okay.  What were you in Vegas -- what were you in Las

19   Vegas for?

20 A  A dance competition for my daughter.

21 Q  Okay.  And you recall getting a phone call from Ken while

22   you were in Las Vegas at this dance competition?

23 A  Yeah.  So we were at the dance competition, and I had

24   stepped outside.  I can visualize exactly where I was at.

25   And I stepped outside, and I was talking to John at that

1       time.  Phone rings and it was Ken.  Ken says he's got

2       a -- got a great idea.  And so I merged it with John, and

3       said, Hey, John, you know, Ken's got a great idea, you

4       know.  At so at that point Ken proceeded to say we should

5       release a cracked version of the software that was given

6       to me by Christopher Breton-Jean that required no

7       licenses.

8            And at that time, you know, I -- well, first off

9       John said, you know, he wants no part of this and hung up

10      the phone.  From that point, Ken and I continued to

11      discuss it, and I told him, you know, the 3.4 is a bad

12      idea to release because it includes Dodge support, and

13      that's our main focus in what we specialize in.

14           So we then began continuing to discuss what was the

15      latest production version of HP Turners software that

16      included only GM or General Motors side tuning.  And he

17      had told me it was 2.24.  And so we came up with the

18      concoction of, you know, patching 2.24 and releasing that

19      out to the general public to bypass licensing.

20  Q   And did -- okay.  So did Ken have the -- strike that.

21           Where did you get the version 2.24 to then crack and

22      release?

23  A   Christopher Breton-Jean.

24  Q   So he had the 2.24 version?

25  A   Well, I provided him with the 2.24 production version,

1    **executable, which then he patched, and then it was**

2    **released to the public.**

3    Q   On the forum?

4    **A   Yes.**

5    Q   Under the ECU Master?

6    **A   Yes.**

7    Q   And so then you said that Christopher Breton-Jean patched

8        the version or hacked the version.  Do you know how he

9        did that?

10   **A   At the time I didn't know.**

11   Q   What about now?

12   **A   Yes, I do.**

13   Q   How did he do that?

14                              (Portion of deposition

15                               excerpted in separate

16                               transcript.)

17   Q   (By Mr. Bleiman)  All right.  So the 2.24 was then

18       patched.  And then did any of the information that -- and

19       we're back to regular.

20                    MR. MANN:  Certainly.

21   Q   (By Mr. Bleiman)  Was any of the information that Ken --

22       or did any of the information that Ken provided assist

23       Mr. Breton-Jean in doing what he needed to do?

24   **A   No.**

25   Q   Okay.  So then subsequent to that, did Mr. Breton-Jean

1    patch any other versions of HP Tuners software?

2  A  **Prior to doing the 2.24, yes, he did.**

3  Q  Okay.  Which versions did he patch?

4  A  **I believe it was 3.2, 3.4, and then I think there was a**

5     **3.5 and/or a 3.6 that he had patched as well.**

6  Q  Did he provide you with any of these versions?

7  A  **Yes.**

8  Q  Do you still have these versions?

9  A  **No.**

10  Q  Did -- were these in those folders that we saw on the

11     computer images earlier, any of the -- were they

12     contained within any of those folders?

13  A  **Yes.**

14  Q  Which folder would they had been kept in on Exhibit 13 or

15     14?  The HPT cracked folder?

16  A  **Yes.**

17  Q  Okay.  And you don't currently have any versions of that,

18     correct?

19  A  **I do not.**

20  Q  Now, do you know if Mr. Breton-Jean still possesses

21     versions of that cracked software?

22  A  **I would be speculating, but I imagine yes.**

23  Q  Okay.  Now, you didn't release 3.2, 3.4 or the other one

24     that he provided to you?

25  A  **I did not.**



 1  Q   All right.  So back to the conversation with Ken that you

 2      had.  So he actually planted the seed, I guess, in your

 3      head to say let's publicly release this because he felt

 4      as though if a public version was out there that people

 5      wouldn't have to go out and buy credits from HP Tuners?

 6  A   **Yes.**

 7  Q   And that's something he told you?

 8  A   **Yes.**

 9  Q   And he felt if HPT wasn't making money that they'd have

10      to close down?

11  A   **Yes.**

12  Q   Is that something he said to you?

13  A   **So he told me that if we release this patch version of**

14      **the software, it would get rid of HP Tuners and then we**

15      **wouldn't have a competitor.**

16  Q   And this was the summer of 2017?

17  A   **Yes.**

18  Q   Now, subsequent to that, the ECU Master, you, did release

19      a 4.05 hacked version of HP Tuners software, correct?

20  A   **Correct.**

21  Q   And that would have had GM in it, correct?

22  A   **It would have -- yeah, whatever support they had.**

23  Q   So what was your mindset in doing that at that time?  Was

24      it just to try and get back at HP Tuners because of this

25      litigation?

1   A   It was.

2   Q   Did Mr. Breton-Jean patch the 4.05?

3   A   No.

4   Q   Who did that?

5   A   I did.

6   Q   And using the same methods that Mr. Breton -- or similar

7       methods to what Mr. Breton-Jean used?

8   A   Similar, yes.  It's --

9   Q   Why don't we mark this as highly confidential, but we can

10      show it to my --

11  A   Yeah.

12  Q   -- principals.

13                              (Portion of deposition

14                               excerpted in separate

15                               transcript.)

16  Q   (By Mr. Bleiman)  So describe for me what -- you know, I

17      know we talked -- well, strike that.

18          I know we talked at the first deposition in terms of

19      this Mr. Christopher Breton-Jean.  And obviously we're

20      getting some additional detail here today.  Tell me what

21      that relationship was and what -- I guess let's start

22      with what were you -- what was he doing for Syked ECU

23      Tuning?

24  A   So just to, I guess, kind of, you know, recap on the

25      relationship.  It started by he had a Dodge Neon SRT-4

1    that he had put an aftermarket cruise control in.  He

2    needed me to do a custom operating system that allowed

3    activation of the cruise control because this car never

4    came with it.  I told him it was going to cost him X

5    dollar amount.  He said he didn't have the money.  You

6    know, Is there anything -- I'm willing to trade.  I said

7    sure.

8         I said, Are you good with programming?  Are you good

9    with reverse engineering?  He said yes.  I said, Well if

10   you hack my program, my software and tell me where my

11   bugs are and my loopholes are so I can patch it to make

12   it more secure, then I'll go ahead and do this custom

13   tuner, custom operating system for you.  That's where the

14   relationship started.

15        You know, we talked quite a bit, you know, over

16   the -- you know, as time kind of went on, and he

17   eventually got involved in developing server code for us.

18   And that was his main relationship, I guess, with Syked

19   ECU Tuning -- not me as a personal individual -- would be

20   server code.

21  Q  All right.

22  A  He ended up developing -- I shouldn't say developing.  He

23   ended up taking our Version 1 server code that was

24   written by Jason Sax (phonetic) and taking it, I guess

25   you could say, to the next level and making a Version 2

1    server for us, in which he -- you know, he was paid

2    through, you know, different means.  You know, I bought

3    him a CPU.  I bought him a hard drive.  I paid him some

4    cash, and things like that.

5         In doing so, him and I started reverse engineering

6    other -- other programs and just kind of kept going from

7    there.  So it was a personal and a business relationship.

8    It was --

9  Q  Right.  So the -- but in terms of what he was doing with

10    respect to HP Tuners was mainly reverse engineering or

11    hacking HP Tuners' software?

12  A  Yeah.  And the idea was not to benefit Syked ECU Tuning.

13    It was more of a challenge than anything.  Let's -- let's

14    see what we can learn.  Let's see what we can come up

15    with.

16  Q  You did transmit some of the HP Tuners source code to

17    Mr. Breton-Jean, though, at different times?

18  A  I don't recall doing that.

19  Q  Okay.  Well, let's -- I mean, we'll mark this as highly

20    confidential just because there's some lines here.

21    Exhibit 97 will be highly confidential.

22                              (Exhibit No. 97 marked as

23                               confidential in separate

24                               transcript.)

25  Q  (By Mr. Bleiman)  But -- so this is more Facebook

1       communications between you and Mr. Breton-Jean?

2   A   Yes.

3   Q   And here's some source -- some HP Tuners source code that

4       you did send to him.

5   A   It appears so, yes.

6   Q   And what would have been the purpose of sending this to

7       him?

8   A   I honestly have no clue because prior to this I said I

9       couldn't send him anything.  So I don't know why I would

10      have sent this to him.

11  Q   All right.  But you do recognize this to be HP Tuners'

12      source code?

13  A   Yeah.  This appears to be an NGC3 seed key algorithm.

14      The NGC3 underscore scram equals new ent square bracket 8

15      closed square bracket, you know, with a bunch of, you

16      know, O, X and numbers and letters stuff.  You know,

17      there's -- there's bits and pieces of this that is, you

18      know, seed key algorithm mandated by the manufacturer,

19      but the way it's written would be HP Tuners' format, yes.

20  Q   Okay.  All right.

21  A   I'm not sure why I would have sent that to him.

22  Q   Now, clearly the relationship between you and

23      Mr. Breton-Jean deteriorated; is that correct?

24  A   Correct.

25  Q   And you've seen the Facebook messages where he's, you

1   know, claimed to have pictures and videos and things like
2   that, correct?

3 A   **Correct.**

4 Q   And obviously we looked at some of those pictures earlier
5   today, correct?

6 A   **Correct.**

7 Q   And you -- I know we talked the first time at the first
8   deposition, you know, about that Gregory Gilvach,
9   correct?

10 A   **Yes.**

11 Q   And I know you said at the first deposition basically you
12   didn't, you know, have an opinion as to who Gilvach may
13   be or, you know, whether Mr. Breton-Jean was Gilvach.
14   Based upon everything you've seen and going back through
15   your Facebook Messenger messages, do you have a belief
16   today as to who may be behind the Gregory Gilvach
17   anonymous person?

18 A   **Based on going back through, reviewing everything with**
19   **the Facebook messages between Christopher Breton-Jean and**
20   **I, looking through the screenshots that Gregory Vilvach**
21   **had provided to you, Andrew Bleiman, I believe it's**
22   **Christopher Breton-Jean.**

23 Q   Or certainly someone working with him that he gave stuff
24   to?

25 A   **Very possible, but I believe it was Chris directly.**

1  Q  Has he ever told you that he is or is not Gregory

2     Gilvach?

3  A  **He has not, no.**

4  Q  And when you were communicating with Mr. Breton-Jean, I

5     mean, maybe on TeamViewer, he would have been sharing the

6     screen, like he would have had an ability to see what was

7     on your screen at that time and take a picture of it or a

8     video on his end?

9  A  **He would have been the only one besides John that I**

10    **pretty much allowed onto my computer.**

11 Q  Okay.  And you would frequently TeamView with

12    Mr. Breton-Jean based upon these Facebook messages?

13 A  **Yeah.**

14 Q  Or have video calls or things like that?

15 A  **Absolutely.**

16 Q  And did he accuse you of being affiliated to the person

17    in New York that apparently was selling some interfaces?

18 A  **Yes.**

19 Q  And do you have any -- or have you had any interaction

20    with the person in New York that was selling interfaces?

21 A  **He had sent an e-mail after we had initially released the**

22    **eliminator cable wanting to purchase one.  I had heard**

23    **his name through another gentleman that was involved in**

24    **interface with another case with HP and, you know, so I**

25    **immediately screenshoted that and sent it over to you.  I**

1    knew who he was, but I never had any -- I never replied

2    back to the e-mail, nor have I had any discussions or

3    communications with him.

4  Q  I know we talked before about selling some of the app

5    keys and credits, things like that, and you did post the

6    one interface for sale.  Were there any interfaces sold

7    by you to any third parties that had been cloned or

8    manipulated or loaded with credits?

9  A  No.

10 Q  All right.  Let's quickly look at Exhibit 36 that was

11   previously marked.  And this was one of your posts that

12   we covered in the first deposition.  But this screenshot

13   of the "PCM Tools HP Tuners Confidential," was this

14   something that Ken provided you with?

15 A  He provided me with a screenshot via text message.

16 Q  Okay.

17 A  Which I believe would have been in the November of '17 to

18   November of '18 text messages that I produced to you

19   guys, but I never did have the actual program itself.

20 Q  Okay.

21             MR. BLEIMAN:  Let me do this.  This is

22   98.

23                  (Exhibit No. 98 marked for

24                   identification.)

25 Q  (By Mr. Bleiman)  So 98 is more Facebook Messenger

 1      communication between you and Mr. Breton-Jean?

 2   A  Yes.

 3   Q  And then obviously you'd sent the PayPal payment to him

 4      from that Lani Carney PayPal address?

 5   A  Yes.

 6   Q  And then here on March 24, 2018, he says, If I can prove

 7      you're Larni, all will be proved same.  He misspelled a

 8      bunch of words, but he had obviously known you were

 9      behind the Lani Carney PayPal, correct?

10   A  The entire time.

11   Q  Right.  And so this is that reference to that; is that

12      your understanding?

13   A  Yes.

14   Q  Was he also generating keys for third parties,

15      Christopher Breton-Jean?

16   A  Unless he figured out a way to do it, not to my

17      knowledge.

18   Q  Okay.  And what about distributing like -- there was a

19      bunch of references in the -- well, I'll just mark this.

20                          (Exhibit No. 99 marked for

21                           identification.)

22   Q  (By Mr. Bleiman)  So here there's -- this is Plaintiff's

23      99.  This is maybe part of when he got frustrated

24      regarding a guy in New York that someone else is offering

25      unlimited HP Tuners, and he says, Who the fuck have you

1        given my hacked version.

2    A    Yes.

3    Q    So was he -- did he to our knowledge provide the hacked

4         version of the software to anybody?

5    A    Not to my knowledge.  He tried selling the cable -- or

6         well, the cable that I had provided to him that was just

7         a normal cable, and I had loaded it up with credits, he

8         had -- he tried selling that to somebody, but I don't

9         know about him trying to do anything with the -- with the

10        hacked version of the software.

11   Q    Okay.  Like in terms of selling it, you don't know?

12   A    I don't know.

13   Q    Okay.  All right.  I'm going mark this as Plaintiff's

14        100.

15                              (Exhibit No. 100 marked for

16                               identification.)

17   Q    (By Mr. Bleiman)  So Plaintiff's 100 were answers to

18        interrogatories that you provided in this case.

19   A    Yes.

20   Q    And so the first answer here relates to this VCM Editor

21        3.0.83 in receipt of that VCM Editor version, do you see

22        that, an admin version of VCM Editor 3.0.83?

23   A    Yes.

24   Q    And the answer is that you were not provided with one?

25   A    Correct.

1  Q   Okay.  I printed -- in connection with the document

2      production, there were some Excel files, which I don't

3      think we need to mark all these pages, but I'll show you

4      there's like a log from VCM Editor 3.4.3.  There's also a

5      log on another one that I didn't print out that you

6      produced of the 3.0.83.

7  A   Correct.

8                              (Portion of deposition

9                               excerpted in separate

10                              transcript.)

11                    **THE WITNESS:  Okay.  I just didn't**

12      **know if there was --**

13  Q   (By Mr. Bleiman)  Understood.

14  A   **-- a misunderstanding.**

15  Q   No, no.  That -- I will still keep that.  But I guess --

16      so from what I can understand, the admin version of the

17      software that Ken had provided you with allowed you to

18      run these Excel files or create this Excel file using --

19      well, strike that.

20          The admin version of the software that you had

21      possessed allowed you to create these Excel logs of these

22      vehicles?

23  A   **Yes.**

24  Q   Okay.  You didn't need the admin version of 3.4.3 to do

25      this; you were able to use the admin version that Ken had

1         given you to run these reports?

2    A    **Correct.**

3    Q    Without an admin version of the software, you wouldn't

4         have been able to run these logs, correct?

5    A    **In that specific format, correct.**

6    Q    Right.  Right.  Okay.  I realize you haven't seen the

7         expert's report, but I want to ask you a couple of

8         questions.  The -- would you agree that the Syked source

9         code interfaced with the HPT hardware?

10   A    **Partially.**

11   Q    Okay.  And would you agree that the --

12                                 (Portion of deposition

13                                  excerpted in separate

14                                  transcript.)

15   Q    (By Mr. Bleiman)  Okay.  Let's take a look here at what

16        has been marked as Plaintiff's 68.  And these are the

17        text messages that we had gotten produced by you between

18        -- for the period November 19, 2017 to November 17, 2018.

19        Do you see these?

20   A    **Yes.**

21   Q    And these were produced to us in the PDF format.  Do you

22        recognize them?

23   A    **Yes.**

24   Q    And to be clear, the blue messages would be your messages

25        to Ken and the -- on the right, and the messages in the

1       gray boxes on the left would have been the messages from

2       Ken to you?

3  A    Correct.

4  Q    All right.  Now -- and then looking at the text messages

5       that you just gave us as well between, you know, late

6       2015 and March of 2017, Ken routinely was communicating

7       with you about the business of Syked ECU Tuning, correct?

8  A    Correct.

9  Q    And he was frequently and routinely participating in

10      meetings relating to the company; is that correct?

11 A    Correct.

12 Q    And you'd had a number of phone conferences between you,

13      him and John, correct?

14 A    Correct.

15 Q    And there was -- were there set meeting times every week

16      that you had, or I know I saw some texts that you were

17      trying to maybe get a more scheduled time every week on

18      the calendar so that everybody would get on the phone at

19      the same time?

20 A    Yeah.  There was a lot of -- I mean, we -- we tried to

21      kind of structure certain meetings just to kind of see

22      where everybody's at on the development of what each

23      person was responsible for doing, but I don't know that

24      we ever had anything consistent.

25 Q    And in many of these text messages, you were

1    communicating to Ken, and Ken was communicating to you,

2    you know, We're going to make a lot of money.  This is

3    going to be great.  We're going to have a great year.

4    And you were trying to work together on the development

5    of the business of Syked; is that right?

6  A  Correct.

7  Q  And what was the purpose then of having Bobbie as the

8    owner of the company when Ken was the one who was doing

9    everything involved with the business?

10 A  **Ken would have been on a noncompete.  He wanted to make**

11   **sure that, you know, what he was investing was secure.**

12   **And so Bobbie essentially became a shareholder of the**

13   **company.**

14 Q  So she was a front person, essentially?

15 A  **Basically.**

16 Q  And Ken understood he had the noncompete, but was

17   directly trying to manufacture this to avoid the

18   noncompete?

19 A  **I believe so.**

20 Q  And he and you had communicated about the fact that he

21   had a noncompete and he had to do this through Bobbie to

22   try and avoid implicating the noncompete?

23 A  **Yes.**

24 Q  And I've seen text messages and, you know, wink emojis in

25   terms of, you know, My noncompete's in place.  Because

1   despite the fact that there was the noncompete, he was

2   actively, routinely and, really on a daily basis, working

3   on the development of the Syked business; is that

4   correct?

5  A  Partially.

6  Q  What's not correct about what I said?

7  A  Well, so he worked on the development of the hardware and

8   of the firmware, but for the most part, I mean, when it

9   came to anything to do with, you know, the actual

10   software itself or things along those lines, I mean, he

11   never really had any involvement in it.  He might have

12   had suggestions, but he -- you know, he wasn't doing any

13   marketing.  He wasn't, you know, reaching out to all the

14   contacts that he claimed that he had, you know, different

15   things like that.  I mean, at least --

16  Q  Well, he was communicating with some people.  For

17   example, Kyle Kelly; who's that?

18  A  Kai Kelly.  So I think he's a guy from Street Outlaws,

19   and he's said for several years, you know, I'm friends

20   with Kai Kelly; I'm friends with Kai Kelly.  You know,

21   I'm going to get in contact with him.

22       But to my knowledge, he never has.

23  Q  And what about Dave Casper?

24  A  So Dave Casper is my friend.

25  Q  Okay.

1   A   And Ken's never had his number or had any contact with

2       Dave Casper.  That's my contact.

3   Q   So in terms of, though, you know, maybe Ken being on the

4       more the hardware/firmware side and you and John being

5       more on the software side, everything was intending to

6       work together to try and go to market with a competitive

7       product to HP Tuners?

8   A   Yes.

9   Q   And Ken was assisting in that process really from when he

10      first shared information to you in April of 2016 to the

11      present?

12  A   Correct.

13  Q   All right.  So let's take a look at some of these text

14      messages.  Well, let me ask, before we get into the text

15      messages.  In the text messages, there's a number of

16      communications that, I mean, he was having with you and

17      that he was also involved in some communications with

18      Chris or Keith of HP Tuners where there was -- and I

19      mean, even some of your communications to him about posts

20      that you had made about HP Tuners or about Ken, and it

21      seems like they were designed to try and like make it

22      appear as though you guys weren't working together.

23          Was that something that was done on purpose?

24  A   I don't recall or believe that I was intentionally doing

25      it.  You know, as you asked me in the first deposition

1      about some of the comments I made about, you know, him

2      being an asshole -- excuse my language -- things like

3      that, I still believe that's true today.  I wasn't lying

4      about any of that.

5  Q   What about the fact that Ken was, like, preparing

6      communications to send to Chris, like, that he didn't

7      know anything about any of this and why are you bringing

8      me into this --

9  A   That -- that was Ken's whole front.  You know, just

10     trying to -- trying to paint a picture that he wasn't

11     involved.

12 Q   Right.

13 A   So I guess from that aspect that would be correct.  As

14     far as my posts and comments, I wasn't deliberately

15     trying to cover up that he was involved.

16 Q   Understood.  Okay.  Let's look on Page -- looks like

17     Page 13.

18 A   (Witness complies.)  Okay.

19 Q   This looks to be approximately December 23rd of 2017.

20 A   Yeah, it appears to be.

21 Q   Yeah, December 23rd, 2017.  And you asked Ken, Are there

22     other spots for serial and PWM?  Seems fair, but I don't

23     know.  Do you see that?

24 A   Yes.

25 Q   Okay.  What -- are you talking about the board here?

1  A   Yes.

2  Q   And what -- tell me what the board would be.

3  A   **It would have been one of the -- one of the first, you**

4      **know, I guess, alpha versions of the eliminator cable.**

5  Q   Okay.  And so Ken writes, I think -- "thing" -- he said,

6      I thing is missing on topside except connectors for key

7      pad and AV conversion.  Nothing is missing.

8          You wrote, Okay, just see -- no problem.  Just see

9      blank spots where there are pads.  Do you see that?

10 A   Yes.

11 Q   So then he writes, Stop worrying about it and let me do

12     my job, please.  Do you see that?

13 A   Yes.

14 Q   So what job was he doing?

15 A   **Developing the eliminator cable.**

16 Q   And I know in connection with this case, you know,

17     there's been -- there was the -- the eliminator cable

18     being Ken's product, private-labeled for you and that he

19     owns it and whatnot.

20         When -- when this first started, were you paying Ken

21     anything?  Have you ever paid Ken anything?

22 A   **No, I haven't.  When this first started, the eliminator**

23     **cable was supposed to be intellectual property of Syked**

24     **ECU Tunings, and he was developing a four site DCU**

25     **tuning.  Throughout this process, this litigation**

1    started.  He has -- because I had nothing in writing with

2    him -- I had, you know, with Bobbie -- he has changed his

3    story, and now it's his intellectual property and he's

4    licensing it to us.

5  Q   But Syked ECU Tuning hasn't paid him for any of this?

6  A   No.

7  Q   When the investment in Syked ECU Tuning was made, did Ken

8    pay the money or did Bobbie?

