UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HP TUNERS, LLC,

        Plaintiff(s),

  v.

KEVIN SYKES–BONNETT et al.,

        Defendant(s).

Case No. 3:17–cv–05760–BHS

ORDER SETTING JURY TRIAL AND PRETRIAL DATES

## I. TRIAL AND PRETRIAL DATES

| | |
|---|---|
| FIVE DAY JURY TRIAL set for 09:00 AM | August 31, 2021 |
| Deadline for filing motion to join parties | |
| Deadline for amending pleadings | |
| Disclosure of expert testimony under FRCP 26(a)(2) | |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | |
| All motions related to discovery must be filed by | |
| Discovery completed by | |
| All dispositive motions must be filed by | June 2, 2021 |
| Motions in limine should be filed pursuant to Local Rule CR 7(d)(4) by | July 26, 2021 |
| Agreed pretrial order filed with the Court by | August 9, 2021 |
| Pretrial conference will be held at 10:00 AM on | August 16, 2021 |
| Trial briefs, proposed voir dire, jury instructions, agreed neutral statement of the case and deposition designations due by | August 10, 2021 |

If any of the dates identified in this order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on that day, per LCR 6. These are firm dates that can be changed only by order of the Court.

If this case is not settled, it will go to trial on the date set or as soon thereafter as the Court is available.

## II. FINDINGS OF FACT AND CONCLUSIONS OF LAW

Where appropriate, the parties are encouraged to work together in the creation of proposed findings of fact and conclusions of law. On or before the deadline for filing proposed findings and conclusions the parties shall email their proposed findings and conclusions in Word format to settleorders@wawd.uscourts.gov.

## III. PRIVACY POLICY

Pursuant to LCR 5.2(a), parties are to redact the following information from documents and exhibits before they are filed with the Court:

* Dates of Birth – redact to the year of birth, unless deceased.
* Names of Minor Children – redact to the initials, unless deceased or currently over the age of 18.
* Social Security or Taxpayer ID Numbers – redact in their entirety.
* Financial Accounting Information – redact to the last four digits.
* Passport Numbers and Driver License Numbers – redact in their entirety.

## IV. SETTLEMENT

If this case is settled, please advise the Court immediately at (253) 882–3825.

DATED: The 17th of September 2020.

_s/ Benjamin H. Settle_

Benjamin H. Settle
United States District Judge