HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | ) ) ) CASE NO. 3:17-cv-05760-BHS ) |
| Plaintiff, | ) **NOTICE OF MOTION RE-NOTED** ) |
| vs. | ) ) |
| KEVIN SYKES-BONNETT, SYKED ECU TUNING INCORPORATED, a Washington corporation, and JOHN MARTINSON, | ) ) ) ) ) |
| Defendants. | ) |

PLEASE TAKE NOTICE that plaintiff HP Tuners, LLC hereby re-notes its Motion to Compel (Dkt 267) from February 5, 2021, to February 26, 2021.

Dated this 5th day of February, 2021.

*s/ Stephen G. Leatham*
Stephen G. Leatham, WSBA #15572
Heurlin, Potter, Jahn, Leatham,
Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
Vancouver, WA 98663
Telephone: (360) 750-7547
Fax: (360) 750-7548
E-mail: sgl@hpl-law.com

NOTICE OF MOTION RE-NOTED - 1

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA 98666-0611
(360) 750-7547

1

2  Andrew P. Bleiman
   (admitted *pro hac vice*)
3  Marks & Klein
   1363 Shermer Road, Suite 318
4  Northbrook, Illinois 60062
   Telephone:  (312) 206-5162
5  E-mail:  andrew@marksklein.com

6  Attorneys for HP Tuners, LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF MOTION RE-NOTED - 2

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all Counsel of Record.

        HEURLIN, POTTER, JAHN, LEATHAM, HOLTMANN & STOKER, P.S.

        *s/ Stephen G. Leatham*
Stephen G. Leatham, WSBA #15572
211 E. McLoughlin Boulevard, Suite 100
Vancouver, WA 98663
Telephone: (360) 750-7547
Fax: (360) 750-7548
E-mail: sgl@hpl-law.com
Attorneys for HP Tuners, LLC

NOTICE OF MOTION RE-NOTED - 3

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547