HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | CASE NO. 3:17-cv-05760-BHS |
| Plaintiff, | **PLAINTIFF'S NOTICE TO WITHDRAW PENDING MOTION** |
| vs. | |
| KEVIN SYKES-BONNETT, SYKED ECU TUNING INCORPORATED, a Washington corporation, and JOHN MARTINSON, | |
| Defendants. | |

PLEASE TAKE NOTICE that plaintiff HP Tuners, LLC hereby withdraws its pending Motion to Compel (Dkt 267).

Dated this 19th day of February, 2021.

*s/ Stephen G. Leatham*
Stephen G. Leatham, WSBA #15572
Heurlin, Potter, Jahn, Leatham,
Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
Vancouver, WA 98663
Telephone: (360) 750-7547
Fax: (360) 750-7548
E-mail: sgl@hpl-law.com

PLAINTIFF'S NOTICE TO WITHDRAW PENDING MOTION - 1

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA 98666-0611
(360) 750-7547

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

        Andrew P. Bleiman
        (admitted *pro hac vice*)
        Marks & Klein
        1363 Shermer Road, Suite 318
        Northbrook, Illinois 60062
        Telephone: (312) 206-5162
        E-mail: andrew@marksklein.com

        Attorneys for HP Tuners, LLC

PLAINTIFF'S NOTICE TO WITHDRAW PENDING MOTION - 2

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA 98666-0611
(360) 750-7547

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all Counsel of Record.

HEURLIN, POTTER, JAHN, LEATHAM, HOLTMANN & STOKER, P.S.

*s/ Stephen G. Leatham*
Stephen G. Leatham, WSBA #15572
211 E. McLoughlin Boulevard, Suite 100
Vancouver, WA 98663
Telephone: (360) 750-7547
Fax: (360) 750-7548
E-mail: sgl@hpl-law.com
Attorneys for HP Tuners, LLC

PLAINTIFF'S NOTICE TO WITHDRAW PENDING MOTION - 3

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA 98666-0611
(360) 750-7547