HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, a Washington corporation, and JOHN MARTINSON, <br><br> Defendants. | CASE NO. 3:17-cv-05760-BHS <br><br> **ORDER GRANTING AGREED MOTION TO CONSOLIDATE CASES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42(a) and LCR 42** |

This matter coming to be hearing on the Agreed Motion to Plaintiff HP TUNERS, LLC, a Nevada limited liability company ("HPT") and Defendants, KEVIN SYKES-BONNETT ("Sykes-Bonnett"), SYKED ECU TUNING INCORPORATED ("Syked Tuning"), JOHN MARTINSON ("Martinson"), and SYKED PERFORMANCE ENGINEERING, LLC ("Syked Performance") to Consolidate Cases pursuant to Federal Rule of Civil Procedure 42(a) and LCR 42, due notice having been given and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

ORDER GRANTING AGREED MOTION TO CONSOLIDATE CASES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42(a) - page 1

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

The Agreed Motion to Consolidate Cases is granted and Case No. 3:20-cv-05973 be and hereby is merged and consolidated into the present case for all purposes, including trial.

Dated this 5th day of March, 2021

ENTERED:

_____
BENJAMIN H. SETTLE

United States District Judge

ORDER GRANTING AGREED MOTION TO CONSOLIDATE
CASES PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 42(a) - page 2

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547