HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, Washington corporation, and JOHN MARTINSON, <br><br> Defendants. | CASE NO. 3:17-cv-05760-BHS <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF HP TUNERS LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> **NOTING DATE: JUNE 25, 2021** |

This matter was considered by the Court on June 25, 2021 on Plaintiff HP Tuners LLC's Motion for Partial Summary Judgment. Having reviewed the briefs, argument of counsel, and the court file,

IT IS HEREBY ORDERED that Plaintiff HP Tuners LLC's Motion for Partial Summary Judgment is

GRANTED.

_____

Hon. Benjamin H. Settle

PROPOSED ORDER - page 1

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

Presented by:

*Attorneys for HP Tuners, LLC*

By:    s/ Andrew P. Bleiman
Andrew P. Bleiman (admitted *pro hac vice*)
Marks & Klein
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
(312) 206-5162
andrew@marksklein.com

Stephen G. Leatham, WSBA #15572
Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
PO Box 611
211 E. McLoughlin Boulevard
Vancouver, WA 98666-0611
Telephone: (360) 750-7547
Fax: (360) 750-7548
E-mail: sgl@hpl-law.com

PROPOSED ORDER - page 2

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA 98666-0611
(360) 750-7547