HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | CASE NO.  3:17-cv-05760-BHS |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | <u>**NOTING DATE: JUNE 25, 2021**</u> |
| KEVIN SYKES-BONNETT and SYKED ECU TUNING INCORPORATED, a Washington corporation, and JOHN MARTINSON, | |
| Defendants. | |

The matters in difference in the above-entitled action having been resolved by and between the parties, it is hereby stipulated and agreed that all claims and counterclaims are hereby dismissed with prejudice and that this matter shall be dismissed, with prejudice, and without costs to any party.

Dated this 25th day of June, 2021

STIPULATION OF DISMISSAL - page 1

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

Respectfully submitted,

ATTORNEYS FOR PLAINTIFF

*s/ Andrew P. Bleiman*
Andrew P. Bleiman (admitted *pro hac vice*)
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone:  (312) 206-5162
E-mail:  andrew@marksklein.com

Stephen G. Leatham, WSBA #15572
Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
PO Box 611
211 E. McLoughlin Boulevard
Vancouver, WA 98666-0611
Telephone:  (360) 750-7547
Fax:  (360) 750-7548
E-mail:  sgl@hpl-law.com

ATTORNEYS FOR DEFENDANTS

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110 Phone (206) 436-0900
Fax (866) 341-5140
phil@mannlawgroup.com

# CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2021, I caused the foregoing to be electronically with the Clerk of Court using the **CM/ECF system** which will electronically send Notice to all Counsel of Record.

      MARKS & KLEIN

      *s/ Andrew P. Bleiman*
      Andrew P. Bleiman (admitted *pro hac vice*)

STIPULATION OF DISMISSAL - page 2

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547