HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HP TUNERS, LLC, a Nevada limited liability)
company,                                   )    CASE NO.  3:17-cv-05760-BHS
                                           )
                    Plaintiff,             )    **STIPULATED ORDER OF**
                                           )    **DISMISSAL**
        vs.                                )
                                           )
KEVIN SYKES-BONNETT and SYKED)
ECU TUNING INCORPORATED,)
Washington corporation, and JOHN)
MARTINSON,                                 )
                                           )
_____ Defendants. _____

        This matter coming to be heard on the stipulation of the parties, and the Court being

otherwise fully advised in the premises:

        IT IS ORDERED that all claims and counterclaims are hereby dismissed with prejudice;

and

        IT IS ORDERED that this case is dismissed with prejudice and without costs to any

party.

\

\

\

ORDER - page 1

Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

Dated this 28th day of June, 2021.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*Attorneys for HP Tuners, LLC*

By:____s/ Andrew P. Bleiman_____
Andrew P. Bleiman (admitted *pro hac vice*)
Marks & Klein
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
(312) 206-5162
andrew@marksklein.com

Stephen G. Leatham, WSBA #15572
Heurlin, Potter, Jahn, Leatham & Holtmann, P.S.
PO Box 611
211 E. McLoughlin Boulevard
Vancouver, WA 98666-0611
Telephone:  (360) 750-7547
Fax:  (360) 750-7548
E-mail:  sgl@hpl-law.com

*Attorneys for Defendants*

By:___/s/ Philip P. Mann_____
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110 Phone (206) 436-0900
Fax (866) 341-5140
phil@mannlawgroup.com

ORDER - page 2