9  A   I believe Bobbie paid it.

10 Q   Do you know how much she paid?

11 A   The agreed amount was a total of 50,000.

12 Q   And did she put in 50?

13 A   At different points in time I believe that she did

14   finally make that 50 mark.

15 Q   All right.  Is Syked ECU Tuning still alive?

16 A   Syked ECU Tuning, all the documentation has been filed

17   for diss- -- or signed for dissolution of the company.  I

18   believe that we're waiting on one final thing to go

19   through.  I'd have to ask John on it, in regards to

20   Washington state's B&O taxes being able to file and get

21   everything finished up with the state, and then we're

22   able to file the dissolution paperwork.  I think Phil was

23   involved in an e-mail on that.  I don't recall.

24 Q   Do you have a new entity?

25 A   We do.

1  Q   What is that entity?

2  A   **Site Performance Engineering is the new entity.  John and**

3     **I are the only two owners of the company.  Bobbie and Ken**

4     **are not part of that, and then we plan on doing dba's**

5     **underneath that as well, but we haven't got all that --**

6  Q   Is it LLC or corporation?

7  A   **I believe it's LLC.**

8  Q   Actually, let's go back here.  There's a -- on

9     December 8th -- it's on Page -- well, let's start on

10    Page 4, actually.

11        You wrote to Ken on December 2nd:  2:30 meeting

12    today with attorney.  Ken writes, Not me.  At doctor with

13    sick kids.  Do you see that?

14  A   **Yes.**

15  Q   Was he participating in the meetings with the attorney?

16  A   **I think he might have been on one or two calls, maybe a**

17    **few more than that early on.  I don't recall exactly.  I**

18    **mean, it certainly seems that way.  I don't remember the**

19    **specifics.**

20  Q   All right.  Do you remember which calls he was on?

21  A   **I don't.**

22  Q   And was the attorney communicating and providing

23    documents to Ken directly?

24  A   **No.**

25  Q   So then Ken writes, Whatever.  This needs to go away.

1      Nothing of theirs has been stolen, and now we want all

2      court costs and punitive damages and public apology.  Do

3      you see that?

4  A   Yes.

5  Q   Then if you look at December 8, which is Page 5.

6  A   Yes.

7  Q   There's a link to the -- Just got full cracked HP Tuners

8      3.5 beta version.  You attached a screenshot there?

9  A   Yeah, it's a screenshot.

10 Q   All right.  And this alo -- aloneraja is the user name?

11 A   Yes.

12 Q   Do you know who that is?

13 A   I have no clue.

14 Q   And that's not you?

15 A   No.

16 Q   Do you know if that's Breton-Jean?

17 A   I don't.

18 Q   Okay.  So then on December -- well, I'll just go -- on

19     Page 18 -- or sorry, start on Page 16.

20 A   (Witness complies.)

21 Q   So you wrote Wednesday, December 27th, 2017, 11:42 a.m.:

22     CYM.  That's check your mail, correct?

23 A   Correct.

24 Q   And you wrote, Attorney e-mailed you.  See that?

25 A   Yes.

Case 3:17-cv-05760-BHS  Document 259  Filed 06/01/20  Page 102 of 184

HP TUNERS vs KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED          Confidential
Sykes-Bonnett, Kevin -  May 16, 2019                                                                                     Page 427

1  Q   So why -- why was the attorney e-mailing him?

2  A   **So John Whitaker had e-mailed Ken wanting to ask him some**

3      **questions.  I don't recall exactly what it was.  And from**

4      **that point I think -- there was something that we were**

5      **trying to get information from Ken about.  And so I had**

6      **the attorney e-mail him because on the phone conversation**

7      **Ken told me, you know, Have your attorney e-mail me and**

8      **I'll -- I'll reply back.  I don't remember exactly what**

9      **it was though.**

10 Q   So then on Page 18 there's an image of a screenshot of

11     Ken's phone or computer or something.  And then it says,

12     What is going on here and why am I being brought into

13     this?  I called Kevin and none of this makes sense.

14         And then Chris apparently wrote to Ken, You are

15     being brought into this by Sykes.  Only he or his lawyer

16     can tell you why.  And then Ken writes, Getting ready for

17     my response.  I'll run it past you.  Do you see that?

18 A   **Yeah.**

19 Q   So this was part of that scheming I was telling you

20     about, like he was pretending he didn't know anything

21     about any of this?

22 A   **Yep.**

23 Q   And then he provides his response here on Page 19.

24 A   **Yes.**

25 Q   Okay.  The top message there, I talked to Kevin in

1    length.  That was the message he prepared to send back to

2    Chris?

3  A   Yep.

4  Q   All right.  Take a look at Page 22.

5  A   (Witness complies.)

6  Q   Ken writes to you, No kidding.  Let's start making push

7    to get the name out there, and those problems go away

8    with handheld and our price point.  Do you see that?

9  A   Yes.

10  Q   So what's he talking about here?

11  A   Yeah.  Pushing Syked ECU Tuning's name out there and

12    selling handheld, which we had through Hypertech before

13    we got involved with Ken because at that point we didn't

14    have an eliminator cable that we could sell to the

15    public.

16  Q   And he's saying "our" price point.  He's like including

17    himself within the Syked ECU Tuning umbrella, correct?

18  A   Correct.

19  Q   And earlier he says, No, you don't.  You need to start

20    posting issues about -- with HPT and cost increases, and

21    he was encouraging you to bad mouth HP Tuners, right?

22  A   Yes.

23  Q   So then on Page 23 there's another example at the bottom

24    here of a message he was going to send to Chris, again

25    with the -- you know, under the guise that he was trying

1    | to work this all out, I guess.

2  A | It appears so.

3  Q | All right.  Let's take a look at Page 28.

4  A | (Witness complies.)

5  Q | Well, also at that last text message that we talked

6    | about, particularly where he was going to write to Chris,

7    | he never communicated to you and you're not aware that

8    | Ken ever communicated to HP Tuners that he was involved

9    | with Syked ECU Tuning, correct?

10 A | No.

11 Q | He was intentionally trying to avoid disclosing that?

12 A | I believe so.

13 Q | And you and Ken had had conversations about making sure

14   | that it remained private that he was involved with Syked

15   | ECU Tuning, particularly during the period of his

16   | noncompete; is that right?

17 A | Correct.

18 Q | In fact, the two of you didn't even become Facebook

19   | friends because he didn't want any attention to come of

20   | the relation that the two of you had; is that true?

21 A | True.

22 Q | Take a look at Page 28.

23 A | (Witness complies.)

24 Q | Ken writes, No, I want one more day to play with them.  I

25   | don't like this driver error and that resides in the boot

1    code.  Otherwise they work.  I'm going to create new PC
2    drivers to see if anything changes.  Did you guys get the
3    code fixed on your end?  It's still buggy as hell.  None
4    of these comm issues are present with VCM Suite; do you
5    see?

6  A  **Yes.**

7  Q  So he's saying here basically the cable works with the
8    VCM software, but it's not working with the Syked
9    software; is that right?

10 A  **Um, I'm not -- yes and no.  If I recall correctly on**
11   **this, this is one of the first three cables that he had**
12   **manufactured, eliminator cables.  I believe he was**
13   **switching back and forth between the MPVI firmware versus**
14   **the firmware that we -- or that he wrote for the**
15   **eliminator, or allegedly wrote for the eliminator, and so**
16   **he could test the hardware, because we were having a lot**
17   **of issues in the Syked software doing the communication**
18   **stuff.**

19 Q  So it was your understanding that he still retained
20   copies, or a copy, of the HP Tuners MPVI1 firmware source
21   code in order to be testing these things?

22 A  **I don't know if it was the source code or if it was a**
23   **binary file.  I'm not sure on that end.**

24 Q  Some intellectual property of HP Tuners was in his
25   possession to be able to do this?

1   A    Yeah.  I -- yeah, one -- one or the other.

2   Q    Take a look on Page 49.

3   A    **(Witness complies.)**

4   Q    Or actually 48 too.

5   A    **(Witness complies.)  I'm sorry 42?**

6   Q    48 and then 49.

7   A    **48 and 49?**

8   Q    Yeah.

9   A    **Okay.**

10  Q    So you wrote -- or Ken wrote to you, You done being crazy

11       and stressed out?  Do you see that?

12  A    **Yeah.**

13  Q    And then you wrote, You will get a link to a video

14       deposition I'm doing to protect myself.  Do you see that?

15  A    **Yeah.**

16  Q    What are you talking about there?

17  A    **It was basically, I mean, you know, just telling --**

18       **telling our story, telling how everything happened.**

19  Q    In terms of you working with Ken and him providing you

20       with the information and all of that, how it happened?

21  A    **Correct.**

22  Q    And then Ken writes on Page 49, My name better no be in

23       it.  Do you see that?

24  A    **Yep.**

25  Q    And you wrote, Or what, you have me killed?  Do you see

1        that?

2    A    Yep.

3    Q    And then he writes, Take the call, dude.  And you wrote

4        no, right?

5    A    Correct.

6    Q    And then who's -- it says, Nate who?  Do you know what

7        that is?

8    A    I don't.

9    Q    And then Ken writes, So you know the story.  Are you

10       backing me publicly?  I promise I won't drag you into

11       court.  Wrap it up.  Do you see that?

12   A    Yeah.

13   Q    What is he talking about there?

14   A    I mean, I'm guessing just not mentioning his name and,

15       you know, how everything developed.

16   Q    Okay.  And then you wrote, I got your back and would

17       never say anything.  Do you see that?

18   A    Yeah.

19   Q    And he says, Me too.  Correct?

20   A    Yeah.

21   Q    So basically this was, you know, Look, we're going to --

22       we're going to -- we've got our stories straight and

23       we're not going to talk to anybody about it.  We'll

24       protect each other?

25   A    Yeah.

1  Q   Page 58.  Do you see that?

2  A   Yes.

3  Q   All right.  So this is regarding the payment that Ken

4      made from an HP Tuners Citibank bank account to you from

5      the 2015 time period?

6  A   Correct.

7  Q   And so he's basically telling you, Here's the

8      information; you know, I don't have the cleared checks,

9      but go and -- and, you know, you can ask HP Tuners for

10      this stuff.

11  A   Yep.

12  Q   So then Page 67.  Here you ask for Keith's phone number?

13  A   Yes.

14  Q   All right.  And Page 68 there's a screenshot of a text

15      between you and Christopher Breton-Jean?

16  A   Yes.

17  Q   And then you wrote down, on Wednesday, March 21st, 2018,

18      Three more people -- three more people got letters today.

19      Do you see that?

20  A   Yes.

21  Q   Ken writes, Dumb, dumb, dumb.  Spending lots of money on

22      shit they can't prove losses on.  Just change the

23      firmware already.  Do you see that?

24  A   Yeah.

25  Q   And then you wrote, I think you're wrong if they can

1    prove damages.  Correct?

2  A    Yes.

3  Q    And he writes, Nope, have to prove what the money was

4       for.  Do you see that?

5  A    Yes.

6  Q    So then take a look at Page 70, and this is all when

7       Christopher Breton-Jean was apparently threatening to

8       release some of the information that he had on you; is

9       that right?

10 A    Correct.

11 Q    And you were scared about this; is that true?

12 A    Yes.

13 Q    So now here you're having some more conversations with

14      Ken, Sunday March 25th.  And at 8:38 a.m., you wrote,

15      Canada is going off the deep ends.

16 A    Yes.

17 Q    And you were -- before that you even wrote, I'm scared,

18      to be honest; do you see that?

19 A    Yeah.

20 Q    And then Ken writes, I'm not bailing out on anything.

21      I'll sink that company.  Do you see that?

22 A    I do.

23 Q    And when he's saying he's not bailing on anything, he

24      means he's not bailing out on Syked ECU Tuning and his

25      efforts to help you, correct?

1  A   Correct.

2  Q   And I'll sink that company is a reference to HP Tuners,

3      right?

4  A   Yes.

5  Q   And he was interested in hurting HP Tuners and had --

6      like you talked about earlier, had even talked about

7      planted -- or told you to release the software, correct?

8  A   Correct.

9  Q   So then he writes, Then throw Canada under the bus and

10     release all software.  He's even saying it here, right?

11 A   Yeah.

12 Q   And then he writes, I can do a special version of

13     firmware that will sink them for sure.  Get that guy

14     under control or Keith and Chris are in for the fight of

15     their life.  The entire industry will hate them as this

16     affects everybody.  Arrogant assholes.  Correct?

17 A   Correct.

18 Q   And you write, I can't get him under control; do you see

19     that?

20 A   Yes.

21 Q   So now here he talks about a special version of firmware

22     that will sink them for sure.  What was he referring to

23     there, to your knowledge?

24 A   I'm not hundred percent.  Could either be the firmware

25     doesn't allow the cables to be killed or shut off, or he

1      could have been talking about a firmware that doesn't

2      have a seed key to allow pass through, but I'm just going

3      off assumption on this one.

4   Q  Would there be any way for him to do a special version of

5      firmware if he didn't have the firm -- the MPVI firmware

6      already in his possession?

7   A  Unless he extracted it from the cable and disassembled

8      it, I don't think so.

9   Q  And then on the next page, on Page 71 at 9:22, you wrote,

10     He has a video of my computer getting him the key and

11     says he gave it to HPT, and everything else him and I

12     did.  Do you see that?

13  A  Yes.

14  Q  All right.  So that refers to these pictures and images

15     that we talked about earlier --

16  A  Yes.

17  Q  -- that Mr. Breton-Jean had?

18  A  Yes.

19  Q  So then on Page 72, Ken writes, I didn't hack software or

20     firmware but could make it all public.  Be very careful,

21     Canada, on HPT.  Do you see that?

22  A  Yes.

23  Q  Now, did you have conversations with Ken that he still

24     possessed the software and firmware of HP Tuners that he

25     could make public?

1   A   I provided him with the 3.4 version of the cracked

2       software at one point that was given to me by Chris from

3       Canada, so he might be referring to that.

4   Q   Okay.  And do you -- well, he had also possessed the

5       materials that he had previously provided to you?

6   A   Yes.  I never -- I had a couple classes of the firmware

7       source code, but I never had all of the firmware source

8       code for the MPVI.

9   Q   Okay.

10  A   I never had the design files for it either.

11  Q   All right.  So then at 9:59 he writes -- Ken writes, My

12      main goal is to get these final boards qualified and

13      produced.  Don't give a shit about HPT and Canada.  My

14      noncompete is up next month and I know everybody in the

15      industry.  I will personally call them as tell them come

16      at me bro, #industry changer.  Do you see that?

17  A   Yes.

18  Q   So here he's referencing his noncompete with HP Tuners?

19  A   Yes.

20  Q   And his intention to do things when it expired even

21      though he was already helping you at this point; is that

22      right?

23  A   Yes.

24  Q   So then on Page 78 there's an image at the top.  What

25      is -- what is that image of?

```
 1                            (Portion of deposition

 2                             excerpted in separate

 3                             transcript.)

 4   Q   (By Mr. Bleiman)  Oh, I'm sorry.  We need to go back to

 5       Page 67 real fast.

 6                            (Portion of deposition

 7                             excerpted in separate

 8                             transcript.)

 9                    MR. BLEIMAN:  We have to change the

10       tape, so...

11                    THE VIDEOGRAPHER:  We're going off the

12       record.  The time is 3:21 p.m.

13                            (Recess from 3:21 p.m. to

14                             3:39 p.m.)

15                    THE VIDEOGRAPHER:  All right.  We're

16       back on the record.  The time is 3:39.

17

18                    EXAMINATION (Continuing)

19       BY MR. BLEIMAN:

20   Q   Okay.  I'm trying to go through these e-mails here -- or

21       texts; excuse me.  Let's start on Page 74.

22   A   (Witness complies.)

23   Q   On March 29th you wrote, We are on for the 20th, or did

24       the wife plan something?  Either way is fine.

25           That referred to your visit to Reno; is that
```

```
 1        correct?

 2   A    Correct.

 3   Q    And what was the significance of going on April 20th?

 4   A    April 20th was the end of his 18-month noncompete, so we

 5        had a weekend planned.  Gonna celebrate that.

 6   Q    All right.  And take a look at Page 75, the next page.

 7   A    Okay.

 8   Q    Ken writes, I did find a local company to do art work for

 9        the label.  Do you see that?

10   A    Yes.

11   Q    And that would be a label for the Syked eliminator cable

12        box?

13   A    Yes.

14   Q    And that would have been like the design logo that goes

15        on there, right?

16   A    Correct.

17   Q    So Ken was charged with, like, finding the shop to do

18        that?

19   A    He -- yeah.  It was a joke.  We didn't use it.

20   Q    Okay.  On Page 77 you wrote, When I'm flashing an EC, you

21        do need -- you do -- you limit the box speed on the

22        illuminator.

23            And Ken wrote, Oh, yeah, that makes sense.  Of

24        course not.  Same code as MPVI.

25            What does that mean?
```

 1  A   On the -- limiting the clock speed on the illuminator,

 2      eliminator -- autocorrect -- we were have issues with

 3      overflowing the buffer inside the eliminator cable.  We

 4      were pushing data out the USB bus too fast, and so I was

 5      trying to figure out if he's limiting the amount of data

 6      we can push at a particular time.  And he says, you know,

 7      that he -- that he doesn't; it's the same -- same code as

 8      the MPVI.  So it indicates that he's using the same --

 9      same clock speed code.

10  Q   Okay.  Let's take a look at page -- well, the same clock

11      speed code from the MPVI is in the eliminator?

12  A   I mean, I can only assume.  I've never seen it.

13  Q   Right.  But that's what he's saying?

14  A   It appears that way, yes.

15  Q   Yeah.  Okay.  So then take a look at Page 88.

16  A   (Witness complies.)

17  Q   You wrote, Call me when you're ready.  You wrote, Call

18      house -- he wrote, Call house.  And then you wrote, Both

19      editor and scanner build.  Look at your screen.  Do you

20      see that?

21  A   Yes.

22  Q   What are you -- what were you doing there?

23  A   Ken knows nothing about Visual Studio or Windows code.  I

24      had installed a -- I had logged into his machine,

25      installed Visual Studio for him, and then the editor and

1   scanner code, I had put the projects in the Visual Studio
2   and got it to compile for him.
3  Q  So which code would this have been?
4  A  HP Tuners.
5  Q  Okay.  So at this point in time, you had the code, and
6   then you were giving it to Ken?
7  A  No.  It was on Ken's computer.
8  Q  Okay.  So it was already on Ken's computer, but then in
9   the Visual Studio?
10  A  It was already on his computer in the folders, but he
11   didn't have Visual Studio or know how to set up the
12   project to compile it into an executable program.  So I
13   set all that up for him.
14  Q  All right.  So when we're talking here about editor and
15   scanner, we're talking about VCM Editor code and VCM
16   Scanner code that was on Ken's computer?
17  A  Correct.
18  Q  Back in April of 2018?
19  A  Correct.
20  Q  All right.  And so were you doing a TeamViewer session
21   with him?
22  A  Yes.
23  Q  And so you could actually see that this code was on his
24   device?
25  A  Yes.

1  Q   And then he jokes, or writes, I just sent a screenshot to

2      Keith.

3  A   **Yeah.  I believe it was a joke.**

4  Q   Yeah.  Well, he writes later on, Of course I didn't.  Do

5      you see that?

6  A   **Yeah.**

7  Q   And then he writes, And actually I would go dark and say

8      my name is money cut.  Do you see that?

9  A   **I think he meant to say honey cut.**

10 Q   All right.  Let's look at Page 90.

11 A   **(Witness complies.)**

12 Q   So at the top of the page, he writes, If you take the --

13     he being Ken -- if you take the MPVI and unplug it from

14     ODBII, you get an error message.  If you query vehicle

15     for voltage, that's different request to see if it's

16     alive.  It will not report voltage if there is no

17     operating system.  Do you see that?

18 A   **Yes.**

19 Q   So what is he doing here?

20 A   **I think he's saying that -- you know, that -- well, I**

21     **mean exactly what it says:  If you take the MPVI out and**

22     **unplug it from the ODBII, you'll get an error message.**

23     **If you query the vehicle for voltage, that's a different**

24     **request to see if it's alive.**

25         **So I think he's referring to gathering information**

```
 1      from -- from the engine controller.  I don't -- I don't

 2      remember exactly.

 3   Q  So he was using an MPVI to facilitate the development of

 4      the eliminator cable?

 5   A  Yeah.  Or he was doing it to testing -- he was testing it

 6      on the M- -- you know, the MPVI with HP Tuners' software

 7      because we were running into some sort of issue with

 8      ours.  I'm not a hundred percent sure.

 9   Q  What -- to our knowledge was the MPVI used to test the

10      Syked software by Ken?

11   A  Was the MP- -- I'm just going to repeat the question.

12   Q  Yeah.

13   A  Was the MPVI used --

14   Q  To test the Syked --

15   A  -- to test the Syked program?  The full MPVI cable, I --

16      I don't believe so.

17   Q  Okay.  What about, like, an admin version of the MPVI?

18   A  Well, I mean, the admin version -- the only difference

19      between a regular version and an admin version is

20      literally only the serial number.  Everything else is

21      identical, to my understanding.

22   Q  I thought there were some unlock features of the admin

23      that made it --

24   A  That would be the admin version of the software has

25      additional features in it, but the admin version of the
```

1    MPVI, to my knowledge -- and you'd have to ask your

2    client -- the only difference between the two would be

3    the serial number, to my understanding.

4  Q  Did Ken develop a cable that he could use with both HP

5    Tuners software and the Syked ECU Tuning software?

6  A  **He had claimed to me that he had.**

7  Q  Okay.  So he's -- so do you know if that was an MPVI that

8    he had modified in order to work with both HP Tuners

9    software and Syked software?

10  A  **I believe it was an actual eliminator cable that he had**

11    **modified to work with both.**

12  Q  Okay.  All right.  Then on Page 91, you wrote, Five more

13    days and you are a free man.  Woo-hoo.  Correct?

14  A  **Yep.**

15  Q  And then he wrote, I have been a free man the entire

16    time.  Bobbie owns the company, and I still own a house

17    in California which does not honor noncompetes, winking

18    emoji.  Do you see that?

19  A  **Yes.**

20  Q  So the fact that Bobbie was the owner, again, was just

21    like a front to have him circumvent the noncompete?

22  A  **Yes.**

23  Q  On Page 94, there's some conversation here:  Does it

24    read -- reads, Did it write.  LOL.  Keith truly is the

25    dumbest asshole I've ever known.

1          Ken writes, Credits cost the company nothing.  Do

2     you see that?

3  A   Yes.

4  Q   And then you wrote, Yeah, pretty funny.  It just looks

5     bad in court.

6          He responds, HPT is now providing you your full

7     start-up capital.  You wrote, Yep.

8          What are you guys talking about here?

9  A   I remember this conversation, but I don't remember why we

10     were having this.  The did it right thing, I mean, that

11     was us testing the Syked software with the eliminator

12     cable on his bench with his computer.  I remember that

13     because on the previous page I'm telling him to -- you

14     know, to update, transfer in a new EXE, just fix

15     something else.  So that's refer -- you know, that's

16     talking about him fixing things in our software because

17     we were having issues with that, but I don't remember how

18     we got on track of the LOL, Keith truly is the dumbest

19     part you read.

20  Q   But what about this start-up capital; what does that

21     refer to?  Is that selling the credits?

22  A   I don't want to misspeak on it.

23  Q   Well, Ken --

24  A   It was something to -- there was some reason that we were

25     discussing -- I don't know if it had to do with the

1      countersuit or if it was cos, you know, he was like,

2      Well, they're going to lose in court and we're going to

3      get, you know, our attorney fees.  I don't remember what

4      it is, but it had something to do with HP Tuners paying

5      us as opposed to...

6    Q  Right.  But Keith -- or excuse me.  Strike that.

7         Ken knew that you were selling credits; is that

8      correct?

9    A  Correct.

10   Q  Okay.  How did he know that you were selling credits?

11   A  Because he told me to.

12   Q  When did he tell you to sell credits?

13   A  I think it was in a text message somewhere that he had

14     suggested it, but it goes back further than that.  I was

15     having a little bit of financial problems.  And he said,

16     you know, You've got the key generator.  Go sell some

17     credits and make some money for your family.  And so I,

18     you know, sold some to some friends.

19   Q  So the comments that he was -- you know, that it was

20     supposed to be for your personal use that he made in

21     connection with some of these declarations would have

22     been inconsistent with what he was telling you

23     separately, which was you can go and use it to make some

24     money to support your family?

25   A  The using it to make some money to support my family came

1      at a later date.

2  Q   Right.

3  A   Initially, it was, Here, generate yourself some credits

4      and keep it quiet, kind of deal.

5  Q   Why did he give you the key generator?

6  A   Because I was complaining about the 42 credits and I

7      wanted some credits.  In regards to that, I mean, that's

8      the truth on that end of it.

9  Q   So he thought that -- well, he also wanted to stick it to

10     HP Tuners; isn't that right?

11 A   Yeah.

12 Q   Did he ever tell you that?  I mean, we've seen text

13     messages.

14 A   I was going to say, I think we've -- yeah, we've seen

15     that he's mentioned several times about disliking them

16     and maybe other words.

17 Q   And he also told you that verbally, just kind of his

18     dislike and wanting to punish them?

19 A   He's -- he's voiced that several times.

20 Q   Okay.  All right.  So then on Page 100, you went down to

21     Reno; is that correct?

22 A   Yes.

23 Q   Okay.  And he picked you up at the airport?

24 A   Yep.

25 Q   And then on Page 102, you thanked him at 1:24 for having

1      you down for the weekend; do you see that?

2  A   Yep.

3  Q   So when it refers to "illuminator," that is just

4      spell-correct on eliminator?

5  A   Correct.

6  Q   All right.  And that happens frequently throughout these

7      texts.

8  A   Yeah, iPhones are typical for autocorrecting.

9  Q   So then let's look at Page 109.  You wrote on May 6th,

10     Did you get a chance to do those three HPT cables?  Two

11     are shipped to you, the one I shipped you months ago and

12     the two I brought down.  Do you see that?

13 A   Correct.

14 Q   So what -- how many cables were there?  Five?

15 A   It --

16 Q   Or were there three?

17 A   Yeah, it's hard -- I think there was only three.  I don't

18     think there was five.  I don't -- I don't recall exactly

19     though.

20 Q   So what was he doing to those cables?

21 A   They were bricked, and so he was supposed to unbrick

22     them.

23 Q   So was he -- he wasn't cloning them, was he?

24 A   No.  They -- they had been disabled.

25 Q   And how was he doing to unbrick them?

1   A   I don't know.  He never told me how he was doing it.

2   Q   Okay.  But he had some HPT proprietary information in

3       order to bring those inter -- HP Tuners' interfaces back

4       to life?

5   A   I would be assuming if I said yes.

6   Q   Okay.  But he writes, You were supposed to give me some

7       serial numbers.  Do you see that?

8   A   Yeah.

9   Q   And you told him to make them all that one number ending

10      in 1075?

11  A   I don't even remember where that number came from.

12  Q   Do you know white house -- White Horse Tuning?

13  A   I do.

14  Q   Do you know if that's the serial number for their

15      interface?

16  A   I don't recall.  I mean, it might be.

17  Q   In your note, I believe that that White Horse Tuning had

18      gotten an interface from the guy in New York.

19  A   Correct.

20  Q   So were you trying to match the serial number to be the

21      same serial number as the one that McKnight had gotten

22      from New York?

23  A   If this matches it, then yes, I think I would have been

24      trying to do that.

25  Q   Because you were aware that McKnight had bought a

1  interface from New York, correct?

2 A Correct.

3 Q So Ken had some HP Tuners intellectual property that

4  would allow him to modify or somehow manipulate the

5  interface.  And do you know if he was successful in doing

6  this?

7 A I don't think I ever got these cables.  I -- I don't

8  recall ever getting them, but I don't know if he was ever

9  successful on making them all three that serial number.

10 Q What's an FTP?

11 A FTP is like a file transfer protocol.

12 Q And describe what that is.

13 A Basically you set up an FTP on a -- on a server.  From

14  that point you can go and you can upload or download

15  files and share them with other people that have the

16  log-in credentials.

17 Q Okay.  And did you have an FTP?

18 A I've had lots of FTPs over the years.

19 Q Was there an FTP that you and Ken both had access to?

20 A Yeah.  There was one -- I think it was named "Uncle

21  Fucker," and that was used for Ken.  I remember using it

22  once or twice, but I don't remember what it was for.

23 Q Was -- is an FTP, like, in the cloud, or is it on a

24  server at someone's house?

25 A It can be either/or.

1   Q   All right.  Did Ken have a server at his house that had

2       an FTP on it?

3   **A   Not -- I don't know.  Not to my knowledge.**

4   Q   All right.  Well, here on this May 6th, you wrote, I need

5       you to pull the shit off the FTP.  Do you see that?

6   **A   Yeah.**

7   Q   And then you wrote, It can't sit there.  I put up another

8       folder.  He writes, Ugh.  And then, Just text me that.  I

9       just did LOL, you wrote.

10  **A   Yeah.**

11  Q   You wrote, Pull both folders and let me know when you

12      have them.

13  **A   Yeah.**

14  Q   Do you see that?  And he says, I have both of them

15      already.

16          Why did you need him to pull the stuff off the FTP?

17      Was this cos it was at his house or because you were out?

18      Do you remember this?

19  **A   I think it was because I was out.  And actually now**

20      **looking through this, this would have been the**

21      **resources.db that had been dumped out that has all of**

22      **the -- the boot loaders and binaries for the boot loaders**

23      **out of the HTP resources database.  The boot loaders are**

24      **going to be the manufactures' boot loaders and then**

25      **there's, you know, some that they've modified and stuff**

Case 3:17-cv-05760-BHS   Document 259   Filed 06/01/20   Page 127 of 184

HP TUNERS vs KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED          Confidential
Sykes-Bonnett, Kevin -  May 16, 2019                                        Page 452

```
 1       like that.  But I think Ken was asking me for it for
 2       something at one point.
 3   Q   How -- was this stuff that you had, or was this HTP
 4       information that Ken had?
 5   A   This was stuff that Chris and I had reverse engineered.
 6   Q   And Ken had access to it?
 7   A   Well, after I uploaded it onto the FTP, then yes.
 8   Q   Right.  And then he downloaded it, it says?
 9   A   Yep.
10   Q   Where -- where did he download it to?
11   A   From the FTP that was set up.
12   Q   Yeah, but where did he download it to; do you know?  His
13       device?
14   A   It would be on one of -- a computer that he has.  I don't
15       know if laptop, desktop or what.
16   Q   So these would have been files that you and Chris had
17       reverse engineered that contained HP Tuners' information?
18   A   Not exactly.
19   Q   Okay.
20   A   I mean, I can try to explain.
21   Q   Please.
22                           (Portion of deposition
23                            excerpted in separate
24                            transcript.)
25   Q   (By Mr. Bleiman)  So then you wrote, Nice work man.  When
```

1       are you going to meet my friend on Facebook?  Do you see

2       that?

3   A   Yeah.

4   Q   So that's still, you know, again because we're trying to

5       hide the fact that you guys were working on this

6       together; is that right?

7   A   Correct.

8   Q   So then on Page 111 at 9:57 a.m., he writes -- or Ken

9       writes, I already told you I have to use HPT code to test

10      the rest as there is no support in our software for a lot

11      of stuff.  Do you see that?

12  A   Yes.

13  Q   So here he was using the HP Tuners code to test the

14      eliminator cable because the Syked software hadn't been

15      fully developed yet?

16  A   **So in this particular instance he's talking about the VPW**

17      **communications, which is an older protocol that's used by**

18      **General Motors.  What he's -- what I believe that he was**

19      **doing, and what I recall him doing, was using the VCM**

20      **admin version of the software to manually send out CAN**

21      **requests to test it, which, yeah, I guess you need HPT**

22      **code to test because you have -- we don't have VPW or PWM**

23      **implemented into the Syked software.  We do CAN bus only.**

24  Q   Okay.  On Page 119, this is about May 16th of 2018, Could

25      you call please.  It's super important, you said to him.

1      Do you have any recollection of what was going on

2   back then that merited that text?

3 A  I don't.

4 Q  And then on the next page there's some communications

5   here about sending something to Dave Casper.

6 A  Yeah.  So it was one of the -- one of the eliminator

7   cases that was hand-cut, I wanted him to send it to Dave.

8   They have access to a 3D printer, so we were talking

9   about getting those -- getting the cases 3D printed for

10  the first batch of cables that we were going to do.

11 Q  Okay.  And then there's some images, 120 and 121 of the

12  MPVI2?

13 A  Yeah.

14 Q  And then you wrote, It works.  And then Ken says, Well

15  done.  What are you talking about here?

16 A  So the images are just showing him that they released the

17  MPVI2.

18 Q  Okay.

19 A  The "it works" must have been something I tested to do

20  with our software and the eliminator.  I've never had an

21  MPVI2, so I wouldn't have been referring to that.

22 Q  Okay.  So then here on Page 126, there's some

23  communications, it looks like, between you and Keith and

24  Chris.

25 A  Yes.

1  Q   Who's CH?  Just Chris?

2  A   **Chris, HP Tuners; and KH, Keith, HP Tuners.**

3  Q   So now -- and then Ken's telling you to do a follow-up

4      e-mail, right?

5  A   **Yep.**

6  Q   So then on Page 129 you wrote, Call me.  And then there's

7      a number of texts.  It sounds like Ken really starts to

8      go in here into this.  This relates to the phone numbers

9      and how you got them; is that right?

10 A   **Yes.**

11 Q   And basically he's telling you what to say or where you

12     would have gotten these numbers, right?

13 A   **Yeah.**

14 Q   And then he's also telling you, you know, to go nuclear;

15     all done, open source?

16 A   **Yep.**

17 Q   What's going on here?

18 A   **I think it was in regards to the GM names.  You know,**

19     **it's in the middle of the litigation.  He said, Give them**

20     **the A2L, talking about giving the A2L with the GM stuff**

21     **in it.  You can't -- you know, rename the name and you --**

22     **and you now own it, you know, which he's -- must be**

23     **typing fast.  When I sold info to Ken, he told me Chris**

24     **and Ion would work on Dodge.**

25 Q   He's telling you what to say?

1  A   Yeah --

2  Q   You sold --

3  A   -- I don't even remember.

4  Q   Well, you were the one that sold the info, correct?  So

5      he's basically saying when I sold info to Ken he told me

6      Chris and Ion would work on Dodge?  Like he's basically

7      telling you what to say there.

8  A   Yeah.

9  Q   And he goes, Fuck it.  Go nuclear, right?

10 A   Yeah.

11 Q   And then this notion of open source?

12 A   (Nodding head.)

13 Q   So with regard to this A2L and the naming, are we talking

14     about the parameters' names?

15 A   Yes.

16 Q   And those are the parameters' names that you pulled from

17     the HP Tuners information?

18 A   But not what Ken gave me?

19 Q   From the software you said.

20 A   We dis- -- it was something Chris and I disassembled from

21     the software, yes.

22 Q   So based upon the disassembled software, then you were

23     able to pull the parameters' names?

24 A   Yeah.  We got -- yeah.  I --

25 Q   How did you do that?

```
 1  A   (Gesturing.)

 2                          (Portion of deposition

 3                           excerpted in separate

 4                           transcript.)

 5  Q   (By Mr. Bleiman)  Yeah.  So then if you look at the

 6      Page 130.

 7  A   (Witness complies.)  Okay.

 8  Q   There's a text that Ken wants you to send a copy of him

 9      to, but kind of like a draft of what he's telling you to

10      say.

11  A   Yeah.  I don't think I ever did send it.

12  Q   Okay.  And then there's this picture on the bottom.  Do

13      you see that?

14  A   Yeah.  I sent that to him.

15  Q   What -- what is that picture?

16  A   Oh, I sent it because it has the name ECU Master on the

17      bottom of the -- of the one piece of hardware --

18  Q   Right.

19  A   -- and so I was just like, Hey check this out.

20  Q   And you wrote on the next text on the next page, Found

21      ECU Master?

22  A   I was joking.

23  Q   Right.  Okay.  On Page 132 it says -- Ken writes, Can you

24      resend me the pin out for the GPEC2?

25  A   Yes.
```

1  Q   What is that?

2  A   **GPEC2 is a Dodge engine controller, and he had -- he had**

3      **one.  I mean, that was what's in his Jeep, and so he was**

4      **testing on the bench and he needed to hook up a bench**

5      **harness, so I sent him the pin out for it.**

6  Q   Okay.  Then if you look at the bottom, John says he got

7      the firmware flasher done.

8  A   **Yep.**

9  Q   Is that for Syked software?

10 A   **Yes.**

11 Q   So then if you look at Page 135, Ken writes a text at

12     7:31 p.m., Log sent.  Do you see that?

13 A   **I'm sorry.  What time?**

14 Q   10 -- 7:31.

15 A   **Okay.**

16 Q   What would that -- what type of log would he be sending

17     to you?

18 A   **It was a log from the Syked software.**

19 Q   All right.  On Page 141, you wrote, Perfect.  I posted

20     shit on HPT at 9:13 a.m.  Do you see that?

21 A   **Yeah.**

22 Q   So that was just like a Facebook post or something like

23     that?

24 A   **Probably one of my immature rants.**

25 Q   Okay.  And then on the next page, the same day, Page 142,

1     in the middle of the page, 7:56 -- or 7:54, Now go fix

2     the buffer on your end like I told you.

3          You wrote, It's not that easy.  You don't understand

4     how our code has changed.  So I have a cable with filter

5     off.  It isn't going to happen.  Set -- get the set

6     config so I can shit -- I'm sorry -- you're saying shut

7     off filter and it will be easier?

8          And then Ken wrote, You have one.  The older MPVI

9     does not have a filter.  Do you see that?

10  A  **Yeah.**

11  Q  So what is that?  He's telling you to use the older MPVI

12     in connection with testing some of the Syked software?

13  A  **So that would have been the original piece of hardware he**

14     **sent with -- with the alleged new firmware loaded into an**

15     **MPVI, so it would be an MPVI hardware with eliminator**

16     **firmware loaded into it.**

17  Q  Okay.  But the fact that the MPVI doesn't have a filter,

18     I believe the HP Tuners did not have a filter.

19  A  **The filter would be right at the end of the firmware.**

20  Q  Okay.

21  A  **And alls it does is just -- it throws away -- it throws**

22     **away CAN'd bus messages from a range of ID -- CAN IDs, so**

23     **I told him I wanted a filter put in that shuts everything**

24     **off from coming through it for testing purposes, because**

25     **we were having a lot of communication issues on figuring**

1    out how to make our code work.

2  Q  So basically what -- this MPVI that you provided -- or

3     strike that.

4       The MPVI that Ken provided to you, you believe it

5     was somehow -- strike that.

6       Did Ken communicate to you that the MPVI that he

7     provided to you was an HP Tuners MPVI with HP Tuners

8     firmware or had it been modified with apparently new

9     firmware to be used with Syked?

10 A  It had been modified.

11 Q  Okay.  But in terms of how it was modified, we talked

12    about that earlier, what you believe the differences to

13    be?

14 A  Yes.

15 Q  Why was he using MPVI as opposed to some other device

16    that he would write the firmware into?

17 A  Originally, he hadn't done a new design, or what he said

18    was a new design, and we needed a test vehicle

19    communication, so he, you know, told me he was doing new

20    firmware first.  We'd load it into an MPVI hardware, send

21    that to us for development and testing purposes with our

22    communication structure while he develops the new

23    hardware directly.

24 Q  Okay.  So the new board basically?

25 A  The new board.

1   Q   Okay.  So the MPVI would just have had modified firmware

2       in some way to your understanding?

3   A   Yes.

4   Q   Would he have -- well, strike that.

5           To your understanding, if you just buy an MPVI, are

6       you able to modify the firmware in that MPVI unless you

7       hack it?

8   A   Unless you hack it, no.

9   Q   Okay.  Or if you have permissions from the software or

10      some communications-related program files to make changes

11      to it?

12  A   Yeah.  I mean, you would have to -- I don't have the

13      knowledge on directly how to do it.  You'd either have to

14      have the source code, the ability to compile the source

15      code, or the ability to reverse engineer, and/or hack it.

16  Q   Mm-hmm.  Let's take a look at Page 153.

17  A   (Witness complies.)

18  Q   On June 10, 2018, you wrote, Someone released a cracked

19      4.0 that works on the new MPVI to, t-o.  Do you see that?

20  A   Yes.

21  Q   And then Ken writes, You, correct?

22  A   Correct.

23  Q   And that's the 4.05 release that we talked about earlier

24      that you did?

25  A   Yes.

1  Q   All right.  Then if you look at Page -- well, why don't

2      we -- we have to change the tape I think, and we'll go

3      off the record and change the tape and then we'll just

4      finish the remaining texts.

5                          THE VIDEOGRAPHER:  All right.  This is

6      the end of Media Unit No. 2 in the video deposition of

7      Kevin Sykes-Bonnett.  We're going off the record.  The

8      time is 4:18.

9                               (Recess from 4:18 p.m. to

10                               4:30 p.m.)

11                         THE VIDEOGRAPHER:  All right.  This is

12     the beginning of Media Unit No. 3 in the video deposition

13     of Kevin Sykes-Bonnett.  We're on the record.  The time

14     is 4:30.

15

16                         EXAMINATION (Continuing)

17     BY MR. BLEIMAN:

18  Q   Okay.  Sorry.  Give me one second.  Okay.  All right.

19     Let's look at Page 161.

20  A   (Witness complies.)

21  Q   Here you and Ken were having a little bit of a

22     disagreement over some functionality of the software on

23     the eliminator cable; is that correct?

24  A   Correct.

25  Q   And Ken writes to you at 11:04 a.m., What irritates me,

1      Kevin, is all of this works flawlessly on the MPVI and

2      VCM Suite.  Then you tell me it can't happen because of

3      the way you wrote your code and you can't change it --

4      there was a spelling mistake -- from an engineering

5      standpoint, what does that tell you?  If this were a big

6      company and you were an employee, the boss would make you

7      redo it, not me.  Buffer size has nothing to do with

8      this.  Do you see that?

9  A  **Yes.**

10  Q  Okay.  So here he's saying this works flawlessly on the

11     MPVI and VCM Suite.  What is he talking about?

12  A  **He's referring to vehicle communications on reading and**

13     **writing.**

14  Q  So is this eliminator cable working with the VCM Suite?

15  A  **No.**

16  Q  Okay.  So basically what he had created for HP Tuners

17     with regard to the communications between the MPVI and

18     VCM Suite worked perfectly so it should also -- the

19     product or the communication that he developed for the

20     eliminator cable and the Syked software should also work

21     the same way?

22  A  **I -- I mean, it -- it should work as well, yes, is what**

23     **he's saying.  We -- we deal with processing vehicle data**

24     **entirely and completely different than the way HP Tuners**

25     **does it, and so we struggled for a long time with a lot**

1      of timing issues on being able to successfully, you know,

2      reprogram vehicles, that kind of stuff, and I wanted him

3      to change the way he was doing the code in the eliminator

4      to give me more flexibility on the timing, and he refused

5      to do that.

6          As -- as you see in the text message, he says it

7      works fine with the VCM and the MPVI so you should be

8      able to make it work with the Syked and the eliminator.

9  Q   So then on Page 162 then he -- he writes at 11:14 a.m.,

10     You need to have this conversation with FTDI.  Have you

11     reached out to them yet?  I'm positive they know about

12     it.

13 A   Yes.

14 Q   And is that FTDI, that -- that's the chip that we're

15     talking about that's in the -- the MPVI?

16 A   It's -- it's in hundreds of thousands of hardware devices

17     out there.  I mean, it's even in the Hypertech handheld,

18     that kind of stuff.

19 Q   Okay.

20 A   It's a chip you use to communicate through -- or, you

21     know, from a USB port on any type of laptop or computer

22     device.

23 Q   All right.  So then on June 20, 2018, Ken texts you, I

24     just sent you some PDF files you and Mike need to read,

25     at 8:24 a.m.  Do you see that?

1  A   Yes.

2  Q   And then you wrote, We have an idea but have to rewrote

3      the code which is going take three to four weeks.  Do you

4      see that?

5  A   Yes.

6  Q   And then Ken writes, That's fine.  Just read all the

7      documents on how their packetizing works and read Keith's

8      to get an idea of how he did it.

9          What is he talking about there?

10 A   I believe the first part, read all the docs, he's

11     referring to, like, Motorola or Bosch documents, and

12     that's where the PDFs come into play.  And then, read

13     Keith's, you know, he's talking about, you know, look at

14     Keith's code.

15 Q   Okay.  So --

16 A   But I made it very clear I'm not doing that.

17 Q   -- what were the PDF files that he sent to you in

18     June 2018?

19 A   I'm -- I'm assuming that's going to end up being Motorola

20     and Bosch protocol documents.

21 Q   Okay.  Do you know what e-mail he sent that to?

22 A   I don't know.

23 Q   All right.  So then on Page 164, he's asking you -- Ken's

24     asking you, Ask Whitaker what the legal definition of

25     noncompete is.  Do you see that?

1   A   Yep.

2   Q   So here again, he's trying to communicate with you about

3       whether he's done things that may have violated the

4       noncompete or not prior to April of 2018 -- April 20,

5       2018.

6   A   Yes.

7   Q   Here on Wednesday July 11, 2018, you wrote at 1:10 p.m.,

8       HPT filed 11 more lawsuits.  Do you see that?

9   A   Yes.

10  Q   And then Ken says, Anyone we know?  Do you see that?

11  A   Yep.

12  Q   And then you wrote, The names are John Doe, so they

13      aren't saying names.  And then Ken writes, Did your

14      lawyer give them the info -- that info I gave.  Pretty

15      much nullified any of their claims?

16  A   Yes.

17  Q   What "info" is he referring to there?

18  A   He gave me a folder full of e-mails between him,

19      Motorola, and I think Superchips, and possibly Keith and

20      Chris were in these e-mails about their hardware cable

21      hack that had been going on as early as 2007.  So it was

22      e-mails from around 2007, 2008ish, that talked about, you

23      know, the MPVI being hacked.

24  Q   Okay.  Do you have those e-mails?

25  A   I might somewhere.

1   Q   Okay.  I don't know that we've gotten those.  All right.
2       Here on Page 169 there's some cables he's asking you
3       about:  What should I make the serial number.  Are these
4       Syked eliminator cables?
5   A   What --
6   Q   169, 170?
7   A   Yes.
8   Q   Take a look at Page 177.
9   A   (Witness complies.)
10  Q   It says, 10 interfaces check out from -- and then it's
11      got some serial numbers.
12  A   Yes.
13  Q   Okay.  Do you know why there's 10 numbers in the serial
14      number?
15  A   No.
16  Q   Okay.  And then -- so Ken was actually preparing these
17      interfaces for shipment?
18  A   Yeah.  The eliminator?
19  Q   Yes.
20  A   Yes.
21  Q   So then take a look at Page 199.
22  A   Okay.
23  Q   You wrote to -- well, actually, let's start on 198.
24      Friday, August 17, 2018, 3:03 p.m., HPT has 896 pages of
25      all my e-mails from Canada.  Do you see that?

1  A   **Yep.**

2  Q   And that's referring to Christopher Breton-Jean?

3  A   **Yes.**

4  Q   And then Ken writes, What is wrong with you.  How did you

5      let this happen.  And then you wrote, I don't know how he

6      did man.  That info e-mail was on website host.  I think

7      he back doored.  Do you see that?

8  A   **Yes.**

9  Q   And then you [sic] wrote, Is it stuff between you I?  And

10     then you wrote, I'm not sure yet.  Waiting to get it all.

11     And then Ken says, What e-mail address?  And you wrote,

12     Info@sykedecutuning.com.  And then he writes, You suck

13     man.  Do you see that?

14 A   **Yes.**

15 Q   So the 896 pages was because it was like the -- the

16     source code control or whatever it's called of the

17     e-mails, not that there were 896 e-mails; is that right?

18 A   **I -- I don't.  I'm not sure.  Was there 8 -- if there was**

19     **896 pages in the production, I would have been referring**

20     **to that.  Otherwise, I would have went and looked.**

21 Q   It actually was only like three or four e-mails.  Are you

22     aware of that?

23 A   **No.**

24 Q   Okay.

25 A   **I mean, I -- I spent the time when I first came through**

1      to read through it all, and it was mostly --

2  Q   Well, mostly it was digits.

3  A   -- just over and over and over.

4  Q   Okay.  But -- so did -- did he, Christopher Breton-Jean,

5      get access to these e-mails while you were on the

6      TeamViewer with him?

7  A   No.

8  Q   Okay.  Do you know how he got access?

9  A   I believe I do.

10 Q   Oh.  How?

11 A   So the password that I used to log in for the

12     Info@sykedecutuning.com e-mail was the same password I

13     used for that e-mail address to log in to the back end of

14     our software server, which Chris did work on.  All the

15     passwords are -- that are stored in the server database

16     are encrypted.  Well, being that Chris is the one who

17     helped write the code to do the encryption, he could

18     obviously de -- de-encrypt it.

19         So after all this took place and I found out about

20     this, I started trying to figure out how he came up with

21     it.  So the conclusion that I've came to based on what,

22     you know, research I've done, is that Chris took all of

23     the, you know, the passwords out of my server database

24     for the software, decrypted my password, and then I

25     believe that he attempted to use that logging in to a lot

1    of my different accounts, and this was the only one that

2    it was tied to, was the Info@sykedecutuning.com, which is

3    how he got those e-mails, which were then sold to HP

4    Tuners for a reward.

5  Q  Okay.  So -- okay.  Then you wrote, HPT paid someone to

6    hack my e-mail.  This is fucked up.  I'm sorry, Ken.  I

7    have no clue how this happened.  The only way he could

8    have done this is back door the website server and dump

9    the e-mails.  Do you see that?

10 A  Yeah.

11 Q  So, you know, based upon what you're saying, it's --

12   he -- he didn't hack.  He just logged in essentially to

13   your account when --

14 A  By --

15 Q  -- he shouldn't have.

16 A  No.  Not exactly.  I mean -- so -- I mean, if -- if he

17   took the encrypted passwords out of the software's

18   database --

19 Q  Oh, he --

20 A  -- decrypted it --

21 Q  I thought you said he knew your passwords --

22 A  No.

23 Q  -- and then he just --

24 A  No.  He never knew my passwords.

25 Q  Got it.  Okay.

1    A    Yeah.

2    Q    Okay.

3    A    So he decrypted the passwords that -- so -- so the

4         software has a back end and an administration panel that

5         I can log in to to manage the customers for the software

6         specifically.

7              The pass -- login screen requires a username and

8         password.  The password that I used for that -- for the

9         logging into the software server was the exact same

10        password that I used for this specific e-mail account,

11        but I didn't use it on any of my other accounts.  So any

12        of the other e-mail accounts or any of my personal, you

13        know, stuff I never used a specific password.  This --

14        you know, password, was used in two locations, on the

15        software server side and on this e-mail address.

16   Q    Okay.

17   A    And so because Christopher Breton-Jean had done the

18        server work, he had access to the server code and the

19        server database, so he took the code, extracted my

20        password, and then used my password to log into it --

21   Q    Okay.

22   A    -- which he had no permission, and he never had that

23        password.

24   Q    Okay.  So then Ken writes, Delete all those accounts now.

25        Do you see that?

1   A   Yeah.

2   Q   And then you write, I am backing them up and deleting all

3       my shit.  Changing server host and all.  Do you see that?

4   A   Did exactly that.

5   Q   Did you -- did you -- what did you delete?

6   A   I didn't delete anything.  Well, I backed everything

7       up --

8   Q   Okay.

9   A   -- and I moved everything over to a new server.

10  Q   So then Ken starts to talk about stolen information.  And

11      you don't have any information that HPT instructed

12      Christopher Breton-Jean to do this, do you?

13  A   No.

14  Q   Take a look at Page 200 and 201.

15  A   Okay.

16  Q   It's actually 201 I guess it starts on, but there's a

17      text message, a screenshot.  Do you know what that is

18      from?

19  A   (Witness peruses document.)  Yeah.  It's from one of our

20      customers.  On 201?

21  Q   Yeah.

22  A   Yeah.  It's from one of our customers who uses our

23      software.

24  Q   Got it.  Okay.

25  A   He's telling me the same thing that everybody's always

1    said, our pricing's too low, which we finally raised our

2    prices up a little bit.

3  Q  So then on August 21st, 2018 on Page 202, Ken writes

4    about, I figured out a way we can open source this and

5    still make money.  Do you see that?

6  A  Yeah.

7  Q  So he wanted to just publicly release all the source

8    code?

9  A  He can want all he wants.

10 Q  Take a look at Page 214.

11 A  (Witness complies.)

12 Q  There's some error that you're referring to at like 12:18

13   p.m., and then Ken writes, I don't have the stock cal in

14   your format.  HPT only.  What is he talking about here?

15 A  He's talking about the stock calibration file for his

16   Jeep.

17 Q  Okay.

18 A  So he read out the stock file with HP Tuner software.

19 Q  Okay.  So on September 30th he's asking you for

20   Whitaker's phone number?

21 A  Yeah.  I think Whitaker had left Lane Powell at that

22   time.  I don't know why he wanted it.

23 Q  Page 230.

24 A  (Witness complies.)

25 Q  Here is the picture you're talking about.

1   A   Oh, yeah.

2   Q   All right.  And then Ken writes above that, And fucking

3       tell him about Canada already.  What is he referring to

4       here?

5   A   **About Canada hacking the software and everything that him**

6       **and I had done.**

7   Q   And who is Ken telling you to say this to?

8   A   **To you guys, HP Tuners. (Witness peruses document.)**

9       **Pretty sharp looking guy.**

10  Q   So based upon -- I know we've covered this, you know, in

11      terms of the images that -- that we went through earlier

12      with what was on the flash drive and whatnot -- Ken would

13      have possessed those items that he provided to you at the

14      time he provided them to you, correct?

15  A   **Correct.**

16  Q   And that would include the MPVI documentation, source

17      code, key generation, the program files, and those types

18      of things, correct?

19  A   **As far as him possessing them or him giving them to me?**

20  Q   Giving them to you and ultimately that means he had them?

21  A   **Well, some -- some of what you just asked, he -- he**

22      **didn't provide to me.  He didn't provide me any of, you**

23      **know, the firmware files and things like that.**

24  Q   I didn't say firmware.  Program files, key generator --

25  A   **Oh, okay.**

1  Q   -- source code.

2  A   Yeah.  So not source code for the MPVI, but source

3      code --

4  Q   -- for the software --

5  A   -- for the software.  Yes.

6  Q   Got it.

7  A   Yes.

8  Q   All right.  Has Syked paid Ken any money?

9  A   No.

10 Q   And you believe that Ken paid Syked nothing and Bobbie

11     may have contributed 50,000 over time?

12 A   So every time that money was deposited into the account,

13     my understanding is that Bobbie was the one going

14     there -- down there to deposit it.  Obviously, she'd be

15     on camera.

16 Q   Now, did you guys use U.S. Bank also?

17 A   No.  That's my personal.

18 Q   Okay.  Was there talk about setting up an account at U.S.

19     Bank and then ultimately you went to Wells Fargo?

20 A   Yeah.  They messed up on some of the things.  We

21     originally set up an account there, and they were

22     supposed to send the paperwork down to Reno for Bobbie to

23     go in and sign it to be on the account, but somehow they

24     lost the paperwork when they were sending it from -- from

25     up here to Reno.  And so it kind of, you know, bothered

1    me a little bit.  And I'm like, Well, if you're going to

2    lose the paperwork to get an account open, then forget

3    it.  We'll go somewhere else.

4  Q  And then as far as, did Ken pay Sykes' -- Sykes' legal

5    fees in connection with this case?

6  A  No.

7  Q  When you spoke with Bobbie initially about becoming an

8    investor, did you communicate to her that the reason it

9    was going to be in her name was so that -- you know, Ken

10   wasn't on it because it was a noncompete?

11 A  I don't recall actually.

12 Q  So she just suddenly became an investor before you ever

13   spoke to her?

14 A  Yes.

15 Q  So this idea that Bobbie would be the owner was something

16   that Ken came up with and implemented, and -- is that

17   correct?

18 A  Correct.

19 Q  And before she became an investor and the documents were

20   prepared to put her name on it, had you ever spoke with

21   her about being an owner?

22 A  No.

23 Q  So any testimony you would have provided previously on

24   those lines, you're correcting that today?

25 A  I am, yes.

```
 1   Q   Okay.  Yeah.  I asked you earlier -- I found -- found my
 2       list.  You don't remember how many credits were generated
 3       for Hamilton, Neablis, Groo, or Alexander?
 4   A   They had forwarded me -- some of them had forwarded me
 5       the initial e-mails that you had sent to them, which
 6       indicated how many credits they were supposed to have,
 7       how many credits they were to have.  I estimated, based
 8       on the amount of credits that were used, there should be
 9       60 to $70,000 in damages.  So I could break those down
10       into $50 a piece, you know, that kind of stuff.
11   Q   So that was the used credits.
12   A   That was --
13   Q   Do you know how many were generated?
14   A   No.
15   Q   Did you max these interfaces out?
16   A   No.
17   Q   No?
18   A   No.  The only ones I believe that I maxed out would have
19       been the Mustang shop.  I had 1,000/1,000/1,000, and it
20       would have been Christopher Breton-Jean's at
21       1,000/1,000/1,000.
22   Q   And what about Jay Enberg?
23   A   I don't believe I gave him 1,000 across the board.  I
24       think I gave him a 1,000 GM only.
25   Q   Okay.  Why did you give those to him?  Did you owe him
```

1        for something?

2   A    No.  Him and I have known each other for six, seven years

3        at least.  And, you know, I was talking to him one day

4        and I said, I can get you some GM credits, because he was

5        tuning some GM cars.  And you know, he's always -- he's

6        always been good to me.  He developed the N2MB box, and

7        if I need one for my own car, you know, for anything, if

8        I call him up and say, Hey man, will you send me an N2MB

9        box, he'll -- he'll send me one and won't charge me for

10       it, so we just kind of look out for each other.

11  Q    Okay.  And then what about John Lambert?  What were --

12  A    John Lambert, I think I gave him a hundred of them.  We

13       were on a phone call one day, you know --

14  Q    Hundred what?

15  A    Hundred GM credits, I think.

16          We were on the phone one day, and he said he was at

17       a buddy -- buddy's car or something he was going to tune,

18       and I was like, Hey, man, I can get you some credits, you

19       know.  And so I generated a few for him, you know, just

20       to -- I'm kind of trying to go off of recollection, and

21       it's been quite a while.

22  Q    Yeah.

23  A    If it was 110, don't --

24  Q    So basically, for the folks that had a certain number on

25       there and a certain number used, it would have been

1    whatever -- you know, what -- whatever was on there above

2    what we had records of, those would have been generated

3    by you?

4  A  I mean, if you -- yeah.  Because you guys keep records

5    just like we do.

6  Q  Right.  So we -- if we knew we generated 100 credits or

7    they should have had 100 credits available, and it had

8    1,000 credits available --

9  A  Then I generated 900.

10 Q  Got it.

11     Okay.  And for the PayPal ones with the Lani Carney

12    account, it would have just been whatever that price was

13    divided by 25 would have shown how many credits were

14    issued?

15 A  I -- I mean, it's -- potentially.  I mean, I can look at

16    the sheet and see.  You know, I know there was -- I -- I

17    had posted up as ECU Master to make donations towards --

18    towards the cause, and I think some people went on there

19    and made some donations that weren't credit related, but

20    I'd have to go back and look.

21 Q  On the -- for the PayPal?

22 A  Correct.

23 Q  Why don't we just go through that real quick.  Was that

24    Exhibit -- I forget the number of that exhibit.

25    Exhibit --

```
 1  A    18.

 2  Q    18.  Yeah.  It's hard to see, but there's --

 3  A    (Witness peruses document.)  So the total amount received

 4       was -- it looks like $1,052 -- or $1,092.58.  I mean,

 5       divide that down by 25 bucks and we'll call it that many

 6       credits.  I mean, I'm not going to nickel and dime.  I

 7       mean, if it's 50 bucks more than what it should actually

 8       be, I mean whatever.

 9  Q    Okay.

10  A    I mean, $1,092 divided down by 25 will give you an

11       indication of how many credits that were sold.  Like I

12       said, there were a few people that had came and sent over

13       a donation, but I imagine it wasn't more than 50 or a

14       hundred bucks on that.

15                   MR. BLEIMAN:  Okay.  All right.  I

16       don't have any further questions right now.  Thank you

17       for your time.

18                   MR. MANN:  No cross-examination, and

19       we'll reserve signature.

20                   THE VIDEOGRAPHER:  This concludes the

21       video deposition of Kevin Sykes-Bonnett, consisting of

22       three media units.  We are going off the record.  The

23       time is 4:58.

24                        (Signature reserved.)

25                        (Videotaped deposition
```

```
 1                        concluded at 4:58 p.m.)
 2                        ----
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                     A F F I D A V I T
 2
     STATE OF WASHINGTON )
 3                       )  ss.
     County of Pierce    )
 4
 5
 6        I, Kevin E. Sykes-Bonnett, hereby declare under penalty
 7   of perjury that I have read the foregoing deposition, Volume
 8   II, and that the testimony contained herein is a true and
 9   correct transcript of my testimony, noting the attached
10   corrections.
11
12
13
14                              _____
15                              Kevin E. Sykes-Bonnett
16
17
18
19
20   Date:  _____
21
22
23
24
25
```

1   STATE OF WASHINGTON )    I, Tracey L. Tracy, CCR, RPR,
                         ) ss a certified court reporter
2   County of Pierce    )    in the State of Washington, do
                             hereby certify:

3

4

        That the foregoing videotaped deposition of KEVIN E.
5   SYKES-BONNETT, VOLUME II, was taken before me and completed
    on May 16, 2019, and thereafter was transcribed under my
6   direction; that the deposition is a full, true and complete
    transcript of the testimony of said witness, including all
7   questions, answers, objections, motions and exceptions;
8       That the witness, before examination, was by me duly
    sworn to testify the truth, the whole truth, and nothing but
9   the truth, and that the witness reserved the right of
    signature;

10

        That I am not a relative, employee, attorney or counsel
11  of any party to this action or relative or employee of any
    such attorney or counsel and that I am not financially
12  interested in the said action or the outcome thereof;

13      That I am herewith securely sealing the said deposition
    and promptly delivering the same to Andrew P. Bleiman.

14

        IN WITNESS WHEREOF, I have hereunto set my signature on
15  the 23rd day of May, 2019.

16

17

18

19  _____
        Tracey L. Tracy, CCR, RPR
20      Certified Court Reporter No. 3430
        (Certification expires 04/19/20.)

21

22

23

24

25

SIGNATURE PROCEDURE INSTRUCTIONS TO ATTORNEY

Date:  May 23, 2019

To:    Philip P. Mann

       Mann Law Group

       107 Spring Street

       Seattle, WA  98104

Case:  HP Tuners, LLC vs. Sykes-Bonnett, et al.

Cause No.:  3:17-cv-05760-BHS

Videotaped Deposition of:  Kevin E. Sykes-Bonnett, Volume II

Date Taken: May 16, 2019

The above transcript must be read and the Correction Sheet signed within

30 days of this notice or before the trial date.  If the Correction Sheet

is not signed within that time period, signature will be deemed waived

for all purposes.

Please contact the witness and arrange a convenient time and place for

reading and signing.

After the Correction Sheet is signed, please mail the signed original

Correction Sheet to:

                    Andrew P. Bleiman

                      Marks & Klein

                1363 Shermer Road, Suite 318

                    Northbrook, IL  60062

Reporter: Tracey L. Tracy, CCR, RPR

License No.: 3034

CORRECTION SHEET

Videotaped deposition of:  KEVIN E. SYKES-BONNETT, Volume II

Date:  05/16/2019

Case: HP Tuners, LLC vs. Sykes-Bonnett, et al.

Cause No.: 3:17-cv-05760-BHS

Reporter:  Tracey L. Tracy, CCR, RPR

Instructions: Please carefully read your deposition and on this correction

sheet make any changes or corrections in form or substance that you feel

should be made.  You may add additional sheets, if necessary.  After completing

this form, please sign your name in the space provided.

Please do not mark the transcript.  Thank you.

PAGE #   LINE #   CORRECTION                 REASON FOR CORRECTION

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

SIGNATURE OF WITNESS:_____

Case 3:17-cv-05760-BHS   Document 259   Filed 06/01/20   Page 161 of 184

HP TUNERS vs KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED                    Confidential
Sykes-Bonnett, Kevin -  May 16, 2019                                        Page 487Index: #industry..18

**Exhibits**

**Sykes-Bonnett Vol II Exhibit 79**
330:7 348:6,8

**Sykes-Bonnett Vol II Exhibit 80**
330:9 362:16,17,19

**Sykes-Bonnett Vol II Exhibit 81**
330:12 363:13,14

**Sykes-Bonnett Vol II Exhibit 82**
330:14 367:24

**Sykes-Bonnett Vol II Exhibit 83**
330:17 369:20,21

**Sykes-Bonnett Vol II Exhibit 84**
330:18 371:1

**Sykes-Bonnett Vol II Exhibit 85**
330:20 379:7

**Sykes-Bonnett Vol II Exhibit 87**
331:3 381:8 388:19

**Sykes-Bonnett Vol II Exhibit 88**
331:5 381:19

**Sykes-Bonnett Vol II Exhibit 89**
331:6 382:14

**Sykes-Bonnett Vol II Exhibit 90**
331:8 382:23,24

**Sykes-Bonnett Vol II Exhibit 91**
331:10 388:15,16,18 391:6

**Sykes-Bonnett Vol II Exhibit 92**
331:13 392:10

**Sykes-Bonnett Vol II Exhibit 94**
331:17 399:21 400:1 401:14

**Sykes-Bonnett Vol II Exhibit 95**
331:19 400:6 401:15

**Sykes-Bonnett Vol II Exhibit 96**
331:20 401:9

**Sykes-Bonnett Vol II Exhibit 98**
332:3 413:23

**Sykes-Bonnett Vol II Exhibit 99**
332:5 414:20

**Sykes-Bonnett Vol II Exhibit 100**
332:8 415:15

**#**

**#industry** 437:16

**$**

**$1,052** 480:4

**$1,092** 480:10

**$1,092.58** 480:4

**$25** 394:16

**$50** 477:10

**$70,000** 477:9

**0**

**0123456789** 383:15,22

**03212007_148** 352:23

**04/19/20** 484:20

**1**

**1** 333:13 347:4,10 398:22 408:23

**1,000** 477:23,24 479:8

**1,000/1,000/1,000** 392:20,25
477:19,21

**10** 390:21 458:14 461:18 467:10,13

**100** 415:14,15,17 447:20 479:6,7

**102** 447:25

**1075** 449:10

**109** 448:9

**10th** 367:2 375:4,6,7,11 382:18
392:5 401:13

**11** 345:5 466:7,8

**110** 478:23

**111** 453:8

**119** 453:24

**11:04** 462:25

**11:12** 362:20

**11:14** 464:9

**11:22** 333:3,12

**11:25** 388:24 389:3

**11:42** 426:21

**12** 375:21 383:4

**120** 454:11

**121** 454:11

**126** 454:22

**129** 455:6

**12:02** 389:9

**12:04** 389:11

**12:06** 364:5

**12:16** 367:13,14

**12:18** 473:12

**12:35** 370:4

**12:54** 367:15,17

**13** 350:5,7 351:19 354:13,19 355:4,
16 358:3 361:11 405:14 422:17

**130** 457:6

**132** 457:23

**135** 458:11

**14** 354:17,18,20 355:11 358:19
361:11 405:15

**141** 458:19

**142** 458:25

**14th** 343:3

**15** 358:23 361:11 379:11

**15-19** 341:24

**15-minute** 398:19

**153** 461:16

**16** 333:2,12 360:23,24 361:11
426:19 484:1

**161** 462:19

**162** 464:9

**164** 465:23

**169** 467:2,6

**16th** 374:9 453:24

**17** 351:1 413:17 417:18 467:24

**170** 467:6

**177** 467:8

**17th** 342:18 349:23

**18** 366:22 393:24 413:18 426:19
427:10 480:1,2

Case 3:17-cv-05760-BHS   Document 259   Filed 06/01/20   Page 162 of 184

HP TUNERS vs KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED          Confidential
Sykes-Bonnett, Kevin -  May 16, 2019                                       Page 488Index: 18-month..60

**18-month** 439:4

**1892@yahoo.com** 365:21

**19** 417:18 427:23

**198** 467:23

**199** 467:21

**19th** 351:3

**1:10** 466:7

**1:24** 447:25

**1:42** 398:11,14

**1:43** 398:23 399:1

---

**2**

**2** 352:13 399:5 408:25 462:6

**2.23** 346:4 356:17

**2.24** 396:9,16 397:4 403:17,18,21, 24,25 404:17 405:2

**2.25.2033** 364:8

**20** 353:21 357:4 464:23 466:4

**200** 472:14

**2007** 466:21,22

**2008ish** 466:22

**201** 472:14,16,20

**2015** 337:6,11,14,20 338:7 342:11 418:6 433:5

**2016** 337:7,12 338:7,9,16 339:7,9 340:1,2 341:1,2,7,8,15,16 345:5,16, 24,25 346:10 347:1 349:23 351:14 353:15,17,21 357:4 363:24 364:15 365:23 366:24 367:2 368:4,18 369:24 370:20 371:8,21 372:7 373:3 374:2 375:5,11,21 379:11 390:12 421:10

**2016-ish** 366:2

**2017** 342:12,15,17,18,24 350:24 351:3 366:2 371:8 376:13 381:11 382:18 399:23 401:13 402:12,16 406:16 417:18 418:6 422:19,21 426:21

**2018** 334:18 335:1 336:7 342:15 414:6 417:18 433:17 441:18 453:24 461:18 464:23 465:18 466:4,5,7 467:24 473:3

**2019** 333:2,12 484:1,15

**202** 473:3

**20th** 341:1,15 345:16 347:1 351:14 357:4 372:7 438:23 439:3,4

**214** 473:10

**21st** 433:17 473:3

**22** 428:4

**22nd** 374:2

**23** 428:23

**230** 473:23

**23rd** 422:19,21 484:15

**24** 342:17 414:6

**25** 347:3,9 394:17 479:13 480:5,10

**25th** 334:18 335:1 434:14

**26_2017** 352:13

**26th** 362:20

**27** 368:4

**27th** 363:25 368:18 426:21

**28** 429:3,22

**28th** 369:24

**29th** 342:11 438:23

**2:04** 399:2,6

**2:30** 425:11

**2:32** 349:13

**2:46** 383:4

**2nd** 425:11

---

**3**

**3** 462:12

**3.0.83** 415:21,22 416:6

**3.2** 405:4,23

**3.4** 403:11 405:4,23 437:1

**3.4.3** 416:4,24

**3.5** 397:12 405:5 426:8

**3.6** 397:13 405:5

**3.7** 397:13

**3000** 333:2

**30th** 390:12 473:19

**31st** 383:4

**341** 341:23

**3430** 484:20

**346** 347:3,9

**347** 347:4,10

**36** 413:10

**3:03** 467:24

**3:17-cv-05760** 333:16

**3:21** 438:12,13

**3:39** 438:14,16

**3D** 454:8,9

---

**4**

**4** 425:10

**4.0** 461:19

**4.05** 397:9 406:19 407:2 461:23

**4/15/2016** 372:4

**42** 431:5 447:6

**454** 395:24

**48** 431:4,6,7

**49** 431:2,6,7,22

**4:18** 462:8,9

**4:30** 462:10,14

**4:58** 480:23 481:1

---

**5**

**5** 426:5

**50** 424:12,14 480:7,13

**50,000** 424:11 475:11

**506** 333:2,17

**58** 433:1

---

**6**

**6** 342:22 344:6

**60** 477:9

HP TUNERS vs KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED                    Confidential
Sykes-Bonnett, Kevin -  May 16, 2019                                    Page 489Index: 67..Alexander

**67**  433:12 438:5

**68**  417:16 433:14

**6th**  448:9 451:4

---
**7**
---

**7/8ths**  382:4

**70**  434:6

**71**  436:9

**72**  436:19

**74**  438:21

**75**  439:6

**77**  439:20

**78**  437:24

**79**  348:6,8,20

**7:16**  368:4

**7:31**  458:12,14

**7:54**  459:1

**7:56**  459:1

---
**8**
---

**8**  410:14 426:5 468:18

**80**  362:16,17,19

**81**  363:13,14

**82**  367:23,24

**83**  369:20,21

**84**  370:24 371:1

**85**  379:6,7

**86**  380:11,14

**87**  381:6,7,8 388:19 391:8

**88**  381:18,19 440:15

**89**  382:13,14,16

**896**  467:24 468:15,17,19

**8:24**  464:25

**8:38**  434:14

**8th**  371:8,20 378:5 425:9

---
**9**
---

**9**  376:13 381:11

**90**  382:23,24 442:10

**900**  479:9

**91**  388:15,16,18,22 391:6 444:12

**92**  392:9,10

**93**  399:11,12 400:11

**94**  399:21 400:1,4,11,13 401:14 444:23

**95**  400:5,6 401:15

**96**  401:8,9

**97**  409:21,22

**98**  413:22,23,25

**98.138.100.117**  400:20

**98.138.88.232**  400:21

**98.138.91.235**  401:22

**98104**  333:3

**99**  414:20,23

**9:13**  458:20

**9:22**  436:9

**9:46**  368:18

**9:57**  453:8

**9:59**  437:11

**9th**  366:2 371:8 391:8 392:2 399:23

---
**A**
---

**a.m.**  333:3,12 362:20 388:24 426:21 434:14 453:8 458:20 462:25 464:9, 25

**A2l**  455:20 456:13

**ability**  349:18 391:13 412:6 461:14, 15

**absolutely**  336:2,8 359:6 361:21 412:15

**access**  378:17 450:19 452:6 454:8 469:5,8 471:18

**account**  367:1 371:11,15 378:16 380:2 394:3,9 395:15 396:7 402:1 433:4 470:13 471:10 475:12,18,21, 23 476:2 479:12

**accounts**  396:8 470:1 471:11,12,24

**accuse**  412:16

**acknowledge**  354:13

**acquired**  338:19

**acronym**  401:25

**action**  484:11,12

**activation**  408:3

**actively**  420:2

**actual**  356:24 413:19 420:9 444:10

**add**  349:13,18 368:14

**addition**  393:19

**additional**  347:25 348:1 354:23 360:14 393:3 394:11 407:20 443:25

**address**  366:4,5,15 367:7 371:5 373:5 380:7 382:7 394:1,6 399:16 400:9,19,23,25 401:19 414:4 468:11 469:13 471:15

**addresses**  365:3,13,16,22,24 370:6,20 381:25 382:20 400:18 401:16

**admin**  364:7,9 368:22 369:6 383:9, 13,18,19,21,23 384:3 415:22 416:16,20,24,25 417:3 443:17,18, 19,22,24,25 453:20

**administration**  471:4

**administrative**  378:13

**advised**  339:9

**affects**  435:16

**affiliated**  412:16

**affiliations**  333:22

**aftermarket**  386:10 408:1

**agree**  335:23 336:4 343:25 350:22 353:20 354:19 358:24 359:3 361:1 417:8,11

**agreed**  340:14 424:11

**agreement**  344:9,21 345:11

**ahead**  408:12

**airport**  447:23

**Alexander**  477:3



Case 3:17-cv-05760-BHS   Document 259   Filed 06/01/20   Page 164 of 184

HP TUNERS vs KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED      Confidential
Sykes-Bonnett, Kevin -  May 16, 2019                          Page 490Index: algorithm..bench

**algorithm** 410:13,18

**alive** 424:15 442:16,24

**alleged** 459:14

**allegedly** 430:15

**allowed** 379:18 408:2 412:10 416:17,21

**alls** 459:21

**alo** 426:10

**aloneraja** 426:10

**alpha** 423:4

**Americas** 396:1

**amount** 408:5 424:11 440:5 477:8 480:3

**and/or** 405:5 461:15

**Anderson** 333:19,20

**Andrew** 333:23 334:16 411:21 484:13

**anonymous** 411:17

**answers** 415:17 484:1

**anyone's** 349:14

**apology** 426:2

**app** 388:24 413:4

**apparently** 412:17 427:14 434:7 460:8

**appearances** 333:22

**appeared** 333:4

**appears** 346:9,14 351:19 363:19 368:4 371:20,21 372:22 373:7 374:13 375:16 377:21 378:5 381:22 410:5,13 422:20 429:2 440:14

**appkey.xls** 376:17 381:11 391:10, 15 399:24 400:15

**appkey.xls.** 381:24

**Appkey.xls.'** 382:5

**application** 353:7 368:5,9,10 376:21,24 382:1,3 389:7 391:7,16, 17 392:16

**approached** 337:21

**approximately** 338:15 339:6 342:11,14,17 422:19

**April** 365:23,24 366:1 370:20 371:8, 20 378:5 379:11 421:10 439:3,4 441:18 466:4

**area** 401:1

**areas** 336:10

**arrange** 391:3

**Arrogant** 435:16

**art** 439:8

**asdf123** 376:13 381:10

**aspect** 422:13

**assembled** 387:18

**assets** 338:8

**asshole** 422:2 444:25

**assholes** 435:16

**assist** 383:25 384:5 404:22

**assisting** 421:9

**assume** 347:12 440:12

**assuming** 449:5 465:19

**assumption** 436:3

**assured** 385:3

**AT&T** 365:10

**attached** 375:16 376:16 377:17 426:8 483:1

**attachment** 372:14,23 400:13

**attachments** 372:7 374:4,6,14 376:15 380:21,25 381:4,14 399:18, 25

**attempted** 469:25

**attention** 429:19

**attorney** 372:20 390:7 425:12,15,22 426:24 427:1,6,7 446:3 484:10,11

**attorneys'** 378:10

**August** 350:24 351:1,3 467:24 473:3

**Australian** 394:14,15

**authentic** 344:2

**authorize** 354:10

**Auto** 396:12,13,15,17 397:17

**autocorrect** 440:2

**autocorrecting** 448:8

**AV** 423:7

**Avenue** 333:2,17

**avoid** 419:17,22 429:11

**aware** 345:18 377:23 390:22 429:7 449:25 468:22

---

**B**

---

**B&o** 424:20

**B-O-N-N-E-T-T** 334:14

**back** 336:15 341:21 342:24 350:5,11 353:1 361:8 366:23 367:17 370:8 372:16 375:10 382:1 388:11 393:3 398:14 401:24 404:19 406:1,24 411:14,18 413:2 425:8 427:8 428:1 430:13 432:16 438:4,16 441:18 446:14 449:3 454:2 468:7 469:13 470:8 471:4 479:20

**backed** 472:6

**backing** 432:10 472:2

**bad** 403:11 428:21 445:5

**bailing** 434:20,23,24

**bank** 433:4 475:16,19

**based** 336:12 345:19 361:13 362:1 370:18 374:13 376:5 383:22 385:9 411:14,18 412:12 456:22 469:21 470:11 474:10 477:7

**basically** 369:18 385:2 411:11 419:15 430:7 431:17 432:21 433:7 450:13 455:11 456:5,6 460:2,24 463:16 478:24

**basis** 345:13 420:2

**batch** 454:10

**bathroom** 398:19

**Beavis** 379:22

**began** 403:14

**beginning** 399:4 462:12

**behalf** 333:24 334:1 338:13

**belief** 354:3 411:15

**belive** 350:17

**bench** 445:12 458:4



Case 3:17-cv-05760-BHS   Document 259   Filed 06/01/20   Page 165 of 184

HP TUNERS vs KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED                    Confidential
Sykes-Bonnett, Kevin -  May 16, 2019                                    Page 491Index: benefit..ccable.cs

benefit  409:12

beta  355:21 369:10,12,13,14 426:8

big  463:5

binaries  451:22

binary  357:16,20 430:23

bit  344:5 345:17 360:7 408:15
446:15 462:21 473:2 476:1

bits  410:17

blank  423:9

Bleiman  333:23,24 334:10,16
340:13,20,23,25 341:21 342:10
343:25 344:9 347:6,20 348:4,10
350:7 362:19 363:16 366:11,14
367:20 368:1 369:24 370:12 371:3
376:9 378:21,24 379:5,9 380:17
381:10,21 382:16 383:1 388:18
392:12 398:5,9,15,18 399:9,15
400:4,8 401:11 404:17,21 407:16
409:25 411:21 413:21,25 414:22
415:17 416:13 417:15 438:4,9,19
452:25 457:5 462:17 480:15 484:13

blocked  352:22

blue  417:24

board  422:25 423:2 460:24,25
477:23

boards  437:12

Bobbie  419:7,12,21 424:2,8,9 425:3
444:16,20 475:10,13,22 476:7,15

boot  429:25 451:22,23,24

Bosch  352:24,25 465:11,20

boss  463:6

bothered  475:25

bottom  349:3 356:13,14 361:22
371:25 428:23 457:12,17 458:6

bought  339:2,10 409:2,3 449:25

box  439:12,21 478:6,9

boxes  418:1

bracket  410:14,15

break  334:24 366:11 370:23 372:19
373:19 375:3 382:10 398:19 399:11
477:9

breakdown  376:24 391:22

breaks  387:18

Breton  407:6

Breton-jean  348:12,16,25 349:3,23
354:7 357:23 358:5,10,21 359:4
361:19 362:21 363:17 364:4 367:22
368:2,5,19 369:25 383:2,5 388:23
389:7 392:4,16,24 393:6 396:5,9
403:6,23 404:7,23,25 405:20 407:2,
7,19 409:17 410:1,23 411:13,19,22
412:4,12 414:1,15 426:16 433:15
434:7 436:17 468:2 469:4 471:17
472:12

Breton-jean's  477:20

Brett  333:18

bricked  448:21

briefly  389:24

bring  449:3

bringing  422:7

bro  437:16

brought  353:22 427:12,15 448:12

bucks  395:24 480:5,7,14

buddy  478:17

buddy's  478:17

buffer  440:3 459:2 463:7

buggy  430:3

bugs  408:11

build  440:19

bunch  356:6 410:15 414:8,19

bus  352:24 386:11 435:9 440:4
453:23 459:22

business  409:7 418:7 419:5,9
420:3

buy  406:5 461:5

buying  337:18

buyout  339:22

Byers  333:18,19

bypass  369:13 403:19

byte  387:19

---

**C**

cable  349:14 352:9,11 353:2,4,7,9,
11,12,17,18 355:17,18 357:10,11
358:4 363:4 383:6,13,14,18,19,21
385:7 387:16 388:5 412:22 415:5,6,
7 423:4,15,17,23 428:14 430:7
436:7 439:11 440:3 443:4,15 444:4,
10 445:12 453:14 459:4 462:23
463:14,20 466:20

cables  353:22 364:1 430:11,12
435:25 448:10,14,20 450:7 454:10
467:2,4

cal  473:13

calculated  376:25 391:16

calendar  418:18

calibration  344:20,22 473:15

California  401:1,4 444:17

call  339:13 402:15,21 432:3 437:15
440:17,18 453:25 455:6 478:8,13
480:5

called  360:1 377:21 427:13 468:16

calls  412:14 425:16,20

camera  475:15

CAN'D  459:22

Canada  434:15 435:9 436:21 437:3,
13 467:25 474:3,5

Cannata  336:18,20 337:4,10,11
338:7,9 339:9 340:3 341:3,8,11,18
345:3,8,12,18 346:1 349:10,19
351:13 352:1,18,21 353:10,21
355:15 356:4 359:10,21 360:2
362:3,14 363:6,8 364:11,20 365:4,7,
18 376:13 394:23 402:9

capital  445:7,20

car  357:21 396:1 408:3 478:7,17

careful  436:20

Carney  370:15 393:21 394:8 414:4,
9 479:11

cars  478:5

case  333:16 335:8 343:24 348:15
377:10 412:24 415:18 423:16 476:5

cases  454:7,9

cash  409:4

Casper  420:23,24 421:2 454:5

ccable.cs  355:4



Case 3:17-cv-05760-BHS   Document 259   Filed 06/01/20   Page 166 of 184

HP TUNERS vs KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED                    Confidential
Sykes-Bonnett, Kevin -  May 16, 2019                                        Page 492 Index: ccontroller..conclusion

ccontroller 375:17

ccontroller.cs 346:21 355:5 374:14

CCR 333:4 484:1,19

celebrate 439:5

certification 484:20

certified 334:6 484:1,20

certify 484:1

CH 455:1

chain 375:24 378:5

challenge 409:13

chance 388:11 448:10

change 368:12 378:17 433:22 438:9 462:2,3 463:3 464:3

changed 424:2 459:4

changer 437:16

Changing 472:3

charge 378:16 478:9

charged 439:17

Charter 365:12

check 364:25 366:25 367:1,4,6 375:12 426:22 457:19 467:10

checks 433:8

Checksum 352:18 358:9

chip 386:10,13,14,16,18,19 464:14, 20

Chris 411:25 421:18 422:6 427:14 428:2,24 429:6 435:14 437:2 452:5, 16 454:24 455:1,2,23 456:6,20 466:20 469:14,16,22

Christopher 348:11,24 349:3 354:7 357:22 358:5,9,21 359:4 395:25 396:4,9 403:6,23 404:7 407:19 411:19,22 414:15 433:15 434:7 468:2 469:4 471:17 472:12 477:20

Chrysler 380:18

circumvent 444:21

Citibank 433:4

claimed 411:1 420:14 444:6

claims 466:15

clarification 340:11

clarify 336:11 343:13

class 372:8,11,15,22

classes 346:11 372:13 437:6

clear 377:14 388:10 417:24 465:16

cleared 433:8

click 369:4

client 444:2

clock 440:1,9,10

clone 353:18,21

cloned 352:9,11 353:1,4,8,9,11,12, 18 358:3 413:7

cloning 364:1 448:23

close 406:10

closed 410:15

cloud 450:23

clue 410:8 426:13 470:7

cmpfvi.cs 355:5

cmpvi.cs 346:19

code 346:5,11,25 347:7,13 349:6,9, 10,24 356:16 358:13 362:21 369:6 372:13 373:1,14,15,23 374:12,19,20 382:17 385:2,25 386:5,23 387:2,10 389:11,15,16 400:12,16 401:11,14 408:17,20,23 409:16 410:3,12 417:9 430:1,3,21,22 437:7,8 439:24 440:7, 9,11,23 441:1,3,5,15,16,23 453:9, 13,22 459:4 460:1 461:14,15 463:3 464:3 465:3,14 468:16 469:17 471:18,19 473:8 474:17 475:1,2,3

codes 375:17

coincidental 392:6

color 399:17,21

comm 430:4

command 359:15,19 360:1,9,10

comment 349:4

comments 422:1,14 446:19

communicate 359:19 365:14 371:11 384:10 386:10,13 460:6 464:20 466:2 476:8

communicated 360:10 419:20 429:7,8

communicates 386:4,11

communicating 340:5 341:11 345:12 356:25 364:20 365:3 366:14 370:19 401:3 412:4 418:6 419:1 420:16 425:22

communication 340:7 356:23 366:16,20 384:9 386:1,22 388:3 414:1 430:17 459:25 460:19,22 463:19

communications 335:7,16,20,24 336:17,21 337:9,13 341:17 342:3 345:8,17 348:11,21,24 350:12 352:25 355:6 363:16 364:21 367:22 368:2 370:13 371:7 372:19 383:2 385:21,23 386:3,24 389:21 392:13 410:1 413:3 421:16,17,19 422:6 453:17 454:4,23 463:12,17

communications-related 461:10

company 418:10 419:8,13 424:17 425:3 434:21 435:2 439:8 444:16 445:1 463:6

competition 402:20,22,23

competitive 421:6

competitor 406:15

compile 441:2,12 461:14

complaining 447:6

complete 484:1

completed 484:1

completely 463:24

complies 388:21 422:18 426:20 428:5 429:4,23 431:3,5 438:22 440:16 442:11 457:7 461:17 462:20 467:9 473:11,24

compressed 355:16 369:1

computer 350:10,13,15,18,23 354:20 355:11 358:20,25 361:2,10, 15 369:5 405:11 412:10 427:11 436:10 441:7,8,10,16 445:12 452:14 464:21

computers 362:11

concerned 354:3 358:19 385:1

concluded 481:1

concludes 480:20

conclusion 469:21



Case 3:17-cv-05760-BHS  Document 259  Filed 06/01/20  Page 167 of 184

HP TUNERS vs KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED          Confidential
Sykes-Bonnett, Kevin - May 16, 2019                                    Page 493Index: concoction..date

concoction  403:18

conferences  418:12

confidential  340:12,15,19,22
377:10,18 380:12,15 381:3 399:13
407:9 409:20,21,23 413:13

config  459:6

confirm  368:1

connect  386:25 387:10

connection  416:1 423:16 446:21
459:12 476:5

connectors  423:6

consistent  418:24

consisting  480:21

consuming  360:7

contact  337:4 340:3 420:21 421:1,2

contacted  337:17 338:9

contacting  338:12

contacts  420:14

contained  400:17 405:12 452:17
483:1

continue  334:17 337:12 343:20
352:19

continued  333:7 341:2 403:10

continuing  334:9 338:21 367:19
399:8 403:14 438:18 462:16

continuous  340:3

contract  389:12

contributed  475:11

control  408:1,3 435:14,18 468:16

controller  373:17 443:1 458:2

Controllerflasher.exe.  379:16

controllers  342:6 379:19

conversation  339:16 371:22 372:7
389:6 406:1 427:6 444:23 445:9
464:10

conversations  338:6 341:3 389:25
429:13 434:13 436:23

conversion  423:7

copied  352:9 373:15 389:1

copies  362:9 366:7,8 382:21 399:10

430:20

copy  381:16 399:17,22 400:8,9
401:7 430:20 457:8

corner  361:23

corporation  425:6

correct  335:3,9 336:11 337:1,2
340:3,4,23 341:4,5 342:12,13,16
343:12 344:10,11 345:4,6,10 346:15
348:12,17,18 349:10,11,25 350:19,
20,24,25 351:6,17,18,20 352:1
354:21,22 355:9 357:24 358:18
359:1 360:15,18,21 361:17,18
363:17,18 364:9 365:19 366:17,18
367:5 370:4,14,20,21 371:8,18,19
372:20,21 373:25 374:7,8,15,17,18
375:18,19 376:2,15,22 377:4,5,7
379:12,13 380:6,8,20,22 383:24
384:16 390:10 392:13,17,18 393:7,
8,10,11,13,14,21,22 394:12 395:16
396:18,19,20,21 401:12 402:1,2
405:18 406:19,20,21 410:23,24
411:2,3,5,6,9 414:9 415:25 416:7
417:2,4,5 418:3,7,8,10,11,13,14
419:6 420:4,6 421:12 422:13
426:22,23 428:17,18 429:9,17
431:21 432:5,19 433:6 434:1,10,25
435:1,7,8,16,17 439:1,2,16 441:17,
19 444:13 446:8,9 447:21 448:5,13
449:19 450:1,2 453:7 456:4 461:21,
22 462:23,24 474:14,15,18 476:17,
18 479:22 483:1

corrected  401:14

correcting  361:5 396:23 476:24

corrections  483:10

correctly  339:21 344:18 373:1
430:10

cos  348:5 395:14 446:1 451:17

cost  408:4 428:20 445:1

costs  426:2

counsel  333:21 484:10,11

countersuit  446:1

County  483:1 484:1

couple  337:5 348:19 349:12 366:8,9
372:12 392:15 393:9 417:7 437:6

court  333:15,19 334:3,6,19 426:2
432:11 445:5 446:2 484:1,20

court's  379:1

cover  422:15

covered  413:12 474:10

CPU  409:3

crack  403:21

cracked  352:11 358:4 362:7 402:7,
10 403:5 405:15,21 426:7 437:1
461:18

crazy  431:10

create  416:18,21 430:1

created  344:15 357:19 358:5 380:1
394:3,5 402:1 463:16

credentials  450:16

credit  394:16 479:19

credits  349:17,18 360:4,5 368:14
389:20,23 390:1,2,7 391:4 392:19
393:16,20 394:11 406:5 413:5,8
415:7 445:1,21 446:7,10,12,17
447:3,6,7 477:2,6,7,8,11 478:4,15,
18 479:6,7,8,13 480:6,11

cross-examination  480:18

cruise  408:1,3

custom  384:12 408:2,12,13

customers  471:5 472:20,22

cut  356:15 377:15 381:25 382:8,18
442:8,9

cvehicle  375:17

cvehicle.cs  346:23 355:14 374:14

CYM  426:22

---

**D**

daily  420:2

Dale  371:17 373:7 374:1 375:4
376:12

damages  426:2 434:1 477:9

dance  395:21 402:20,22,23

dark  442:7

data  440:4,5 463:23

database  451:23 469:15,23 470:18
471:19

date  351:2,4 366:25 375:14 447:1
483:20



HP TUNERS vs KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED        Confidential
Sykes-Bonnett, Kevin - May 16, 2019                                    Page 494Index: dated..dot

**dated** 345:5 382:17

**dates** 354:1

**daughter** 395:1,3,6,21 402:20

**Dave** 420:23,24 421:2 454:5,7

**day** 340:1 383:15 391:8 392:5,25
429:24 458:25 478:3,13,16 484:15

**days** 390:21 444:13

**dba's** 425:4

**DCU** 423:24

**de** 469:18

**de-encrypt** 469:18

**deal** 447:4 463:23

**dealing** 385:14

**December** 342:11 362:20 363:25
364:15 368:4,18 369:24 383:4
422:19,21 425:9,11 426:5,18,21

**decent** 366:9,10

**declarations** 446:21

**declare** 483:1

**decompiled** 358:17

**decrypted** 469:24 470:20 471:3

**Decryptor** 352:8

**deep** 434:15

**defendants** 334:1

**definition** 465:24

**delete** 378:15,25 471:24 472:5,6

**deleted** 347:18 371:12

**deleting** 472:2

**deliberately** 347:18 422:14

**delivering** 484:13

**denied** 396:22

**deposit** 475:14

**deposited** 475:12

**deposition** 333:13,17 334:17,20
335:2,5,11,15,19,23 340:14,22
345:21 362:8 370:9 376:6 393:2
396:23 398:22 399:5 404:14 407:13,
18 411:8,11 413:12 416:8 417:12
421:25 431:14 438:1,6 452:22 457:2
462:6,12 480:21,25 483:1 484:1,13

**describe** 341:16 407:16 450:12

**design** 437:10 439:14 460:17,18

**designate** 340:14 377:18

**designated** 340:12,22

**designed** 421:21

**desktop** 452:15

**destroyed** 362:6

**detail** 407:20

**details** 339:21 342:8

**deteriorated** 410:23

**develop** 339:4 342:3,5 359:23
383:25 385:4 444:4

**developed** 432:15 453:15 463:19
478:6

**developing** 338:25 339:3 385:5,21
386:3 387:16 388:2,4 408:17,22
423:15,24

**development** 341:12 342:2 384:1,6
418:22 419:4 420:3,7 443:3 460:21

**develops** 460:22

**device** 351:13 386:15,25 387:6,11
441:24 452:13 460:15 464:22

**devices** 342:12,15 344:2 362:11
464:16

**difference** 443:18 444:2

**differences** 460:12

**difficult** 360:8

**digits** 469:2

**dime** 480:6

**direction** 484:1

**directly** 352:25 359:19 360:10
411:25 419:17 425:23 460:23
461:13

**dis-** 456:20

**disabled** 448:24

**disagreement** 462:22

**disassembled** 436:7 456:20,22

**disclosing** 429:11

**discounthptunerscredits@mail.
com** 393:25 394:5

**discuss** 340:15 403:11,14

**discussed** 342:2,4 377:12

**discussing** 402:10 445:25

**discussion** 342:7 367:11

**discussions** 336:24 341:3 402:6
413:2

**dislike** 447:18

**disliking** 447:15

**diss-** 424:17

**dissolution** 424:17,22

**distributing** 414:18

**District** 333:15

**divide** 480:5

**divided** 394:17 479:13 480:10

**dividends** 344:24

**doc** 357:12 378:1,7

**docs** 356:21 465:10

**doctor** 425:12

**document** 352:10,22,24 353:6
357:16 362:4 377:6,22,23,24 381:12
387:18 391:11,22 416:1 472:19
474:8 480:3

**documentation** 343:11 424:16
474:16

**documents** 335:6,24 343:20
345:20 346:8 350:11 355:21 358:2
387:23 425:23 465:7,11,20 476:19

**Dodge** 360:5 373:17 380:18 403:12
407:25 455:24 456:6 458:2

**Doe** 466:12

**dollar** 408:5

**dollars** 394:14,17

**domain** 379:3

**donation** 480:13

**donations** 479:17,19

**door** 470:8

**doored** 468:7

**DOS** 359:16 360:5,9

**dot** 356:7



Case 3:17-cv-05760-BHS Document 259 Filed 06/01/20 Page 169 of 184

HP TUNERS vs KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED                Confidential
Sykes-Bonnett, Kevin - May 16, 2019                                          Page 495 Index: dotcs..exhibit

dotcs 355:3

double 369:4

download 396:14 397:16 450:14 452:10,12

downloaded 452:8

downloads 398:16

draft 457:9

drag 432:10

drive 346:4,6 347:21 351:8,10,11, 13,16 352:1 354:23,25 355:8 357:3 362:5 363:8,11 385:25 386:6 409:3 474:12

driver 429:25

drivers 430:2

dude 432:3

duly 334:5 484:1

dumb 433:21

dumbest 444:25 445:18

dummy 370:6

dump 363:20 470:8

dumped 451:21

___

## E

e-mail 335:16 338:1,3 340:6 364:24 365:3,13,16,22,24 366:16,20,21 367:1,7 370:2,6 371:5,10 372:6,15, 22 373:5,18,23 374:1,21 375:4,14, 20 376:9,12 377:20 378:4,16 380:1, 7,17 381:2,10,14,23 382:17 393:25 394:3,5 399:22,23 400:12,17,22 401:3,12,13,20 412:21 413:2 424:23 427:6,7 455:4 465:21 468:6,11 469:12,13 470:6 471:10,12,15

e-mailed 426:24 427:2

e-mailing 427:1

e-mails 342:9 364:23,25 365:7 366:3,7 371:10,14,24 372:6,18 374:6 377:8,9,17 379:1,10 393:2 399:15 438:20 466:18,20,22,24 467:25 468:17,21 469:5 470:3,9 477:5

Earhhardt 371:17 373:8 374:1 375:4 376:12

earlier 355:2 370:7 375:9 399:18 402:5 405:11 411:4 428:19 435:6 436:15 460:12 461:23 474:11 477:1

early 336:17 337:6,12 338:7,9 365:23 425:17 466:21

easier 359:18 360:8 459:7

easy 459:3

EC 439:20

ECU 341:9,12,18 344:14,19 384:1,6, 21,24 385:24 396:17,20 397:1,4,8, 15,16 401:24,25 402:12 404:5 406:18 407:22 408:19 409:12 418:7 423:24 424:5,7,15,16 428:11,17 429:9,15 434:24 444:5 457:16,21 479:17

editor 346:11,17 368:22 369:1 379:17 415:20,21,22 416:4 440:19, 25 441:14,15

Edward 334:13

efforts 434:25

either/or 450:25

elaborate 386:2 391:20

eliminator 384:13 385:7 387:16,17, 22 412:22 423:4,15,17,22 428:14 430:12,15 439:11 440:2,3,11 443:4 444:10 445:11 448:4 453:14 454:6, 20 459:15 462:23 463:14,20 464:3,8 467:4,18

emoji 444:18

emojis 419:24

employee 463:6 484:10,11

Enberg 477:22

encoded 368:10

encouraging 428:21

encrypted 469:16 470:17

encryption 375:1 469:17

end 366:16,19,24 368:12 383:15 392:25 398:21 412:8 430:3,23 439:4 447:8 459:2,19 462:6 465:19 469:13 471:4

ended 408:22,23

ending 356:6 449:9

ends 434:15

engaged 336:24 345:7 354:8,11

engine 342:6 379:18 443:1 458:2

engineer 461:15

engineered 357:18 452:5,17

engineering 357:25 358:14 368:11 387:4 408:9 409:5,10 425:2 463:4

ent 410:14

entire 414:10 435:15 444:15

entitled 351:20 372:8 375:5,20

entity 344:13,15 345:1 389:22 424:24 425:1,2

equals 410:14

error 429:25 442:14,22 473:12

essentially 358:2 419:12,14 470:12

estimated 477:7

event 402:14

eventually 385:7 408:17

everybody's 418:22 472:25

exact 339:21 366:24 372:16 471:9

examination 334:9 336:10 367:19 399:8 438:18 462:16 484:1

Excel 343:9 344:1 376:19 391:9 416:2,18,21

exceptions 484:1

excerpted 370:10 376:7 404:15 407:14 416:9 417:13 438:2,7 452:23 457:3

exchange 336:25 364:23

exchanged 348:16

excuse 339:7 365:11 394:4 422:2 438:21 446:6

EXE 445:14

executable 364:8 369:3 404:1 441:12

exhibit 344:6 348:6,8 350:5,7 351:19 354:13,17,18,19,20 355:11, 16 358:3,19,23 360:23,24 361:13 362:16,17,19 363:13,14 367:24 369:20,21 371:1 379:7 380:14 381:8,19 382:14,23,24 388:15,16, 18,19 391:6 392:10 393:23,24 399:11,12,21 400:1,6,9,11 401:9,14,



Case 3:17-cv-05760-BHS   Document 259   Filed 06/01/20   Page 170 of 184

HP TUNERS vs KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED                    Confidential
Sykes-Bonnett, Kevin -  May 16, 2019                                        Page 496Index: exhibits..FTP

15 405:14 409:21,22 413:10,23
414:20 415:15 479:24,25

**exhibits**  361:14

**expected**  339:17

**expensive**  395:23

**expert's**  417:7

**expired**  437:20

**expires**  484:20

**explain**  359:25 369:2 452:20

**exported**  342:25 374:25

**extent**  352:4

**extracted**  436:7 471:19

**eyes**  378:10

---

## F

**Facebook**  335:20 348:11,17,20,23
367:21 368:1 369:25 383:1 392:12
409:25 410:25 411:15,19 412:12
413:25 429:18 453:1 458:22

**facilitate**  443:3

**fact**  378:14 419:20 420:1 422:5
429:18 444:20 453:5 459:17

**fair**  422:22

**fake**  380:4

**familiar**  334:20,24 377:24

**family**  402:14 446:17,24,25

**Fargo**  475:19

**fast**  438:5 440:4 455:23

**features**  369:11 443:22,25

**February**  338:11,15 339:7,9 340:1
341:1,7,15 345:7,16 363:24

**fees**  446:3 476:5

**felt**  406:3,9

**FHPT**  366:25 367:1,4 375:12

**fhpttuners@yahoo.com**  367:7

**fhpttuners@yahoo.com**  371:5
373:5 380:7 399:16

**fhpttuners@yahoo.com.**  365:17

**fight**  435:14

**figure**  368:9 378:21 386:22,23
387:10 398:1 440:5 469:20

**figured**  387:1 414:16 473:4

**figuring**  459:25

**file**  355:24 357:20 361:25 364:4,10
368:19 373:15,16,24 374:25 375:2,
16 376:16,17 379:11,14,20 382:5
391:9 400:16 416:18 424:20,22
430:23 450:11 473:15,18

**filed**  333:15 424:16 466:8

**files**  343:19 346:6,14,25 347:7,15
351:12,17,22,25 352:20 354:24
355:3 356:8,11 357:7 362:2,10
374:12,16 375:17 376:1,10 377:12,
17 416:2,18 437:10 450:15 452:16
461:10 464:24 465:17 474:17,23,24

**filter**  459:4,7,9,17,18,19,23

**final**  424:18 437:12

**finally**  383:6 424:14 473:1

**financial**  344:24 390:14 446:15

**financially**  484:11

**find**  377:25 387:6 393:15 439:8

**finding**  439:17

**fine**  438:24 464:7 465:6

**finish**  462:4

**finished**  338:25 424:21

**firm**  436:5

**firmware**  352:6,7 355:15,23 357:1,
14 362:25 363:2,3,5,20 384:8,12,13
385:3,4,6,9,11,15 386:15 387:13,14,
15 388:5,6 389:17 420:8 430:13,14,
20 433:23 435:13,21,24 436:1,5,20,
24 437:6,7 458:7 459:14,16,19
460:8,9,16,20 461:1,6 474:23,24

**fix**  445:14 459:1

**fixed**  430:3

**fixing**  445:16

**flash**  347:21 351:25 355:8 357:3
362:5 363:3,5,8 385:25 386:6
474:12

**flashed**  384:12

**flasher**  362:25 363:2 375:17 389:17
458:7

**flashing**  379:16 439:20

**flawlessly**  463:1,10

**flexibility**  464:4

**focus**  340:25 403:13

**folder**  347:16 351:20,22 352:5,7,15
354:24 355:15 358:11 369:5 371:14
405:14,15 451:8 466:18

**folders**  351:2,17,22,25 352:4
354:24 355:10 358:3 362:2,10
405:10,12 441:10 451:11

**folks**  393:9,12 478:24

**follow-up**  455:3

**Ford**  338:19 360:5

**foregoing**  483:1 484:1

**foreign**  389:22,23 390:9,16,25
391:3 402:5

**forget**  476:2 479:24

**form**  397:15

**format**  343:9,18 344:1 359:15
410:19 417:5,21 473:14

**forum**  396:3 397:2,5,8,17,23,24
402:13 404:3

**forums**  397:20 398:16 402:13

**forward**  338:16,21 372:19

**forwarded**  373:19 374:3 375:23
377:16 378:4 381:2 477:4

**found**  400:22 457:20 469:19 477:1

**free**  444:13,15

**frequently**  412:11 418:9 448:6

**Friday**  373:7,20 467:24

**friend**  420:24 453:1

**friends**  420:19,20 429:19 446:18

**frmflash**  375:18

**front**  419:14 422:9 444:21

**frustrated**  414:23

**FS**  355:16

**FTDI**  386:10,13,14,16,18,19 464:10,
14

**FTP**  450:10,11,13,17,19,23 451:2,5,
16 452:7,11



Case 3:17-cv-05760-BHS  Document 259  Filed 06/01/20  Page 171 of 184

HP TUNERS vs KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED    Confidential
Sykes-Bonnett, Kevin -  May 16, 2019                           Page 497Index: FTPS..HP

**FTPS** 450:18

**fuck** 414:25 456:9

**fucked** 470:6

**Fucker** 450:21

**fucking** 474:2

**full** 334:11 426:7 443:15 445:6
466:18 484:1

**fully** 453:15

**functionality** 462:22

**funny** 445:4

**FYI** 375:5

---

**G**

**gap** 342:17

**gathering** 442:25

**gave** 349:20 352:5 386:23 391:13,15
394:20 411:23 418:5 436:11 456:18
466:14,18 477:23,24 478:12

**general** 338:20 342:7 403:16,19
453:18

**generate** 359:14,18,23 360:17
391:7 392:2,5,21,24 447:3

**generated** 360:20 392:19 393:4,16
477:2,13 478:19 479:2,6,9

**generates** 391:25

**generating** 389:7 390:1 391:13,24
414:14

**generation** 360:16 474:17

**generator** 346:3 349:19 359:7,9,20,
22 360:12 389:9 391:14,17 446:16
447:5 474:24

**gentleman** 412:23

**Georgi** 394:23

**Gesturing** 457:1

**get all** 374:5

**gift** 395:10

**Gilvach** 411:8,12,13,16 412:2

**give** 389:8 437:13 447:5 449:6
455:19 462:18 464:4 466:14 477:25
480:10

**giving** 441:6 455:20 474:19,20

**GM** 360:4 397:23 403:16 406:21
455:18,20 477:24 478:4,5,15

**goal** 437:12

**good** 333:23,25 334:11 408:8 478:6

**Gotcha** 379:4

**GPEC2** 457:24 458:2

**gray** 418:1

**great** 403:2,3 419:3

**Gregory** 411:8,16,20 412:1

**Groo** 477:3

**ground** 334:20

**guess** 371:4 382:13 385:22 386:1,4
392:1 406:2 407:21,24 408:18,24
416:15 422:13 423:4 429:1 453:21
472:16

**guessing** 432:14

**GUI** 359:12,17,23 360:13 361:16

**guise** 428:25

**guy** 364:1 414:24 420:18 435:13
449:18 474:9

**guys** 413:19 421:22 430:2 445:8
453:5 474:8 475:16 479:4

**Guzman** 396:1

---

**H**

**hack** 352:7 369:18 408:10 436:19
461:7,8,15 466:21 470:6,12

**Hack.rar** 355:15

**hacked** 396:14 397:4,7 404:8
406:19 415:1,3,10 466:23

**hacking** 409:11 474:5

**halfway** 401:16

**Hamilton** 477:3

**hammer** 362:7

**hand-cut** 454:7

**handful** 366:1

**handheld** 338:24 428:8,12 464:17

**happen** 391:1 459:5 463:2 468:5

**happened** 431:18,20 470:7

**Happy** 373:7,20

**hard** 409:3 448:17 480:2

**hardware** 338:23,25 339:3,5,14
341:13,19 356:24,25 384:7,11
385:5,6,8,12 386:13 417:9 420:7
430:16 457:17 459:13,15 460:20,23
464:16 466:20

**hardware/firmware** 421:4

**harness** 458:5

**hate** 340:10 435:15

**he'll** 478:9

**head** 397:25 406:3 456:12

**header** 400:17

**heard** 412:22

**held** 333:17

**hell** 430:3

**helped** 335:25 469:17

**helping** 341:11,18 437:21

**hereunto** 484:14

**herewith** 484:13

**Hey** 366:22 403:3 457:19 478:8,18

**hide** 453:5

**highly** 377:10,18 380:12 381:3
407:9 409:19,21

**hit** 390:14

**home** 371:4

**honest** 434:18

**honestly** 410:8

**honey** 442:9

**honor** 444:17

**hook** 458:4

**Horse** 449:12,17

**host** 468:6 472:3

**house** 440:18 444:16 449:12 450:24
451:1,17

**HP** 333:14,24 334:16 336:23 337:18
338:13 339:2,10 345:19 346:1,4,25
347:7 348:1 349:10 352:8 356:11
357:19 372:13 373:2 374:16 377:6,



13,19,22 378:3,6,14 379:2,20,21
383:19 384:15,20 385:2,11,15,25
386:5,15,17,19 387:14 388:5 390:2,
22 397:7,24 399:24 402:7,10 403:15
405:1 406:5,14,19,24 409:10,11,16
410:3,11,19 412:24 413:13 414:25
421:7,18,20 426:7 428:21 429:8
430:20,24 433:4,9 435:2,5 436:24
437:18 441:4 443:6 444:4,8 446:4
447:10 449:3 450:3 452:17 453:13
455:2 456:17 459:18 460:7 463:16,
24 470:3 473:18 474:8

**HPT** 351:20,23 352:9,11,12 353:1
354:24 355:21 376:2,10 390:15,25
405:15 406:9 417:9 428:20 436:11,
21 437:13 445:6 448:10 449:2
453:9,21 458:20 466:8 467:24 470:5
472:11 473:14

**HPT.COMMUNICATIONS.MPVI.
MPVI.FIRMW** 355:23

**HPT_CC_.PNG** 355:25

**HPTBINARY** 356:1

**HTP** 349:4 451:23 452:3

**hundred** 435:24 443:8 478:12,14,15
480:14

**hundreds** 464:16

**hung** 403:9

**hurting** 435:5

**Hypertech** 338:24 428:12 464:17

**hyphen** 334:13

---

**I**

**I's** 344:20,21

**icons** 361:22

**ID** 360:4 386:12 459:22

**idea** 402:3,15 403:2,3,12 409:12
465:2,8 476:15

**identical** 443:21

**identification** 348:9 362:18 363:15
367:25 369:22 371:2 379:8 381:9,20
382:15,25 388:17 392:11 400:2,7
401:10 413:24 414:21 415:16

**identified** 394:19

**IDS** 387:7 459:22

**II** 333:13 483:1 484:1

**illuminator** 439:22 440:1 448:3

**image** 350:8,9,13,17 354:2,14,18,20
358:20,23,25 359:5 360:25 361:2,19
362:1 427:10 437:24,25

**images** 361:12 380:4 405:11 436:14
454:11,16 474:11

**imagine** 405:22 480:13

**immature** 458:24

**immediately** 412:25

**implemented** 375:1 453:23 476:16

**implementing** 338:20

**implicating** 419:22

**important** 453:25

**inbox** 371:21

**Incidentally** 379:22

**include** 474:16

**included** 347:13 403:16

**includes** 381:23 403:12

**including** 385:3 428:16 484:1

**income** 390:15

**inconsistent** 446:22

**increases** 428:20

**indicating** 367:1

**indication** 480:11

**individual** 352:20 408:19

**individuals** 393:17,19

**industry** 435:15 437:15

**info** 455:23 456:4,5 466:14,17 468:6

**Info@sykedecutuning.com**
469:12 470:2

**Info@sykedecutuning.com.**
468:12

**information** 335:7 336:16,25
337:16,25 338:3,19 345:20 362:3,5,
10,14 363:10 373:24 378:14 380:19
387:13 404:18,21,22 421:10 427:5
431:20 433:8 434:8 442:25 449:2
452:4,17 456:17 472:10,11

**initial** 336:17 356:16 363:7,10
364:13,16 378:1 477:5

**initially** 357:3 384:25 386:9 387:24
392:21,22 412:21 447:3 476:7

**inside** 352:10 440:3

**install** 356:11,15

**installed** 440:24,25

**instance** 453:16

**instructed** 472:11

**intellectual** 345:19 346:2 347:22
423:23 424:3 430:24 450:3

**intended** 384:13

**intending** 421:5

**intention** 437:20

**intentionally** 421:24 429:11

**inter** 449:3

**interaction** 412:19

**interested** 337:18,24 338:10,16
339:2 435:5 484:12

**interesting** 372:3

**interface** 356:2 357:12 378:6
381:12 384:16 386:5,18,20 399:24
412:24 413:6 449:15,18 450:1,5

**interfaced** 417:9

**interfacereprogramming.doc**
377:3

**interfaces** 412:17,20 413:6 449:3
467:10,17 477:15

**interrogatories** 415:18

**interrupt** 340:10

**investing** 419:11

**investment** 424:7

**investor** 476:8,12,19

**involve** 339:24

**involved** 357:25 358:7 385:23
402:6,9 408:17 412:23 419:9 421:17
422:11,15 424:23 428:13 429:8,14

**involvement** 420:11

**Ion** 455:24 456:6

**IP** 379:2 381:25 382:7,19 400:9,18,
19,23,25 401:15,19,20

**iphone** 342:22



Case 3:17-cv-05760-BHS   Document 259   Filed 06/01/20   Page 173 of 184

HP TUNERS vs KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED                  Confidential
Sykes-Bonnett, Kevin -  May 16, 2019                                        Page 499Index: iphones..limit

**iphones** 448:8

**irritates** 462:25

**issue** 370:15 443:7

**issued** 479:14

**issues** 336:14 339:14 428:20 430:4, 17 440:2 445:17 459:25 464:1

**items** 474:13

---

**J**

**January** 366:2 371:8 376:13 381:10 382:18 391:9 392:2 399:23 401:13

**Jason** 408:24

**Jay** 477:22

**Jeep** 458:3 473:16

**job** 423:12,14

**John** 344:20 358:7 379:22 380:3 383:9 402:25 403:2,3,9 412:9 418:13 421:4 424:19 425:2 427:2 458:6 466:12 478:11,12

**joke** 439:19 442:3

**jokes** 442:1

**joking** 457:22

**July** 374:2 466:7

**June** 461:18 464:23 465:18

**junk** 374:1

---

**K**

**Kai** 420:18,20

**Keith** 391:20 421:18 435:14 442:2 444:24 445:18 446:6 454:23 455:2 466:19

**Keith's** 433:12 465:7,13,14

**Kelly** 420:17,18,20

**Ken** 336:18,20 344:10 345:3,12,18 346:12,14 347:1,7,21 349:10 352:17 353:2,10,11,17 355:7,12 356:18 357:17 363:6,25 364:11 365:13,18 366:4,23,25 367:3 370:7,19 371:18 373:23 374:10,17 375:12 376:13 378:1 383:21 384:8,20,25 385:14 386:18,23 387:13,16,23 388:4 389:18,22,25 390:13 391:2,3,9

395:12,16 399:23 401:2 402:5,15,21 403:1,4,10,20 404:21,22 406:1 413:14 416:17,25 417:25 418:2,6 419:1,8,10,16 421:3,9,20 422:5,21 423:5,20,21 424:7 425:3,11,12,23, 25 427:2,5,7,14,16 428:6,13 429:8, 13,24 431:10,19,22 432:9 433:3,21 434:14,20 436:19,23 437:11 439:8, 17,23 440:23 441:6 442:13 443:10 444:4 445:1,23 446:7 450:3,19,21 451:1 452:1,4,6 453:8 454:14 455:7, 23 456:5,18 457:8,23 458:11 459:8 460:4,6 461:21 462:21,25 464:23 465:6 466:10,13 467:16 468:4,11 470:6 471:24 472:10 473:3,13 474:2,7,12 475:8,10 476:4,9,16

**Ken's** 395:1 403:3 421:1 422:9 423:18 427:11 441:7,8,16 455:3 465:23

**Ken_cannata** 365:9

**kenandbobbiecannata** 365:10

**Kevin** 333:4,13,14 334:5,13 350:21 398:22 399:5 427:13,25 462:7,13 463:1 480:21 483:1,15 484:1

**Kevin's** 379:3

**key** 346:3 349:19 353:7 355:17,18 359:7,9,15,20,22 360:12,16 368:5, 10 369:13 376:21,25 382:1,3 384:9 388:25 389:8 391:14,16,17 410:13, 18 423:6 436:2,10 446:16 447:5 474:17,24

**Keygenwindows** 352:15

**keys** 359:18 368:9 389:7 390:1 391:8,13,24,25 392:2,5,16 393:4,6, 10,12,16 413:5 414:14

**KH** 455:2

**kidding** 428:6

**kids** 425:13

**killed** 431:25 435:25

**kind** 342:6 346:7 350:3 352:22 407:24 408:16 409:6 418:21 447:4, 17 457:9 464:2,18 475:25 477:10 478:10,20

**knew** 395:16 413:1 446:7 470:21,24 479:6

**knowledge** 345:1 362:13 371:13 372:25 377:9 385:19 391:5 414:17 415:3,5 420:22 435:23 443:9 444:1

451:3 461:13

**Kyle** 420:17

---

**L**

**label** 439:9,11

**labeled** 355:21 356:6

**Lambert** 478:11,12

**Lane** 473:21

**language** 422:2

**Lani** 370:15 393:21 394:8 414:4,9 479:11

**laptop** 452:15 464:21

**large** 343:19

**Larni** 414:7

**Las** 402:14,18,22

**late** 337:6,11,20 338:7 418:5

**latest** 351:1 403:15

**lawsuits** 466:8

**lawyer** 427:15 466:14

**learn** 409:14

**learned** 370:19

**left** 400:15 418:1 473:21

**left-hand** 361:23 382:4,8

**legal** 465:24 476:4

**length** 339:24 428:1

**letters** 410:16 433:18

**level** 408:25

**Lexar** 351:8,10,13,16 354:23,25

**Lic** 352:16

**license** 352:16 356:3 357:6 359:15, 18 368:13

**licenses** 357:10 359:23 360:14,17, 20 390:15,25 403:7

**Licensetransfer.exe** 356:3

**licensing** 349:7 403:19 424:4

**Lictransfer** 352:17

**life** 435:15 449:4

**limit** 439:21



Case 3:17-cv-05760-BHS   Document 259   Filed 06/01/20   Page 174 of 184

HP TUNERS vs KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED                 Confidential
Sykes-Bonnett, Kevin -  May 16, 2019                                        Page 500 Index: limiting..message

**limiting** 440:1,5

**lines** 341:24 357:1 409:20 420:10 476:24

**link** 396:14 426:7 431:13

**links** 397:16

**list** 338:1 393:15 394:21 477:2

**literally** 443:20

**litigation** 390:6 406:25 423:25 455:19

**LLC** 344:12,18,25 425:6,7

**load** 460:20

**loaded** 385:6,10 413:8 415:7 459:14,16

**loaders** 451:22,23,24

**local** 439:8

**locate** 343:7 361:9 362:9 366:3

**located** 401:2

**locations** 471:14

**lock** 360:4 375:2

**log** 416:4,5 458:12,16,18 469:11,13 471:5,20

**log-in** 450:16

**logged** 440:24 470:12

**logging** 469:25 471:9

**logic** 377:2 391:23

**login** 471:7

**logo** 439:14

**logs** 416:21 417:4

**LOL** 444:24 445:18 451:9

**long** 342:4 346:9 380:12 382:13 463:25

**looked** 350:4,11,23 354:19 357:13 358:24 360:25 393:3 400:22 411:4 468:20

**loopholes** 408:11

**lose** 446:2 476:2

**losses** 433:22

**lost** 475:24

**lot** 342:6 357:13 360:7 418:20 419:2 430:16 453:10 459:25 463:25

**lots** 433:21 450:18

**low** 473:1

**lower** 400:15

**lying** 422:3

---

## M

**M-** 443:6

**machine** 440:24

**made** 336:11 349:22 368:11 384:11 388:2,6,10 421:20 422:1 424:7 433:4 443:23 446:20 465:16 479:19

**mail** 364:25 426:22

**main** 351:20 403:13 408:18 437:12

**maintain** 343:17

**major** 390:14

**make** 343:20 359:18 360:8 369:17 373:20 374:5 384:15 388:7,24 396:7 408:11 419:2,10 421:21 424:14 436:20,25 446:17,23,25 449:9 460:1 461:10 463:6 464:8 467:3 473:5 479:17

**makes** 349:3 427:13 439:23

**making** 406:9 408:25 428:6 429:13 450:9

**man** 444:13,15 452:25 468:6,13 478:8,18

**manage** 471:5

**manager** 387:6

**mandated** 410:18

**manipulate** 450:4

**manipulated** 413:8

**Mann** 333:25 334:1 340:10,17,21,24 343:23 344:7 348:7 350:6 366:13 367:10 369:23 378:19,23 379:4 404:20 480:18

**manually** 453:20

**manufacture** 419:17

**manufactured** 430:12

**manufacturer** 410:18

**manufactures'** 451:24

**March** 339:7 341:6 342:12,17 345:5, 7,24 363:24 414:6 418:6 433:17 434:14 438:23

**mark** 348:6 367:23 380:11 407:9 409:19 414:19 415:13 416:3 424:14

**marked** 348:8,19 354:16,17 360:23 362:17 363:14 367:24 369:21 370:23 371:1 379:7 380:14 381:8, 17,19 382:14,24 388:15,16 392:10 399:12 400:1,6 401:9 409:22 413:11,23 414:20 415:15 417:16

**market** 421:6

**marketing** 420:13

**Martin's** 344:20

**Master** 396:18,20 397:1,4,8,15,16 401:24,25 402:12 404:5 406:18 457:16,21 479:17

**match** 449:20

**matches** 449:23

**materials** 347:25 348:1 357:2 364:13,16 389:18 437:5

**math** 394:17

**matter** 333:14

**matters** 336:1 340:19

**max** 477:15

**maxed** 477:18

**Mcknight** 449:21,25

**means** 409:2 434:24 474:20

**meant** 442:9

**mechanism** 360:19

**media** 333:13 355:18 398:21 399:4 462:6,12 480:22

**meet** 453:1

**meeting** 418:15 425:11

**meetings** 418:10,21 425:15

**memory** 372:23

**mentioned** 447:15

**mentioning** 432:14

**merged** 403:2

**merited** 454:2

**message** 353:24 355:6 364:22



Case 3:17-cv-05760-BHS   Document 259   Filed 06/01/20   Page 175 of 184

HP TUNERS vs KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED                    Confidential
Sykes-Bonnett, Kevin - May 16, 2019                                     Page 501 Index: messages..offering

366:25 367:3 371:20,25 372:3,11,12
373:7 374:10 375:12 390:5,13 402:5
413:15 427:25 428:1,24 429:5
442:14,22 446:13 464:6 472:17

**messages** 335:12 342:8,11,14,19,
21,24 343:1,6,25 344:2 346:9,10
348:16 349:12 353:23 364:25
366:23 371:11,22 372:2 375:24
388:8,12 390:8,9,10 410:25 411:15,
19 412:12 413:18 417:17,24,25
418:1,4,25 419:24 421:14,15 447:13
459:22

**Messaging** 369:25

**messed** 475:20

**Messenger** 335:20 348:11,17,20,24
367:22 368:2 383:2 392:12 411:15
413:25

**methodology** 391:23

**methods** 340:6 407:6,7

**MHH** 396:3,12,13,15,17 397:2,4,8,17
402:13

**middle** 455:19 459:1

**Mike** 464:24

**mindset** 406:23

**minute** 388:14 401:25

**miscellaneous** 346:6

**missing** 347:15 423:6,7

**misspeak** 445:22

**misspelled** 370:3 414:7

**mistake** 463:4

**misunderstanding** 416:14

**Mm-hmm** 366:13 461:16

**mode** 371:22

**modifications** 388:2,6

**modified** 384:8,20 444:8,11 451:25
460:8,10,11 461:1

**modify** 384:23 450:4 461:6

**moment** 398:4

**Monday** 343:2

**money** 395:14 406:9 408:5 419:2
424:8 433:21 434:3 442:8 446:17,
24,25 473:5 475:8,12

**month** 437:14

**months** 448:11

**morning** 333:23,25 334:11 381:22

**motions** 484:1

**Motorola** 465:11,19 466:19

**Motors** 338:20 403:16 453:18

**mouth** 428:21

**moved** 472:9

**moving** 338:16

**MP-** 443:11

**MPVI** 356:4,21,24 357:10,11 362:22
363:3,21 364:3 383:23,25 384:2,3,5,
7,16,18,20,23 385:6,8,10,15 386:9
387:5,15 389:11,15,16 430:13 436:5
437:8 439:24 440:8,11 442:13,21
443:3,6,9,13,15,17 444:1,7 459:8,
11,15,17 460:2,4,6,7,15,20 461:1,5,
6,19 463:1,11,17 464:7,15 466:23
474:16 475:2

**MPVI1** 430:20

**MPVI2** 454:12,17,21

**msi** 356:7

**Mustang** 477:19

---

## N

**N2mb** 478:6,8

**named** 450:20

**names** 372:16 394:21 400:13
455:18 456:14,16,23 466:12,13

**naming** 456:13

**Nate** 432:6

**native** 343:18

**NDA** 345:3,9,22,24 389:12

**Neablis** 477:3

**necessarily** 378:25

**needed** 360:16 369:13 386:11 387:9
404:23 408:2 458:4 460:18

**Neon** 407:25

**newer** 368:20

**NGC3** 373:10,17 410:13,14

**Nice** 452:25

**nickel** 480:6

**nodding** 456:12

**non-hpt-related** 370:13

**non-htp** 399:18

**noncompete** 339:4,18,23 419:10,
16,18,21,22 420:1 429:16 437:14,18
439:4 444:21 465:25 466:4 476:10

**noncompete's** 419:25

**noncompetes** 444:17

**nondisclosure** 344:9

**normal** 384:2,7 415:7

**note** 333:21 373:18,20 449:17

**noting** 483:1

**notion** 456:11

**November** 337:14 342:15,18,24
367:2 375:6,7,11,21 413:17,18
417:18

**nuclear** 455:14 456:9

**nullified** 466:15

**number** 336:14 352:10 353:7,13
355:17 356:25 360:3,4,5 364:23
373:11 380:9 383:15,17,22 393:18
418:12 421:1,15 433:12 443:20
444:3 449:9,11,14,20,21 450:9
455:7 467:3,14 473:20 478:24,25
479:24

**numbers** 355:22 410:16 449:7
455:8,12 467:11,13

---

## O

**objections** 484:1

**obtained** 336:16

**October** 341:1,7,15 345:16,25
346:10 347:1 349:2,23 351:14
353:15,17,21 357:4 374:9 375:4
390:12

**ODBII** 442:14,22

**offer** 339:12 390:15

**offered** 339:13

**offering** 414:24



HP TUNERS vs KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED          Confidential
Sykes-Bonnett, Kevin - May 16, 2019                          Page 502 Index: older..planted

**older** 373:17 453:17 459:8,11

**online** 394:10

**open** 455:15 456:11 473:4 476:2

**opened** 360:1

**operating** 408:2,13 442:17

**opinion** 411:12

**opportunity** 335:2,6,12,15,20

**opposed** 391:24 396:8 446:5 460:15

**order** 360:16 369:14 379:1 384:10 386:22 387:10 395:5 430:21 444:8 449:3

**original** 344:15,21 347:13,16 363:11 396:22 459:13

**originally** 344:19 345:3 347:16 460:17 475:21

**originating** 401:20

**outcome** 343:24 484:12

**Outlaws** 420:18

**overflowing** 440:3

**owe** 477:25

**owner** 336:23 419:8 444:20 476:15, 21

**owners** 425:3

**owns** 423:19 444:16

**P**

**p.m.** 349:13 364:5 367:14,15 368:4, 18 370:4 383:4 389:9 399:1,2 438:12,13,14 458:12 462:9,10 466:7 467:24 473:13 481:1

**P32algo.asm** 356:5

**packet** 373:10

**packeter** 387:18

**packetizing** 465:7

**pad** 423:7

**pads** 423:9

**pages** 348:14,19 416:3 467:24 468:15,19

**paid** 390:16 393:21 409:1,3 423:21 424:5,9,10 470:5 475:8,10

**paint** 422:10

**panel** 471:4

**paperwork** 424:22 475:22,24 476:2

**parameters** 359:17

**parameters'** 456:14,16,23

**part** 339:22 348:15 372:18 378:4 381:25 403:9 414:23 420:8 425:4 427:19 445:19 465:10

**Partially** 417:10 420:5

**participating** 418:9 425:15

**parties** 390:1 391:4 413:7 414:14

**party** 484:11

**pass** 359:16 360:3 436:2 471:7

**password** 378:17 469:11,12,24 471:8,10,13,14,20,23

**passwords** 469:15,23 470:17,21,24 471:3

**past** 427:17

**pasted** 373:16

**patch** 368:19 369:8,9,18 396:10 405:1,3 406:13 407:2 408:11

**patched** 369:13 404:1,7,18 405:5

**patching** 403:18

**pay** 390:7 424:8 476:4

**paying** 423:20 446:4

**payment** 337:1 396:4,9 414:3 433:3

**payments** 396:8

**Paypal** 393:21 394:9 396:8 414:3,4, 9 479:11,21

**PC** 350:21 430:1

**PCM** 413:13

**PDF** 342:25 352:22 417:21 464:24 465:17

**PDFS** 465:12

**penalty** 483:1

**pending** 343:24

**people** 335:13,17,21 390:9 394:15 396:2,3 406:4 420:16 433:18 450:15 479:18 480:12

**percent** 435:24 443:8

**Perfect** 340:24 458:19

**perfectly** 463:18

**Performance** 425:2

**performing** 341:8

**period** 341:1,2,7,8,16 345:15 393:2 417:18 429:15 433:5

**perjury** 483:1

**permission** 471:22

**permissions** 461:9

**person** 334:21 411:17 412:16,20 418:23 419:14

**personal** 408:19 409:7 446:20 471:12 475:17

**personally** 437:15

**peruses** 362:4 472:19 474:8 480:3

**Phil** 333:25 378:16 424:22

**phone** 340:5 342:12,15 364:22 380:9 402:15,21 403:1,10 418:12,18 427:6,11 433:12 455:8 473:20 478:13,16

**phonetic** 408:24

**picked** 447:23

**picture** 354:4 412:7 422:10 457:12, 15 473:25

**pictures** 411:1,4 436:14

**piece** 457:17 459:13 477:10

**pieces** 362:7 410:17

**Pierce** 483:1 484:1

**pin** 457:24 458:5

**place** 419:25 469:19

**plaintiff** 333:24 334:16 335:8 348:20 361:13 363:13 370:24 379:6 381:18 382:13,22 392:9

**plaintiff's** 344:5 348:6 360:23,24 361:11 381:6 382:16 393:24 400:5 401:8 414:22 415:13,17 417:16

**plan** 425:4 438:24

**planned** 439:5

**planning** 338:20

**planted** 406:2 435:7



HP TUNERS vs KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED                                    Confidential
Sykes-Bonnett, Kevin -  May 16, 2019                                              Page 503Index: play..purposes

**play** 429:24 465:12

**plotting** 390:24

**plug** 387:5

**point** 339:1,25 340:11 350:23
353:14,19 365:5 369:12 378:8 384:8
385:16 403:4,10 427:4 428:8,13,16
437:2,21 441:5 450:14 452:2

**points** 388:1 390:3 424:13

**port** 363:21 364:3 386:25 464:21

**portion** 370:9 376:6 404:14 407:13
416:8 417:12 438:1,6 452:22 457:2

**position** 336:5

**positive** 464:11

**possess** 343:14,15 362:13 385:18

**possessed** 343:20 385:15,17
416:21 436:24 437:4 474:13

**possesses** 405:20

**possessing** 474:19

**possession** 349:24 430:25 436:6

**possibly** 339:1 466:19

**post** 397:2,16 413:5 458:22

**posted** 355:18 396:12,13,17 397:4,
8,13,14,23,24 398:16 458:19 479:17

**posting** 428:20

**posts** 413:11 421:19 422:14

**potential** 340:6

**potentially** 337:24 339:10 479:15

**Powell** 473:21

**prepared** 336:5 428:1 476:20

**preparing** 422:5 467:16

**present** 333:21 340:1 421:11 430:4

**preserve** 343:23

**press** 338:21

**presuming** 345:8

**pretending** 427:20

**pretty** 340:1 395:23 412:10 445:4
466:14 474:9

**previous** 445:13

**previously** 336:12 344:5 350:5,8
354:17,18 360:23,25 361:4 371:12

391:14 396:22 413:11 437:5 476:23

**price** 428:8,16 479:12

**prices** 473:2

**pricing's** 473:1

**Primarily** 364:22

**principals** 407:12

**print** 346:9 366:8,10 382:10 416:5

**printed** 348:19 366:9 381:24 382:19
389:3 399:22 400:9 416:1 454:9

**printer** 454:8

**printing** 382:9,19

**printout** 371:3

**prior** 335:5,11,15,19,23 347:1
351:14 353:14 357:3 399:22 400:8
402:12 405:2 410:8 466:4

**private** 429:14

**private-labeled** 423:18

**problem** 423:8

**problems** 428:7 446:15

**proceeded** 389:6 403:4

**proceedings** 333:6

**process** 421:9 423:25

**processing** 463:23

**produced** 335:8 342:9,10,14,25
343:2,9,18 344:1 348:10 375:11
387:20 413:18 416:6 417:17,21
437:13

**product** 358:5 386:12 421:7 423:18
463:19

**production** 348:15 356:11 357:19
367:3 368:25 384:7 386:17 403:15,
25 416:2 468:19

**program** 359:19 360:2 369:3 374:16
379:17,21 391:24 408:10 413:19
441:12 443:15 461:10 474:17,24

**programmed** 386:14,16

**programming** 408:8

**programs** 351:12,17 354:24 409:6

**project** 346:5 347:14,16 356:16
373:2 391:18 441:12

**projects** 441:1

**promise** 432:10

**prompt** 359:15 360:1,10

**promptly** 484:13

**property** 345:19 346:2 347:22
423:23 424:3 430:24 450:3

**proprietary** 449:2

**protect** 431:14 432:24

**protocol** 342:2 356:21,23 378:1
385:24 386:1,24 387:17,23 388:3
450:11 453:17 465:20

**Protocol.docs** 356:4

**protocols** 384:9

**prove** 414:6 433:22 434:1,3

**proved** 414:7

**provide** 352:13 405:6 415:3 474:22

**provided** 346:1,3,4 347:1,8,21
348:21 349:19 350:4 351:14 352:1,
8,12,15,16,17,18,19,21 353:2 357:3,
17 359:10,12,14,20,22 360:2,11
362:3,14 363:8,9,12 364:12,16
370:22 373:3 381:21 386:19 387:23,
25 389:18 391:14 403:25 404:22
405:24 411:21 413:14,15 415:6,18,
24 416:17 437:1,5 460:2,4,7 474:13,
14 476:23

**providing** 336:25 372:18 425:22
431:19 445:6

**public** 403:19 404:2 406:4 426:2
428:15 436:20,25

**publicly** 406:3 432:10 473:7

**published** 358:16

**pull** 451:5,11,16 456:23

**pulled** 364:2 456:16

**punish** 447:18

**punitive** 426:2

**purchase** 412:22

**purchased** 394:9

**purchasing** 337:25

**purpose** 337:15 368:7 390:4 395:8
410:6 419:7 421:23

**purposes** 377:10 378:12 459:24
460:21



Case 3:17-cv-05760-BHS   Document 259   Filed 06/01/20   Page 178 of 184

HP TUNERS vs KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED                    Confidential
Sykes-Bonnett, Kevin -  May 16, 2019                                         Page 504Index: push..replied

**push** 362:21 428:6 440:6

**pushing** 428:11 440:4

**put** 378:16 396:15 408:1 424:12
441:1 451:7 459:23 476:20

**PWM** 422:22 453:22

---

**Q**

**qualified** 437:12

**query** 442:14,23

**question** 334:22 341:20,23 347:3,9
365:8 377:14 386:2 443:11

**questions** 336:10 380:13 417:8
427:3 480:16 484:1

**quick** 479:23

**quickly** 413:10

**quiet** 447:4

---

**R**

**raised** 473:1

**ran** 357:9

**random** 383:17

**range** 459:22

**rants** 458:24

**re-** 353:25

**reach** 337:11,12

**reached** 337:14 396:2 464:11

**reaching** 337:15 420:13

**read** 341:21,24 347:5,10 348:13
372:3 373:10 388:11 390:13 402:4
444:24 445:19 464:24 465:6,7,10,12
469:1 473:18 483:1

**reading** 463:12

**reading/writing** 342:5

**reads** 444:24

**ready** 427:16 440:17

**real** 438:5 479:23

**realize** 417:6

**reason** 381:24 389:4 396:7 445:24
476:8

**reasons** 366:21

**recall** 336:18 339:20,21 341:10
344:18 346:12,13,17 348:10 352:4
355:25 357:8,10,14 358:11 363:12
364:19 365:19 372:14 373:1,14,20
376:23,24 386:1 388:9 389:21,24
390:5,19,20 391:21 395:9 402:21
409:18 421:24 424:23 425:17 427:3
430:10 448:18 449:16 450:8 453:19
476:11

**recap** 407:24

**receipt** 415:21

**receive** 364:10

**received** 349:9 363:5,10 400:18
480:3

**recently** 342:23

**recess** 367:14 398:12 399:1 438:13
462:9

**recognize** 348:23 350:9 361:22
410:11 417:22

**recollection** 335:25 345:25 372:10
454:1 478:20

**record** 333:12,22 334:12 354:11
367:10,11,13,17 398:4,8,11,14,21,
23 399:4,6 438:12,16 462:3,7,13
480:22

**records** 343:15 393:4 398:15 479:2,
4

**recover** 342:23

**recovered** 343:1,3

**redo** 463:7

**refer** 385:24 386:5,23 445:15,21

**reference** 349:16 351:2,7 367:6
394:22 414:11 435:2

**referenced** 371:17

**references** 353:23 364:24 414:19

**referencing** 373:17 437:18

**referred** 359:11 383:21 438:25

**referring** 362:24 363:23 373:13
380:18 383:13 389:15 435:22 437:3
442:25 454:21 463:12 465:11
466:17 468:2,19 473:12 474:3

**refers** 436:14 448:3

**reflect** 350:22 354:13,20 361:1

**reflects** 358:25

**refresh** 335:25 372:23

**refused** 464:4

**regard** 339:20 343:11 377:8 456:13
463:17

**regular** 345:13 383:14 384:18
404:19 443:19

**relate** 370:12,15 374:24 376:10

**related** 372:11 376:2,21 377:13,19
380:4 400:24 479:19

**relates** 415:20 455:8

**relating** 370:6 393:4 401:11 402:6
418:10

**relation** 429:20

**relationship** 407:21,25 408:14,18
409:7 410:22

**relative** 341:18 484:10,11

**release** 402:3,7,10 403:5,12,22
405:23 406:3,13,18 434:8 435:7,10
461:23 473:7

**released** 404:2 412:21 454:16
461:18

**releases** 356:12

**releasing** 403:18

**remain** 337:4 344:23

**remained** 340:2 429:14

**remaining** 462:4

**remember** 342:7 347:15 354:1
366:24 372:16 374:4,12 375:9
397:18 425:18,20 427:8 443:2
445:9,12,17 446:3 449:11 450:21,22
451:18 456:3 477:2

**REMEMBERED** 333:1

**removed** 384:9

**rename** 455:21

**Reno** 401:5 438:25 447:21 475:22,
25

**repeat** 341:20 394:4 443:11

**rephrase** 334:23 347:2

**replied** 413:1



**reply** 427:8

**report** 417:7 442:16

**reporter** 333:19 334:3,6,19 341:25 347:5,11 484:1,20

**reports** 417:1

**represent** 334:16 350:13 362:2 388:24

**reprint** 382:2

**reprogram** 357:14 464:2

**reprogramming** 357:12 378:7 379:18 381:12 399:24

**Reprogramming.doc** 356:2

**request** 442:15,24

**requested** 346:11 355:3,5

**requests** 346:15 453:21

**required** 359:22 384:10 403:6

**requirement** 369:14

**requires** 471:7

**research** 469:22

**resend** 457:24

**reserve** 480:19

**reserved** 480:24 484:1

**resides** 429:25

**resources** 358:4 451:23

**resources.db** 451:21

**Resourcesdb** 352:13

**respect** 409:10

**responded** 349:6

**responds** 445:6

**response** 337:23 338:22 346:15 427:17,23

**responses** 365:18

**responsible** 418:23

**rest** 453:10

**results** 343:14

**retained** 430:19

**reverse** 357:18,25 358:13 368:11 387:4 408:9 409:5,10 452:5,17 461:15

**review** 335:2,6,12,16,20,24 345:19 362:1

**reviewed** 345:21 376:5

**reviewing** 346:13 361:8 367:21 370:8 411:18

**reward** 470:4

**rewrote** 465:2

**rid** 406:14

**rings** 403:1

**routinely** 418:6,9 420:2

**routines** 375:2

**RPR** 333:4 484:1,19

**rules** 334:20

**run** 355:10 359:16 369:4 416:18 417:1,4 427:17

**running** 443:7

— S —

**S-Y-K-E-S** 334:13

**Sadly** 362:15

**sale** 413:6

**sales** 394:15

**saved** 357:20

**Sax** 408:24

**scanner** 440:19 441:1,15,16

**scared** 434:11,17

**scheduled** 418:17

**scheming** 427:19

**scram** 410:14

**scratch** 385:10

**screen** 350:10,13,15,18,23 354:3, 11,14,20 355:11 358:20,25 359:11 360:6 361:2,10,15 371:4 412:6,7 440:19 471:7

**screenshot** 379:9 382:9 413:12,15 426:8,9 427:10 433:14 442:1 472:17

**screenshoted** 412:25

**screenshots** 411:20

**SCT** 390:15

**SCT's** 374:25

**sealing** 484:13

**search** 343:14

**Seattle** 333:2,18

**secure** 408:12 419:11

**securely** 484:13

**seed** 384:9 406:2 410:13,18 436:2

**sell** 355:19 389:23 390:1,6,9,24 391:4 428:14 446:12,16

**selling** 337:16 338:7,10,18 389:20 412:17,20 413:4 415:5,8,11 428:12 445:21 446:7,10

**send** 346:14 353:18,19 368:5 370:2 382:1 383:16 395:5 410:4,9 422:6 428:1,24 453:20 454:7 457:8,11 460:20 475:22 478:8,9

**sending** 364:14 383:6 395:14 410:6 454:5 458:16 475:24

**sends** 366:25

**sense** 369:17 427:13 439:23

**separate** 344:18,23 360:9 364:18 370:10 379:17 380:15 399:13 404:15 407:14 409:23 416:9 417:13 438:2,7 452:23 457:3

**separately** 446:23

**separation** 376:7

**September** 334:18 335:1 336:6 351:4,5 473:19

**serial** 352:10 353:6,13 355:17,22 356:25 360:3 363:20 364:3 383:14, 17,22 422:22 443:20 444:3 449:7, 14,20,21 450:9 467:3,11,13

**server** 408:17,20,23 409:1 450:13, 24 451:1 469:14,15,23 470:8 471:9, 15,18,19 472:3,9

**service** 343:4

**services** 341:9

**session** 350:18 361:20 441:20

**sessions** 354:8,12

**set** 359:16 365:22 385:4 418:15 441:11 450:13 452:11 459:5 475:21 484:14

**set all** 441:13



**setting** 475:18

**shape** 397:15

**share** 389:12 450:15

**shared** 345:18 352:17 421:10

**shareholder** 419:12

**sharing** 412:5

**sharp** 474:9

**shaun@aedhp.com** 374:22

**she'd** 475:14

**sheet** 376:19 479:16

**shipment** 467:17

**shipped** 448:11

**shit** 433:22 437:13 451:5 458:20
459:6 472:3

**shoes** 395:2,5,16,18,23

**shop** 439:17 477:19

**short** 398:12

**show** 351:19 354:16 360:22 369:20
370:22 381:17 382:19 388:15
399:10 407:10 416:3

**showed** 400:17

**showing** 371:21 399:22 400:9
402:13 454:16

**shown** 479:13

**shows** 354:23 359:7 380:21 381:25
399:17 400:13

**shut** 435:25 459:6

**shuts** 459:23

**sic** 340:2 468:9

**sick** 425:13

**side** 382:5,8 400:15 403:16 421:4,5
471:15

**sign** 345:9 475:23

**signature** 480:19,24 484:1,14

**signed** 345:11,22 424:17

**significance** 439:3

**similar** 378:6 407:6,8

**single** 368:12

**sink** 434:21 435:2,13,22

**sir** 334:25

**sit** 393:15 451:7

**site** 394:10 423:24 425:2

**size** 373:10 463:7

**social** 355:18

**software** 337:16,17,25 338:10,18,
21 344:10,12,14,15,23,25 357:19
364:9 369:10 375:1 383:20 384:1,6,
21,24 385:24 386:4 396:15 397:7
402:4,7,11 403:5,15 405:1,21
406:14,19 408:10 409:11 415:4,10
416:17,20 417:3 420:10 421:5
430:8,9,17 435:7,10 436:19,24
437:2 443:6,10,24 444:5,9 445:11,
16 453:10,14,20,23 454:20 456:19,
21,22 458:9,18 459:12 461:9 462:22
463:20 469:14,24 471:4,5,9,15
472:23 473:18 474:5 475:4,5

**software's** 470:17

**sold** 393:12,20 394:12 413:6 446:18
455:23 456:2,4,5 470:3 480:11

**solution** 338:23 339:14 341:13,19

**solve** 339:14

**solved** 338:23

**someone's** 450:24

**Somethingnew** 365:20

**somethingnew1892** 366:22

**somethingnew1892@yahoo.
com** 365:19 366:5,15

**sort** 339:23 443:7

**sound** 375:18

**sounds** 374:15 375:19 376:14
377:24 455:7

**source** 346:5,25 347:7,13 349:10
356:16 358:13 369:6 372:13 373:1,
14,15,23 374:11,19,20 375:17
381:23 382:17 385:2,25 386:5,23
387:2,10 400:12,16 401:11,14
409:16 410:3,12 417:8 430:20,22
437:7 455:15 456:11 461:14 468:16
473:4,7 474:16 475:1,2

**sources** 390:16,25 391:3 402:5

**speak** 337:20

**special** 435:12,21 436:4

**specialize** 403:13

**specific** 353:12 369:11 372:12
383:22 393:18 417:5 471:10,13

**specifically** 344:16 471:6

**specifics** 425:19

**speculating** 405:22

**speed** 439:21 440:1,9,11

**spell** 334:12

**spell-correct** 448:4

**spelled** 383:5

**spelling** 463:4

**Spending** 433:21

**spent** 468:25

**spoke** 476:7,13,20

**spots** 422:22 423:9

**spreadsheet** 392:7,8

**square** 410:14,15

**SRT-4** 407:25

**ss** 483:1 484:1

**stand** 398:10 401:14

**standard** 369:1,3

**standpoint** 463:5

**start** 349:2 364:21 391:13 394:16
407:21 425:9 426:19 428:6,19
438:21 467:23

**start-up** 445:7,20

**started** 336:20 345:12 371:7 385:14
388:5 390:6 407:25 408:14 409:5
423:20,22 424:1 469:20

**starting** 352:6 355:14

**starts** 455:7 472:10,16

**state** 334:11 424:21 483:1 484:1

**state's** 424:20

**statements** 336:11 349:22

**stepped** 402:24,25

**stick** 447:9

**stickers** 348:5

**stinks** 374:9

**stock** 473:13,15,18

**stolen** 426:1 472:10

**Stop** 423:11

**storage** 351:11

**stored** 469:15

**stories** 432:22

**story** 424:3 431:18 432:9

**straight** 432:22

**Street** 420:18

**stressed** 431:11

**strike** 336:3 337:10 339:12 341:6
347:20 356:20 361:25 384:19
385:22 403:20 407:17 416:19 446:6
460:3,5 461:4

**structure** 418:21 460:22

**struggled** 463:25

**Studio** 440:23,25 441:1,9,11

**stuff** 344:22 378:8 410:16 411:23
430:18 433:10 451:16,25 452:3,5
453:11 455:20 464:2,18 468:9
471:13 477:10

**subject** 339:18

**subsequent** 337:3 345:11 353:20
363:9 393:1 404:25 406:18

**subsequently** 338:3

**successful** 450:5,9

**successfully** 464:1

**suck** 468:12

**suddenly** 476:12

**suggested** 446:14

**suggestions** 420:12

**Suite** 333:2 356:6 364:7 383:20
430:4 463:2,11,14,18

**Suite.msi** 356:9

**summer** 402:12,16 406:16

**Sunday** 434:14

**super** 453:25

**Superchips** 466:19

**support** 403:12 406:22 446:24,25
453:10

**supposed** 423:23 446:20 448:21
449:6 475:22 477:6

**suspended** 334:18

**swap** 356:1 357:16,20 383:11

**swear** 334:3

**switching** 430:13

**swore** 334:19

**sworn** 334:5 484:1

**Syked** 341:9,12,18 344:10,12,14,19,
25 384:1,6,21,24 385:22,24 386:3
387:15 396:8 407:22 408:18 409:12
417:8 418:7 419:5 420:3 423:23
424:5,7,15,16 428:11,17 429:9,14
430:8,17 434:24 439:11 443:10,14,
15 444:5,9 445:11 453:14,23 458:9,
18 459:12 460:9 463:20 464:8 467:4
475:8,10

**Syked's** 377:22

**Syked.doc** 377:21 378:5

**Syked.doc.** 387:25

**sykedecutuning@yahoo.com.**
365:6

**Sykes** 427:15

**Sykes'** 476:4

**Sykes-bonnet** 399:5

**Sykes-bonnett** 333:4,14,15 334:5,
13,15 398:22 462:7,13 480:21
483:1,15 484:1

**system** 408:2,13 442:17

## T

**t-o** 461:19

**Tacoma** 333:16

**taking** 363:13 408:23,24

**talk** 356:20,24 389:20 432:23 472:10
475:18

**talked** 336:15 344:5 350:7 354:17
355:2 361:16 362:6,7 364:1 370:7
375:9 378:13 393:20,23 399:18
407:17,18 408:15 411:7 413:4
427:25 429:5 435:6 436:15 460:11
461:23 466:22

**talking** 334:21 350:3 352:24 364:22

379:10 380:12 383:18 384:25 391:7
402:25 422:25 428:10 431:16
432:13 436:1 441:14,15 445:8,16
453:16 454:8,15 455:20 456:13
463:11 464:15 465:9,13 473:14,15,
25 478:3

**talks** 435:21

**tape** 438:10 462:2,3

**taxes** 424:20

**Teamview** 412:11

**Teamviewer** 350:18 354:8,12
361:20 412:5 441:20 469:6

**telling** 392:4 427:19 431:17,18
433:7 445:13 446:22 455:3,11,14,25
456:7 457:9 459:11 472:25 474:7

**terms** 334:21 361:12 363:7 377:16
379:1 402:9 407:18 409:9 415:11
419:25 421:3 431:19 460:11 474:11

**test** 355:25 368:12 375:21 376:5,9
430:16 443:9,14,15 453:9,13,21,22
460:18

**tested** 454:19

**testified** 334:7

**testify** 336:5 484:1

**testifying** 336:9

**testimony** 350:9 361:5 396:23
476:23 483:1 484:1

**testing** 430:21 443:5 445:11 458:4
459:12,24 460:21

**text** 335:12 340:5 342:8,11,14,19,21,
24 343:1 344:2 346:8,10 352:9
353:6,23,24 355:6,21 364:22,24
366:23,25 367:3 375:11 388:7,12
390:5,8,9,10,13 402:5 413:15,18
417:17 418:4,25 419:24 421:13,14,
15 429:5 433:14 446:13 447:12
451:8 454:2 457:8,20 458:11 464:6
472:17

**texts** 375:10 418:16 438:21 448:7
455:7 462:4 464:23

**thanked** 447:25

**thereof** 484:12

**thing** 355:24 361:11 387:17 388:10
401:25 423:5,6 424:18 445:10
472:25



Case 3:17-cv-05760-BHS   Document 259   Filed 06/01/20   Page 182 of 184

HP TUNERS vs KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED          Confidential
Sykes-Bonnett, Kevin -  May 16, 2019                                    Page 508Index: things..user

**things**  357:1 361:9 364:25 384:25 409:4 411:1 412:14 413:5 420:10,15 422:2 430:21 437:20 445:16 466:3 474:18,23 475:20

**thought**  443:22 447:9 470:21

**thousand**  394:17

**thousands**  348:14 464:16

**threatening**  434:7

**threw**  395:19

**throw**  435:9

**throws**  459:21

**thumb**  346:3,6 351:11 363:11

**Thursday**  333:1

**tied**  470:2

**time**  333:12 334:21 336:12,16 339:6, 13,16,24 340:22 341:1,2,7,8,16 345:15,24 350:23 353:14 357:9 360:7 362:6,11 365:14 366:2 367:13,17 369:12 385:13 387:8,9 388:1 389:2 393:2 398:11,14,23 399:6 401:2,4 402:4 403:1,8 404:10 406:23 408:16 411:7 412:7 414:10 418:17,19 424:13 433:5 438:12,16 440:6 441:5 444:16 458:13 462:8,13 463:25 468:25 473:22 474:14 475:11,12 480:17,23

**times**  337:5 366:1 409:17 418:15 447:15,19

**timing**  464:1,4

**today**  334:17 336:5,9,14 355:2 362:8 385:14 396:24 400:23 407:20 411:5,16 422:3 425:12 433:18 476:24

**told**  337:24 338:18,24 386:15 389:8 390:6 403:11,17 406:7,13 408:4 412:1 427:7 435:7 446:11 447:17 449:1,9 453:9 455:23 456:5 459:2, 23 460:19

**tool**  359:7,9 360:12,16

**Tools**  413:13

**top**  352:6 355:14 362:22 364:5 382:7 397:24 427:25 437:24 442:12

**topside**  423:6

**total**  424:11 480:3

**Tracey**  333:3,19 484:1,19

**track**  445:18

**trackable**  370:3

**Tracy**  333:3,19 484:1,19

**trade**  408:6

**transaction**  337:3 338:17 390:22

**transactions**  394:18,20

**transcribed**  484:1

**transcript**  370:11 376:8 380:16 399:14 404:16 407:15 409:24 416:10 417:14 438:3,8 452:24 457:4 483:1 484:1

**transfer**  357:6 445:14 450:11

**transferred**  357:9

**transmit**  409:16

**trash**  371:14

**true**  422:3 429:20,21 434:11 483:1 484:1

**truth**  447:8 484:1

**Tuesday**  343:3

**tune**  357:21 374:25 375:2 478:17

**tuner**  360:4 372:13 408:13 473:18

**Tuners**  333:14,24 334:16 336:23 337:18 338:13 339:2,10 345:19 348:1 349:10 352:8 356:12 357:19 373:2 377:6,13,19,22 378:3,6,14 379:2,20,21 383:19 385:11,15,25 386:15,17,19 387:15 388:5 390:22 397:7 399:24 402:7,10 405:1 406:5, 14,19,24 409:10,16 410:3 413:13 414:25 421:7,18,20 426:7 428:21 429:8 430:20,24 433:4,9 435:2,5 436:24 437:18 441:4 444:5,8 446:4 447:10 450:3 453:13 455:2 456:17 459:18 460:7 463:16,24 470:4 474:8

**Tuners'**  346:1,4,25 347:7 374:16 384:15,20 385:2 386:5 390:2 397:24 409:11 410:11,19 443:6 449:3 452:17

**tuning**  341:9,12,19 344:10,12,14,19, 22,25 384:1,6,21,24 385:24 396:1 403:16 407:23 408:19 409:12 418:7 423:25 424:5,7,15,16 428:17 429:9, 15 434:24 444:5 449:12,17 478:5

**Tuning's**  428:11

**Tunings**  423:24

**Turners**  403:15

**turning**  385:1

**twenty**  341:6

**type**  339:18 384:5 458:16 464:21

**typed**  344:25

**types**  474:17

**typical**  448:8

**typing**  455:23

---

**U**

**U.S.**  333:15 475:16,18

**Ugh**  451:8

**ultimately**  392:23 474:20 475:19

**umbrella**  428:17

**unbrick**  448:21,25

**Uncle**  450:20

**underneath**  425:5

**underscore**  410:14

**understand**  334:22 336:21 340:21 384:15 387:14 392:1 416:16 459:3

**understanding**  376:4 385:9 388:4, 8 391:15 414:12 430:19 443:21 444:3 461:2,5 475:13

**understood**  348:15 366:15 367:9 416:13 419:16 422:16

**uninterested**  338:18

**Unit**  333:13 398:21 399:4 462:6,12

**units**  480:22

**unlimited**  349:13,14,17,18 414:25

**unlock**  384:10 443:22

**unplug**  442:13,22

**unsupported**  379:11,14

**update**  445:14

**upload**  450:14

**uploaded**  452:7

**upper**  380:3

**USB**  386:11,25 387:5 440:4 464:21

**user**  397:1 402:1 426:10



**username** 471:7

**util** 372:8,11,15,22

**utility** 357:18,20 359:14,17 360:9,11 379:17

## V

**V3.exe** 356:1

**validate** 361:9 368:13

**variables** 359:16

**VCM** 346:17 352:18 356:6,9 364:7 368:22 369:1 379:17 383:19 415:20, 21,22 416:4 430:4,8 441:15 453:19 463:2,11,14,18 464:7

**vcm.zip** 356:13,16,18 372:25

**vcm.zip.** 372:23

**VCMSUITE** 356:13,14

**Vegas** 402:14,18,19,22

**vehicle** 368:13 384:11 442:14,23 460:18 463:12,23

**vehicles** 416:22 464:2

**vendor** 386:12 387:7

**vendor's** 343:14

**verbally** 447:17

**versa** 365:12

**version** 346:4 356:17 357:1,19 358:16 364:7,8 368:22,25 369:7,8 383:23 384:3 396:14 397:4 399:21 403:5,15,21,24,25 404:8 406:4,13, 19 408:23,25 415:1,4,10,21,22 416:16,20,24,25 417:3 426:8 435:12,21 436:4 437:1 443:17,18, 19,24,25 453:20

**versions** 369:10 397:7 402:10 405:1,3,6,8,17,21 423:4

**versus** 333:14 391:16 430:13

**vice** 365:12

**video** 333:13 398:22 399:5 412:8,14 431:13 436:10 462:6,12 480:21

**videos** 411:1

**Vilvach** 411:20

**violated** 466:3

**virtue** 391:12

**visit** 438:25

**Visual** 440:23,25 441:1,9,11

**visualize** 402:24

**voiced** 447:19

**voltage** 442:15,16,23

**Volume** 333:13 483:1 484:1

**VPW** 453:16,22

## W

**waiting** 424:18 468:10

**wanted** 368:12 375:2 388:10 392:19 419:10 447:7,9 454:7 459:23 464:2 473:7,22

**wanting** 412:22 427:2 447:18

**Washington** 333:3,15 424:20 483:1 484:1

**website** 396:2 468:6 470:8

**Wednesday** 426:21 433:17 466:7

**week** 418:15,17

**weekend** 439:5 448:1

**weeks** 465:3

**Wells** 475:19

**whatnot** 389:21 423:19 474:12

**WHEREOF** 484:14

**Whitaker** 427:2 465:24 473:21

**Whitaker's** 473:20

**white** 449:12,17

**Whitney** 333:18

**wife** 438:24

**Windows** 359:17 360:1 440:23

**wink** 419:24

**winking** 444:17

**wit** 333:7

**Woo-hoo** 444:13

**word** 370:3

**words** 414:8 447:16

**work** 344:20,22 358:4 368:15 419:4

421:6 429:1 430:1 439:8 444:8,11 452:25 455:24 456:6 460:1 463:20, 22 464:8 469:14 471:18

**worked** 358:17 388:1 420:7 463:18

**working** 352:6 383:10 411:23 420:2 421:22 430:8 431:19 453:5 463:14

**works** 430:7 454:14,19 461:19 463:1,10 464:7 465:7

**worrying** 423:11

**Wrap** 432:11

**write** 360:13 385:5 429:6 435:18 444:24 460:16 469:17 472:2

**Writer.exe** 356:3 357:6

**writes** 423:5,11 425:12,25 427:16 428:6 429:24 431:22 432:3,9 433:21 434:3,20 435:9,12 436:19 437:11 439:8 442:1,4,7,12 445:1 449:6 451:8 453:8,9 457:23 458:11 461:21 462:25 464:9 465:6 466:13 468:4,12 471:24 473:3,13 474:2

**writing** 383:10 387:13 424:1 463:13

**written** 362:20 385:10 388:23 408:24 410:19

**wrong** 383:6 433:25 468:4

**wrote** 349:13 359:18 360:9 363:25 367:3 383:9 385:16 388:22 423:8 425:11 426:21,24 427:14 430:14,15 431:10,13,25 432:3,16 433:17,25 434:14,17 436:9 438:23 439:20,23 440:17,18 444:12,15 445:4,7 448:9 451:4,7,9,11 452:25 454:14 455:6 457:20 458:19 459:3,8 461:18 463:3 465:2 466:7,12 467:23 468:5,9,10, 11 470:5

## X

**X-ORIGINATING-IP** 401:17

**xls** 391:22

## Y

**Yahoo** 370:20

**year** 419:3

**years** 420:19 450:18 478:2

**York** 412:17,20 414:24 449:18,22



450:1

_____
**Z**
_____

**ZF**  352:18 358:9

**zf8**  368:20 369:11

**zipped**  369:5